UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
:
In re: : Chapter 11
:
1141 REALTY OWNER LLC, et al., : Case No. 18-12341 (SMB)
:
Debtors. : Joint Administration Pending
:
---------------------------------------------------------------------- X

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled matter as attorneys for the Creditor, ROBERT K.Y. CHAN, pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, and demands that any and all notices given or required to be given in the above-entitled Chapter 11 case and all papers served or required to be served in the above-entitled Chapter 11 case be given to and served upon the undersigned law firm at the address set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing demand pertains not only to the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, plan, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise.

Dated:    Rye, New York
          August 6, 2018                    DORF & NELSON LLP

                                     By:    _____
                                            Jonathan B. Nelson
                                            *Attorneys for ROBERT K.Y. CHAN*
                                            555 Theodore Fremd
                                            Rye, New York 10580
                                            Tel: (914) 381-7600

1

To:   Tracy L. Klestadt, Esq.
Joseph C. Corneau, Esq.
Brendan Scott, Esq.
KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
*Proposed Attorneys for the Debtors and*
*Debtors-in-Possession*
Brian Powers, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Tel: 516-479-6300
*Attorneys for Interested Party Premier Flatiron LLC*

Kenneth P. Silverman, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Tel: (516) 479-6300
*Attorneys for Interested Party Premier Nomad LLC*

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014