UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re:                                                            : Chapter 11
                                                                     : 
1141 REALTY OWNER LLC, et al.,                   : Case No. 18-12341 (SMB)
                                                                     : 
              Debtors.[1]                                      : Jointly Administered
                                                                     : 
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby depose and say that on August 20, 2018, at my direction and supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Motion for an Order (I) Restraining and Enjoining All Utility Providers from Altering, Refusing, or Discontinuing Utility Services to the Debtors; (II) Directing All Utility Providers to Provide Continued and Uninterrupted Utility Service to the Debtors; (III) Approving the Debtors' Proposed Adequate Assurance of Future Payment in Accordance with Section 366(c) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 25]**

- **Notice of Hearing [Docket No. 31]**

Dated: August 22, 2018

_____
Darleen Sahagun
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, California 91367
(818) 906-8300

{State of California         }
{                                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 22nd day of August, 20 18, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors herein and the last four digits of their respective tax identification number are: 1141 Realty Owner LLC (1804) and Flatironhotel Operations LLC (4773). The Debtors' principal place of business is 9 West 26th Street a/k/a 1141 Broadway, New York, New York.

18-12341-smb    Doc 33    Filed 08/22/18    Entered 08/22/18 18:31:41    Main Document
                                    Pg 2 of 8

# **EXHIBIT A**

| | | |
|---|---|---|
| ABC STAR CLEANING ENTERPRISES CORP<br>TAMARAFRATEA@YANDEX.COM | AETNA<br>JOSEPH F. KROCHESKI, VP<br>KROCHESKIJ@AETNA.COM | ANDERSON, MCCOY & ORTA<br>VANESSA ORTA<br>VORTA@MCCOY-ORTA.COM |
| CASSIN & CASSIN, LLP<br>KPINTO@CASSINLLP.COM | CASSIN & CASSIN, LLP<br>KPINTO@CASSINLLP.COM | CLASS ABSTRACT SERVICES, INC.<br>INFO@CLASSABSTRACTSERVICES.COM |
| COMMTRAK<br>OFFICE@COMMTRAK.COM | CRIMINAL COURT OF THE CITY OF NEW YORK<br>QUESTION@NYCOURTS.GOV | DIVERSE RECYCLING SOLUTIONS<br>INQUIRE@DIVERSERECYCLING.COM |
| DIVERSE RECYCLING SOLUTIONS<br>INQUIRE@DIVERSERECYCLING.COM | DORF & NELSON LLP<br>JONATHAN B. NELSON<br>JNELSON@DORFLAW.COM | EAST COAST MECHANICAL CONTRACTING CORP<br>VITO VACIRCA<br>INFO@EASTCOASTPETRO.COM |
| ELITE IN-FLITE SERVICES<br>JGLABMAN@ELITEAIRLINESERVICES.COM | EXPEDIA TRAVEL<br>INFO@EXPEDIA.COM | FIRST CENTRAL SAVINGS BANK<br>SUPPORT@FIRSTCENTRALSAVINGS.COM |
| FIRST CENTRAL SAVINGS BANK<br>SUPPORT@FIRSTCENTRALSAVINGS.COM | FLATIRON NOTEBUYER, LLC<br>INFO@DELSHAH.COM | HOLIDAY INN NYC (HOLD)<br>INFO@HI-NYC.COM |
| HRC FUND V. REIT, LLC<br>RORTIZ@HUDSONCAP.COM | JASPAN SCHLESINGER<br>SEPSTEIN@JASPANLLP.COM | KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>CHRISTOPHER J REILLY<br>CREILLY@KLESTADT.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>JOSEPH CORNEAU<br>JCORNEAU@KLESTADT.COM | KLESTADT WINTERS JURELLER SOUTHARD & STEVE<br>TRACY L. KLESTADT<br>TKLESTADT@KLESTADT.COM | M3 ACCOUNTING & ANALYTICS<br>DONNA@M3AS.COM |
| MAESTRO PMS<br>INFO@MAESTROPMS.COM | MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK<br>ANDREW D. HART<br>AHART@SIDLEY.COM | MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK<br>BRIAN DAVIS<br>BRIAN.DAVIS@MIDLANDLS.COM |
| MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK<br>ELIZABETH W. WALKER<br>EWALKER@SIDLEY.COM | MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK<br>KATHLEEN A ZINK<br>KZINK@SIDLEY.COM | MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK<br>MICHAEL G. BURKE<br>MGBURKE@SIDLEY.COM |
| MINIBAR NORTH AMERICA<br>INFO@MINIBARNA.COM | MOSES & SINGER, LLP<br>JLANE@MOSESSINGER.COM | NEW YORK STATE COMMISSIONER OF LABOR<br>INGRID.GONZALEZ@LABOR.NY.GOV |
| NEW YORK STATE DEPT.<br>TREASURY.INQUIRY@TAX.NY.GOV | NYS DEPARTMENT OF TAXATION & FINANCE<br>TREASURY.INQUIRY@TAX.NY.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>USTPREGION02.NYECF@USDOJ.GOV |
| ONYX CENTER SOURCE AS<br>SUPPORT.RECOVERPRO@ONYXCENTERSOURCE.C| | P&W ELEVATORS<br>INFO@PWELEVATORS.COM | PARITZ & COMPANY, P.A.<br>INFO@PARITZ.COM |
| REGAL TITLE AGENCY<br>INFO@REGALNYC.COM | RELIANT SECURITY SERVICES, INC.<br>RELIANTSECURITY@GMAIL.COM | RIALTO MORTGAGE FINANCE, LLC<br>PORTFOLIOINQUIRIES@RIALTOCAPITAL.COM |
| RICHMOND MONROE GROUP<br>INFO@RICHMONDMONROE.COM | RICHMOND MONROE GROUP<br>INFO@RICHMONDMONROE.COM | ROYAL ABSTRACT<br>INFO@ROYALABSTRACT.COM |

| | | |
|---|---|---|
| ROYAL REGISTERED PROPERTY<br>INFO@ROYALABSTRACT.COM | SABRE HOSPITALITY SOLUTIONS<br>HSBILLING@SABRE.COM | SILVERMANACAMPORA LLP<br>BRIAN POWERS<br>BPOWERS@SILVERMANACAMPORA.COM |
| SILVERMANACAMPORA LLP<br>KENNETH P. SILVERMAN<br>KSILVERMAN@SILVERMANACAMPORA.COM | SUPERIOR DATA SERVICES, INC.<br>EXAMS@SUPERIOR-DATA.COM | THE CITY OF NEW YORK<br>CUSTOMERSERVICE@DEP.NYC.GOV |
| TIME WARNER CABLE<br>TWC.COTP@TWCABLE.COM | TIME WARNER CABLE<br>TWC.COTP@TWCABLE.COM | TITLES OF NEW YORK, INC.<br>TITLES@TITLESOFNEWYORK.COM |
| WELLS FARGO COMMERCIAL MORTGAGE SERVICING<br>COMMERCIAL.SERVICING@WELLSFARGO.COM | WILMINGTON TRUST NATIONAL ASSOC. AS TRUSTEE<br>INQUIRIES@WILMINGTONTRUST.COM | ZARIC NAHAS & RICH<br>ROBERT PAUL RICH<br>BOBRICH@ZNRLAW.COM |

Parties Served: 57

# **EXHIBIT B**

| | | |
|---|---|---|
| ABC STAR CLEANING ENTERPRISES CORP<br>2225 BENSON AVE<br>APT. 2D<br>BROOKLYN, NY 11214 | ABRAHAM SALEH<br>82-72 167TH STREET<br>HILLCREST, NY 11432 | AETNA<br>151 FARMINGTON AVENUE<br>HARTFORD, CT 06156 |
| AGGRESSIVE ENERGY<br>78 RAPELYE STREET<br>BROOKLYN, NY 11231 | AGGRESSIVE ENERGY<br>P.O. BOX 9402<br>NEW YORK, NY 10087 | AMERICAN EXPRESS CHARGE CARD<br>ATTN: EXPRESS MAIL REMITTANCE PROCESSING<br>20500 BELSHAW AVE<br>CARSON, CA 90746 |
| AMERICAN EXPRESS CHARGE CARD<br>P.O. BOX 1270<br>NEWARK, NJ 07101 | ANDERSON, MCCOY & ORTA<br>100 N BROADWAY, SUITE 2600<br>26TH FLOOR<br>OKLAHOMA CITY, OK73102 | BOOKING.COM B.V<br>HERENGRACHT 597<br>AMSTERDAM, 1017 CE<br>NETHERLANDS |
| BRICK 1141 CAPITAL, LLC<br>381 PARK AVENUE, SO. SUITE 1001<br>NEW YORK, NY 10016 | CARLOS J. TERROBA, INC.<br>1000 S. FRONTAGE RD WEST, SUITE 200<br>VAIL, CO 81657 | CASSIN & CASSIN, LLP<br>ATTN: DENNIS MENSI, ESQ.<br>711 THIRD AVE. 20TH FL.<br>NEW YORK, NY 10017 |
| CASSIN & CASSIN, LLP<br>ATTN: RECORDING DEPARTMENT<br>711 THIRD AVE. 20TH FL.<br>NEW YORK, NY 10017 | COMMTRAK<br>C/O WILLIAM O'BRIEN, ESQ.<br>199 CHURCH STREET, 14TH FLOOR<br>NEW YORK, NY 10007 | CONSOLIDATED EDISON COMPANY OF N.Y. INC<br>C/O WILLIAM O'BRIEN, ESQ.<br>199 CHURCH STREET, 14TH FLOOR<br>NEW YORK, NY 10007 |
| CONSOLIDATED EDISON COMPANY OF NY<br>122 EAST 124TH STREET<br>NEW YORK, NY 10116-1702 | CONSOLIDATED EDISON COMPANY OF NY<br>JAF STATION<br>P.O. BOX 1702<br>NEW YORK, NY 11016-1702 | COOPER ELECTRIC SUPPLY CO<br>#290684<br>42 CINDY LANE<br>OCEAN, NJ 07712 |
| COOPER ELECTRIC SUPPLY CO<br>#290684<br>P.O. BOX 415925<br>BOSTON, MA 02241-5925 | CRIMINAL COURT OF THE CITY OF NEW YORK<br>100 CENTRE<br>NEW YORK, NY 10013 | DIVERSE RECYCLING SOLUTIONS<br>195 MONTAGUE STREET, 14TH FLOOR<br>BROOKLYN, NY 11201 |
| DIVERSE RECYCLING SOLUTIONS<br>195 MONTAGUE STREET, 14TH FLOOR<br>BROOKLYN, NY 11201 | DORF & NELSON LLP<br>ATTN: JONATHAN B. NELSON, ESQ.<br>C/O ROBERT CHAN (TOSHI)<br>THE INTERNATIONAL CORPORATE CENTER<br>555 THEODORE FREMD AVENUE<br>RYE, NY 10580 | EAST COAST MECHANICAL CONTRACTING CORP<br>340 JACKSON AVENUE<br>BRONX, NY 10454 |
| EDGE LINEN SERVICES(HOLD)<br>2040 EDWIN AVENUE<br>FORT LEE, NJ 07024 | ELITE IN-FLITE SERVICES<br>DIVISION OF ELITE AIRLINE LINEN OF NEW YORK INC.<br>11-07 REDFERN AVENUE<br>FAR ROCKAWAY, NY 11691 | EXPEDIA TRAVEL<br>275 MADISON AVE #1202<br>NEW YORK, NY 10016 |
| FIRST CENTRAL SAVINGS BANK<br>1141 BROADWAY<br>NEW YORK, NY 10002 | FIRST CENTRAL SAVINGS BANK<br>70 GLEN STREET<br>GLEN COVE, NY 11542 | FLATIRON NOTEBUYER, LLC<br>C/O DELSHAH CAPITAL<br>114 EAST 13TH ST. FRONT 1<br>NEW YORK, NY 10003 |
| HOLIDAY INN NYC (HOLD)<br>125 WEST 26TH STREET<br>NEW YORK, NY 10001 | HRC FUND V. REIT, LLC<br>C/O HUDSON REALTY CAPITAL, LLC<br>250 PARK AVENUE SO. 3RD. FL.<br>NEW YORK, NY 10003 | IBRAHIM SALEH<br>82-72 167TH STREET<br>HILLCREST, NY 11432 |

| | | |
|---|---|---|
| JASPAN SCHLESINGER<br>ATTN: STEPHEN P. EPSTEIN, ESQ.<br>300 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530 | KENSINGTON VANGUARD NATIONAL LAND<br>39 W 37TH ST. 7TH FLOOR<br>NEW YORK, NY 10018 | KLESTADT WINTERS JURELLER SOUTHARD & STEV<br>ATTN: RENEA GARGIULO<br>200 WEST 41ST. #17<br>NEW YORK, NY 10036 |
| LANDMARKS PRESERVATION COMMISSION<br>OF THE CITY OF NEW YORK<br>1 CENTRE STREET<br>NEW YORK, NY 10007 | M3 ACCOUNTING & ANALYTICS<br>1715 N. BROWN ROAD<br>BUILDING A, SUITE 200<br>LAWRENCEVILLE, GA 30043 | MAESTRO PMS<br>65 ALLSTATE PARKWAY<br>SUITE 100<br>MARHAM, ON L3R 9X1<br>CANADA |
| MAFER, INC.<br>1000 S. FRONTAGE RD WEST, SUITE 200<br>VAIL, CO 81657 | MAUREEN ALLEN<br>125-10 18TH AVENUE<br>COLLEGE POINT, NY 11356 | MICHAEL D. LEOPOLD<br>885 SECOND AVE. 30TH FL.<br>NEW YORK, NY 10022 |
| MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK,<br>ATTN: BRIAN DAVIS<br>10851 MASTIN STREET, SUITE 300<br>OVERLAND PARK, KS 66210 | MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK,<br>C/O SIDLEY AUSTIN LLP<br>ATTN: ANDREW HART/KATHLEEN ZINK<br>ATTN: MICHAEL BURKE<br>787 SEVENTH AVE.<br>NEW YORK, NY 10019 | MIDLAND LOAN SERVICES, A DIVISION OF PNC BAI<br>C/O SIDLEY AUSTIN LLP<br>ATTN: ELIZABETH W. WALKER<br>555 W 5TH ST.<br>LOS ANGELES, CA 90013 |
| MING CHU COMPANY, LTD.<br>1141 BROADWAY<br>MANHATTAN, NY 10001 | MING CHU WU LI<br>23 DANIEL COURT<br>WOODCLIFF LAKE, NJ 07677 | MINIBAR NORTH AMERICA<br>7340 WESTMORE ROAD<br>ROCKVILLE, MD 20850 |
| NEW YORK STATE COMMISSIONER OF LABOR<br>NEW YORK STATE DEPARTMENT OF LABOR<br>175 CENTRAL AVE #1<br>ALBANY, NY 12206 | NEW YORK STATE DEPT.<br>OF TAXATION AND FINANCE<br>W A HARRIMAN CAMPUS<br>ALBANY, NY 12227 | NYC DEPT. OF FINANCE<br>66 JOHN STREET<br>NEW YORK, NY 10038 |
| NYC FINANCE<br>CORRESPONDENCE UNIT<br>ONE CENTRE STREET, 22ND FLOOR<br>NEW YORK, NY 10007 | NYC FINANCE<br>P.O. BOX 680<br>NEWARK, NJ 07101-0680 | NYC FIRE DEPARTMENT<br>9 METRO TECH CTR<br>DOWNTOWN<br>BROOKLYN, NY 11201 |
| NYC FIRE DEPARTMENT<br>CHURCH STREET STATION<br>P.O. BOX 840<br>NEW YORK, NY 10008-0840 | NYC WATER BOARD<br>59-17 JUNCTION BLVD<br>FLUSHING, NY 11373 | NYC WATER BOARD<br>59-17 JUNCTION BLVD<br>FLUSHING, NY 11373 |
| NYC WATER BOARD<br>P.O. BOX 11863<br>NEWARK, NJ 07101-8163 | NYC WATER BOARD<br>P.O. BOX 11863<br>NEWARK, NJ 07101-8163 | NYS DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>ATTN: SUSAN ARBEIT, ESQ<br>201 VARICK STREET, ROOM 1006<br>NEW YORK, NY 10014 | ONYX CENTER SOURCE AS<br>229 E 105TH ST APT #B3<br>NEW YORK, NY 10029 | P&W ELEVATORS<br>544 PARK AVE<br>SUITE 130<br>BROOKLYN, NY 11205 |
| PARITZ & COMPANY, P.A.<br>15 WARREN STREET<br>HACKENSACK, NJ 07601 | RELIANT SECURITY SERVICES, INC.<br>87-02 23RD AVE<br>EAST ELMHURST, NY 11369 | RIALTO MORTGAGE FINANCE, LLC<br>600 MADISON AVE. 12TH FLOOR<br>NEW YORK, NY 10022 |

| | | |
|---|---|---|
| RICHMOND MONROE GROUP<br>82 JIM LINEGAR LN<br>BRANSON WEST, MO 65737 | RICHMOND MONROE GROUP<br>P.O. BOX 458<br>KIMBERLING CITY, MO 65686 | RMF SUB 1, LLC<br>100 N. BROADWAY, 26TH FLOOR<br>SUITE 2600<br>OKLAHOMA CITY, OK 73102 |
| RMF SUB 1, LLC<br>600 MADISON AVE. 12TH FLOOR<br>NEW YORK, NY 10022 | ROBERT CHAN<br>188 SOUTH 8TH STREET<br>PH<br>BROOKLYN, NY 11211 | ROYAL ABSTRACT<br>500 FIFTH AVE. SUITE 1540<br>NEW YORK, NY 10110 |
| ROYAL REGISTERED PROPERTY<br>500 5TH AVE. SUITE 1540<br>NEW YORK, NY 10110 | SABRE HOSPITALITY SOLUTIONS<br>DIVISION OF SABRE GLBL INC,<br>7285 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | SILVERMANACAMPORA LLP<br>ATTN: KENNETH P. SILVERMAN<br>ATTN: BRIAN POWERS<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 |
| TEKCONN SERVICES INC<br>237 WEST 35TH STREET<br>SUITE 805<br>NEW YORK, NY 10001 | TELCO EXPERTS<br>169 RAMAPO VALLEY RD<br>OAKLAND, NJ 07436-2509 | THE BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 |
| THE BANK OF NEW YORK<br>ATTN: CORPORATE TRUST DEPT.<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 | THE CITY OF NEW YORK<br>DEPT. OF ENVIRONMENTAL PROTECTION<br>BUREAU OF CUSTOMER SERVICES<br>89-17 JUNCTION BLVD.<br>FLUSHING, NY 11373-5108 | THE CITY OF NEW YORK<br>DEPT. OF FINANCE<br>1 CENTRE STREET<br>NEW YORK, NY 10007 |
| TIME WARNER CABLE<br>60 COLUMBUS CIRCLE<br>NEW YORK, NY 10023 | TIME WARNER CABLE<br>60 COLUMBUS CIRCLE<br>NEW YORK, NY 10023 | TIME WARNER CABLE<br>P.O. BOX 223085<br>PITTSBURGH, PA 15251-2085 |
| TIME WARNER CABLE<br>P.O. BOX 223085<br>PITTSBURGH, PA 15251-2085 | TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.<br>ATTN: IVAN SERCHUK, ESQ.<br>425 PARK AVENUE<br>NEW YORK, NY 10022 | TRIANGLE CAPITAL GROUP<br>ATTN: MORRIS S. DOUECK<br>452 FIFTH AVENUE, 30TH FLOOR<br>NEW YORK, NY 10018 |
| VERIZON<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10013 | VERIZON<br>P.O. BOX 15124<br>ALBANY, NY 12212 | VERIZON WIRELESS<br>BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE<br>SUITE 550<br>WELDON SPRING, MO 63304 |
| WELLS FARGO COMMERCIAL MORTGAGE SERVICING<br>LOAN NUMBER: 300571303 / 300571304<br>D1050-084, 8TH FLOOR<br>401 SOUTH TRYON STREET<br>CHARLOTTE, NC 28202 | WILMINGTON TRUST NATIONAL ASSOC. AS TRUSTEE<br>FOR MIDLAND LOAN SERVICES, A DIVISION OF PNC BA<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | YAAKOUB Y. SALEH<br>38-11 220TH STREET<br>BAYSIDE, NY 11361 |
| ZARIC NAHAS & RICH<br>303 FIFTH AVENUE<br>NEW YORK, NY 10016 | | |

Parties Served: 94