KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Joseph C. Corneau
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Proposed Attorneys for the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
: 
In re:                                                            : Chapter 11
                                                                  :
1141 REALTY OWNER LLC, et al.,                                    : Case No. 18-12341(SMB)
                                                                  :
                    Debtors.                                      : Jointly Administered
                                                                  :
-------------------------------------------------------------------X

**PROPOSED AGENDA FOR HEARING**
**SCHEDULED FOR SEPTEMBER 6, 2018 AT 10:00 A.M.**

**Location of Hearing**:        United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 723, One Bowling Green, New York, NY 10004.

    **A. Uncontested Matters**

        1. Debtor's Motion for Entry of Interim and Final Orders: Authorizing Payment of Prepetition Employee Compensation Obligations. [Docket No. 5].

        Related Documents:

            (a) Declaration of James Katchadurian Pursuant to Local Bankruptcy Rules 1007-2 and 9077-1 [Docket No. 8];

            (b) Interim Order Authorizing Operator to Satisfy Pre-Petition Employee Compensation Obligations [Docket No. 21];

            (c) Notice of Second Day Hearing [Docket No. 31];

1

    (d) Affidavit of Service re Docket Nos. 25, 31 [Docket No. 33]

Responses Received: None

Status:  This matter is going forward on an uncontested basis.

2. Debtor's Motion for Entry of Interim and Final Orders Authorizing, But Not Directing, Flatironhotel Operations LLC to Pay Certain Prepetition Claims of Critical Vendors [Docket No. 6].

Related Documents:

    (a) Declaration of James Katchadurian Pursuant to Local Bankruptcy Rules 1007-2 and 9077-1 [Docket No. 8];

    (b) Declaration of James Katchadurian in Further Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing, but not Directing, Flatironhotel Operations LLC to Pay Certain Prepetition Claims of Critical Vendors [Docket No. 16];

    (c) Interim Order Authorizing, but not Directing Flatironhotel Operations LLC to Pay Certain Prepetition Claims of Critical Vendors [Docket No. 18];

    (d) Notice of Second Day Hearing [Docket No. 31];

    (e) Affidavit of Service re Docket Nos. 25, 31 [Docket No. 33].

Responses Received: None

Status:  This matter is going forward on an uncontested basis.

3. Debtor's Motion for an Order (I) Restraining and Enjoining All Utility Providers from Altering, Refusing, or Discontinuing Utility Services to the Debtors; (II) Directing All Utility Providers to Provide Continued and Uninterrupted Utility Service to the Debtors; (III) Approving the Debtors' Proposed Adequate Assurance of Future Payment in Accordance with Section 366(c) of the Bankruptcy Code; and (IV) Granting Related Relied [Docket No. 25].

Related Documents:

    (a) Notice of Second Day Hearing [Docket No. 31];

    (b) Affidavit of Service re Docket Nos. 25, 31 [Docket No. 33]

Responses Received: None

Status:  This matter is going forward on an uncontested basis.

4. Debtor's Motion for Entry of an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing the Debtors to (A) Retain CR3 Partners LLC to Provide James Katchadurian as Chief Restructuring Officer and Related Services, and (B) to Appoint the Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 26].

   Related Documents:

   (a) Notice of Second Day Hearing [Docket No. 31];

   (b) Affidavit of Service re Docket Nos. 26, 27, 28, 29, 30 [Docket No. 32]

   Responses Received: None

   Status: This matter is going forward on an uncontested basis.

5. Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 (a) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 27].

   Related Documents:

   (a) Notice of Second Day Hearing [Docket No. 31];

   (b) Affidavit of Service re Docket Nos. 26, 27, 28, 29, 30 [Docket No. 32]

   Responses Received: None

   Status: This matter is going forward on an uncontested basis.

6. Debtor's Application for an Order Authorizing the Employment and Retention of Klestadt Winters Jureller Southard & Stevens, LLC as Attorneys to the Debtors and Debtors-in-Possession Nunc Pro Tunc to the Petition Date [Docket No. 28].

   Related Documents:

   (a) Notice of Second Day Hearing [Docket No. 31];

   (b) Affidavit of Service re Docket Nos. 26, 27, 28, 29, 30 [Docket No. 32]

   Responses Received: None

   Status: This matter is going forward on an uncontested basis.

7. Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Omni Management Group, Inc., as Administrative Agent for the

3

Debtors and Debtors-in-Possession, Pursuant to 11 U.S.C. § 327(a) Nunc Pro Tunc to the Petition Date [Docket No. 29].

Related Documents:

    (a) Notice of Second Day Hearing [Docket No. 31];

    (b) Affidavit of Service re Docket Nos. 26, 27, 28, 29, 30 [Docket No. 32]

Responses Received: None

Status: This matter is going forward on an uncontested basis.

8. Debtor's Application for Entry of an Order Authorizing the Retention of Verdolino & Lowey, P.C., as the Debtors' Accountant Nunc Pro Tunc to the Petition Date [Docket No. 30].

Related Documents:

    (a) Notice of Second Day Hearing [Docket No. 31];

    (b) Affidavit of Service re Docket Nos. 26, 27, 28, 29, 30 [Docket No. 32]

Responses Received: None

Status: This matter is going forward on an uncontested basis.

**B.  Resolved Matters**

1. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Post-Petition, Priming, Senior Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 362, 364(c) and 364(d), Bankruptcy Rule 4001 (c) and Local Bankruptcy Rule 4001-2 [Docket No. 7].

Related Documents:

    (a) Declaration of James Katchadurian Pursuant to Local Bankruptcy Rules 1007-2 and 9077-1 [Docket No. 8];

    (b) Interim Stipulation and Order Authorizing Use of Cash Collateral and Granting Adequate Protection [Docket No. 23];

    (c) Declaration of James Katchadurian in Further Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Post-Petition, Priming, Senior Secured, Superpriority Financing Pursuant

to 11 U.S.C. §§ 105, 362, 364(c) and 364(d), Bankruptcy Rule 4001(c) and Local Bankruptcy Rule 4001-2 [Docket No. 35];

(d) Declaration of Edward R. Eschmann in Further Support of Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Post-Petition, Priming, Senior Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 362, 364(c) and 364(d), Bankruptcy Rule 4001(c) and Local Bankruptcy Rule 4001-2 [Docket No. 36];

(e) Notice of Filing of (A) Revised Debtor in Possession Loan Agreement and (B) Revised Proposed Form of Order Granting DIP Financing Motion [Docket No. 37].

Responses Received: None

Status: This matter is going forward

Dated: New York, New York
September 5, 2018

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By: /s/ Tracy L. Klestadt
Tracy L. Klestadt
Joseph C. Corneau
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com
jcorneau@klestadt.com
creilly@klestadt.com

*Proposed Attorneys for the Debtors and Debtors-in-Possession*