| | |
|---|---|
| Debtor Name | **1141 Realty Owner LLC** |
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **18-12341** |

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

---

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..................................................................................

$45,000,000.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...............................................................................

$419,029.93

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*...................................................................................

$45,419,029.93

---

**Part 2:    Summary of Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property***    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D..........................

$24,139,494.97

3. ***Schedule E/F: Creditors Who Have Unsecured Claims***    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*..............................................................

$1,373,904.42

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*.................................................

**+** $726,422.88

4. **Total liabilities** .................................................................................................................
Lines 2 + 3a + 3b

$26,239,822.27

| Debtor Name | **1141 Realty Owner LLC** |
| --- | --- |

**United States Bankruptcy Court for the Southern District of New York**

| Case number (if known): | **18-12341** |
| --- | --- |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash of cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand** — $0.00

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1 | Signature Bank<br>950 Third Avenue, 9th Floor<br>New York, NY 10022 | Restricted Cash | 8885 | $125,618.12 |
| 3.2 | Wells Fargo Commercial Mortgage Servicing<br>401 South Tryon Street, 8th Floor<br>Charlotte, NC 28202 | Restricted Cash<br>Lockbox Account | 9875 | $293,215.62 |
| 3.3 | JPMorgan Chase<br>225 5th Avenue<br>New York, NY 10010 | Operating Cash | 6653 | $196.19 |

4. **Other cash equivalents**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $419,029.93

| Part 2: | Deposits and prepayments |
| --- | --- |

Debtor  1141 Realty Owner LLC                                    Case Number (if known) 18-12341

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2**
     Add lines 7 through 8.  Copy the total to line 81.

| |
|---|

---

**Part 3:**    **Accounts Receivable**

---

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

11.  **Accounts receivable**

11a. 90 days old or less:    _____ - _____ =
                              face amount          doubtful or uncollectible accounts

11b. Over 90 days old:       _____ - _____ =
                              face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| |
|---|

---

**Part 4:**    **Investments**

---

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Debtor  1141 Realty Owner LLC                                      Case Number (if known) 18-12341

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.  Mutual funds of publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.  Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

---

**Part 5:**       **Inventory, excluding agricultural assets**

---

**18.  Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw Materials** |  |  |  |  |
| **20.  Work in progress** |  |  |  |  |
| **21.  Finished goods, including goods held for resale** |  |  |  |  |
| **22.  Other inventory or supplies** |  |  |  |  |

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

Debtor  1141 Realty Owner LLC                                    Case Number (if known) 18-12341

24.  **Is any of the property listed in Part 5 perishable?**

☐ No.
☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops - either planted of harvested** | | | |
| 29.  **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33.  **Total of Part 6**<br>Add lines 28 through 32. Copy the total to line 85. | | | |

Debtor  1141 Realty Owner LLC                                    Case Number (if known) 18-12341

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.


**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.


37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:**      Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Debtor  1141 Realty Owner LLC                                    Case Number (if known) 18-12341

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☐ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories**
Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49.  **Aircraft and accessories**

Debtor  1141 Realty Owner LLC                                    Case Number (if known) 18-12341

---

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☐ No.
     ☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.

**Part 9:**     **Real property**

---

54.  **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1    Real Property              Fee Simple                              $45,000,000.00
                                   9 W. 26th Street
                                   New York, NY 10010

56.  **Total of Part 9.**                                                  **$45,000,000.00**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

---

Debtor  1141 Realty Owner LLC                                    Case Number (if known) 18-12341

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 10:**     **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

Debtor  1141 Realty Owner LLC                                    Case Number (if known) 18-12341

67.  **Do your lists or records include personally identifiable information of customers?**

☐ No.

☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.

☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**
Description (include name of obligor)

_____  -  _____  =
Total face amount        Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1  Unused Net Operating Losses (NOLs)                                    Unknown

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor  1141 Realty Owner LLC                                      Case Number (if known) 18-12341

**Nature of claim**

**Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

Debtor  1141 Realty Owner LLC

Case Number (if known) 18-12341

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.**   *Copy line 5, Part 1.* | **$419,029.93** | |
| 81. | **Deposits and prepayments.**   *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.**   *Copy line 12, Part 3.* | | |
| 83. | **Investments.**   *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**   *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.**   *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.**   *Copy line 51, Part 8.* | | |
| 88. | **Real Property.**   *Copy line 56, Part 9.* | | **$45,000,000.00** |
| 89. | **Intangibles and intellectual property.**   *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**   *Copy line 78, Part 11.* | | |
| 91. | **Total.**  Add lines 80 through 90 for each column.   91a. | **$419,029.93**   **+** 91b. | **$45,000,000.00** |
| 92. | **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92................................................................................ | | **$45,419,029.93** |

| Debtor Name | **1141 Realty Owner LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

| Case number (if known): | **18-12341** |
|---|---|

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|

**2.1**  Creditor's name

ANDERSON, MCCOY & ORTA

Creditor's mailing address

ATTENTION: VANESSA ORTA
100 N BROADWAY, SUITE 2600
26TH FLOOR
OKLAHOMA CITY, OK73102

Creditor's email address, if known

vorta@mccoy-orta.com

| Date debt was incurred | Unknown |
|---|---|

| Last four digits of account number | Unknown |
|---|---|

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

SECURED PARTY

Describe the lien

UCC

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN       UNKNOWN

**2.2**  Creditor's name

CASSIN & CASSIN, LLP

Creditor's mailing address

ATTN: RECORDING DEPARTMENT
711 THIRD AVE. 20TH FL.
NEW YORK, NY 10017

Creditor's email address, if known

kpinto@cassinllp.com

| Date debt was incurred | Unknown |
|---|---|

| Last four digits of account number | Unknown |
|---|---|

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

SECURED PARTY

Describe the lien

UCC

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN       UNKNOWN

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$24,139,494.97

| Debtor Name | **1141 Realty Owner LLC** | Case number (if known): **18-12341** |
|---|---|---|

## Part 1:   Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.3**

**Creditor's name**
KENSINGTON VANGUARD NATIONAL LAND

**Creditor's mailing address**
39 W 37TH ST. 7TH FLOOR
NEW YORK, NY 10018

**Creditor's email address, if known**
Unknown

**Date debt was incurred**  Unknown

**Last four digits of**    Unknown
**account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SECURED PARTY

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of Claim: **UNKNOWN**    Value of collateral: **UNKNOWN**

**2.4**

**Creditor's name**
RELIANT SECURITY SERVICES, INC.

**Creditor's mailing address**
87-02 23RD AVE
EAST ELMHURST, NY 11369

**Creditor's email address, if known**
RELIANTSECURITY@GMAIL.COM

**Date debt was incurred**  Unknown

**Last four digits of**    Unknown
**account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SECURED PARTY

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of Claim: **$51,449.97**    Value of collateral: **$51,449.97**

| Debtor Name | **1141 Realty Owner LLC** | Case number (if known): **18-12341** |
| --- | --- | --- |

## Part 1:    Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
| --- | --- | --- |

---

**2.5**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| RMF SUB 1, LLC | SECURED PARTY | **UNKNOWN** | **UNKNOWN** |

Creditor's mailing address

600 MADISON AVE. 12TH FLOOR
NEW YORK, NY 10022

Describe the lien

UCC

Creditor's email address, if known
Unknown

Is the creditor an insider or related party?

- [x] No
- [ ] Yes

Date debt was incurred   Unknown

Last four digits of account number        Unknown

Is anyone else liable on this claim?

- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.

- [ ] Yes.  The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

---

**2.6**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| WILMINGTON TRUST NA___ | CONSOLIDATED, AMENDED AND RESTATED PROMISSORY NOTE A | $22,500,000.00 | $45,000,000.00 |

Creditor's mailing address

SOLELY IN ITS CAPACITY AS TRUSTEE
MIDLAND LOAN SERVICES, A DIVISION OF PNC
ATTN: BRIAN D. DAVIS
10851 MASTIN STREET, SUITE 300
OVERLAND PARK, KS 66210

Describe the lien

Consolidated, Amended and Restated Mortgage, Assignment of Leases and Rents, Fixture Filing and Security Agreement dated as of April 16, 2015

Creditor's email address, if known
Brian.davis@midlandls.com

Is the creditor an insider or related party?

- [x] No
- [ ] Yes

Date debt was incurred   Unknown

Last four digits of account number        Unknown

Is anyone else liable on this claim?

- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.

- [ ] Yes.  The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

| Debtor Name | **1141 Realty Owner LLC** | Case number (if known): **18-12341** |

---

## Part 1:    Additional Page(s)

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |

**2.7**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | |
| WILMINGTON TRUST NA | PROMISSORY NOTE B | |
| | | $1,588,045.00    $45,000,000.00 |

**Creditor's mailing address**

**SOLELY IN ITS CAPACITY AS TRUSTEE**
**MIDLAND LOAN SERVICES, A DIVISION OF PNC**
**ATTN: BRIAN D. DAVIS,**
**10851 MASTIN STREET, SUITE 300**
**OVERLAND PARK, KS 66210**

**Describe the lien**
Consolidated, Amended and Restated Mortgage, Assignment of Leases and Rents, Fixture Filing and Security Agreement dated as of April 16, 2015

**Creditor's email address, if known**
Brian.davis@midlandls.com

Date debt was incurred  **Unknown**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Last four digits of        **Unknown**
account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

| X | Contingent |
| X | Unliquidated |
| X | Disputed |

| Debtor Name | **1141 Realty Owner LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

Case number (if known):   **18-12341**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**NEW YORK STATE COMMISSIONER OF LABOR**
**NEW YORK STATE DEPARTMENT OF LABOR**
**175 CENTRAL AVE #1**
**ALBANY, NY 12206**

As of the petition filing date, the claim is:          Total claim **$60,385.00**          Priority amount **$60,385.00**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Unknown

Basis for the claim:
GOVERNMENTAL UNIT

Last 4 digits of account
number    **Unknown**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8   )

**2.2** | Priority creditor's name and mailing address
**NEW YORK STATE DEPT.**
**OF TAXATION AND FINANCE**
**W A HARRIMAN CAMPUS**
**ALBANY, NY 12227**

As of the petition filing date, the claim is:          Total claim **$586,408.00**          Priority amount **$586,408.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
Unknown

Basis for the claim:
GOVERNMENTAL UNIT

Last 4 digits of account
number    **Unknown**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8   )

**2.3** | Priority creditor's name and mailing address
**NYC DEPT. OF FINANCE**
**66 JOHN STREET**
**NEW YORK, NY 10038**

As of the petition filing date, the claim is:          Total claim **$688,335.00**          Priority amount **$688,335.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
Unknown

Basis for the claim:
GOVERNMENTAL UNIT

Last 4 digits of account
number    **Unknown**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8   )

Debtor Name    **1141 Realty Owner LLC**                    Case number (if known): **18-12341**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.4**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$38,776.42** | **$38,776.42** |
|---|---|---|---|

**NYC FINANCE**
**CORRESPONDENCE UNIT**
**ONE CENTRE STREET, 22ND FLOOR**
**NEW YORK, NY 10007**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
GOVERNMENTAL UNIT

**Last 4 digits of account**
**number    Unknown**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) ( 8        )

Debtor Name    **1141 Realty Owner LLC**                                    Case number (if known): **18-12341**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **UNKNOWN**

ABRAHAM SALEH
82-72 167TH STREET
HILLCREST, NY 11432

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **UNKNOWN**

BRICK 1141 CAPITAL, LLC
381 PARK AVENUE, SO. SUITE 1001
NEW YORK, NY 10016

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **UNKNOWN**

CARLOS J. TERROBA, INC.
1000 S. FRONTAGE RD WEST, SUITE 200
VAIL, CO 81657

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **UNKNOWN**

CASSIN & CASSIN, LLP
ATTN: DENNIS MENSI, ESQ.
711 THIRD AVE. 20TH FL.
NEW YORK, NY 10017

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.5**  **Nonpriority creditor's name and mailing address**
COMMISSIONERS OF THE STATE INSURANCE FUND
C/O WILLIAM O'BRIEN, ESQ.
199 CHURCH STREET, 14TH FLOOR
NEW YORK, NY 10007

As of the petition filing date, the claim is:    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.6**  **Nonpriority creditor's name and mailing address**
CONSOLIDATED EDISON COMPANY OF N.Y. INC
C/O WILLIAM O'BRIEN, ESQ.
199 CHURCH STREET, 14TH FLOOR
NEW YORK, NY 10007

As of the petition filing date, the claim is:    **$59,530.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
12/13/2017 - 07/05/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.7**  **Nonpriority creditor's name and mailing address**
CRIMINAL COURT OF THE CITY OF NEW YORK
100 CENTRE
NEW YORK, NY 10013

As of the petition filing date, the claim is:    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.8**  **Nonpriority creditor's name and mailing address**
ELIZABETH S. LAPADULA, ESQ.
1002 EDGEWOOD AVENUE
PELHAM MANOR, NY 10803

As of the petition filing date, the claim is:    **$100,000.00**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
NOTE PAYABLE

**Date or dates debt was incurred**
02/23/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **1141 Realty Owner LLC**                      Case number (if known): **18-12341**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.9**

**Nonpriority creditor's name and mailing address**
EMERSON MIRANDA
C/O BLYER & KURLAND PC
ATTN: STEVEN R. BLYER, ESQ.
390 N. BROADWAY, SUITE 200
JERICHO, NY 11753

**As of the petition filing date, the claim is:**                        UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**
FIRST CENTRAL SAVINGS BANK
70 GLEN STREET
GLEN COVE, NY 11542

**As of the petition filing date, the claim is:**                        UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**
FLATIRON NOTEBUYER, LLC
C/O DELSHAH CAPITAL
114 EAST 13TH ST. FRONT 1
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**                        UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**
HRC FUND V. REIT, LLC
C/O HUDSON REALTY CAPITAL, LLC
250 PARK AVENUE SO. 3RD. FL.
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**                        UNKNOWN

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                5 of 11

Debtor Name    **1141 Realty Owner LLC**    Case number (if known): **18-12341**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.13**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    UNKNOWN

IBRAHIM SALEH
82-72 167TH STREET
HILLCREST, NY 11432

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.14**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    UNKNOWN

JASPAN SCHLESINGER
ATTN: STEPHEN P. EPSTEIN, ESQ.
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.15**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    UNKNOWN

LANDMARKS PRESERVATION COMMISSION
OF THE CITY OF NEW YORK
1 CENTRE STREET
NEW YORK, NY 10007

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.16**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    UNKNOWN

MAFER, INC.
1000 S. FRONTAGE RD WEST, SUITE 200
VAIL, CO 81657

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    6 of 11

Debtor Name    **1141 Realty Owner LLC**                    Case number (if known): **18-12341**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.17**  **Nonpriority creditor's name and mailing address**

MAUREEN ALLEN
125-10 18TH AVENUE
COLLEGE POINT, NY 11356

**As of the petition filing date, the claim is:**          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**

MICHAEL D. LEOPOLD
885 SECOND AVE. 30TH FL.
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**

MING CHU COMPANY, LTD.
1141 BROADWAY
MANHATTAN, NY 10001

**As of the petition filing date, the claim is:**          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**

MING CHU WU LI
23 DANIEL COURT
WOODCLIFF LAKE, NJ 07677

**As of the petition filing date, the claim is:**          UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------------|

**Amount of claim**

**3.21**  **Nonpriority creditor's name and mailing address**

NYC PROPERTY TAX (ACH)
66 JOHN STREET, 2ND FLOOR
NEW YORK, NY 10038

**As of the petition filing date, the claim is:**                                                **$38,776.42**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

06/30/2017 - 06/01/2018

**Basis for the claim:**

AP TRADE

**Last 4 digits of account number**

Unknown

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.22**  **Nonpriority creditor's name and mailing address**

NYC WATER BOARD
59-17 JUNCTION BLVD
FLUSHING, NY 11373

**As of the petition filing date, the claim is:**                                                **$48,041.48**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

10/31/2016 - 12/31/2017

**Basis for the claim:**

AP TRADE

**Last 4 digits of account number**

Unknown

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.23**  **Nonpriority creditor's name and mailing address**

RICHMOND MONROE GROUP
P.O. BOX 458
KIMBERLING CITY, MO 65686

**As of the petition filing date, the claim is:**                                                **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Unknown

**Basis for the claim:**

UNKNOWN

**Last 4 digits of account number**

Unknown

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.24**  **Nonpriority creditor's name and mailing address**

RMF SUB 1, LLC
100 N. BROADWAY, 26TH FLOOR
SUITE 2600
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**                                                **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Unknown

**Basis for the claim:**

UNKNOWN

**Last 4 digits of account number**

Unknown

**Is the claim subject to offset?**

[✓] No
[ ] Yes

Debtor Name    **1141 Realty Owner LLC**                         Case number (if known): **18-12341**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.25**  **Nonpriority creditor's name and mailing address**

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTN: JOHN D'ERCOLE
875 THIRD AVE, 9TH FLOOR
NEW YORK, NY 10022-0123

**As of the petition filing date, the claim is:**    $480,074.98

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
LEGAL SERVICES

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**

ROYAL ABSTRACT
500 FIFTH AVE. SUITE 1540
NEW YORK, NY 10110

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.27**  **Nonpriority creditor's name and mailing address**

ROYAL REGISTERED PROPERTY
500 5TH AVE. SUITE 1540
NEW YORK, NY 10110

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.28**  **Nonpriority creditor's name and mailing address**

THE BANK OF NEW YORK
ATTN: CORPORATE TRUST DEPT.
101 BARCLAY STREET
NEW YORK, NY 10286

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.29** **Nonpriority creditor's name and mailing address**
THE CITY OF NEW YORK
DEPT. OF ENVIRONMENTAL PROTECTION
BUREAU OF CUSTOMER SERVICES
89-17 JUNCTION BLVD.
FLUSHING, NY 11373-5108

As of the petition filing date, the claim is:   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
UNKNOWN

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.30** **Nonpriority creditor's name and mailing address**
WELLS FARGO COMMERCIAL MORTGAGE SERVICING
LOAN NUMBER: 300571303 / 300571304
D1050-084, 8TH FLOOR
401 SOUTH TRYON STREET
CHARLOTTE, NC 28202

As of the petition filing date, the claim is:   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
UNKNOWN

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.31** **Nonpriority creditor's name and mailing address**
YAAKOUB Y. SALEH
38-11 220TH STREET
BAYSIDE, NY 11361

As of the petition filing date, the claim is:   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
UNKNOWN

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.32** **Nonpriority creditor's name and mailing address**
ZARIC NAHAS & RICH
ATTENTION: ROBERT PAUL RICH
303 FIFTH AVENUE
NEW YORK, NY 10016

As of the petition filing date, the claim is:   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
UNKNOWN

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **1141 Realty Owner LLC**                                    Case number (if known): **18-12341**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                              $1,373,904.42

**5b. Total claims from Part 2**                                              $726,422.88

**5c. Total claims of Parts 1 and 2**
    Lines 5a + 5b = 5c                                          $2,100,327.30

| Debtor Name | 1141 Realty Owner LLC |
|---|---|
| United States Bankruptcy Court for the Southern District of New York | |
| Case number (if known): | 18-12341 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | UTILITY CONTRACT | AGGRESSIVE ENERGY<br>78 RAPELYE STREET<br>BROOKLYN, NY 11231 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | UTILITY CONTRACT | CONSOLIDATED EDISON COMPANY OF NY<br>122 EAST 124TH STREET<br>NEW YORK, NY 10116-1702 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | UTILITY CONTRACT | COOPER ELECTRIC SUPPLY CO<br>#290684<br>42 CINDY LANE<br>OCEAN, NJ 07712 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | MINIBAR LEASE | MINIBAR NORTH AMERICA<br>P.O. BOX 418525<br>BOSTON, MA 02241-8525 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MINIBAR LEASE | MINIBAR SYSTEMS<br>7340 WESTMORE ROAD<br>ROCKVILLE, MD 20850 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name     **1141 Realty Owner LLC**                                    Case number (if known): **18-12341**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **UTILITY CONTRACT** | **TELCO EXPERTS**<br>**169 RAMAPO VALLEY RD**<br>**OAKLAND, NJ 07436-2509** |
|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | Unknown | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **UTILITY CONTRACT** | **TIME WARNER CABLE**<br>**60 COLUMBUS CIRCLE**<br>**NEW YORK, NY 10023** |
|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | Unknown | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **UTILITY CONTRACT** | **VERIZON WIRELESS**<br>**BANKRUPTCY ADMINISTRATION**<br>**500 TECHNOLOGY DRIVE**<br>**SUITE 550**<br>**WELDON SPRING, MO 63304** |
|  | State the term remaining | Unknown | |
|  | List the contract number of any government contract | Unknown | |

| Debtor Name | **1141 Realty Owner LLC** |
| --- | --- |

**United States Bankruptcy Court for the Southern District of New York**

| Case number (if known): | **18-12341** |
| --- | --- |

Check if this is an
amended filing ☐

Official Form 206H

**Schedule H: Codebtors**                                                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**   Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 **JAY VASWANI** | **2223 PUNTA DEL ESTE DRIVE HACIENDA HEIGHTS, CA 91745** | Midland Loan Services, A Division of PNC Bank.  - Consolidated, Amended and Restated Promissory Note A | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **JAY VASWANI** | **2223 PUNTA DEL ESTE DRIVE HACIENDA HEIGHTS, CA 91745** | Midland Loan Services, A Division of PNC Bank.  - Promissory Note B | ☑ D<br>☐ E/F<br>☐ G |

| Debtor Name | 1141 Realty Owner LLC |
|---|---|
| **United States Bankruptcy Court for the Southern District of New York** | |
| **Case Number:** | 18-12341 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the 1141 Realty Owner LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 32 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 9/14/2018
MM / DD / YYYY

Signature _____/s/  James Katchadurian_____

James Katchadurian
Printed Name

Chief Restructuring Officer
Title