| Debtor Name | **1141 Realty Owner LLC** |
|---|---|
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **18-12341** |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross Revenue from business**

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of Revenue | Gross Revenue (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| 1.1 | **FYTD 2018** | From 01/01/2018 | To | 07/30/2018 | ☑ Operating a business<br>☐ Other | $0.00 |
| 1.2 | **FYTD 2017** | From 01/01/2017 | To | 12/31/2017 | ☑ Operating a business<br>☐ Other | $0.00 |
| 1.3 | **FYTD 2016** | From 01/01/2016 | To | 12/31/2016 | ☑ Operating a business<br>☐ Other | $0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | Description of sources of revenue | Gross Revenue (before deductions and exclusions) |
|---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

In re  1141 Realty Owner LLC                                                                                              Case No.  18-12341

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments of transfers - including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1 | See Attached Exhibit | | | ☐ Secured Debt<br>☐ Unsecured Loan Payments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

[X] None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | Wilmington Trust NA solely in its capacity as Trustee<br>Midland Loan Services,<br>A Division of PNC Bank<br>Attn: Brian D. Davis<br>Asset Resolution Officer II<br>10851 Mastin, Suite 300<br>Overland Park, KS 66210 | All existing cash on hand and collections as received | 9/18/2017 | Undetermined |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| | **Creditor's name and address** | **Description of the action creditor took** | **Date action was taken** | **Amount** |
|---|---|---|---|---|
| 6.1 | Wilmington Trust NA solely in its capacity as Trustee<br>Midland Loan Services,<br>A Division of PNC Bank<br>Attn: Brian D. Davis<br>Asset Resolution Officer II<br>10851 Mastin, Suite 300<br>Overland Park, KS 66210 | Foreclosure Action | September 15, 2017<br>and thereafter | Undetermined |
| | | Last 4 digits of account number: XXXX- | | |

## Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.1 | Emerson Miranda, against 1141 Realty LLC, 1141 Realty LLC now known as 1141 Realty Owners LLC and Flatironhotel LLC | Personal injury sustained by the plaintiff while he was working on the premise | Supreme Court of the State of New York County of Bronx | ☑ Pending<br>☐ On appeal |
| | **Case number**<br>Index No. 25926/2016 | | | ☐ Concluded |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.2 | Commissioners of the State Insurance Fund, against Flatironhotel Operations LLC and 1141 Broadway Restaurant & Penthouse Operations LLC | Defendant has failed to make payments | Supreme Court of the State of New York County of New York | ☑ Pending<br>☐ On appeal |
| | **Case number**<br>Index No.: 451677/17 | | | ☐ Concluded |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

[X] None

| **Custodian's name and address** | **Description of the property** | **Value** |

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of gifts to that recipient is less than $1,000**

[X] None

| **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

[X] None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** | **Date of loss** | **Value of property lost** |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106 A/B (Schedule A/B: Assets - Real and Personal Property). | | |

---

**Part 6:**   **Certain Payments of Transfers**

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | **Who was paid or who received the transfer? Address** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| 11.1 | CR3 Partners, LLC<br>450 Lexington Avenue<br>4th Floor<br>New York, NY 10017<br>**Email or website address**<br>www.cr3partners.com<br>**Who made the payment, if not debtor?** | Fees | 06/22/2018 | $35,000.00 |
| 11.2 | CR3 Partners, LLC<br>450 Lexington Avenue<br>4th Floor<br>New York, NY 10017<br>**Email or website address**<br>www.cr3partners.com<br>**Who made the payment, if not debtor?** | Fees | 07/27/2018 | $95,703.00 |
| 11.3 | CR3 Partners, LLC<br>450 Lexington Avenue<br>4th Floor<br>New York, NY 10017<br>**Email or website address**<br>www.cr3partners.com<br>**Who made the payment, if not debtor?** | Fees | 07/30/2018 | $20,971.00 |
| 11.4 | CR3 Partners, LLC<br>450 Lexington Avenue<br>4th Floor<br>New York, NY 10017<br>**Email or website address**<br>www.cr3partners.com<br>**Who made the payment, if not debtor?** | Retainer | 07/30/2018 | $28,977.00 |
| 11.5 | Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st. #17<br>New York, NY 10036<br>**Email or website address**<br>www.klestadt.com<br>**Who made the payment, if not debtor?** | | 06/19/2018 | $103,434.00 |
| | **Who was paid or who received the transfer? Address** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |

| | | | | |
|---|---|---|---|---|
| 11.6 | Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st. #17<br>New York, NY 10036<br>**Email or website address**<br>www.klestadt.com<br>**Who made the payment, if not debtor?** | | 07/27/2018 | $16,028.30 |

| | **Who was paid or who received the transfer? Address** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| 11.7 | OMNI Management Group<br>5955 De Soto Avenue<br>Suite 100<br>Woodland Hills, CA 91367<br>**Email or website address**<br>www.omnimgt.com<br>**Who made the payment, if not debtor?** | Retainer | 07/27/2018 | $5,000.00 |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

[X] None

| **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|
| | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

[X] None

| **Who received transfer? Address.** | **Description of property transferred or payments received or debts paid in exchange.** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|
| | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

[X] Does not apply

| **Address** | **Dates of occupancy** |
|---|---|
| | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No  Go to Part 9.
☐ Yes.  Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  | Location where patient records are maintained | How are records kept?<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No
☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No  Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:
   
   **Name of plan**                                                      **Employer identification number of plan**
   _____                                                EIN:
   
   Has the plan been terminated?
   ☐ No
   ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

[X] None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | | |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

[X] None

| Depository institution name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

[X] None

| Facility name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

[X] None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
 - Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
 - Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
 - Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

[✓] No
[ ] Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | [ ] Pending |
| | | | [ ] On appeal |
| Case number | | | [ ] Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

[✓] No
[ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Official Form 207         **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

[X] None

| Business name and address | Describe the nature of the business | Employer identification number. Dates business existed |

**26. Books, records, and financial statements**
**26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.**

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1 | Yousef Iskander<br>33 Coronet Terrace<br>Burlington, NJ 08016-4290 | July 2018 |
| 26a.2 | Real Hospitality Group LLC<br>12800 Hospitality Way,<br>Ocean City, MD 21842 | 2015 / 2016 |

**26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.**

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1 | Paritz & Company, P.A.<br>15 Warren, Suite 25<br>Hackensack, NJ 07601 | 2015  &  2016 |

Official Form 207         **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1  Yousef Iskander<br>33 Coronet Terrace<br>Burlington, NJ 08016-4290 | N/A |
| 26c.2  Jay Vaswani<br>2223 Punta Del Este Drive<br>Hacienda Heights, CA 91745 | N/A |

**26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

☐ None

**Name and address**

26d.1  Wilmington Trust NA
solely in its capacity as
Trustee
Midland Loan Services A
Division of PNC
Attn: Brian D. Davis
10851 Mastin Street,
Suite 300
Overland Park, KS 66210

26d.2  JP Morgan Chase Bank, N.A.
1700 Pacific Ave, Ste 125
Dallas, TX 75201

26d.3  Premier Equities
1151 Broadway, 2nd Flr
New York, NY 10001

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes.  Give the details about the two most recent inventories

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

**Name and address of the person who has possession of inventory records**

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|---|
| 28.1 | 1141 Realty, LLC | 9 W. 26th Street<br>New York, NY 10010 | Owner | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing this value** |
|---|---|---|---|
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| | **Name of the parent corporation** | **Employer identification number of the parent corporation** |
|---|---|---|
| 31.1 | 1141 Realty LLC | N/A |
| 31.2 | Main Team Hotels LLC | N/A |
| 31.3 | Main Team Trading Ltd. | N/A |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer identification number of the pension fund** |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING**    Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on.    9/14/2018
                MM / DD / YYYY

/s/    James Katchadurian                              Printed name    James Katchadurian
Signature of individual signing on behalf of the debtor

Position or relationship to the debtor    Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy*  (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**1141 Realty Owner LLC**
Case No. 18-12342
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| Consolidated Edison Company of NY | c/o William O'Brien, Esq. 199 Church Street, 14th Floor | 6/29/2018 | $ 8,624.79 | Utility |
| Consolidated Edison Company of NY | | 7/21/2018 | $ 12,426.00 | Utility |
| **Consolidated Edison Company of NY Total :** | | | **$ 21,050.79** | |
| CT Corporation | 111 8th Avenue, 13th Floor New York, NY 10011 | 7/27/2018 | $ 11,389.00 | Independent Director |
| CT Corporation | | 7/27/2018 | $ 2,970.50 | Independent Director |
| CT Corporation | | 7/27/2018 | $ 2,500.00 | Independent Director |
| **CT Corporation Total :** | | | **$ 16,859.50** | |
| Moses And Singer LLP | 405 Lexington Ave New York, NY 10174 | 6/29/2018 | $ 15,137.00 | Professional Fee |
| **Moses And Singer LLP Total :** | | | **$ 15,137.00** | |
| Gibbons P.C. | One Gateway Center Newark, NJ 07102-5310 | 7/27/2018 | $ 7,630.50 | Professional Fee |
| **Gibbons P.C. Total :** | | | **$ 7,630.50** | |
| **Grand Total :** | | | **#REF!** | |