| Debtor Name | **Flatironhotel Operations LLC** |
|---|---|
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **18-12342** |

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

**1. Schedule A/B: Assets - Real and Personal Property**    (Official Form 206A/B)

1a.  **Real property:**
Copy line 88 from *Schedule A/B*..............................................................................................

$0.00

1b.  **Total personal property:**
Copy line 91A from *Schedule A/B*..............................................................................................

$374,731.16

1c.  **Total of all property:**
Copyline 92 from *Schedule A/B*..............................................................................................

$374,731.16

## Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property***    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D..........................

$0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims***    (Official Form 206E/F)

3a.  **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*............................................................

$1,261.92

3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*.................................................

**+** $2,235,878.88

4.  **Total liabilities** ...................................................................................................................
Lines 2 + 3a + 3b

$2,237,140.80

| Debtor Name | **Flatironhotel Operations LLC** |
| --- | --- |

**United States Bankruptcy Court for the Southern District of New York**

| Case number (if known): | **18-12342** |
| --- | --- |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

|  | **All cash of cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- | --- |
| 2. | **Cash on hand** | | | $1,500.00 |

3.    **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1 | JPMorgan Chase Bank, N.A.<br>P.O. Box 659754<br>San Antonio, TX 78265-9754 | Business Checking | 1676 | $6,891.44 |

4.    **Other cash equivalents**

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$8,391.44

### Part 2:    Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor  Flatironhotel Operations LLC                                    Case Number (if known) 18-12342

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | Capitol Specialty Insurance Corporation | Type - General Liability <br> Premium - $54,800.94 | $22,833.73 |
| 8.2 | Great American Insurance Group | Type - Property <br> Premium - $64,091.00 | $26,704.58 |
| 8.3 | Paramount Real Estate Group, Inc. | Type - Commercial Umbrella Liability <br> Premium - $4,323.38 | $1,801.41 |

| **9.** | **Total of Part 2** | |
|---|---|---|
| | Add lines 7 through 8.  Copy the total to line 81. | $51,339.72 |

**Part 3:**    **Accounts Receivable**

**10.   Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.   Accounts receivable**

11a. 90 days old or less:    _____ - _____ =
                                         face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    _____ - _____ =
                                         face amount              doubtful or uncollectible accounts

**12.   Total of Part 3**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Debtor  Flatironhotel Operations LLC                          Case Number (if known) 18-12342

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                        % of ownership: |  |  |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: |  |  |
| 17. | **Total of Part 4**<br>Add lines 14 through 16. Copy the total to line 83. |  |  |

**Part 5:**    Inventory, excluding agricultural assets

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** |  |  |  |  |
| 19.1    Linens | 12/21/2017 | $11,321.75 | NBV | $0.00 |
| 20. **Work in progress** |  |  |  |  |
| 21. **Finished goods, including goods held for resale** |  |  |  |  |
| 22. **Other inventory or supplies** |  |  |  |  |
| 22.1    Liquor | 07/31/2018 | $15,000.00 | Estimate | $15,000.00 |

| 23. **Total of Part 5**<br>Add lines 19 through 22. Copy the total to line 84. | **$15,000.00** |
|---|---|

Debtor  Flatironhotel Operations LLC                        Case Number (if known) 18-12342

24. **Is any of the property listed in Part 5 perishable?**

☑ No.
☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No.
☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-----------------------------------------|-------------------------------------|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

_____

Debtor  Flatironhotel Operations LLC                                                    Case Number (if known) 18-12342

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Debtor  Flatironhotel Operations LLC                              Case Number (if known) 18-12342

---

**40.  Office fixtures**

   40.1    Misc. Office Fixtures, including tables, chairs, and electronics                    Unknown

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

   41.1    Misc. Office Fixtures, including computers and transaction                    Unknown
       electronics

**42.  Collectibles**
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No.
   ☐ Yes.

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No.
   ☐ Yes.

---

**Part 8:**    **Machinery, equipment, and vehicles**

---

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

**48.  Watercraft, trailers, motors, and related accessories**
   Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

---

Debtor  Flatironhotel Operations LLC                                Case Number (if known) 18-12342

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1    Misc. Furniture & Fixtures, including tables, chairs, beds,    $300,000.00              Estimate            $300,000.00
        electornics, etc.

51.  **Total of Part 8.**                                                                        | $300,000.00 |
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No.
     ☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

**Part 9:**     **Real property**

54.  **Does the debtor own or lease any real property?**

     ☑ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

Debtor  Flatironhotel Operations LLC                                Case Number (if known) 18-12342

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 61.1   theflatironhotel.com | $0.00 | NBV | Unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
| 62.1   Additional Bar License | Unknown | | Unknown |
| 62.2   Catering Establishment License | Unknown | | Unknown |
| 62.3   Hotel Liquor License | Unknown | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

Debtor  Flatironhotel Operations LLC                                                  Case Number (if known) 18-12342

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers?**

     ☐ No.
     ☑ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No.
     ☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     ☐ No. Go to Part 12.
     ☑ Yes. Fill in the information below.

                                                                                     **Current value of
                                                                                     debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)
                                    _____  -  _____  =
                                    Total face amount       Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)
     72.1    Unused Net Operating Losses (NOLs)                                                     Unknown

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

Debtor  Flatironhotel Operations LLC                                Case Number (if known) 18-12342

**Nature of claim**

**Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
Examples: Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

Debtor  Flatironhotel Operations LLC                                    Case Number (if known) 18-12342

| Part 12: | Summary |
|---|---|

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.**   *Copy line 5, Part 1.* | **$8,391.44** | |
| 81. | **Deposits and prepayments.**   *Copy line 9, Part 2.* | **$51,339.72** | |
| 82. | **Accounts receivable.**   *Copy line 12, Part 3.* | | |
| 83. | **Investments.**   *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**   *Copy line 23, Part 5.* | **$15,000.00** | |
| 85. | **Farming and fishing-related assets.**   *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.**   *Copy line 51, Part 8.* | **$300,000.00** | |
| 88. | **Real Property.**   *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.**   *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**   *Copy line 78, Part 11.* | | |
| 91. | **Total.**  Add lines 80 through 90 for each column.   91a. | **$374,731.16**   **+**  91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92.................................................................................. | | **$374,731.16** |

| Debtor Name | **Flatironhotel Operations LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

Case number (if known):     **18-12342**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

<table><tr><td>**Part 1:**</td><td>**List Creditors Who Have Secured Claims**</td></tr></table>

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
secured claim, list the creditor separately for each claim.

|  | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

Creditor's name

## NONE

Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

Date debt was incurred

☐ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor Name | Flatironhotel Operations LLC |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

| Case number (if known): | **18-12342** |
|---|---|

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims                12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
NY CITY OCCUPANCY TAX
C/O NYC DEPARTMENT OF FINANCE
66 JOHN STREET, ROOM 104
NEW YORK, NY 10038

As of the petition filing date, the claim is:          $64.00          $64.00
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Unknown

Basis for the claim:
OCCUPANCY TAX

Last 4 digits of account
number    Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8    )

---

**2.2** Priority creditor's name and mailing address
NY CITY SALES TAX
C/O NYC DEPARTMENT OF FINANCE
66 JOHN STREET, ROOM 104
NEW YORK, NY 10038

As of the petition filing date, the claim is:          $425.02          $425.02
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Unknown

Basis for the claim:
SALES TAX

Last 4 digits of account
number    Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8    )

---

**2.3** Priority creditor's name and mailing address
NY STATE OCCUPANCY TAX
C/O NYS DEPARTMENT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

As of the petition filing date, the claim is:          $48.00          $48.00
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Unknown

Basis for the claim:
OCCUPANCY TAX

Last 4 digits of account
number    Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8    )

Debtor Name   **Flatironhotel Operations LLC**                                      Case number (if known): **18-12342**

## Part 1:   Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.4**   **Priority creditor's name and mailing address**

NY STATE SALES TAX
C/O NYS DEPARTMENT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

**As of the petition filing date, the claim is:**          $724.90          $724.90

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account
number**    **Unknown**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8          )

Debtor Name   **Flatironhotel Operations LLC**                    Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $646.88

123 BACKFLOW TESTING
30-10 35TH STREET
2ND FLOOR
ASTORIA, NY 11103

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
07/25/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.2**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $3,266.25

ABALON EXTERMINATING CO. INC
261 FIFTH AVENUE
SUITE 1504
NEW YORK, NY 10016

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
12/01/2017 - 05/01/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.3**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $1,962.97

ABC FIRE LIFE SAFETY
24-50 47TH ST
ASTORIA, NY 11103

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
06/06/2017 - 05/18/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.4**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:      $11,594.09

ABC STAR CLEANING ENTERPRISES CORP
2225 BENSON AVE
APT. 2D
BROOKLYN, NY 11214

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
07/15/2018 - 07/30/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name     **Flatironhotel Operations LLC**                                         Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                                **Amount of claim**

**3.5** **Nonpriority creditor's name and mailing address**
ACCESS BOOKINGS LTD
53A TAMWORTH ROAD
LICHFIELD, LE WS14 9HG
UNITED KINGDOM

**Date or dates debt was incurred**
01/03/2017 - 06/30/2017

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$263.01

---

**3.6** **Nonpriority creditor's name and mailing address**
ACCURATE AIR TECHNOLOGY
30-47 70TH STREET
NEW YORK, NY 11370

**Date or dates debt was incurred**
10/07/2015

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$442.03

---

**3.7** **Nonpriority creditor's name and mailing address**
ADT SECURITY SERVICES
3190 S VAUGHN WAY
AURORA, CO 80014

**Date or dates debt was incurred**
02/25/2017 - 06/26/2017

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$3,579.68

---

**3.8** **Nonpriority creditor's name and mailing address**
AETNA
151 FARMINGTON AVENUE
HARTFORD, CT 06156

**Date or dates debt was incurred**
03/15/2017 - 07/26/2017

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$48,276.14

---

Debtor Name      Flatironhotel Operations LLC                                    Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.9**  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                $596.57
AGGRESSIVE ENERGY
78 RAPELYE STREET             [X] Contingent
BROOKLYN, NY 11231            [X] Unliquidated
                             [ ] Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                          AP TRADE
06/15/2017 - 05/16/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
22853                                     [✓] No
                                          [ ] Yes

**3.10**  **Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is:              $37,314.84
AGGRESSIVE ENERGY
78 RAPELYE STREET             [X] Contingent
BROOKLYN, NY 11231            [X] Unliquidated
                             [ ] Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                          AP TRADE
10/16/2017 - 06/15/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
22854                                     [✓] No
                                          [ ] Yes

**3.11**  **Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is:               $1,992.43
AGGRESSIVE ENERGY
78 RAPELYE STREET             [X] Contingent
BROOKLYN, NY 11231            [X] Unliquidated
                             [ ] Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                          AP TRADE
11/15/2017 - 06/15/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
22855                                     [✓] No
                                          [ ] Yes

**3.12**  **Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is:               $6,294.83
AGGRESSIVE ENERGY
78 RAPELYE STREET             [X] Contingent
BROOKLYN, NY 11231            [X] Unliquidated
                             [ ] Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
                                          AP TRADE
11/15/2017 - 06/15/2018

**Last 4 digits of account number**        **Is the claim subject to offset?**
22856                                     [✓] No
                                          [ ] Yes

Debtor Name   **Flatironhotel Operations LLC**                  Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.13** **Nonpriority creditor's name and mailing address**

ALLIANCE RESERVATIONS NETWORK
428 E. THUNDERBIRD ROAD
#247
PHEPNIX, AZ 85022

**Date or dates debt was incurred**
07/01/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$96.50

---

**3.14** **Nonpriority creditor's name and mailing address**

ALTOUR INTERNATIONAL
1270 AVENUE OF THE AMERICAS
#1520
NEW YORK, NY 10020

**Date or dates debt was incurred**
01/13/2017 - 06/21/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$543.84

---

**3.15** **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS CHARGE CARD
P.O. BOX 1270
NEWARK, NJ 07101

**Date or dates debt was incurred**
10/15/2017

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$18,779.35

---

**3.16** **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
C/O DANIEL MOKEN
ZWICKER & ASSOCIATES, P.C
1105 LAUREL OAK ROAD, STE. 136
VOORHEES, NJ 08043

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

UNKNOWN

---

Debtor Name   **Flatironhotel Operations LLC**                    Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.17**  **Nonpriority creditor's name and mailing address**

AMERICAN TRAVEL SOLUTIONS
26707 WEST AGOURA RD. #204
CALABASAS, NY 91302

**Date or dates debt was incurred**
01/23/2017

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**                    $122.15

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**

AUTO-CHLOR SYSTEM
685 GOTHAM PKWY
CARLSTADT, NJ 07072

**Date or dates debt was incurred**
09/25/2017 - 01/16/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**                    $1,666.29

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**

AUTOMATIC DATA PROCESSING
99 JEFFERSON ROAD
MS 220
PARSIPPANY, NJ 07054

**Date or dates debt was incurred**
07/30/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**                    $509.76

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**

BIA ACCOUNT ADMINISTRATION
950 TRADE CENTRE WAY
STE 240
PORTAGE, MI 49002

**Date or dates debt was incurred**
06/14/2018 - 07/13/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**                    $13,795.43

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Flatironhotel Operations LLC**          Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $230,039.32
BOOKING.COM B.V
1000 BP AMSTERDAM
NETHERLANDS

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
07/13/2017 - 07/06/2018

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $325.75
CAMPBELL RESOURCES, LTD
14800 LANDMARK BLVD
SUITE 155
DALLAS, TX 75254

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
07/31/2016 - 10/16/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,386.00
CINTAS
7700 BENT BRANCH DRIVE
STE 130
IRING, TX 75063

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
05/05/2017 - 06/01/2018

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12.90
CLEVELAND CIRCLE TRAVEL
1034 GREAT PLAIN AVENUE
NEEDHAM, MA 02492

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
09/03/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.25** | **Nonpriority creditor's name and mailing address**
COMMISSIONERS OF THE STATE INSURANCE FUND
C/O WILLIAM O'BRIEN, ESQ.
199 CHURCH STREET, 14TH FLOOR
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**                    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
COMMTRAK
C/O WILLIAM O'BRIEN, ESQ.
199 CHURCH STREET, 14TH FLOOR
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**                    **$7,231.70**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
01/02/2018 - 02/19/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
COURTESY PRODUCTS
10840 LINPAGE PL
ST. LOUIS, MO 63132

**As of the petition filing date, the claim is:**                    **$554.63**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
10/19/2017 - 01/17/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
D&W CENTRAL STATION
4818 VAN DAM STREET
UNIT 2A
LONG ISLAND CITY, NY 11101-3108

**As of the petition filing date, the claim is:**                    **$3,780.90**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
10/01/2017 - 07/01/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.29**

**Nonpriority creditor's name and mailing address**
DIVERSE RECYCLING SOLUTIONS, LLC
195 MONTAGUE STREET, 14TH FLOOR
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
12/01/2017 - 07/01/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$10,147.16

**3.30**

**Nonpriority creditor's name and mailing address**
DIVERSE RECYCLING SOLUTIONS, LLC
195 MONTAGUE STREET, 14TH FLOOR
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
11/01/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$517.16

**3.31**

**Nonpriority creditor's name and mailing address**
EAST COAST MECHANICAL CONTRACTING CORP
340 JACKSON AVENUE
BRONX, NY 10454

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
01/19/2017 - 09/30/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$21,328.55

**3.32**

**Nonpriority creditor's name and mailing address**
EDGE LINEN SERVICES(HOLD)
2040 EDWIN AVENUE
FORT LEE, NJ 07024

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
09/25/2016 - 10/19/2016

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$7,034.15

Debtor Name    **Flatironhotel Operations LLC**                                    Case number (if known): **18-12342**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.33** | **Nonpriority creditor's name and mailing address**
ELISHA YOUNG
180 HULL STREET
APT 2R
BROOKLYN, NY 11233

**As of the petition filing date, the claim is:**    $200.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
12/12/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**
ELITE IN-FLITE SERVICES
DIVISION OF ELITE AIRLINE LINEN OF NEW YORK INC.
11-07 REDFERN AVENUE
FAR ROCKAWAY, NY 11691

**As of the petition filing date, the claim is:**    $18,499.96
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
03/09/2017 - 07/11/2018

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**
EMERSON MIRANDA
C/O BLYER & KURLAND PC
ATTN: STEVEN R. BLYER, ESQ.
390 N. BROADWAY, SUITE 200
JERICHO, NY 11753

**As of the petition filing date, the claim is:**    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**
EXPEDIA TRAVEL
275 MADISON AVE #1202
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**    $85,465.60
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
11/01/2017 - 01/01/2018

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.37**  **Nonpriority creditor's name and mailing address**              **As of the petition filing date, the claim is:**            $202.50
FILCO CARTING CORP.
197 SNEDIKER AVE                                                 [X] Contingent
BROOKLYN, NY 11207                                               [X] Unliquidated
                                                                [ ] Disputed

                                                                **Basis for the claim:**
**Date or dates debt was incurred**                             AP TRADE
02/08/2017 - 03/01/2017

**Last 4 digits of account number**                             **Is the claim subject to offset?**
Unknown                                                         [✓] No
                                                                [ ] Yes

---

**3.38**  **Nonpriority creditor's name and mailing address**              **As of the petition filing date, the claim is:**            UNKNOWN
FIRST CENTRAL SAVINGS BANK
70 GLEN STREET                                                  [X] Contingent
GLEN COVE, NY 11542                                             [X] Unliquidated
                                                                [X] Disputed

                                                                **Basis for the claim:**
**Date or dates debt was incurred**                             UNKNOWN
Unknown

**Last 4 digits of account number**                             **Is the claim subject to offset?**
Unknown                                                         [✓] No
                                                                [ ] Yes

---

**3.39**  **Nonpriority creditor's name and mailing address**              **As of the petition filing date, the claim is:**            $2,500.00
FLYNN & FLYNN, P.L.L.C.
198 BEACH 102ND STREET                                          [X] Contingent
ROCKWAY BEACH, NY 11694                                         [X] Unliquidated
                                                                [ ] Disputed

                                                                **Basis for the claim:**
**Date or dates debt was incurred**                             AP TRADE
11/01/2017

**Last 4 digits of account number**                             **Is the claim subject to offset?**
Unknown                                                         [✓] No
                                                                [ ] Yes

---

**3.40**  **Nonpriority creditor's name and mailing address**              **As of the petition filing date, the claim is:**            $403.47
GANT TRAVEL MANAGEMENT
400 W. 7TH STREET, STE 233                                      [X] Contingent
BLOOMINGTON, IN 47404                                           [X] Unliquidated
                                                                [ ] Disputed

                                                                **Basis for the claim:**
**Date or dates debt was incurred**                             AP TRADE
03/02/2017

**Last 4 digits of account number**                             **Is the claim subject to offset?**
Unknown                                                         [✓] No
                                                                [ ] Yes

Debtor Name    **Flatironhotel Operations LLC**                                           Case number (if known): **18-12342**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.41**

**Nonpriority creditor's name and mailing address**
GLOBAL SECURITY GROUP INC
421 7TH AVE-4 FL
NEW YORK, NY 10001-2002

**As of the petition filing date, the claim is:**                          $500.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
03/18/2016

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.42**

**Nonpriority creditor's name and mailing address**
HITECH CENTRAL AIR INC
954 LEXINGTON AVE #218
NEW YORK, NY 10021

**As of the petition filing date, the claim is:**                          $212.30
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
12/26/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.43**

**Nonpriority creditor's name and mailing address**
HOLIDAY INN NYC (HOLD)
125 WEST 26TH STREET
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**                          $15,686.15
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
05/07/2015 - 05/07/2016

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.44**

**Nonpriority creditor's name and mailing address**
HOTEL RESERVATION SERVICE ROBERT RAGGE GMBH
BLAUBACH 32
COLOGNE/KOLN, 50676
GERMANY

**As of the petition filing date, the claim is:**                          $906.20
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
01/20/2017 - 11/30/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    Flatironhotel Operations LLC                                Case number (if known): **18-12342**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.45**  **Nonpriority creditor's name and mailing address**

HOTELS BY DAY
545 FIFTH AVENUE
STE#640
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**                 $798.31

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
06/03/2015 - 07/26/2018                         AP TRADE

**Last 4 digits of account number**              **Is the claim subject to offset?**
Unknown                                          [✓] No
                                                 [ ] Yes

---

**3.46**  **Nonpriority creditor's name and mailing address**

HRC FUND V. REIT, LLC
C/O HUDSON REALTY CAPITAL, LLC
250 PARK AVENUE SO. 3RD. FL.
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**                UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
Unknown                                          UNKNOWN

**Last 4 digits of account number**              **Is the claim subject to offset?**
Unknown                                          [✓] No
                                                 [ ] Yes

---

**3.47**  **Nonpriority creditor's name and mailing address**

JASPAN SCHLESINGER
ATTN: STEPHEN P. EPSTEIN, ESQ.
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

**As of the petition filing date, the claim is:**                UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
Unknown                                          UNKNOWN

**Last 4 digits of account number**              **Is the claim subject to offset?**
Unknown                                          [✓] No
                                                 [ ] Yes

---

**3.48**  **Nonpriority creditor's name and mailing address**

JAY VASWANI
9 WEST 26TH STREET
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**                $333,320.69

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
01/22/2016 - 07/30/2018                         AP TRADE

**Last 4 digits of account number**              **Is the claim subject to offset?**
Unknown                                          [✓] No
                                                 [ ] Yes

---

Debtor Name    Flatironhotel Operations LLC    Case number (if known): **18-12342**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.49**    **Nonpriority creditor's name and mailing address**

KENSINGTON VANGUARD NATIONAL LAND
39 W 37TH ST. 7TH FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:    **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
UNKNOWN

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.50**    **Nonpriority creditor's name and mailing address**

LEXYL TRAVEL TECHNOLOGIES
777 S FLAGER DR
SUITE 800, WEST TOWER
WEST PALM BEACH, FL 33401

As of the petition filing date, the claim is:    **$17.77**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
12/17/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.51**    **Nonpriority creditor's name and mailing address**

LOIS LANE TRAVEL
230 FIFTH AVENUE
NEW YORK, NY 10001

As of the petition filing date, the claim is:    **$76.87**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
12/12/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.52**    **Nonpriority creditor's name and mailing address**

LOTUS GROUP LTD.
37-39 QUEEN ELIZABETH STREET
LONDON, EC SE1 2BT
UNITED KINGDOM

As of the petition filing date, the claim is:    **$604.70**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
03/02/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Flatironhotel Operations LLC**                    Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

|  | Amount of claim |

**3.53**  **Nonpriority creditor's name and mailing address**

M3 ACCOUNTING & ANALYTICS
1715 N. BROWN ROAD
BUILDING A, SUITE 200
LAWRENCEVILLE, GA 30043

**Date or dates debt was incurred**

01/19/2018 - 07/02/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**                    $89.25

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.54**  **Nonpriority creditor's name and mailing address**

MAESTRO PMS
65 ALLSTATE PARKWAY
SUITE 100
MARHAM, ON L3R 9X1
CANADA

**Date or dates debt was incurred**

07/27/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**                    $901.24

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.55**  **Nonpriority creditor's name and mailing address**

METLIFE
200 PARK AVENUE
NEW YORK, NY 10166

**Date or dates debt was incurred**

12/14/2017 - 07/01/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**                    $1,934.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.56**  **Nonpriority creditor's name and mailing address**

MINIBAR NORTH AMERICA, INC.
7340 WESTMORE ROAD
ROCKVILLE, MD 20850

**Date or dates debt was incurred**

11/01/2017 - 07/01/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**                    $9,436.86

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Flatironhotel Operations LLC**    Case number (if known): **18-12342**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.57**  **Nonpriority creditor's name and mailing address**
MINIBAR NORTH AMERICA, INC.
C/O GARY S. POSNER
7 SAINT PAUL ST
BALTIMORE, MD 21202-1626

As of the petition filing date, the claim is:    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.58**  **Nonpriority creditor's name and mailing address**
NEW YORK STATE INSURANCE FUND
C/O WILLIAM O'BRIEN, ESQ.
199 CHURCH STREET, 14TH FLOOR
NEW YORK, NY 10007

As of the petition filing date, the claim is:    **$4,814.63**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
01/28/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.59**  **Nonpriority creditor's name and mailing address**
NICCI VASWANI
ADDRESS REDACTED

As of the petition filing date, the claim is:    **$6,590.16**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
11/20/2017 - 01/19/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.60**  **Nonpriority creditor's name and mailing address**
NIVO BACKFLOW
217 CENTRE STREET
#400
NEW YORK, NY 10013

As of the petition filing date, the claim is:    **$1,007.09**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
03/19/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Flatironhotel Operations LLC**    Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.61** Nonpriority creditor's name and mailing address

NYC DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201

As of the petition filing date, the claim is:    $470,531.20

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
10/20/2015 - 05/31/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.62** Nonpriority creditor's name and mailing address

NYC FIRE DEPARTMENT
9 METRO TECH CTR
DOWNTOWN
BROOKLYN, NY 11201

As of the petition filing date, the claim is:    $23,340.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
03/15/2017 - 05/16/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.63** Nonpriority creditor's name and mailing address

NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

As of the petition filing date, the claim is:    $552,948.70

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
11/30/2016 - 07/11/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.64** Nonpriority creditor's name and mailing address

NYS UNEMPLOYMENT INSURANCE
P.O. BOX 551
ALBANY, NY 12201

As of the petition filing date, the claim is:    $60,385.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
05/07/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.65** | **Nonpriority creditor's name and mailing address**
ONYX CENTER SOURCE AS
544 PARK AVE
SUITE 130
BROOKLYN, NY 11205

As of the petition filing date, the claim is:                     $9,107.01
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
07/09/2018

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.66** | **Nonpriority creditor's name and mailing address**
OTA INSIGHT
1460 BROADWAY
NEW YORK, NY 10036

As of the petition filing date, the claim is:                     $2,088.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
02/26/2018

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.67** | **Nonpriority creditor's name and mailing address**
OVATION TRAVEL GROUP
71 FIFTH AVERNUE
10TH FL
NEW YORK, NY 10003

As of the petition filing date, the claim is:                     $31.90
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
10/23/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.68** | **Nonpriority creditor's name and mailing address**
P&W ELEVATORS
544 PARK AVE
SUITE 130
BROOKLYN, NY 11205

As of the petition filing date, the claim is:                     $16,604.36
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
11/01/2016 - 06/21/2018

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Flatironhotel Operations LLC**                           Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.69**   **Nonpriority creditor's name and mailing address**

PARITZ & COMPANY, P.A.
15 WARREN STREET
HACKENSACK, NJ 07601

**As of the petition filing date, the claim is:**                    $49,477.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
03/31/2017 - 09/30/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.70**   **Nonpriority creditor's name and mailing address**

PRESTIGE LANE HOSPITALITY BRANDS
ONE PRESTIGE LANE
BRISTOL, CT 06010

**As of the petition filing date, the claim is:**                    $553.43

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
03/09/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.71**   **Nonpriority creditor's name and mailing address**

PRESTIGE VALET & CONCIERGE
75 W FOREST AVE
ENGLEWOOD, NJ 07631

**As of the petition filing date, the claim is:**                    $145.50

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
03/01/2016 - 04/02/2016

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.72**   **Nonpriority creditor's name and mailing address**

PRIMARY AIR MECHANICAL CORP
204-18 42ND AVE
#1A
BAYSIDE, NY 11361

**As of the petition filing date, the claim is:**                    $3,211.81

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
07/30/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.73** Nonpriority creditor's name and mailing address
QUILL CORPORATION
100 SCHELTER RD
LINCOLNSHIRE, IL 60069

As of the petition filing date, the claim is:    $3,523.76
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
01/01/2016

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.74** Nonpriority creditor's name and mailing address
RELIANT SECURITY SERVICES, INC.
87-02 23RD AVE
EAST ELMHURST, NY 11369

As of the petition filing date, the claim is:    $38,724.66
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
12/01/2017 - 02/16/2018

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.75** Nonpriority creditor's name and mailing address
RELIANT SECURITY SERVICES, INC.
C/O SCOTT LOCKWOOD, ESQ
375 COMMACK ROAD, SUITE 200
DEER PARK, NY 11729

As of the petition filing date, the claim is:    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.76** Nonpriority creditor's name and mailing address
REVENUE OPTIMIZATION CONSULTANTS, LLC
347 WEST 36 STREET
SUITE 802
NEW YORK, NY 10018

As of the petition filing date, the claim is:    $7,000.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
10/25/2017 - 11/25/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Flatironhotel Operations LLC**    Case number (if known): **18-12342**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.77** **Nonpriority creditor's name and mailing address**
RICK BOGART
444 W 58TH ST APT 5E
NEW YORK, NY 10019

As of the petition filing date, the claim is:                                        **$1,200.00**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
09/29/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.78** **Nonpriority creditor's name and mailing address**
ROYAL ABSTRACT
500 FIFTH AVE. SUITE 1540
NEW YORK, NY 10110

As of the petition filing date, the claim is:                                        **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
UNKNOWN

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.79** **Nonpriority creditor's name and mailing address**
ROYAL REGISTERED PROPERTY
500 5TH AVE. SUITE 1540
NEW YORK, NY 10110

As of the petition filing date, the claim is:                                        **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
UNKNOWN

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.80** **Nonpriority creditor's name and mailing address**
SABRE HOSPITALITY SOLUTIONS
DIVISION OF SABRE GLBL INC,
7285 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

As of the petition filing date, the claim is:                                        **$38,758.73**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
08/28/2017 - 06/30/2018

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name      Flatironhotel Operations LLC                                    Case number (if known): **18-12342**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.81**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $17.90
SANDITZ TRAVEL MANAGEMENT
98 WASHINGTON STREET                                         [X] Contingent
MIDDLETOWN, CT 06457                                        [X] Unliquidated
                                                            [ ] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                          AP TRADE
12/31/2017

**Last 4 digits of account number**                          **Is the claim subject to offset?**
Unknown                                                     [✓] No
                                                            [ ] Yes

**3.82**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,330.00
SHERWEB
95 BOULEVARD JACQUES CARTIER SUD                             [X] Contingent
SUITE 400                                                   [X] Unliquidated
SHERBROOKE, QC J1J 2Z3                                      [ ] Disputed
CANADA
                                                            **Basis for the claim:**
**Date or dates debt was incurred**                          AP TRADE
11/27/2017 - 06/27/2018

**Last 4 digits of account number**                          **Is the claim subject to offset?**
Unknown                                                     [✓] No
                                                            [ ] Yes

**3.83**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $300.00
STATE OF DELAWARE
DIVISION OF CORPORATION                                      [X] Contingent
P.O. BOX 5509                                              [X] Unliquidated
BINGHAMTON, NY 13902-5509                                   [ ] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                          AP TRADE
03/31/2017

**Last 4 digits of account number**                          **Is the claim subject to offset?**
Unknown                                                     [✓] No
                                                            [ ] Yes

**3.84**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $875.43
TANGERINE TRAVEL, LTD.
10808 NE 145TH STREET                                       [X] Contingent
BOTHELL, WA 98011                                           [X] Unliquidated
                                                            [ ] Disputed

                                                            **Basis for the claim:**
**Date or dates debt was incurred**                          AP TRADE
01/25/2018 - 05/15/2018

**Last 4 digits of account number**                          **Is the claim subject to offset?**
Unknown                                                     [✓] No
                                                            [ ] Yes

Debtor Name     **Flatironhotel Operations LLC**                                    Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.85**

**Nonpriority creditor's name and mailing address**

TEKCONN SERVICES INC
237 WEST 35TH STREET
SUITE 805
NEW YORK, NY 10001

**Date or dates debt was incurred**

09/01/2017 - 04/01/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$7,639.98

---

**3.86**

**Nonpriority creditor's name and mailing address**

TELCO EXPERTS
169 RAMAPO VALLEY RD
OAKLAND, NJ 07436-2509

**Date or dates debt was incurred**

02/01/2018 - 07/01/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$5,751.43

---

**3.87**

**Nonpriority creditor's name and mailing address**

THE ERIC RYAN CORPORATION
1 EARLY ST
SUITE A
ELLWOOD CITY, PA 16117

**Date or dates debt was incurred**

03/01/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$130.00

---

**3.88**

**Nonpriority creditor's name and mailing address**

TIME WARNER CABLE
60 COLUMBUS CIRCLE
NEW YORK, NY 10023

**Date or dates debt was incurred**

02/01/2018 - 07/01/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$9,536.36

---

Debtor Name    Flatironhotel Operations LLC              Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | | **Amount of claim** |
| --- | --- | --- |

**3.89**

**Nonpriority creditor's name and mailing address**
TOTAL FIRE PROTECTION
5322 AVENUE N
BROOKLYN, NY 11234

**Date or dates debt was incurred**
09/14/2016

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

$734.91

---

**3.90**

**Nonpriority creditor's name and mailing address**
TRAVEL INCORPORATED
4355 RIVER GREEN PARKWAY
DULUTH, GA 30096-9404

**Date or dates debt was incurred**
03/01/2017 - 06/25/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

$299.95

---

**3.91**

**Nonpriority creditor's name and mailing address**
TRAVEL ONE, INC.
8009 34TH AVENUE SOUTH, SUITE 1500
MINNEAPOLIS, MN 55425

**Date or dates debt was incurred**
02/06/2017

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

$59.90

---

**3.92**

**Nonpriority creditor's name and mailing address**
TRAVELFOCUS, LLC DBA TSI USA
8111 LBJ FREEWAY SUITE 900
DALLAS, TX 75251

**Date or dates debt was incurred**
09/21/2016

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

$151.60

---

Debtor Name    **Flatironhotel Operations LLC**    Case number (if known): **18-12342**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | | Amount of claim |
|---|---|---|

**3.93**    **Nonpriority creditor's name and mailing address**

TRIPADVISOR LLC
400 1ST AVENUE
NEEDHAM, MA 02494

**As of the petition filing date, the claim is:**    $237.18

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
01/20/2017 - 03/20/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.94**    **Nonpriority creditor's name and mailing address**

TRUST SECURITY & COMMUNICATIONS
321 SPOOKS ROCK ROAD
UNIT A109
SUFFERN, NY 10901

**As of the petition filing date, the claim is:**    $27.22

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
06/01/2017

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.95**    **Nonpriority creditor's name and mailing address**

USA TODAY
535 MADISON AVE
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**    $57.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
12/27/2016

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.96**    **Nonpriority creditor's name and mailing address**

VALERIE WILSON TRAVEL INC
39 LOCUST AVENUE
SUITE 202
NEW CANAAN, CT 06840

**As of the petition filing date, the claim is:**    $456.30

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
12/30/2016

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Flatironhotel Operations LLC**    Case number (if known): **18-12342**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.97** | **Nonpriority creditor's name and mailing address**
VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**   $926.97
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
07/20/2017 - 07/28/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
619 727

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**
VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**   $1,790.42
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
04/20/2017 - 08/13/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
627 2059

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**
W&M SPRINKLER
50 BROADWAY
HAWTHORME, NY 10532

**As of the petition filing date, the claim is:**   $0.00
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
09/09/2016 - 12/22/2016

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**
W.B MASON CO., INC
59 CENTRE ST.
BROCKTON, MA 02301-4014

**As of the petition filing date, the claim is:**   $4,211.47
[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
01/23/2017 - 10/10/2017

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**
Unknown

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Flatironhotel Operations LLC**                      Case number (if known): **18-12342**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.101** | **Nonpriority creditor's name and mailing address**

WILLIAM ROAM
3131 NORTH FRAKLIN ROAD
SUITE C

**Date or dates debt was incurred**

10/26/2017 - 03/26/2018

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

$5,274.62

**3.102** | **Nonpriority creditor's name and mailing address**

WILLIAMBURG TRAVEL
2060 FRANKLIN WAY, #100
MARIETTA, GA 30067

**Date or dates debt was incurred**

12/15/2015

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

$141.70

**3.103** | **Nonpriority creditor's name and mailing address**

WORLD TRAVEL INC
1724 WEST SCHUYKILL ROAD
DOUGLASVILLE, PA 19518

**Date or dates debt was incurred**

12/12/2017

**Last 4 digits of account number**
Unknown

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
[✔] No
[ ] Yes

$27.97

Debtor Name     **Flatironhotel Operations LLC**                                Case number (if known): **18-12342**

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                              $1,261.92

**5b. Total claims from Part 2**                                            $2,235,878.88

**5c. Total claims of Parts 1 and 2**
    Lines 5a + 5b = 5c                                                    $2,237,140.80

| Debtor Name | **Flatironhotel Operations LLC** |
|---|---|
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **18-12342** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CLEANING SERVICE AGREEMENT | ABC STAR CLEANING ENTERPRISES CORP<br>2225 BENSON AVE<br>APT. 2D<br>BROOKLYN, NY 11214 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY BOOKING SERVICES AGREEMENT | BOOKING.COM B.V<br>P.O. BOC 414462<br>BOSTON, MA 02241-4462 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY BOOKING SERVICES AGREEMENT | EXPEDIA TRAVEL<br>275 MADISON AVE #1202<br>NEW YORK, NY 10016 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | IT PLATFORM AGREEMENT | MAESTRO PMS<br>65 ALLSTATE PARKWAY<br>SUITE 100<br>MARHAM, ON L3R 9X1<br>CANADA |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MINIBAR EQUIPMENT LEASES | MINIBAR NORTH AMERICA<br>7340 WESTMORE ROAD<br>ROCKVILLE, MD 20850 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |

Debtor Name      **Flatironhotel Operations LLC**                                                    Case number (if known): **18-12342**

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **REVENUE MANAGEMENT AGREEMENT** | **REVENUE OPTIMIZATION CONSULTANTS, LLC**<br>**347 WEST 36 STREET**<br>**SUITE 802**<br>**NEW YORK, NY 10018** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **IT SERVICES AGREEMENT** | **SABRE HOSPITALITY SOLUTIONS**<br>**DIVISION OF SABRE GLBL INC,**<br>**7285 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693** |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | Unknown | |

| | |
|---|---|
| Debtor Name | **Flatironhotel Operations LLC** |

**United States Bankruptcy Court for the Southern District of New York**

Case number (if known):    **18-12342**

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules
that apply** |
| **NONE** | | | |

| | |
|---|---|
| **Debtor Name** | Flatironhotel Operations LLC |
| **United States Bankruptcy Court for the Southern District of New York** | |
| **Case Number:** | 18-12342 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets- Real and Personal Property*    (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*    (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206 G)
- ☑ *Schedule H: Codebtors*    (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals*    (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the Flatironhotel Operations LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 46 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 9/14/2018
MM / DD / YYYY

Signature _____  /s/   James Katchadurian

James Katchadurian
Printed Name

Chief Restructuring Officer
Title