```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                              :
In re:                                        :  Chapter 11
                                              :
1141 REALTY OWNER LLC, et al.,                :  Case No. 18-12341(SMB)
                                              :
            Debtors.                          :  Jointly Administered
                                              :
-------------------------------------------------------------- X
```

### NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST 1141 REALTY OWNER LLC AND FLATIRONHOTEL OPERATIONS LLC, THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The United States Bankruptcy Court for the Southern District of New York has entered an Order (the "Bar Date Order") establishing **November 5, 2018 at 5: 00 p.m. (prevailing Eastern Time)** (the "General Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file a proof of claim against the above-captioned Debtors (the "Debtors")[1].

The General Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to July 31, 2018 (the "Petition Date"), the date on which the Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code, except for those holders of the claims listed in Section 4 below that are specifically excluded from the bar date filing requirements. Governmental units may have until **January 28, 2019 at 5:00 p.m. (prevailing Eastern Time)** (the "Governmental Bar Date" and, together with the General Bar Date, the "Bar Dates"), the date that is one hundred eighty (180) days after the Petition Date, to file

---

[1] The Debtors herein and the last four digits of their respective tax identification number are: 1141 Realty Owner LLC (1804) and Flatironhotel Operations LLC (4773). The Debtors' principal place of business is 9 West 26th Street a/k/a 1141 Broadway, New York, New York.

1

proofs of claim.

1. **WHO MUST FILE A PROOF OF CLAIM**

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Petition Date, including without limitation any claim arising under Section 503(b)(9) of the Bankruptcy Code, and it is not one of the types of claims described in Section 4 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

2. **WHAT TO FILE**

Your filed proof of claim must conform substantially to Official Form No. 410. A proof of claim form which you may use to submit your proof of claim is enclosed with this Notice. Additional proof of claim forms may be obtained at www.uscourts.gov/forms/bankruptcy-forms.

All proof of claim forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the specific Debtor against which their claim is asserted and the case number of that Debtor's bankruptcy case. The names of the Debtors and their respective case numbers are: **(i) 1141 Realty Owner LLC, Case No. 18-12341; and (ii) Flatironhotel Operations LLC, Case No. 18-12342.**

3. **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be **actually received on or before** November 5, 2018 at 5:00 p.m. (prevailing Eastern Time). Proofs of Claim either must be filed:

(a) Electronically through the website of the Debtors' Court-approved claims and noticing agent, Omni Management Group, Inc ("Omni"), on the website located at www.omnimgt.com/sblite/flatironhoteloperations under the link entitled "Submit a Proof of Claim";

(b) By mailing the original Proof of Claim by U.S. Postal Service mail or overnight delivery so as to be received before the applicable bar date to Omni at:

**Omni Management Group, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367**

(c) Or by delivering the original Proof of Claim by hand to the following address:

**United States Bankruptcy Court
Southern District of New York**

**One Bowling Green, Room 534**
**New York, New York 10004**

Proofs of claim will be deemed filed only if **actually received** at the addresses listed above or filed electronically on or before the applicable Bar Date. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

4. **WHO NEED NOT FILE A PROOF OF CLAIM**

Proofs of Claim need not be filed as to the following types of claims:

(a) Any claim as to which the holder has already filed a proof of claim against the Debtors in the above-captioned case in a form substantially similar to Official Bankruptcy Form No. 410 so long as the claimant does not wish to assert such claim against a Debtor who was not named in the original claim, in which case another Proof of Claim must be filed;

(b) Any claim that is listed on the schedules filed by the Debtors, provided that (i) the claim is not scheduled as "disputed," "contingent" or "unliquidated,"; and (ii) claimant does not disagree with the amount, nature and priority of the claim as set forth in the schedules; and (iii) the claimant does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(c) Any claim that heretofore has been allowed by Order of this Court;

(d) Any claim that has been paid in full by any of the Debtors;

(e) Any claim for which different specific deadlines have previously been fixed by this Court

(f) Any claim by a Debtor against another Debtor;

(g) Any claim allowable under § 503(b) and § 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtors' estates, except as otherwise provided below;

If you are a holder of an equity interest in the Debtors, you need not file a proof of interest with respect to the ownership of such equity interest at this time. However, if you assert a claim against the Debtors, including a claim relating to such equity interest or the purchase or sale of such interest, a proof of such claim must be filed on or prior to the General Bar Date pursuant to procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Court believes that you have a claim against the Debtors.

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before the date of entry of the Bar Order, you must file a proof of claim by the General Bar Date. If you have a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Order, you must file a proof of claim with respect to such claim by the date fixed by the Court in the applicable order authorizing rejection of such contract or lease.

6. **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION OR LIQUIDATION FILED IN THE DEBTORS' CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

7. **THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedule of Executory Contracts and Unexpired Leases (collectively, the "Schedules").

If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules. As set forth above, if you agree with the nature, amount and status of your claim as listed in the Debtors' Schedules, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules may be viewed on the internet free of charge on Omni's website for the Chapter 11 Cases (http://www.omnimgt.com/sblite/flatironhoteloperations) or for a fee at the Court's website (http://www.nysb.uscourts.gov) . A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, Room 534, New York, New York 10004-1408. Copies of the Debtors' Schedules may also be obtained by request to Debtors' counsel at Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036-7203, Attn: Renea Gargiulo, Tel: (212) 972-3000.

**A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a proof of claim.**

Dated: New York, New York  **BY ORDER OF THE COURT**
September 24, 2018

*/s/ Tracy L. Klestadt*
COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION
KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 WEST 41ST STREET, 17TH FLOOR

NEW YORK, NY 10036
TELEPHONE: (212) 972-3000
TRACY L. KLESTADT
JOSEPH C. CORNEAU
CHRISTOPHER REILLY