UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** 1141 Realty Owner, LLC, et al.,                                    **Case No.** 18-12341 (SMB)

    **Debtors**                                    **Reporting Period:** July 31, 2018 - August 31, 2018

                                                           **Federal Tax I.D. #** 47-3661804

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Attached | |
|     Copies of bank statements | | Attached | |
|     Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|     Copies of IRS Form 6123 or payment receipt | | | |
|     Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|     Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ James Katchadurian                                    Date: 9/27/2018

Signature of Authorized Individual* /s/ James Katchadurian, as Chief Restructuring Officer    Date: 9/27/2018

Printed Name of Authorized Individual: James Katchadurian, as Chief Restructuring Officer    Date: 9/27/2018

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership;  a manager or member if debtor is a limited liability company.

In re 1141 Realty Owner, LLC, et al.,                                    Case No. 18-12341 (SMB)
Debtors                                                                  Reporting Period: July 31, 2018 - August 31, 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,
the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank
account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.
[See MOR-1 (CON'T)]

### SIGNATURE BANK ACCOUNTS [Note 1]

| ACCOUNT NUMBER (LAST 4) | DIP OPERATING Acct# 9229 | DIP PAYROLL Acct# 9245 | DIP ESCROW Acct# 9253 | Restricted Cash Acct# 8885 [Note2] | CURRENT MONTH ACTUAL |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH [Note 3] | $          - | $          - | $          - | $   125,618.12 | 125,618.12 |
| RECEIPTS | | | | | |
| CASH SALES | $          - | $          - | $          - | $          - | $          - |
| ACCOUNTS RECEIVABLE - PREPETITION [Note 4] | $     5,500.12 | $          - | $          - | $          - | 5,500.12 |
| ACCOUNTS RECEIVABLE - POSTPETITION | $   60,012.95 | $          - | $          - | $          - | 60,012.95 |
| LOANS AND ADVANCES | $          - | $          - | $          - | $          - | $          - |
| OTHER (ATTACH LIST) | $          - | $          - | $          - | $          - | $          - |
| RESTRICTED CASH TRANSFER IN (#8885) | $   119,982.88 | $          - | $          - | $          - | 119,982.88 |
| RESTRICTED CASH TRANSFER IN (Wells Fargo) | $   293,215.62 | $          - | $          - | $          - | 293,215.62 |
| TRANSFERS (FROM DIP ACCTS) | $          - | 28,344.37 | 55,000.00 | $          - | 83,344.37 |
| TOTAL  RECEIPTS | $   478,711.57 | $   28,344.37 | $   55,000.00 | $          - | 562,055.94 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | $   35,761.43 | $   16,116.53 | $          - | $          - | 51,877.96 |
| PAYROLL TAXES & WORKERS COMP | $     7,619.05 | $     7,227.84 | $          - | $          - | 14,846.89 |
| SALES, USE, & OTHER TAXES | $          - | $          - | $          - | $          - | $          - |
| INVENTORY PURCHASES | $          - | $          - | $          - | $          - | $          - |
| SECURED/ RENTAL/ LEASES | $          - | $          - | $          - | $          - | $          - |
| INSURANCE | $          - | $          - | $          - | $          - | $          - |
| ADMINISTRATIVE | $          - | $          - | $          - | $          - | $          - |
| SELLING | $          - | $          - | $          - | $          - | $          - |
| OTHER (ATTACH  LIST) | $   42,668.14 | $          - | $          - | $     5,635.24 | 48,303.38 |
| TRANSFERS (TO DIP ACCTS) | $   83,344.37 | $          - | $          - | $   119,982.88 | 203,327.25 |
| PROFESSIONAL FEES | $          - | $          - | $          - | $          - | $          - |
| U.S. TRUSTEE  QUARTERLY FEES | $          - | $          - | $          - | $          - | $          - |
| COURT COSTS | $          - | $          - | $          - | $          - | $          - |
| TOTAL DISBURSEMENTS | $   169,392.99 | $   23,344.37 | $          - | $   125,618.12 | 318,355.48 |
| | | | | | |
| NET CASH FLOW | $   309,318.58 | $     5,000.00 | $   55,000.00 | $   (125,618.12) | 243,700.46 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | |
| | | | | | |
| CASH – END OF MONTH [Note 2] | $   309,318.58 | $     5,000.00 | $   55,000.00 | $          - | 369,318.58 |

Note 1. Chase Bank accounts #6653 and #1676 had an outstanding checks on the petition date. Both accounts were closed on 8/30/2018.
Note 2. Signature Bank account #8885 was listed as having title of 1141 Realty Owner LLC. Account was closed on 8/29/2018.
Note 3. Debtor maintained a petty cash balance of $1,500.
Note 4. Amount was not scheduled on the petition date as this amount was in various checks that were in transit to deposit.

### THE FOLLOWING SECTION MUST BE COMPLETED
### DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $   318,355.48 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $   203,327.25 |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $          - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $   115,028.23 |

### OTHER RECEIPTS

| | | | | | |
|---|---|---|---|---|---|
| Oher | $          - | $          - | $          - | $          - | $          - |
| TOTAL | $          - | $          - | $          - | $          - | $          - |

### OTHER DISBURSEMENTS

| | | | | | |
|---|---|---|---|---|---|
| Other Payments to Vendors | $   26,302.02 | $          - | $          - | $          - | 26,302.02 |
| Outside services (Housekeeping) | $     9,385.03 | $          - | $          - | $          - | 9,385.03 |
| Bank and credit-card fees | $     2,981.09 | $          - | $          - | $     5,635.24 | 8,616.33 |
| Revenue Mgmt Expense | $     4,000.00 | $          - | $          - | $          - | 4,000.00 |
| TOTAL | $   42,668.14 | $          - | $          - | $     5,635.24 | 48,303.38 |

**In re** 1141 Realty Owner, LLC, et al.,                                    **Case No.** 18-12341 (SMB)
 **Debtors**                                                         **Reporting Period:** July 31, 2018 - August 31, 2018

**BANK RECONCILIATIONS**

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | DIP OPERATING<br>Acct# 9229 | DIP PAYROLL<br>Acct# 9245 | DIP ESCROW<br>Acct# 9253 | Total |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $        309,318.58 | $        5,000.00 | $        55,000.00 | $        369,318.58 |
| | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $        - | $        - | $        - | $        - |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | $        12,111.30 | $        - | $        - | $        12,111.30 |
| OTHER  *(ATTACH EXPLANATION)* | $        - | $        - | $        - | $        - |
| | | | | |
| **ADJUSTED BANK BALANCE *** | $        321,429.88 | $        5,000.00 | $        55,000.00 | $        381,429.88 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| Midtown Office Supplies | 1050 | $        2,051.99 | | |
| Primary Air Mechanical Corp. | 1051 | $        381.06 | | |
| ABC Star Cleaning EnterPrises Corp | 1060 | $        2,479.08 | | |
| Sandra Wong-amazon purchase | 1061 | $        485.37 | | |
| Sally Tadros - Reimbursement for room supplies | 1062 | $        1,356.67 | | |
| ConEd 43-7117-2002-0001-7 (1141 Broadway PLP) | 1063 | $        2,973.04 | | |
| Spectrum Enterprise | 1064 | $        2,384.09 | | |
| **TOTAL** | | $        **12,111.30** | | |

**OTHER**

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING AS OF THE PETITION DATE |
|---|---|---|
| Rooms Revenue | $ 87,111.07 | $ 87,111.07 |
| Miscellaneous Income | $ 10,426.98 | $ 10,426.98 |
| Total Operating Revenue | $ 97,538.05 | $ 97,538.05 |
| **OPERATING EXPENSES** | | |
| Salaries & Wages | $ 51,877.96 | $ 51,877.96 |
| Payroll Taxes & Benefits | $ 14,846.89 | $ 14,846.89 |
| Cable Television Expense | $ 2,384.09 | $ 2,384.09 |
| Cleaning Supplies | $ 485.37 | $ 485.37 |
| Laundry Supplies | $ - | $ - |
| Linen Purchases | $ - | $ - |
| Misc. Expense | $ 329.09 | $ 329.09 |
| Reservation Expense | $ 5,951.91 | $ 5,951.91 |
| Revenue Mgmt Expense | $ 4,000.00 | $ 4,000.00 |
| Room Supplies | $ 6,920.70 | $ 6,920.70 |
| Travel Commissions | $ - | $ - |
| Accounting Expense | $ 123.83 | $ 123.83 |
| Bank Charges | $ 960.65 | $ 960.65 |
| Credit Card Charge-Backs [Note 1] | $ - | $ - |
| Credit Card Commissions | $ 7,655.68 | $ 7,655.68 |
| Office Supplies | $ 2,051.99 | $ 2,051.99 |
| Contract Services-IT/Phone | $ - | $ - |
| Building Repairs | $ 2,231.94 | $ 2,231.94 |
| Contracted Services [Note 2] | $ 9,385.03 | $ 9,385.03 |
| Elevator Repairs | $ 762.13 | $ 762.13 |
| Trash Removal | $ 680.47 | $ 680.47 |
| Gas Service | $ - | $ - |
| Electric Service | $ 4,380.50 | $ 4,380.50 |
| Water Costs | $ 1,121.10 | $ 1,121.10 |
| Equipment Leases/Rentals | $ - | $ - |
| Taxes - Real Estate | $ 58,481.61 | $ 58,481.61 |
| Insurance - General | $ 10,267.94 | $ 10,267.94 |
| Other (attach schedule) | $ - | $ - |
| Total Operating Expenses Before Depreciation | $ 184,898.88 | $ 184,898.88 |
| Depreciation/Depletion/Amortization | $ 101,693.89 | $ 101,693.89 |
| Net Profit (Loss) Before Other Income & Expenses | $ (189,054.72) | $ (189,054.72) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | $ - | $ - |
| Interest - Mortgage | $ 110,746.53 | $ 110,746.53 |
| Other Expense (attach schedule) | $ - | $ - |
| Net Profit (Loss) Before Reorganization Items | $ (299,801.25) | $ (299,801.25) |
| **REORGANIZATION ITEMS [Note 3]** | | |
| Professional Fees [Note 4] | $ - | $ - |
| U. S. Trustee Quarterly Fees | $ - | $ - |
| Interest Earned on Accumulated Cash from Chapter 11 | $ - | $ - |
| Gain (Loss) from Sale of Equipment | $ - | $ - |
| Other Reorganization Expenses (attach schedule) | $ - | $ - |
| Total Reorganization Expenses | $ - | $ - |
| Net Profit (Loss) | $ (299,801.25) | $ (299,801.25) |

Note 1. Merchant service charge backs are currently in the dispute process. Amounts are estimated and subject to change.

Note 2. Housekeeping services agreement for outsourced labor.

Note 3. No provision for income taxes has been reflected.

Note 4. July and August post petition professional fee invoices have are not yet been provided to the Debtor.

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER OPERATIONAL EXPENSES

|  |  |  |
|---|---|---|
|  | $ - | $ - |
|  | $ - | $ - |
| **TOTAL** | $ - | $ - |

OTHER INCOME

|  |  |  |
|---|---|---|
|  | $ - | $ - |
|  | $ - | $ - |
| **TOTAL** | $ - | $ - |

**In re** 1141 Realty Owner, LLC, et al.,    **Case No.** 18-12341 (SMB)

**Debtor**    **Reporting Period:** July 31, 2018 - August 31, 2018

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Cash | $          369,318.58 | $            7,060.63 | $            7,060.63 |
| (-)  OUTSTANDING CHECKS | $                      - | $           (7,060.63) | $           (7,060.63) |
| Petty Cash | $            1,500.00 | $            1,500.00 | $            1,500.00 |
| Restricted Cash - Wells Fargo Lockbox | $                      - | $          293,215.62 | $          293,215.62 |
| Restricted Cash - Signature Bank Acct # 8885 | $                      - | $          125,618.12 | $          125,618.12 |
| Accounts Receivable [Note 1] | $            48,965.42 | $            5,500.12 | $            5,500.12 |
| Inventories | $            15,000.00 | $            15,000.00 | $            15,000.00 |
| Prepaid Expenses | $            41,071.78 | $            51,339.72 | $            51,339.72 |
| Other Current Assets | $                      - | $                      - | $                      - |
| TOTAL CURRENT ASSETS | $          475,855.78 | $          492,173.58 | $          492,173.58 |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements [Note 2] | $      45,000,000.00 | $      45,000,000.00 | $      45,000,000.00 |
| Machinery and Equipment | $                      - | $                      - | $                      - |
| Furniture, Fixtures and Office Equipment | $          300,000.00 | $          300,000.00 | $          300,000.00 |
| Leasehold Improvements | $                      - | $                      - | $                      - |
| Less:  Accumulated Depreciation | $         (101,693.89) | $                      - | $                      - |
| TOTAL PROPERTY & EQUIPMENT | $      45,198,306.11 | $      45,300,000.00 | $      45,300,000.00 |
| TOTAL ASSETS | $      45,674,161.89 | $      45,792,173.58 | $      45,792,173.58 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | $            1,121.10 | $                      - | $                      - |
| Taxes Payable (refer to FORM MOR-4) | $            69,921.93 | $                      - | $                      - |
| Wages Payable | $                      - | $                      - | $                      - |
| Note Payable | $                      - | $                      - | $                      - |
| Rent / Leases - Building/Equipment | $                      - | $                      - | $                      - |
| Secured Debt / Adequate Protection Payments | $                      - | $                      - | $                      - |
| Professional Fees | $                      - | $                      - | $                      - |
| Other Post-petition Liabilities (Mortgage Interest) | $          110,746.53 | $                      - | $                      - |
| TOTAL POST-PETITION LIABILITIES | $          181,789.56 | $                      - | $                      - |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | $      24,139,494.97 | $      24,139,494.97 | $      24,139,494.97 |
| Priority Debt | $        1,375,166.34 | $        1,375,166.34 | $        1,375,166.34 |
| Unsecured Debt [Note 3] | $        2,962,301.76 | $        2,962,301.76 | $        2,962,301.76 |
| TOTAL PRE-PETITION LIABILITIES | $      28,476,963.07 | $      28,476,963.07 | $      28,476,963.07 |
| TOTAL LIABILITIES | $      28,658,752.63 | $      28,476,963.07 | $      28,476,963.07 |
| OWNERS' EQUITY | | | |
| Members' Capital Account | | | |
| Retained Earnings - Pre-Petition | $                      - | $                      - | $                      - |
| Retained Earnings - Post-petition | $         (299,801.25) | $                      - | $                      - |
| Adjustments to Owner Equity (attach schedule) | $      17,315,210.51 | $      17,315,210.51 | $      17,315,210.51 |
| Post-petition Contributions  (attach schedule) | $                      - | $                      - | |
| NET OWNERS' EQUITY | $      17,015,409.26 | $      17,315,210.51 | $      17,315,210.51 |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $      45,674,161.89 | $      45,792,173.58 | $      45,792,173.58 |

Note 1: This amount includes the sales and occupancy tax charged to the customers.
Note 2: Value as attributed in Fee Simple Estate as is value calculation.
Note 3: This amount includes disputed, contingent and unliquidated amounts.

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

In re 1141 Realty Owner, LLC, et al.,       Case No. 18-12341 (SMB)

**Debtor**      **Reporting Period:** July 31, 2018 - August 31, 2018

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee [Note 1] | $           - | $           - | $           - | | | $           - |
| FICA-Employer [Note 1] | $           - | $           - | $           - | | | $           - |
| Unemployment [Note 1] | $           - | $           - | $           - | | | $           - |
| Other: Medicare  [Note 1] | $           - | $           - | $           - | | | $           - |
| Total Federal Taxes | $           - | $           - | $           - | | | $           - |
| **State and Local** | | | | | | |
| Withholding | | | | | | $           - |
| Sales & Occupancy | $           - | 11,440.32 | $           - | | | $     11,440.32 |
| Unemployment [Note 1] | $           - | $           - | $           - | | | $           - |
| Real Property | $           - | 58,481.61 | $           - | | | $     58,481.61 |
| Personal Property | $           - | $           - | $           - | | | $           - |
| Other:_____ | $           - | $           - | $           - | | | $           - |
| Total State and Local | $           - | 69,921.93 | $           - | | | $     69,921.93 |
| **Total Taxes** | **$           -** | **69,921.93** | **$           -** | | | **$     69,921.93** |

Note 1. The payroll is being processed through ADP and the detail reports are available upon request.

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | **Number of Days Past Due** | | | |
| Accounts Payable [Note 1] | $     1,121.10 | $           - | $           - | $           - | $           - | $     1,121.10 |
| Wages Payable | $           - | $           - | $           - | $           - | $           - | $           - |
| Taxes Payable | $   69,921.93 | $           - | $           - | $           - | $           - | $   69,921.93 |
| Rent/Leases-Equipment | $           - | $           - | $           - | $           - | $           - | $           - |
| Secured Debt/Adequate Protection Payments | $           - | $           - | $           - | $           - | $           - | $           - |
| Professional Fees | $           - | $           - | $           - | $           - | $           - | $           - |
| Other: Payments | $           - | $           - | $           - | $           - | $           - | $           - |
| Other:_____ | $           - | $           - | $           - | $           - | $           - | $           - |
| **Total Post-petition Debts** | **$   71,043.03** | **$           -** | **$           -** | **$           -** | **$           -** | **71,043.03** |

Note 1. Post petition water bill (111 Cbtf x $10.10 = $1,121.10)
**Explain how and when the Debtor intends to pay any past due post-petition debts.**

There are no past due post-petition debts.  Flatironhotel expects to timely pay all post-petition invoices.

**In re** 1141 Realty Owner, LLC, et al.,                    **Case No.** 18-12341 (SMB)

     **Debtor**                    **Reporting Period:** July 31, 2018 - August 31, 2018

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 5,500.12 |
| Plus:  Amounts billed during the period | 108,978.37 |
| Less:  Amounts collected during the period | (65,513.07) |
| Total Accounts Receivable at the end of the reporting period | 48,965.42 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 48,965.42 | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | 48,965.42 | | | | |
| | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | 0 | | | | |
| | | | | | |
| Net Accounts Receivable | 48,965.42 | | | | |

### TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

**In re** 1141 Realty Owner, LLC, et al.,                    **Case No.** 18-12341 (SMB)

    **Debtors**                    **Reporting Period:** July 31, 2018 - August 31, 2018

### PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | 0.00 | 0.00 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**In re** 1141 Realty Owner, LLC, et al.,

    **Debtors**

**Case No.** 18-12341 (SMB)

**Reporting Period:** July 31, 2018 - August 31, 2018

### DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | Explanation |
|---|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | x | | The merchant credit card fee of $5,635.24 was debited from the Signature bank restricted cash account# 8885 via ACH. This occurred because the account was set up prior to the petition date. |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | x | | Critical vendor payments were made per the Order allowing certain payments. |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x | x |
| 8 | Are any post petition payroll taxes past due? | | x | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x | x |
| 10 | Are any post petition real estate taxes past due? | | x | x |
| 11 | Are any other post petition taxes past due? | | x | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x | x |
| 14 | Are any wage payments past due? | | x | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | x | x |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x | x |

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From August    02, 2018
To    August    31, 2018
Page    1 of    6

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        9-311
CASE NUMBER 18-12341-SMB
OPERATING ACCOUNT
9 W 26TH STREET
NEW YORK NY  10010            999            See Back for Important Information

Primary Account: xxxxxx9229        56

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| xxxxxx9229    BANKRUPTCY CHECKING | | .00 | 321,429.88 |
| RELATIONSHIP    TOTAL | | | 321,429.88 |

*Signature*  |  SIGNATURE BANK

```
                                        Statement Period
                                        From August   02, 2018
                                        To   August   31, 2018
                                        Page     2 of     6

                                        PRIVATE CLIENT GROUP 311
                                        950 THIRD AVENUE
                                        NEW YORK, NY 10022
                                        JOHN D. GONZALEZ
                                        (646) 822-1501


        FLATIRONHOTEL OPERATIONS LLC DIP      9-311
        CASE NUMBER 18-12341-SMB
        OPERATING ACCOUNT
        9 W 26TH STREET
        NEW YORK NY  10010              999          See Back for Important Information


                                        Primary Account: xxxxxx9229      56


BANKRUPTCY CHECKING          xxxxxx9229
```

Summary

```
    Previous Balance as of August    02, 2018                              .00
        19 Credits                                                   478,711.57
        79 Debits                                                    157,281.69
    Ending Balance as of    August    31, 2018                       321,429.88
```

Deposits and Other Credits

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| Aug 03 | TRANSFER CR    TRANSFER CR  0 | | | 55,000.00 |
| | TRANSFER FROM:    XXXX368885 | | | |
| Aug 09 | DEPOSIT        ref# | | | 2,423.12 |
| Aug 09 | DEPOSIT | | | 3,077.00 |
| Aug 09 | TRANSFER CR    TRANSFER CR  0 | | | 55,007.88 |
| | TRANSFER FROM:    XXXX368885 | | | |
| Aug 13 | ACH DEPOSIT         ck/ref no.    9950828 | | | 4,822.11 |
| | BANKCARD        MTOT DEP    518993320142714 | | | |
| Aug 13 | ACH DEPOSIT         ck/ref no.    9930551 | | | 4,916.27 |
| | BANKCARD        MTOT DEP    518993320142714 | | | |
| Aug 15 | ACH DEPOSIT         ck/ref no.    202510 | | | 6,724.24 |
| | BANKCARD        MTOT DEP    518993320142714 | | | |
| Aug 15 | INCOMING WIRE | | | 293,215.62 |
| | REF#   20180815B6B7261F00081408151230FT03 | | | |
| | FROM: WELLS FARGO BANK        ABA:   000004126 | | | |
| | BANK: 1141 REALTY OWNER LLC | | | |
| | OBI:  DDC:(335 - P & I - MEZZ 3)OBI:(CMAFUNDS) | | | |
| | OBI: | | | |
| | OBI: | | | |
| Aug 16 | ACH DEPOSIT         ck/ref no.    293399 | | | 1,674.77 |
| | BANKCARD        MTOT DEP    518993320142714 | | | |
| Aug 17 | ACH DEPOSIT         ck/ref no.    420973 | | | 3,933.87 |
| | BANKCARD        MTOT DEP    518993320142714 | | | |
| Aug 20 | ACH DEPOSIT         ck/ref no.    493977 | | | 539.50 |
| | BANKCARD        MTOT DEP    518993320142714 | | | |

SIGNATURE BANK

Statement Period
From August   02, 2018
To    August   31, 2018
Page    3 of    6

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

```
FLATIRONHOTEL OPERATIONS LLC DIP        9-311
CASE NUMBER 18-12341-SMB
OPERATING ACCOUNT
9 W 26TH STREET
NEW YORK NY  10010              999                   See Back for Important Information
```

Primary Account: xxxxxx9229        56

```
Aug 23   ACH DEPOSIT          ck/ref no.    772544                      12,864.81
         BANKCARD         MTOT DEP    518993320142714
Aug 24   ACH DEPOSIT          ck/ref no.    897687                       5,542.32
         BANKCARD         MTOT DEP    518993320142714
Aug 27   ACH DEPOSIT          ck/ref no.    963801                         100.00
         BANKCARD         MTOT DEP    518993320142714
Aug 27   ACH DEPOSIT          ck/ref no.    996085                       6,345.18
         BANKCARD         MTOT DEP    518993320142714
Aug 28   TRANSFER CR    TRANSFER CR  0                                   9,975.00
         TRANSFER FROM:     XXXX368885
Aug 29   ACH DEPOSIT          ck/ref no.    1178334                      2,961.80
         BANKCARD         MTOT DEP    518993320142714
Aug 30   ACH DEPOSIT          ck/ref no.    1265595                      2,534.75
         BANKCARD         MTOT DEP    518993320142714
Aug 31   ACH DEPOSIT          ck/ref no.    1448678                      7,053.33
         BANKCARD         MTOT DEP    518993320142714
```

Withdrawals and Other Debits
```
Aug 06   AUTOMATED PAYMENT     ck/ref no.    9313036                        76.84
         ADP WAGE GARN      WAGE GARN    4125462195372VR
Aug 06   AUTOMATED PAYMENT     ck/ref no.    9315082                     3,764.96
         ADP TAX          ADP TAX      RZ2VR 080304A03
Aug 07   AUTOMATED PAYMENT     ck/ref no.    9392739                       509.76
         ADP WAGE PAY       WAGE PAY     9286073772292VR
Aug 09   TRANSFER DR    TRANSFER DR  0                                   5,000.00
         TRANSFER TO:      XXXX369245
Aug 09   TRANSFER DR    TRANSFER DR  0                                   5,000.00
         TRANSFER TO:      XXXX369253
Aug 10   AUTOMATED PAYMENT     ck/ref no.    9681769                       126.04
         ADP PAYROLL FEES   ADP - FEES   2R2VR  0494735
Aug 13   OUTGOING WIRE XFER                                              3,854.09
         REF#  20180813B6B7261F000876
         TO:   ADP PAYROLL DEPOSIT CUSTODIAL      ABA:   021001033
         BANK: DBTCO AMERICAS NYC            ACCT# 00412283
Aug 13   WIRE TRANSFER FEE                                                  25.00
         REF#  20180813B6B7261F000876
         TO:   ADP PAYROLL DEPOSIT CUSTODIAL      ABA:   021001033
         BANK: DBTCO AMERICAS NYC            ACCT# 00412283
Aug 14   RETURNED DEP ITEM                                                 181.31
Aug 14   RETURNED DEP ITEM                                                 709.34
```

SIGNATURE BANK

```
                                                    Statement Period
                                              From August   02, 2018
                                              To   August   31, 2018
                                              Page    4 of    6

                                              PRIVATE CLIENT GROUP 311
                                              950 THIRD AVENUE
                                              NEW YORK, NY 10022
                                              JOHN D. GONZALEZ
                                              (646) 822-1501


        FLATIRONHOTEL OPERATIONS LLC DIP      9-311
        CASE NUMBER 18-12341-SMB
        OPERATING ACCOUNT
        9 W 26TH STREET
        NEW YORK NY  10010              999            See Back for Important Information



                                        Primary Account: xxxxxx9229       56
```

| Date | Description | | |
|------|-------------|--|--|
| Aug 14 | RETURNED DEP FEE | | 10.00 |
| Aug 14 | RETURNED DEP FEE | | 10.00 |
| Aug 15 | OUTGOING WIRE XFER | | 10,923.87 |
| | REF# 20180815B6B7261F001430 | | |
| | TO:   ADP PAYROLL DEPSOIT CUSTODIAL    ABA:  021001033 | | |
| | BANK: DBTCO AMERICAS NYC        ACCT# 00412283 | | |
| Aug 15 | WIRE TRANSFER FEE | | 25.00 |
| | REF# 20180815B6B7261F001430 | | |
| | TO:   ADP PAYROLL DEPSOIT CUSTODIAL    ABA:  021001033 | | |
| | BANK: DBTCO AMERICAS NYC        ACCT# 00412283 | | |
| Aug 17 | AUTOMATED PAYMENT      ck/ref no.   323821 | | 131.74 |
| | ADP PAYROLL FEES    ADP - FEES   2R2VR   2054402 | | |
| Aug 20 | AUTOMATED PAYMENT      ck/ref no.   527162 | | 341.63 |
| | BANKCARD        MTOT DEP   518993320142714 | | |
| Aug 22 | ONLINE TRANSFER DR ONLINE | | 11,806.64 |
| | XFR TO: xxxxxx9245 | | |
| Aug 24 | ONLINE TRANSFER DR ONLINE | | 25.00 |
| | XFR TO: xxxxxx9245 | | |
| Aug 24 | ONLINE TRANSFER DR ONLINE | | 50,000.00 |
| | XFR TO: xxxxxx9253 | | |
| Aug 24 | AUTOMATED PAYMENT      ck/ref no.   800072 | | 128.89 |
| | ADP PAYROLL FEES    ADP - FEES   2R2VR   2650353 | | |
| Aug 28 | AUTOMATED PAYMENT      ck/ref no.   1056338 | | 1,678.81 |
| | BANKCARD        MTOT DEP   518993320142714 | | |
| Aug 29 | ONLINE TRANSFER DR ONLINE | | 11,512.73 |
| | XFR TO: xxxxxx9245 | | |
| Aug 31 | AUTOMATED PAYMENT      ck/ref no.   1298405 | | 128.89 |
| | ADP PAYROLL FEES    ADP - FEES   2R2VR   3710406 | | |

Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| Aug 06 | 1001 | 390.88 | Aug 06 | 1010 | 453.96 |
| Aug 06 | 1002 | 477.12 | Aug 07 | 1011 | 369.76 |
| Aug 10 | 1003 | 291.43 | Aug 07 | 1012 | 453.96 |
| Aug 06 | 1004 | 197.01 | Aug 06 | 1013 | 744.21 |
| Aug 06 | 1005 | 385.59 | Aug 07 | 1014 | 438.62 |
| Aug 06 | 1006 | 392.83 | Aug 06 | 1015 | 1,277.86 |
| Aug 21 | 1007 | 109.78 | Aug 07 | 1016 | 982.36 |
| Aug 07 | 1008 | 700.06 | Aug 13 | 1017 | 2,698.54 |
| Aug 06 | 1009 | 232.48 | Aug 13 | 1018 | 852.90 |

*Signature*  SIGNATURE BANK

Statement Period
From August    02, 2018
To    August    31, 2018
Page    5 of    6

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        9-311
CASE NUMBER 18-12341-SMB
OPERATING ACCOUNT
9 W 26TH STREET
NEW YORK NY  10010                999              See Back for Important Information

Primary Account: xxxxxx9229        56

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Aug 13 | 1019 | 461.81 | Aug 15 | 1038 | 2,543.59 |
| Aug 13 | 1020 | 477.12 | Aug 15 | 1039 | 1,850.88 |
| Aug 16 | 1021 | 188.22 | Aug 17 | 1040 | 5,951.91 |
| Aug 13 | 1022 | 579.52 | Aug 13 | 1041 | 1,991.33 |
| Aug 14 | 1023 | 453.96 | Aug 15 | 1042 | 4,000.00 |
| Aug 13 | 1024 | 479.13 | Aug 17 | 1043 | 3,928.63 |
| Aug 21 | 1025 | 55.03 | Aug 21 | 1044 | 123.83 |
| Aug 13 | 1026 | 656.73 | Aug 24 | 1045 | 680.47 |
| Aug 13 | 1027 | 232.47 | Aug 20 | 1046 | 2,934.18 |
| Aug 17 | 1028 | 117.38 | Aug 21 | 1047 | 762.13 |
| Aug 13 | 1029 | 411.98 | Aug 20 | 1049 * | 329.09 |
| Aug 14 | 1030 | 348.64 | Aug 28 | 1052 * | 1,980.44 |
| Aug 14 | 1031 | 453.96 | Aug 30 | 1054 * | 1,635.40 |
| Aug 16 | 1032 | 536.45 | Aug 29 | 1056 * | 343.75 |
| Aug 14 | 1033 | 509.76 | Aug 28 | 1057 | 1,063.71 |
| Aug 13 | 1034 | 1,277.87 | Aug 29 | 1059 * | 109.98 |
| Aug 15 | 1035 | 115.60 | Aug 20 | 50009 * | 477.12 |
| Aug 13 | 1036 | 269.69 | Aug 20 | 50010 | 369.76 |
| Aug 13 | 1037 | 509.76 | Aug 20 | 50011 | 650.52 |

* Indicates break in check sequence

Daily Balances

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| Aug 02 | .00 | Aug 20 | 356,198.17 |
| Aug 03 | 55,000.00 | Aug 21 | 355,147.40 |
| Aug 06 | 46,606.26 | Aug 22 | 343,340.76 |
| Aug 07 | 43,151.74 | Aug 23 | 356,205.57 |
| Aug 09 | 93,659.74 | Aug 24 | 310,913.53 |
| Aug 10 | 93,242.27 | Aug 27 | 317,358.71 |
| Aug 13 | 88,202.71 | Aug 28 | 322,610.75 |
| Aug 14 | 85,525.74 | Aug 29 | 313,606.09 |
| Aug 15 | 366,006.66 | Aug 30 | 314,505.44 |
| Aug 16 | 366,956.76 | Aug 31 | 321,429.88 |
| Aug 17 | 360,760.97 | | |

SIGNATURE BANK

```
                                          Statement  Period
                                   From  August     02, 2018
                                   To    August     31, 2018
                                   Page     6 of      6

                                   PRIVATE CLIENT GROUP 311
                                   950 THIRD AVENUE
                                   NEW YORK, NY 10022
                                   JOHN D. GONZALEZ
                                   (646) 822-1501


        FLATIRONHOTEL OPERATIONS LLC DIP      9-311
        CASE NUMBER 18-12341-SMB
        OPERATING ACCOUNT
        9 W 26TH STREET
        NEW YORK NY  10010            999            See Back for Important Information


                                          Primary Account: xxxxxx9229      56


Rates for this statement period - Overdraft
Aug 02, 2018   14.750000 %
```

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From August   02, 2018
To   August   31, 2018
Page     1 of     3

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP          8-311
CASE NUMBER 18-12341-SMB
PAYROLL ACCOUNT
9 W 26TH ST
NEW YORK NY  10010              999          See Back for Important Information

                                             Primary Account: xxxxxx9245        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| xxxxxx9245 | BANKRUPTCY CHECKING | .00 | 5,000.00 |
| | RELATIONSHIP       TOTAL | | 5,000.00 |

SIGNATURE BANK

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        8-311
CASE NUMBER 18-12341-SMB
PAYROLL ACCOUNT
9 W 26TH ST
NEW YORK NY  10010                999                See Back for Important Information


Primary Account: xxxxxx9245        0


BANKRUPTCY CHECKING        xxxxxx9245



Summary

Previous Balance as of August    02, 2018                                     .00
       4 Credits                                                      28,344.37
       4 Debits                                                       23,344.37
Ending Balance as of    August    31, 2018                            5,000.00


Deposits and Other Credits
Aug 09  TRANSFER CR    TRANSFER CR  0                                   5,000.00
        TRANSFER FROM:        XXXX369229
Aug 22  ONLINE TRANSFER CR                                            11,806.64
        ONLINE XFR FROM: xxxxxx9229
Aug 24  ONLINE TRANSFER CR                                                25.00
        ONLINE XFR FROM: xxxxxx9229
Aug 29  ONLINE TRANSFER CR                                            11,512.73
        ONLINE XFR FROM: xxxxxx9229

Withdrawals and Other Debits
Aug 22  OUTGOING WIRE XFER                                            11,806.64
        REF#  20180822B6B7261F001641
        TO:    ADP PAYROLL DEPOSIT CUSTODIAL       ABA:   021001033
        BANK: DBTCO AMERICAS NYC              ACCT# 00412283
Aug 22  WIRE TRANSFER FEE                                                 25.00
        REF#  20180822B6B7261F001641
        TO:    ADP PAYROLL DEPOSIT CUSTODIAL       ABA:   021001033
        BANK: DBTCO AMERICAS NYC              ACCT# 00412283
Aug 29  OUTGOING WIRE XFER                                            11,487.73
        REF#  20180829B6B7261F001693
        TO:    ADP PAYROLL DEPOSIT CUSTODIAL       ABA:   021001033
        BANK: DBTCO AMERICAS NYC              ACCT# 00412283
Aug 29  WIRE TRANSFER FEE                                                 25.00
        REF#  20180829B6B7261F001693
        TO:    ADP PAYROLL DEPOSIT CUSTODIAL       ABA:   021001033

SIGNATURE BANK

Statement Period
From August    02, 2018
To    August    31, 2018
Page    3 of    3

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        8-311
CASE NUMBER 18-12341-SMB
PAYROLL ACCOUNT
9 W 26TH ST
NEW YORK NY  10010              999            See Back for Important Information


Primary Account: xxxxxx9245         0

| Date | Description | | |
|------|-------------|---|---|
| | BANK: DBTCO AMERICAS NYC | ACCT# 00412283 | |

Daily Balances

| | | | |
|------|------|------|------|
| Aug 02 | .00 | Aug 22 | 4,975.00 |
| Aug 09 | 5,000.00 | Aug 24 | 5,000.00 |

Rates for this statement period - Overdraft
Aug 02, 2018   14.750000 %

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                    Statement Period
                                    From August    02, 2018
                                    To   August    31, 2018
                                    Page    1 of       2

                                    PRIVATE CLIENT GROUP 311
                                    950 THIRD AVENUE
                                    NEW YORK, NY 10022
                                    JOHN D. GONZALEZ
                                    (646) 822-1501
```

```
           FLATIRONHOTEL OPERATIONS LLC DIP        8-311
           CASE NUMBER 18-12341-SMB
           ESCROW ACCOUNT
           9 W 26TH ST
           NEW YORK NY  10010              999          See Back for Important Information
```

Primary Account: xxxxxx9253          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| xxxxxx9253      BANKRUPTCY CHECKING | | .00 | 55,000.00 |
| RELATIONSHIP     TOTAL | | | 55,000.00 |

*Signature*  SIGNATURE BANK

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        8-311
CASE NUMBER 18-12341-SMB
ESCROW ACCOUNT
9 W 26TH ST
NEW YORK NY  10010              999

See Back for Important Information

Primary Account: xxxxxx9253        0

BANKRUPTCY CHECKING        xxxxxx9253

Summary

| | | |
|---|---|---|
| Previous Balance as of August    02, 2018 | | .00 |
| 2 Credits | | 55,000.00 |
| Ending Balance as of    August    31, 2018 | | 55,000.00 |

Deposits and Other Credits

| | | |
|---|---|---|
| Aug 09  TRANSFER CR    TRANSFER CR  0 | | 5,000.00 |
| TRANSFER FROM:        XXXX369229 | | |
| Aug 24  ONLINE TRANSFER CR | | 50,000.00 |
| ONLINE XFR FROM: xxxxxx9229 | | |

Daily Balances

| | | |
|---|---|---|
| Aug 02 | .00 | Aug 24    55,000.00 |
| Aug 09 | 5,000.00 | |

Rates for this statement period - Overdraft
Aug 02, 2018   14.750000 %



September 4, 2018

1141 REALTY OWNER LLC
9 WEST 26TH STREET
NEW YORK NY          10010

Dear James Katchadurian,

This letter serves as confirmation that 1141 REALTY OWNER LLC
closed the account# XXXXX8885 on August 29, 2018.

Should have any further questions, please feel free to contact the undersigned
at **(646) 822-1501**.

Sincerely,

Leonora DeMarDeMartino
Senior Client Associate – Officer
950 Third Avenue, 9th floor
New York NY 10022

Phone# 646-822-1501
Fax# 646-822-1520

700195-0607

*Signature* | SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From   August   01, 2018
To     August   31, 2018
Page      1 of     4

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

1141 REALTY OWNER LLC                    8-311
9 WEST 26TH STREET
NEW YORK NY  10010

See Back for Important Information

Primary Account: XXXXXX8885                    0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| XXXXXX8885   SIGNATURE CHECKING | | 125,298.61 | .00 |
| RELATIONSHIP | TOTAL | | .00 |

*Signature*

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From  August    01, 2018
To    August    31, 2018
Page    2 of    4

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

1141 REALTY OWNER LLC                    8-311
9 WEST 26TH STREET
NEW YORK NY  10010

See Back for Important Information

Primary Account: XXXXXX8885              0

SIGNATURE CHECKING          XXXXXX8885

Summary

Previous Balance as of August    01, 2018                      125,298.61
     24 Debits                                                 125,298.61
Ending Balance as of   August    31, 2018                             .00

Withdrawals and Other Debits

| Date | Description | | ck/ref no. | | Amount |
|------|-------------|---|-----------|---|--------|
| Aug 01 | AUTOMATED PAYMENT | | ck/ref no. | 8964241 | 91.89 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 02 | AUTOMATED PAYMENT | | ck/ref no. | 9102284 | 87.10 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 02 | AUTOMATED PAYMENT | | ck/ref no. | 9102280 | 196.28 |
| | BANKCARD | BTOT ADJ | 518993320142714 | | |
| Aug 02 | AUTOMATED PAYMENT | | ck/ref no. | 9042625 | 932.11 |
| | BANKCARD | MTOT DISC | 518993320970148 | | |
| Aug 03 | TRANSFER DR | TRANSFER DR 0 | | | 55,000.00 |
| | TRANSFER TO: | XXXX369229 | | | |
| Aug 03 | AUTOMATED PAYMENT | | ck/ref no. | 9256493 | 129.45 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 06 | AUTOMATED PAYMENT | | ck/ref no. | 9318261 | 84.11 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 06 | AUTOMATED PAYMENT | | ck/ref no. | 9353085 | 127.77 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 06 | AUTOMATED PAYMENT | | ck/ref no. | 9353086 | 134.93 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 06 | AUTOMATED PAYMENT | | ck/ref no. | 9353080 | 146.86 |
| | BANKCARD | BTOT ADJ | 518993320142714 | | |
| Aug 06 | AUTOMATED PAYMENT | | ck/ref no. | 9353081 | 186.65 |
| | BANKCARD | BTOT ADJ | 518993320142714 | | |
| Aug 07 | AUTOMATED PAYMENT | | ck/ref no. | 9470299 | 56.68 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 07 | AUTOMATED PAYMENT | | ck/ref no. | 9446689 | 87.10 |
| | FIDELITY PAYMENT | SIGONFILE | MV32R9 | | |

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

1141 REALTY OWNER LLC              8-311
9 WEST 26TH STREET
NEW YORK NY  10010

See Back for Important Information

Primary Account: XXXXXX8885              0

| Date | Description | | ck/ref no. | | Amount |
|------|-------------|---|------------|---|-------:|
| Aug 07 | AUTOMATED PAYMENT | ck/ref no. | 9470296 | | 159.59 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 07 | AUTOMATED PAYMENT | ck/ref no. | 9470294 | | 224.45 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 07 | AUTOMATED PAYMENT | ck/ref no. | 9470301 | | 307.92 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 07 | AUTOMATED PAYMENT | ck/ref no. | 9470298 | | 453.84 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 07 | AUTOMATED PAYMENT | ck/ref no. | 9470297 | | 487.07 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 07 | AUTOMATED PAYMENT | ck/ref no. | 9470300 | | 546.81 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 07 | AUTOMATED PAYMENT | ck/ref no. | 9470295 | | 693.12 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 08 | AUTOMATED PAYMENT | ck/ref no. | 9573373 | | 157.00 |
| | BANKCARD | DISCOUNT | 518993320142714 | | |
| Aug 09 | TRANSFER DR     TRANSFER DR  0 | | | | 55,007.88 |
| | TRANSFER TO:     XXXX369229 | | | | |
| Aug 13 | AUTOMATED PAYMENT | ck/ref no. | 9916660 | | 25.00 |
| | FIDELITY PAYMENT     SIGONFILE | | 35LMR9 | | |
| Aug 28 | TRANSFER DR     TRANSFER DR  0 | | | | 9,975.00 |
| | TRANSFER TO:     XXXX369229 | | | | |

Daily Balances

| | | | | |
|------|-----------:|---|------|-----------:|
| Jul 31 | 125,298.61 | | Aug 07 | 65,164.88 |
| Aug 01 | 125,206.72 | | Aug 08 | 65,007.88 |
| Aug 02 | 123,991.23 | | Aug 09 | 10,000.00 |
| Aug 03 | 68,861.78 | | Aug 13 | 9,975.00 |
| Aug 06 | 68,181.46 | | Aug 28 | .00 |

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From August   01, 2018
To   August   31, 2018
Page    4 of    4

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

1141 REALTY OWNER LLC                    8-311
9 WEST 26TH STREET
NEW YORK NY  10010

See Back for Important Information

Primary Account: XXXXXX8885                0

Rates for this statement period - Overdraft
Aug 01, 2018   14.750000 %