UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** 1141 Realty Owner, LLC, et al.,

**Debtors**

**Case No.** 18-12341 (SMB)

**Reporting Period:** November 1, 2018 - November 30, 2018

**Federal Tax I.D. #** 47-3661804

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Attached | |
|    Copies of bank statements | | Attached | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ James Katchadurian

Date: December 19, 2018

Signature of Authorized Individual* /s/ James Katchadurian, as Chief Restructuring Officer

Date: December 18, 2018

Printed Name of Authorized Individual: James Katchadurian, as Chief Restructuring Officer

Date: December 19, 2018

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership;  a manager or member if debtor is a limited liability company.

In re 1141 Realty Owner, LLC, et al.,  **Debtors**

Case No. 18-12341 (SMB)
Reporting Period: November 1, 2018 - November 30, 2018

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.i
Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.
[See MOR-1 (CON'T)m

| ACCOUNT NUMBER (LAST 4) | 114 Realty Owner LLC DIP Acct# N/A | Flatironhotel Operations LLC DIP OPERATING Acct# 9229 | Flatironhotel Operations LLC DIP PAYROLL Acct# 9245 | Flatironhotel Operations LLC DIP ESCROW Acct# 9253 | CURRENT MONTH ACTUAL |
|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH [Note 1]** | $ - | 162,925.15 | 18,349.49 | 75,000.00 | 256,274.64 |
| **RECEIPTS** | | | | | |
| CASH SALES | $ - | $ - | $ - | $ - | $ - |
| ACCOUNTS RECEIVABLE - PREPETITION | $ - | $ - | $ - | $ - | $ - |
| ACCOUNTS RECEIVABLE - POSTPETITION | $ - | $ 253,471.27 | $ - | $ - | $ 253,471.27 |
| LOANS AND ADVANCES | $ - | $ 666,177.00 | $ - | $ - | $ 666,177.00 |
| OTHER  *(ATTACH LIST)* | $ - | $ - | $ - | $ - | $ - |
| RESTRICTED CASH TRANSFER IN *(#8885)* | $ - | $ - | $ - | $ - | $ - |
| RESTRICTED CASH TRANSFER IN *(Wells Fargo)* | $ - | $ - | $ - | $ - | $ - |
| TRANSFERS *(FROM DIP ACCTS)* | $ - | $ - | $ 110,000.00 | $ 25,000.00 | $ 135,000.00 |
| **TOTAL  RECEIPTS** | $ - | $ 919,648.27 | $ 110,000.00 | $ 25,000.00 | $ 1,054,648.27 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | $ - | $ - | $ 42,490.72 | $ - | $ 42,490.72 |
| PAYROLL TAXES & WORKERS COMP | $ - | $ - | $ 20,400.25 | $ - | $ 20,400.25 |
| SALES, USE, & OTHER TAXES | $ - | $ - | $ - | $ - | $ - |
| INVENTORY PURCHASES | $ - | $ - | $ - | $ - | $ - |
| SECURED/ RENTAL/ LEASES | $ - | $ - | $ - | $ - | $ - |
| INSURANCE | $ - | $ - | $ - | $ - | $ - |
| ADMINISTRATIVE | $ - | $ - | $ - | $ - | $ - |
| SELLING | $ - | $ - | $ - | $ - | $ - |
| OTHER PAYMENTS TO VENDORS | $ - | $ 371,500.87 | $ - | $ - | $ 371,500.87 |
| OUTSIDE SERVICES (HOUSEKEEPING) | $ - | $ 16,941.64 | $ - | $ - | $ 16,941.64 |
| BANK AND CREDIT-CARD FEES | $ - | $ 9,974.24 | $ - | $ - | $ 9,974.24 |
| REVENUE MGMT EXPENSE | $ - | $ 4,000.00 | $ - | $ - | $ 4,000.00 |
| TRANSFERS *(TO DIP ACCTS)* | $ - | $ 135,000.00 | $ - | $ - | $ 135,000.00 |
| PROFESSIONAL FEES | $ - | $ 177,629.67 | $ - | $ - | $ 177,629.67 |
| U.S. TRUSTEE  QUARTERLY FEES | $ - | $ - | $ - | $ - | $ - |
| COURT COSTS | $ - | $ - | $ - | | $ - |
| **TOTAL DISBURSEMENTS** | $ - | $ 715,046.42 | $ 62,890.97 | $ - | $ 777,937.39 |
| | | | | | |
| **NET CASH FLOW** | $ - | $ 204,601.85 | $ 47,109.03 | $ 25,000.00 | $ 276,710.88 |
| (RECEIPTS LESS DISBURSEMENTS) | $ - | | | | $ - |
| | | | | | |
| CASH - END OF MONTH [Note 1] | $ - | $ 367,527.00 | $ 65,458.52 | $ 100,000.00 | $ 532,985.52 |

Note 1. Debtor maintained a petty cash balance of $1,500.

**OTHER RECEIPTS**

| Other | $ - | $ - | $ - | $ - | $ - |
|---|---|---|---|---|---|
| **TOTAL** | $ - | $ - | $ - | $ - | $ - |

**OTHER DISBURSEMENTS**

| Other Payments to Vendors | $ - | $ - | $ - | $ - | $ - |
|---|---|---|---|---|---|
| **TOTAL** | $ - | $ - | $ - | $ - | $ - |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | 1141 Realty Owner LLC | Flatironhotel Operations LLC |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ - | 777,937.39 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - | 135,000.00 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ - | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ - | 642,937.39 |

**In re** 1141 Realty Owner, LLC, et al.,

**Debtors**

**Case No.** 18-12341 (SMB)

**Reporting Period:** November 1, 2018 - November 30, 2018

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

 (Bank account numbers may be redacted to last four numbers.)

| SIGNATURE BANK FLATIRONHOTEL OPERATIONS LLC | Flatironhotel Operations LLC DIP OPERATING Acct# 9229 | Flatironhotel Operations LLC DIP PAYROLL Acct# 9245 | Flatironhotel Operations LLC DIP ESCROW Acct# 9253 | Total |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ 367,527.00 | $ 65,458.52 | $ 100,000.00 | $ 532,985.52 |
| | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $ - | $ - | $ - | $ - |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | $ 31,966.83 | $ - | $ - | $ 31,966.83 |
| OTHER  *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE *** | $ 399,493.83 | $ 65,458.52 | $ 100,000.00 | $ 564,952.35 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| James Wightman | 2409 | $ 167.10 | | |
| James Wightman | 2090 | $ 372.60 | | |
| MevRam Services LLC | 2091 | $ 4,915.71 | | |
| Timeline Security, Inc | 2095 | $ 2,395.25 | | |
| Xiu Ying, Wong | 2097 | $ 329.47 | | |
| Aquatic C & M Inc. | 2098 | $ 1,110.53 | | |
| Con Edison Co of N.Y. Inc. | 2099 | $ 181.47 | | |
| D&W Central Station Fire Alarm Co | 2100 | $ 378.09 | | |
| MevRam Services LLC | 2101 | $ 4,699.73 | | |
| Sabre Hospitality Solutions | 2102 | $ 9,026.16 | | |
| Sally Tadros | 2103 | $ 700.00 | | |
| The Metro Group, Inc. | 2104 | $ 6,532.50 | | |
| Windstream Enterprise | 2105 | $ 1,158.22 | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | $ 31,966.83 | | |

**OTHER**

In re 1141 Realty Owner, LLC, et al.,                    Case No.  18-12341 (SMB)
Debtors                                                  Reporting Period: November 1, 2018 - November 30, 2018

**STATEMENT OF OPERATIONS**  (Income Statement)
The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | 1141 REALTY OWNER LLC | FLATIRONHOTEL OPERATIONS LLC | CUMULATIVE -FILING AS OF THE PETITION DATE |
|---|---|---|---|
| Rooms Revenue | $ - | $ 278,371.55 | $ 859,706.35 |
| Miscellaneous Income | $ - | $ 20,851.68 | $ 74,258.47 |
| Total Operating Revenue | $ - | $ 299,223.23 | $ 933,964.82 |
| **OPERATING EXPENSES** | | | |
| Salaries & Wages | $ - | $ 42,490.72 | $ 160,789.97 |
| Payroll Taxes & Benefits | $ - | $ 20,400.25 | $ 70,988.20 |
| Cable Television Expense | $ - | $ 2,734.57 | $ 9,886.84 |
| Cleaning Supplies | $ - | $ 2,120.64 | $ 4,435.57 |
| Misc. Expense | $ - | $ 650.00 | $ 979.09 |
| Promotional Costs | $ - | $ - | $ 13,293.00 |
| Reservation Expense | $ - | $ - | $ 5,951.91 |
| Revenue Mgmt Expense | $ - | $ 13,026.16 | $ 31,656.14 |
| Room Supplies | $ - | $ 1,282.55 | $ 11,251.84 |
| Travel Commissions | $ - | $ - | $ - |
| Long Distance Costs | $ - | $ 573.06 | $ 2,605.54 |
| Accounting Expense | $ - | $ 106.14 | $ 283.04 |
| Bank Charges | $ - | $ 285.00 | $ 1,495.65 |
| Credit Card Charge-Backs [Note 1] | $ - | $ - | $ - |
| Credit Card Commissions | $ - | $ - | $ 28,800.84 |
| Office Supplies | $ - | $ 4,713.97 | $ 12,290.78 |
| Security - Contract | | $ 4,232.36 | $ - |
| Contract Services-IT/Phone | $ - | $ 1,158.22 | $ 1,530.72 |
| Building Repairs | $ - | $ 400.00 | $ 7,404.29 |
| Contracted Services [Note 2] | $ - | $ 20,706.26 | $ 59,374.84 |
| Elevator Repairs | $ - | $ - | $ 762.13 |
| Kitchen Equipment | $ - | $ - | $ 860.00 |
| Life Safety | $ - | $ 1,134.27 | $ 2,096.21 |
| Maintenance Contracts | $ - | $ 14,540.79 | $ - |
| Trash Removal | $ - | $ 680.47 | $ 2,721.88 |
| Gas Service | $ - | $ - | $ - |
| Electric Service | $ - | $ 9,193.33 | $ 54,873.24 |
| Water Costs | $ - | $ - | $ 3,141.30 |
| Equipment Leases/Rentals | $ - | $ - | $ - |
| Taxes - Real Estate | $ - | $ 58,481.61 | $ 233,926.43 |
| Insurance - General | $ - | $ 10,267.94 | $ 41,071.07 |
| Other *(attach schedule)* | $ - | $ - | $ - |
| Total Operating Expenses Before Depreciation | $ - | $ 209,178.31 | $ 807,999.48 |
| Depreciation/Depletion/Amortization | $ - | $101,693.89 | $ 406,775.55 |
| Net Profit (Loss) Before Other Income & Expenses | $ - | $ (11,648.97) | $ (280,810.21) |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income *(attach schedule)* | $ - | $ - | $ 817.60 |
| Interest - Mortgage | $ - | $ 110,746.53 | $ 442,986.12 |
| Other Expense *(attach schedule)* | $ - | $ - | $ - |
| Net Profit (Loss) Before Reorganization Items | $ - | $ (122,395.50) | $ (722,978.73) |
| **REORGANIZATION ITEMS [Note 3]** | | | |
| Professional Fees | $ - | $ 90,616.69 | $ 382,388.07 |
| U. S. Trustee Quarterly Fees | $ - | $ - | $ 2,275.00 |
| Interest Earned on Accumulated Cash from Chapter 11 | $ - | $ - | $ - |
| Gain (Loss) from Sale of Equipment | $ - | $ - | $ - |
| Other Reorganization Expenses *(attach schedule)* | $ - | $ - | $ - |
| Total Reorganization Expenses | $ - | $ 90,616.69 | $ 384,663.07 |
| Net Profit (Loss) | $ - | $ (213,012.19) | $ (1,107,641.80) |

Note 1. Merchant service charge backs are currently in the dispute process. Amounts are estimated and subject to change.
Note 2. Housekeeping services agreement for outsourced labor.
Note 3. No provision for income taxes has been reflected.

**BREAKDOWN OF "OTHER" CATEGOco**

OTHER COSTS

| | | | |
|---|---|---|---|
| | | | |
| | | | |

OTHER OPERATIONAL EXPENSES

| | | | |
|---|---|---|---|
| | $ - | $ - | $ - |
| | $ - | $ - | $ - |
| **TOTAL** | $ - | $ - | $ - |

OTHER INCOME

| | | | |
|---|---|---|---|
| Deposit of an uncashed Check (Pre-petition) | $ - | | $ - |
| | $ - | $ - | $ - |
| **TOTAL** | $ - | $ - | $ - |

**In re** 1141 Realty Owner, LLC, et al.,                    **Case No.** 18-12341 (SMB)
Debtor                                          **Reporting Period:** November 1, 2018 - November 30, 2018

## CONSOLIDATED BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Cash | $          532,985.52 | $          256,274.64 | $              7,060.63 |
| (-) OUTSTANDING CHECKS | $                      - | $                      - | $            (7,060.63) |
| Petty Cash | $              1,500.00 | $              1,500.00 | $              1,500.00 |
| Restricted Cash - Wells Fargo Lockbox | $                      - | $                      - | $          293,215.62 |
| Restricted Cash - Signature Bank Acct # 8885 | $                      - | $                      - | $          125,618.12 |
| Accounts Receivable [Note 1] | $          266,354.20 | $          184,114.43 | $              5,500.12 |
| Inventories | $            15,000.00 | $            15,000.00 | $            15,000.00 |
| Prepaid Expenses | $            10,267.95 | $            20,535.89 | $            51,339.72 |
| Other Current Assets | $            11,080.00 | $            11,080.00 | $                      - |
| *TOTAL CURRENT ASSETS* | $          837,187.67 | $          488,504.96 | $          492,173.58 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements [Note 2] | $    45,000,000.00 | $    45,000,000.00 | $    45,000,000.00 |
| Machinery and Equipment | $            14,101.68 | $            11,706.43 | $                      - |
| Furniture, Fixtures and Office Equipment | $          300,000.00 | $          300,000.00 | $          300,000.00 |
| Leasehold Improvements | $                      - | $                      - | $                      - |
| Less:  Accumulated Depreciation | $        (406,775.55) | $        (305,081.66) | $                      - |
| *TOTAL PROPERTY & EQUIPMENT* | $    44,907,326.13 | $    45,006,624.77 | $    45,300,000.00 |
| *TOTAL ASSETS* | $    45,744,513.80 | $    45,495,129.73 | $    45,792,173.58 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | $              7,970.46 | $            15,299.57 | $                      - |
| Taxes Payable *(refer to FORM MOR-4)* | $          345,016.02 | $          250,046.60 | $                      - |
| Wages Payable | $                      - | $                      - | $                      - |
| Note Payable | $                      - | $                      - | $                      - |
| Rent / Leases - Building/Equipment | $                      - | $                      - | $                      - |
| DIP Loan (New Money) | $          666,177.00 | $                      - | $                      - |
| Professional Fees | $            90,616.69 | $          177,629.67 | $                      - |
| Other Post-petition Liabilities *(Mortgage Interest)* | $          442,986.12 | $          332,239.59 | $                      - |
| *TOTAL POST-PETITION LIABILITIES* | $      1,552,766.29 | $          775,215.43 | $                      - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | $    24,139,494.97 | $    24,139,494.97 | $    24,139,494.97 |
| Priority Debt | $      1,375,166.34 | $      1,375,166.34 | $      1,375,166.34 |
| Unsecured Debt [Note 3] | $      2,647,147.16 | $      2,962,301.76 | $      2,962,301.76 |
| *TOTAL PRE-PETITION LIABILITIES* | $    28,161,808.47 | $    28,476,963.07 | $    28,476,963.07 |
| *TOTAL LIABILITIES* | $    29,714,574.76 | $    29,252,178.50 | $    28,476,963.07 |
| *OWNERS' EQUITY* | | | |
| Members' Capital Account | | | |
| Retained Earnings - Pre-Petition | $                      - | $                      - | $                      - |
| Retained Earnings - Post-petition | $      (1,285,271.47) | $      (1,072,259.28) | $                      - |
| Adjustments to Owner Equity *(attach schedule)* | $    17,315,210.51 | $    17,315,210.51 | $    17,315,210.51 |
| Post-petition Contributions *(attach schedule)* | $                      - | $                      - | $                      - |
| *NET OWNERS' EQUITYr* | $    16,029,939.04 | $    16,242,951.23 | $    17,315,210.51 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $    45,744,513.80 | $    45,495,129.73 | $    45,792,173.58 |

Note 1: This amount includes the sales and occupancy tax charged to the customers.
Note 2: Value as attributed in Fee Simple Estate as is value calculation.
Note 3: This amount includes disputed, contingent and unliquidated amounts.

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equiti | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

In re 1141 Realty Owner, LLC, et al.,                                    Case No.  18-12341 (SMB)
       **Debtor**                                    Reporting Period:  November 1, 2018 - November 30, 2018

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee [Note 1] | $       - | $          - | $          - | | | $          - |
| FICA-Employer [Note 1] | $       - | $          - | $          - | | | $          - |
| Unemployment [Note 1] | $       - | $          - | $          - | | | $          - |
| Other: Medicare  [Note 1] | $       - | $          - | $          - | | | $          - |
|    Total Federal Taxes | $       - | $          - | $          - | | | $          - |
| **State and Local** | | | | | | |
| Withholding | | | | | | $          - |
| Sales & Occupancy | $  74,601.78 | $  36,487.81 | $          - | | | $  111,089.59 |
| Unemployment [Note 1] | $       - | $          - | $          - | | | $          - |
| Real Property | $  175,444.82 | $  58,481.61 | $          - | | | $  233,926.43 |
| Personal Property | $       - | $          - | $          - | | | $          - |
| Other: | $       - | $          - | $          - | | | $          - |
|    Total State and Local | $  250,046.60 | $  94,969.42 | $          - | | | $  345,016.02 |
| | | | | | | |
| **Total Taxes** | **$  250,046.60** | **$  94,969.42** | **$          -** | | | **$  345,016.02** |

Note 1. The payroll is being processed through ADP and the detail reports are available upon request.

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable [Note 1] | $      7,970.46 | | | | | $      7,970.46 |
| Wages Payable | $          - | | | | | $          - |
| Taxes Payable | $   345,016.02 | | | | | $   345,016.02 |
| Rent/Leases-Equipment | $          - | | | | | $          - |
| DIP Loan (New Money) | $   666,177.00 | | | | | $   666,177.00 |
| Professional Fees | $    90,616.69 | | | | | $    90,616.69 |
| Other: Payments | $          - | | | | | $          - |
| Other: | $          - | | | | | $          - |
| **Total Post-petition Debts** | **$  1,109,780.17** | **$          -** | **$          -** | **$          -** | **$          -** | **$  1,109,780.17** |

Note 1. House keeping expenses
**Explain how and when the Debtor intends to pay any past due post-petition debts.**

There are no past due post-petition debts.  Flatironhotel expects to timely pay all post-petition invoices.

**In re** 1141 Realty Owner, LLC, et al.,    **Case No.** 18-12341 (SMB)

    **Debtor**    **Reporting Period:** November 1, 2018 - November 30, 2018

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 184,114.43 |
| Plus: Amounts billed during the period | 335,711.04 |
| Less: Amounts collected during the period | (253,471.27) |
| Total Accounts Receivable at the end of the reporting period | 266,354.20 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | 266,354.20 | | | | |
| Less: Bad Debts (Amount considered uncollectible) | 0 | | | | |
| Net Accounts Receivable [Note 1] | 266,354.20 | | | | |

Note 1. Most of the AR balanes are withheld from American Express since the petition date.

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

**In re** 1141 Realty Owner, LLC, et al.,
        **Debtors**

**Case No.** 18-12341 (SMB)
**Reporting Period:** November 1, 2018 - November 30, 2018

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | 0.00 | 0.00 |

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Klestadt Winters Jureller Southard & Stevens, LLP | 10/18/2018 | $ 57,643.90 | $ 57,643.90 | $ 57,643.90 | $ 14,295.10 |
| Klestadt Winters Jureller Southard & Stevens, LLP | 10/29/2018 | $ 34,280.94 | $ 34,280.94 | $ 34,280.94 | $ 8,351.70 |
| Klestadt Winters Jureller Southard & Stevens, LLP | 11/30/2018 | $ 16,782.54 | $ - | $ - | $ 20,950.04 |
| CR3 Partners, LLC | 10/18/2018 | $ 213,595.00 | $ 213,595.00 | $ 213,595.00 | $ - |
| CR3 Partners, LLC | 10/29/2018 | $ 132,753.71 | $ 132,753.71 | $ 132,753.71 | $ - |
| CR3 Partners, LLC | 11/30/2018 | $ 63,564.67 | $ - | $ - | $ 63,564.67 |
| Omni Management Group, Inc. | N/A | $ 3,642.26 | $ - | $ - | $ 3,642.26 |
| Omni Management Group, Inc. | 10/18/2018 | $ 14,435.90 | $ 14,435.90 | $ 14,435.90 | $ 539.90 |
| Omni Management Group, Inc. | 10/29/2018 | $ 8,789.02 | $ 8,789.02 | $ 8,789.02 | $ 414.60 |
| Omni Management Group, Inc. | 11/30/2018 | $ 2,459.72 | $ - | $ - | $ 2,459.72 |
| Verdolino & Lowey, P.C | 10/29/2018 | $ 1,806.00 | $ 1,806.00 | $ 1,806.00 | $ 451.50 |
| Silverman Acampora | N/A | $ 6,096.58 | $ 6,096.58 | $ 6,096.58 | $ - |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ 555,850.24 | $ 469,401.05 | $ 469,401.05 | $ 114,669.49 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE**
**AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re 1141 Realty Owner, LLC, et al.,                                     Case No. 18-12341 (SMB)
    Debtors                                           Reporting Period: November 1, 2018 - November 30, 2018

### DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No | Explanation |
|---|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | x | x |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting | | x | x |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x | x |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x | x |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | x | x |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | x | x |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | x | x |
| 8 Are any post petition payroll taxes past due? | | x | x |
| 9 Are any post petition State or Federal income taxes past due? | | x | x |
| 10 Are any post petition real estate taxes past due? | | x | x |
| 11 Are any other post petition taxes past due? | | x | x |
| 12 Have any pre-petition taxes been paid during this reporting period? | | x | x |
| 13 Are any amounts owed to post petition creditors delinquent? | | x | x |
| 14 Are any wage payments past due? | | x | x |
| 15 Have any post petition loans been received by the Debtor from any party? | | x | x |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x | x |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x | x |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | x | x |

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                   From November  01, 2018
                                   To    November  30, 2018
                                   Page     1 of      6

                                   PRIVATE CLIENT GROUP 311
                                   950 THIRD AVENUE
                                   NEW YORK, NY 10022
                                   JOHN D. GONZALEZ
                                   (646) 822-1501


        FLATIRONHOTEL OPERATIONS LLC DIP        9-311
        CASE NUMBER 18-12341-SMB
        OPERATING ACCOUNT
        9 W 26TH STREET
        NEW YORK NY  10010              999         See Back for Important Information


                                        Primary Account: XXXXXX9229      49


        EFFECTIVE DECEMBER 28, 2018, WE HAVE REVISED SIGNATURE BANK'S BUSINESS
        BANK ACCOUNT AGREEMENTS AND DISCLOSURES BOOKLET. PRINTED, UPDATED
        BOOKLETS WILL BE AVAILABLE AT OUR FINANCIAL CENTERS OR AS A PDF FILE ON THE
        "AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AT WWW.SIGNATURENY.COM.
```

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| XXXXXX9229      BANKRUPTCY CHECKING | | 189,383.29 | 399,493.83 |
| RELATIONSHIP      TOTAL | | | 399,493.83 |

SIGNATURE BANK

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP      9-311
CASE NUMBER 18-12341-SMB
OPERATING ACCOUNT
9 W 26TH STREET
NEW YORK NY  10010          999          See Back for Important Information


Primary Account: XXXXXX9229      49


BANKRUPTCY CHECKING        XXXXXX9229



Summary

| | | |
|---|---|---:|
| Previous Balance as of November  01, 2018 | | 189,383.29 |
| 29 Credits | | 919,648.27 |
| 68 Debits | | 709,537.73 |
| Ending Balance as of   November  30, 2018 | | 399,493.83 |


Deposits and Other Credits

| Date | Description | Amount |
|---|---|---:|
| Nov 02 | ACH DEPOSIT          ck/ref no.   6861474 | 15,749.08 |
| | BANKCARD        MTOT DEP    518993320142714 | |
| Nov 02 | INCOMING WIRE | 666,177.00 |
| | REF#  20181102B6B7261F00111511021250FT03 | |
| | FROM: MERMEL ASSOCIATES PLLC ATTORNEY TR  ABA:  056073502 | |
| | BANK: | |
| Nov 05 | ACH DEPOSIT          ck/ref no.   7000770 | 21,756.01 |
| | BANKCARD        MTOT DEP    518993320142714 | |
| Nov 06 | ACH DEPOSIT          ck/ref no.   7129775 | 6,007.62 |
| | BANKCARD        MTOT DEP    518993320142714 | |
| Nov 07 | ACH DEPOSIT          ck/ref no.   7255483 | 13,047.90 |
| | BANKCARD        MTOT DEP    518993320142714 | |
| Nov 08 | ACH DEPOSIT          ck/ref no.   7335403 | 10,236.76 |
| | BANKCARD        MTOT DEP    518993320142714 | |
| Nov 09 | ACH DEPOSIT          ck/ref no.   7530361 | 5,380.67 |
| | BANKCARD        MTOT DEP    518993320142714 | |
| Nov 09 | DEPOSIT | 742.62 |
| Nov 09 | DEPOSIT        ref# | 11,027.38 |
| Nov 13 | ACH DEPOSIT          ck/ref no.   7602232 | 5,378.75 |
| | BANKCARD        MTOT DEP    518993320142714 | |
| Nov 13 | ACH DEPOSIT          ck/ref no.   7674204 | 14,612.64 |
| | BANKCARD        MTOT DEP    518993320142714 | |
| Nov 13 | ACH DEPOSIT          ck/ref no.   7640185 | 27,023.62 |
| | BANKCARD        MTOT DEP    518993320142714 | |

*Signature*  SIGNATURE BANK

Statement Period
From November 01, 2018
To   November 30, 2018
Page    3 of    6

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        9-311
CASE NUMBER 18-12341-SMB
OPERATING ACCOUNT
9 W 26TH STREET
NEW YORK NY  10010              999              See Back for Important Information

Primary Account: XXXXXX9229        49

| | | | | |
|---|---|---|---|---:|
| Nov 14 | ACH DEPOSIT | ck/ref no. | 7782174 | 9,416.17 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 15 | ACH DEPOSIT | ck/ref no. | 7979165 | 5,383.34 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 16 | ACH DEPOSIT | ck/ref no. | 8140103 | 4,888.39 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 19 | ACH DEPOSIT | ck/ref no. | 8250224 | 8,901.39 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 19 | ACH DEPOSIT | ck/ref no. | 8260003 | 15,183.52 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 20 | ACH DEPOSIT | ck/ref no. | 8365234 | 5,755.85 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 21 | ACH DEPOSIT | ck/ref no. | 8478132 | 3,427.66 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 23 | ACH DEPOSIT | ck/ref no. | 8629562 | 6,043.45 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 23 | ACH DEPOSIT | ck/ref no. | 8605927 | 15,082.52 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 26 | ACH DEPOSIT | ck/ref no. | 8692502 | 4,209.12 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 26 | ACH DEPOSIT | ck/ref no. | 8700314 | 11,981.75 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 27 | ACH DEPOSIT | ck/ref no. | 8786875 | 8,708.66 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 28 | ACH DEPOSIT | ck/ref no. | 8901583 | 1,591.92 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 28 | DEPOSIT | | | 479.00 |
| Nov 28 | DEPOSIT | ref# | | 15,985.56 |
| Nov 29 | ACH DEPOSIT | ck/ref no. | 9009285 | 2,384.32 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Nov 30 | ACH DEPOSIT | ck/ref no. | 9191828 | 3,085.60 |
| | BANKCARD | MTOT DEP | 518993320142714 | |

Withdrawals and Other Debits

| | | | | |
|---|---|---|---|---:|
| Nov 02 | AUTOMATED PAYMENT | ck/ref no. | 6841996 | 9,689.24 |
| | BANKCARD | MTOT DISC | 518993320142714 | |
| Nov 05 | OUTGOING WIRE XFER | | | 8,789.02 |

REF#  20181105B6B7261F002075
TO:   OMNI MANAGEMENT GROUP           ABA:  322070381
BANK: EW BK SMRINO                    ACCT# 5400007421

SIGNATURE BANK

Statement Period
From November 01, 2018
To    November 30, 2018
Page    4 of    6

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

```
          FLATIRONHOTEL OPERATIONS LLC DIP        9-311
          CASE NUMBER 18-12341-SMB
          OPERATING ACCOUNT
          9 W 26TH STREET
          NEW YORK NY  10010              999              See Back for Important Information
```

Primary Account: XXXXXX9229        49

| Date | Description | |
|------|-------------|---:|
| Nov 05 | OUTGOING WIRE XFER | 34,280.94 |
| | REF#  20181105B6B7261F002070 | |
| | TO:   KLESTADT WINTERS JURELLER SOUTHARD  ABA:  026013576 | |
| | BANK: SIGNATURE BANK                ACCT# 1500879854 | |
| Nov 05 | OUTGOING WIRE XFER | 132,753.71 |
| | REF#  20181105B6B7261F002203 | |
| | TO:   CR3 PARTNERS LLC              ABA:  062005690 | |
| | BANK: REGIONS BK                    ACCT# 0233259046 | |
| Nov 05 | ONLINE TRANSFER DR | 50,000.00 |
| | ONLINE XFR TO: XXXXXX9245 | |
| Nov 05 | WIRE TRANSFER FEE | 25.00 |
| | REF#  20181105B6B7261F002070 | |
| | TO:   KLESTADT WINTERS JURELLER SOUTHARD  ABA:  026013576 | |
| | BANK: SIGNATURE BANK                ACCT# 1500879854 | |
| Nov 05 | WIRE TRANSFER FEE | 25.00 |
| | REF#  20181105B6B7261F002075 | |
| | TO:   OMNI MANAGEMENT GROUP         ABA:  322070381 | |
| | BANK: EW BK SMRINO                  ACCT# 5400007421 | |
| Nov 05 | WIRE TRANSFER FEE | 25.00 |
| | REF#  20181105B6B7261F002203 | |
| | TO:   CR3 PARTNERS LLC              ABA:  062005690 | |
| | BANK: REGIONS BK                    ACCT# 0233259046 | |
| Nov 06 | OUTGOING WIRE XFER | 1,806.00 |
| | REF#  20181106B6B7261F000571 | |
| | TO:   VERDOLINO & LOWEY, P.C.       ABA:  011500120 | |
| | BANK: CITIZENS BANK, NA             ACCT# 113646-359-0 | |
| Nov 06 | WIRE TRANSFER FEE | 25.00 |
| | REF#  20181106B6B7261F000571 | |
| | TO:   VERDOLINO & LOWEY, P.C.       ABA:  011500120 | |
| | BANK: CITIZENS BANK, NA             ACCT# 113646-359-0 | |
| Nov 09 | OUTGOING WIRE XFER | 85,465.60 |
| | REF#  20181109B6B7261F002640 | |
| | TO:   EXPEDIA INC                   ABA:  026009593 | |
| | BANK: BK AMER NYC                   ACCT# 4427169902 | |
| Nov 09 | OUTGOING WIRE XFER | 229,689.00 |
| | REF#  20181109B6B7261F002663 | |
| | TO:   BOOKING.COM B.V.              ABA:  026009593 | |
| | BANK: BK AMER NYC                   ACCT# 5800681495 | |
| Nov 09 | WIRE TRANSFER FEE | 25.00 |

*SIGNATURE BANK*

Statement Period
From November 01, 2018
To   November 30, 2018
Page    5 of     6

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        9-311
CASE NUMBER 18-12341-SMB
OPERATING ACCOUNT
9 W 26TH STREET
NEW YORK NY  10010                  999           See Back for Important Information

Primary Account: XXXXXX9229        49

| Date | Description | | |
|---|---|---|---|
| | REF#  20181109B6B7261F002640 | | |
| | TO:    EXPEDIA INC | ABA:   026009593 | |
| | BANK: BK AMER NYC | ACCT# 4427169902 | |
| Nov 09 | WIRE TRANSFER FEE | | 25.00 |
| | REF#  20181109B6B7261F002663 | | |
| | TO:    BOOKING.COM B.V. | ABA:   026009593 | |
| | BANK: BK AMER NYC | ACCT# 5800681495 | |
| Nov 13 | ONLINE TRANSFER DR ONLINE | | 10,000.00 |
| | XFR TO: XXXXXX9253 | | |
| Nov 15 | AUTOMATED PAYMENT    ck/ref no.   7978970 | | 50.00 |
| | SHIFT4-DEBITS       1113SHIFT4   C17952 | | |
| | SHIFT4 INVOICE 896733 | | |
| Nov 26 | AUTOMATED PAYMENT    ck/ref no.   8634384 | | 85.00 |
| | SHIFT4-DEBITS       112618IMP   C17952 | | |
| | 0000908653 | | |
| Nov 27 | ONLINE TRANSFER DR ONLINE | | 15,000.00 |
| | XFR TO: XXXXXX9253 | | |
| Nov 29 | ONLINE TRANSFER DR ONLINE | | 60,000.00 |
| | XFR TO: XXXXXX9245 | | |

Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Nov 07 | 2037 | 6,097.00 | Nov 13 | 2063 | 4,000.00 |
| Nov 06 | 2038 | 1,246.94 | Nov 06 | 2064 | 750.00 |
| Nov 06 | 2039 | 347.08 | Nov 09 | 2065 | 130.65 |
| Nov 01 | 2043 * | 300.23 | Nov 06 | 2066 | 82.80 |
| Nov 01 | 2048 * | 2,380.71 | Nov 13 | 2067 | 918.91 |
| Nov 02 | 2050 * | 3,663.56 | Nov 16 | 2068 | 2,325.00 |
| Nov 15 | 2051 | 372.50 | Nov 16 | 2069 | 1,587.14 |
| Nov 01 | 2052 | 6,096.58 | Nov 19 | 2070 | 53.07 |
| Nov 05 | 2053 | 2,384.09 | Nov 23 | 2071 | 100.00 |
| Nov 05 | 2054 | 3,402.35 | Nov 15 | 2072 | 762.13 |
| Nov 06 | 2055 | 4,205.84 | Nov 19 | 2073 | 550.00 |
| Nov 09 | 2056 | 267.96 | Nov 21 | 2074 | 745.25 |
| Nov 14 | 2057 | 1,404.49 | Nov 19 | 2075 | 2,384.09 |
| Nov 08 | 2058 | 570.45 | Nov 15 | 2076 | 210.01 |
| Nov 08 | 2059 | 378.09 | Nov 21 | 2077 | 1,550.19 |
| Nov 08 | 2060 | 680.47 | Nov 20 | 2078 | 378.09 |
| Nov 09 | 2061 | 53.07 | Nov 21 | 2079 | 1,322.61 |
| Nov 16 | 2062 | 574.51 | Nov 19 | 2080 | 2,201.45 |

SIGNATURE BANK

```
                                        Statement Period
                                        From November  01, 2018
                                        To   November  30, 2018
                                        Page    6 of      6

                                        PRIVATE CLIENT GROUP 311
                                        950 THIRD AVENUE
                                        NEW YORK, NY 10022
                                        JOHN D. GONZALEZ
                                        (646) 822-1501


            FLATIRONHOTEL OPERATIONS LLC DIP       9-311
            CASE NUMBER 18-12341-SMB
            OPERATING ACCOUNT
            9 W 26TH STREET
            NEW YORK NY  10010              999        See Back for Important Information


                                             Primary Account: XXXXXX9229      49
```

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Nov 30 | 2081 | 109.08 | Nov 30 | 2088 | 169.41 |
| Nov 19 | 2082 | 700.00 | Nov 29 | 2089 | 1,322.61 |
| Nov 23 | 2083 | 375.62 | Nov 29 | 2092 * | 400.00 |
| Nov 26 | 2084 | 573.06 | Nov 30 | 2093 | 31.03 |
| Nov 19 | 2085 | 617.54 | Nov 30 | 2094 | 3,810.63 |
| Nov 30 | 2086 | 7,788.33 | Nov 29 | 2096 * | 350.48 |
| Nov 30 | 2087 | 1,054.12 | | | |

```
            * Indicates break in check sequence
```

Daily Balances

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Oct 31 | 189,383.29 | Nov 16 | 398,345.17 |
| Nov 01 | 180,605.77 | Nov 19 | 415,923.93 |
| Nov 02 | 849,179.05 | Nov 20 | 421,301.69 |
| Nov 05 | 639,249.95 | Nov 21 | 421,111.30 |
| Nov 06 | 636,793.91 | Nov 23 | 441,761.65 |
| Nov 07 | 643,744.81 | Nov 26 | 457,294.46 |
| Nov 08 | 652,352.56 | Nov 27 | 451,003.12 |
| Nov 09 | 353,846.95 | Nov 28 | 469,059.60 |
| Nov 13 | 385,943.05 | Nov 29 | 409,370.83 |
| Nov 14 | 393,954.73 | Nov 30 | 399,493.83 |
| Nov 15 | 397,943.43 | | |

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From November  01, 2018
To    November  30, 2018
Page     1 of     4

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        8-311
CASE NUMBER 18-12341-SMB
PAYROLL ACCOUNT
9 W 26TH ST
NEW YORK NY  10010              999

See Back for Important Information

Primary Account: XXXXXX9245        0

EFFECTIVE DECEMBER 28, 2018, WE HAVE REVISED SIGNATURE BANK'S BUSINESS
BANK ACCOUNT AGREEMENTS AND DISCLOSURES BOOKLET. PRINTED, UPDATED
BOOKLETS WILL BE AVAILABLE AT OUR FINANCIAL CENTERS OR AS A PDF FILE ON THE
"AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AT WWW.SIGNATURENY.COM.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| XXXXXX9245      BANKRUPTCY CHECKING | | 18,349.49 | 65,458.52 |
| RELATIONSHIP        TOTAL | | | 65,458.52 |

SIGNATURE BANK

```
                                        Statement Period
                                        From November  01, 2018
                                        To    November  30, 2018
                                        Page    2 of    4

                                        PRIVATE CLIENT GROUP 311
                                        950 THIRD AVENUE
                                        NEW YORK, NY 10022
                                        JOHN D. GONZALEZ
                                        (646) 822-1501
```

```
           FLATIRONHOTEL OPERATIONS LLC DIP      8-311
           CASE NUMBER 18-12341-SMB
           PAYROLL ACCOUNT
           9 W 26TH ST
           NEW YORK NY  10010              999          See Back for Important Information
```

Primary Account: XXXXXX9245          0


BANKRUPTCY CHECKING          XXXXXX9245


Summary

| | | |
|---|---|---|
| Previous Balance as of November  01, 2018 | | 18,349.49 |
| 2 Credits | | 110,000.00 |
| 21 Debits | | 62,890.97 |
| Ending Balance as of    November  30, 2018 | | 65,458.52 |


Deposits and Other Credits

| | | |
|---|---|---|
| Nov 05 | ONLINE TRANSFER CR | 50,000.00 |
| | ONLINE XFR FROM: XXXXXX9229 | |
| Nov 29 | ONLINE TRANSFER CR | 60,000.00 |
| | ONLINE XFR FROM: XXXXXX9229 | |

Withdrawals and Other Debits

| | | |
|---|---|---|
| Nov 01 | OUTGOING WIRE XFER | 571.22 |
| | REF#  20181101B6B7261F003604 | |
| | TO:   ADP CLIENT TRUST          ABA:   021000021 | |
| | BANK: JPMORGAN CHASE          ACCT# 192836812 | |
| Nov 01 | OUTGOING WIRE XFER | 3,254.96 |
| | REF#  20181101B6B7261F000342 | |
| | TO:   ADP CLIENT TRUST          ABA:   021000021 | |
| | BANK: JPMORGAN CHASE          ACCT# 192835681 | |
| Nov 01 | OUTGOING WIRE XFER | 7,826.98 |
| | REF#  20181101B6B7261F000368 | |
| | TO:   ADP CLIENT TRUST          ABA:   021000021 | |
| | BANK: JPMORGAN CHASE          ACCT# 192835673 | |
| Nov 02 | AUTOMATED PAYMENT     ck/ref no.  6728979 | 15.00 |
| | ADP PAYROLL FEES    ADP - FEES   2R2VR   3226695 | |
| Nov 07 | OUTGOING WIRE XFER | 8,895.16 |
| | REF#  20181107B6B7261F001822 | |
| | TO:   ADP CLIENT TRUST          ABA:   021000021 | |
| | BANK: JPMORGAN CHASE          ACCT# 192835673 | |
| Nov 08 | OUTGOING WIRE XFER | 649.03 |

SIGNATURE BANK

```
                                                  Statement Period
                                              From November 01, 2018
                                              To   November 30, 2018
                                              Page    3 of    4

                                              PRIVATE CLIENT GROUP 311
                                              950 THIRD AVENUE
                                              NEW YORK, NY 10022
                                              JOHN D. GONZALEZ
                                              (646) 822-1501


        FLATIRONHOTEL OPERATIONS LLC DIP        8-311
        CASE NUMBER 18-12341-SMB
        PAYROLL ACCOUNT
        9 W 26TH ST
        NEW YORK NY  10010            999           See Back for Important Information


                                              Primary Account: XXXXXX9245        0
```

| Date | Description | |
|---|---|---|
| | REF#  20181108B6B7261F000502 | |
| | TO:   ADP CLIENT TRUST                ABA:   021000021 | |
| | BANK: JPMORGAN CHASE              ACCT# 192836812 | |
| Nov 08 | OUTGOING WIRE XFER | 3,693.32 |
| | REF#  20181108B6B7261F000362 | |
| | TO:   ADP CLIENT TRUST                ABA:   021000021 | |
| | BANK: JPMORGAN CHASE              ACCT# 192835681 | |
| Nov 09 | AUTOMATED PAYMENT      ck/ref no.  7366547 | 15.00 |
| | ADP PAYROLL FEES    ADP - FEES     2R2VR   4150710 | |
| Nov 15 | OUTGOING WIRE XFER | 611.47 |
| | REF#  20181115B6B7261F000804 | |
| | TO:   ADP CLIENT TRUST                ABA:   021000021 | |
| | BANK: JPMORGAN CHASE              ACCT# 192836812 | |
| Nov 15 | OUTGOING WIRE XFER | 3,431.20 |
| | REF#  20181115B6B7261F000560 | |
| | TO:   ADP CLIENT TRUST                ABA:   021000021 | |
| | BANK: JPMORGAN CHASE              ACCT# 192835681 | |
| Nov 15 | OUTGOING WIRE XFER | 8,391.99 |
| | REF#  20181115B6B7261F000747 | |
| | TO:   ADP CLIENT TRUST                ABA:   021000021 | |
| | BANK: JPMORGAN CHASE              ACCT# 192835673 | |
| Nov 16 | AUTOMATED PAYMENT      ck/ref no.  8036238 | 15.00 |
| | ADP PAYROLL FEES    ADP - FEES     2R2VR   4741040 | |
| Nov 20 | OUTGOING WIRE XFER | 307.36 |
| | REF#  20181120B6B7261F001259 | |
| | TO:   ADP CLIENT TRUST                ABA:   021000021 | |
| | BANK: JPMORGAN CHASE              ACCT# 192835673 | |
| Nov 20 | OUTGOING WIRE XFER | 613.69 |
| | REF#  20181120B6B7261F001300 | |
| | TO:   ADP CLIENT TRUST                ABA:   021000021 | |
| | BANK: JPMORGAN CHASE              ACCT# 192836812 | |
| Nov 20 | OUTGOING WIRE XFER | 3,477.07 |
| | REF#  20181120B6B7261F001646 | |
| | TO:   ADP CLIENT TRUST                ABA:   021000021 | |
| | BANK: JPMORGAN CHASE              ACCT# 192835681 | |
| Nov 20 | OUTGOING WIRE XFER | 8,423.02 |
| | REF#  20181120B6B7261F001251 | |
| | TO:   ADP CLIENT TRUST                ABA:   021000021 | |
| | BANK: JPMORGAN CHASE              ACCT# 192835673 | |

SIGNATURE BANK

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        8-311
CASE NUMBER 18-12341-SMB
PAYROLL ACCOUNT
9 W 26TH ST
NEW YORK NY  10010               999                    See Back for Important Information

                                      Primary Account: XXXXXX9245         0

| | | | |
|---|---|---|---|
| Nov 23 | AUTOMATED PAYMENT       ck/ref no.    8502961 | | 155.00 |
| | ADP PAYROLL FEES     ADP - FEES    2R2VR   5441225 | | |
| Nov 28 | OUTGOING WIRE XFER | | 8,431.21 |
| | REF#  20181128B6B7261F002000 | | |
| | TO:   ADP CLIENT TRUST              ABA:   021000021 | | |
| | BANK: JPMORGAN CHASE            ACCT# 192835673 | | |
| Nov 29 | OUTGOING WIRE XFER | | 596.39 |
| | REF#  20181129B6B7261F000245 | | |
| | TO:   ADP CLIENT TRUST              ABA:   021000021 | | |
| | BANK: JPMORGAN CHASE            ACCT# 192836812 | | |
| Nov 29 | OUTGOING WIRE XFER | | 3,501.90 |
| | REF#  20181129B6B7261F000159 | | |
| | TO:   ADP CLIENT TRUST              ABA:   021000021 | | |
| | BANK: JPMORGAN CHASE            ACCT# 192835681 | | |
| Nov 30 | AUTOMATED PAYMENT       ck/ref no.    9049506 | | 15.00 |
| | ADP PAYROLL FEES     ADP - FEES    2R2VR   7020769 | | |

Daily Balances

| | | | |
|---|---|---|---|
| Oct 31 | 18,349.49 | Nov 15 | 30,994.16 |
| Nov 01 | 6,696.33 | Nov 16 | 30,979.16 |
| Nov 02 | 6,681.33 | Nov 20 | 18,158.02 |
| Nov 05 | 56,681.33 | Nov 23 | 18,003.02 |
| Nov 07 | 47,786.17 | Nov 28 | 9,571.81 |
| Nov 08 | 43,443.82 | Nov 29 | 65,473.52 |
| Nov 09 | 43,428.82 | Nov 30 | 65,458.52 |

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From November  01, 2018
To    November  30, 2018
Page     1 of     2

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        8-311
CASE NUMBER 18-12341-SMB
ESCROW ACCOUNT
9 W 26TH ST
NEW YORK NY  10010              999

See Back for Important Information

Primary Account: XXXXXX9253        0

EFFECTIVE DECEMBER 28, 2018, WE HAVE REVISED SIGNATURE BANK'S BUSINESS
BANK ACCOUNT AGREEMENTS AND DISCLOSURES BOOKLET. PRINTED, UPDATED
BOOKLETS WILL BE AVAILABLE AT OUR FINANCIAL CENTERS OR AS A PDF FILE ON THE
"AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AT WWW.SIGNATURENY.COM.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| XXXXXX9253 | BANKRUPTCY CHECKING | 75,000.00 | 100,000.00 |
| | RELATIONSHIP  TOTAL | | 100,000.00 |

SIGNATURE BANK

Statement Period
From November  01, 2018
To    November  30, 2018
Page      2 of      2

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        8-311
CASE NUMBER 18-12341-SMB
ESCROW ACCOUNT
9 W 26TH ST
NEW YORK NY  10010               999

See Back for Important Information

Primary Account: XXXXXX9253        0

BANKRUPTCY CHECKING        XXXXXX9253

Summary

Previous Balance as of November  01, 2018                                          75,000.00
        2 Credits                                                                  25,000.00
Ending Balance as of    November  30, 2018                                        100,000.00

Deposits and Other Credits
Nov 13    ONLINE TRANSFER CR                                                       10,000.00
          ONLINE XFR FROM: XXXXXX9229
Nov 27    ONLINE TRANSFER CR                                                       15,000.00
          ONLINE XFR FROM: XXXXXX9229

Daily Balances
Oct 31        75,000.00                Nov 27        100,000.00
Nov 13        85,000.00