```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
In re:                                                          :   Chapter 11
                                                                :
1141 REALTY OWNER LLC, et al.,                                  :   Case No. 18-12341(SMB)
                                                                :
                          Debtors.                              :   Jointly Administered
                                                                :
---------------------------------------------------------------- X
```

**ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS
TO FILE PLAN AND TO SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "Motion")[1] of 1141 Realty Owner LLC ("Owner") and Flatironhotel Operations LLC ("Operator" and together, the "Debtors") as debtors and debtors-in-possession in the above-captioned cases (the "Chapter 11 Cases"), for an order extending the Debtors' Exclusive Periods; and it appearing that the relief requested by the Motion is necessary and in the best interests of the Debtors, their estates, and their creditors; and due notice having been given; and after due deliberation; and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted as set forth herein.

2. The time within which the Debtors may exclusively file a plan and disclosure statement is extended through and including January 21, 2019; and the time within which the Debtors may solicit acceptances of such plan is extended through and including March 22, 2019.

3. Entry of this Order is without prejudice to the rights of the Debtors to seek further orders of this Court extending the Exclusive Periods.

4. This Order shall be immediately effective and enforceable upon its entry.

[remainder of page intentionally blank]

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated:  New York, New York
       **December 21, 2018**

                                        **/s/ STUART M. BERNSTEIN**
                                        HON. STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE