UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** 1141 Realty Owner, LLC, et al.,

**Debtors**

**Case No.** 18-12341 (SMB)

**Reporting Period:** December 1, 2018 - December 31, 2018

**Federal Tax I.D. #** 47-3661804

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Attached | |
| Copies of bank statements | | Attached | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ James Katchadurian

Date: **January 21, 2019**

Signature of Authorized Individual* /s/ James Katchadurian, as Chief Restructuring Officer

Date:

Printed Name of Authorized Individual: James Katchadurian, as Chief Restructuring Officer

Date:

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re 1141 Realty Owner, LLC, et al.,
**Debtors**

Case No. 18-12341 (SMB)
**Reporting Period:** December 1, 2018 - December 31, 2018

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.i
Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.
[See MOR-1 (CON'T)m

| ACCOUNT NUMBER (LAST 4) | 114 Realty Owner LLC DIP Acct# N/A | Flatironhotel Operations LLC DIP OPERATING Acct# 9229 | Flatironhotel Operations LLC DIP PAYROLL Acct# 9245 | Flatironhotel Operations LLC DIP ESCROW Acct# 9253 | CURRENT MONTH ACTUAL |
|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH [Note 1]** | $ - | $ 367,527.00 | $ 65,458.52 | $ 100,000.00 | $ 532,985.52 |
| **RECEIPTS** | | | | | |
| CASH SALES | $ - | $ - | $ - | $ - | $ - |
| ACCOUNTS RECEIVABLE - PREPETITION | $ - | $ - | $ - | $ - | $ - |
| ACCOUNTS RECEIVABLE - POSTPETITION | $ - | $ 327,076.96 | $ - | $ - | $ 327,076.96 |
| LOANS AND ADVANCES | $ - | $ 500,000.00 | $ - | $ - | $ 500,000.00 |
| OTHER *(ATTACH LIST)* | $ - | $ - | $ - | $ - | $ - |
| RESTRICTED CASH TRANSFER IN *(#8885)* | $ - | $ - | $ - | $ - | $ - |
| RESTRICTED CASH TRANSFER IN *(Wells Fargo)* | $ - | $ - | $ - | $ - | $ - |
| TRANSFERS *(FROM DIP ACCTS)* | $ - | $ - | $ 50,000.00 | $ 60,000.00 | $ 110,000.00 |
| **TOTAL RECEIPTS** | $ - | $ 827,076.96 | $ 50,000.00 | $ 60,000.00 | $ 937,076.96 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | $ - | $ - | $ 48,093.64 | $ - | $ 48,093.64 |
| PAYROLL TAXES & WORKERS COMP | $ - | $ - | $ 22,378.63 | $ - | $ 22,378.63 |
| SALES, USE, & OTHER TAXES | $ - | $ - | $ - | $ 115,255.47 | $ 115,255.47 |
| INVENTORY PURCHASES | $ - | $ - | $ - | $ - | $ - |
| SECURED/ RENTAL/ LEASES | $ - | $ - | $ - | $ - | $ - |
| INSURANCE | $ - | $ - | $ - | $ - | $ - |
| ADMINISTRATIVE | $ - | $ - | $ - | $ - | $ - |
| SELLING | $ - | $ - | $ - | $ - | $ - |
| OTHER PAYMENTS TO VENDORS | $ - | $ 71,865.84 | $ - | $ - | $ 71,865.84 |
| OUTSIDE SERVICES (HOUSEKEEPING) | $ - | $ 18,431.44 | $ - | $ - | $ 18,431.44 |
| BANK AND CREDIT-CARD FEES | $ - | $ 8,963.69 | $ - | $ - | $ 8,963.69 |
| REVENUE MGMT EXPENSE | $ - | $ - | $ - | $ - | $ - |
| TRANSFERS *(TO DIP ACCTS)* | $ - | $ 110,000.00 | $ - | $ - | $ 110,000.00 |
| PROFESSIONAL FEES | $ - | $ 198,697.96 | $ - | $ - | $ 198,697.96 |
| U.S. TRUSTEE  QUARTERLY FEES | $ - | $ - | $ - | $ - | $ - |
| COURT COSTS | $ - | $ - | $ - | $ - | $ - |
| **TOTAL DISBURSEMENTS** | $ - | $ 407,958.93 | $ 70,472.27 | $ 115,255.47 | $ 593,686.67 |
| | | | | | |
| NET CASH FLOW | $ - | $ 419,118.03 | $ (20,472.27) | $ (55,255.47) | $ 343,390.29 |
| (RECEIPTS LESS DISBURSEMENTS) | $ - | | | | $ - |
| | | | | | |
| CASH - END OF MONTH [Note 1] | $ - | $ 786,645.03 | $ 44,986.25 | $ 44,744.53 | $ 876,375.81 |

Note 1. Debtor maintained a petty cash balance of $1,500.

**OTHER RECEIPTS**

| | | | | | |
|---|---|---|---|---|---|
| Other | $ - | $ - | $ - | $ - | $ - |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - |

**OTHER DISBURSEMENTS**

| | | | | | |
|---|---|---|---|---|---|
| Other Payments to Vendors | $ - | $ - | $ - | $ - | $ - |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - |

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | 1141 Realty Owner LLC | Flatironhotel Operations LLC |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ - | 593,686.67 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - | 110,000.00 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ - | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ - | $ 483,686.67 |

**In re** 1141 Realty Owner, LLC, et al.,

**Debtors**

Case No. 18-12341 (SMB)

Reporting Period: December 1, 2018 - December 31, 2018

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
 (Bank account numbers may be redacted to last four numbers.)

| SIGNATURE BANK FLATIRONHOTEL OPERATIONS LLC | Flatironhotel Operations LLC DIP OPERATING Acct# 9229 | Flatironhotel Operations LLC DIP PAYROLL Acct# 9245 | Flatironhotel Operations LLC DIP ESCROW Acct# 9253 | Total |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $         786,645.03 | $         44,986.25 | $         44,744.53 | $         876,375.81 |
| | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $                      - | $                      - | $                      - | $                      - |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | $           56,454.17 | $                      - | $           42,638.00 | $           99,092.17 |
| OTHER  *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | $         843,099.20 | $         44,986.25 | $         87,382.53 | $         975,467.98 |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount |
|---|---|---|
| | | |
| | | |
| **DIP OPERATING CHECKS OUTSTANDING** | Ck. # | Amount |
| MevRam Services LLC | 2091 | $          4,915.71 |
| The Metro Group, Inc. | 2104 | $          6,532.50 |
| Telco Experts, LLC | 2120 | $             667.46 |
| Windstream Enterprise | 2121 | $             206.43 |
| MevRam Services LLC | 2129 | $        10,460.98 |
| JAMES WIGHTMAN | 2138 | $               83.64 |
| JAMES WIGHTMAN | 2139 | $             167.10 |
| Booking.com B.V | 2140 | $          1,197.83 |
| Con Edison Co of N.Y. Inc. | 2141 | $          9,154.04 |
| Con Edison Co of N.Y. Inc. | 2142 | $          1,358.33 |
| Con Edison Co of N.Y. Inc. | 2143 | $             255.62 |
| Con Edison Co of N.Y. Inc. | 2144 | $             227.07 |
| D&W Central Station Fire Alarm Co | 2145 | $             378.09 |
| Diverse Recycling Solutions, LLC. | 2146 | $             680.47 |
| Doyle Security Services | 2147 | $          1,322.61 |
| Guest Supply | 2148 | $          6,853.58 |
| Sabre Hospitality Solutions | 2149 | $          6,551.89 |
| Sally Tadros | 2150 | $             408.13 |
| Simon's Industrial Supply Co. | 2151 | $          2,958.13 |
| Xiu Ying, Wong | 2152 | $          2,074.56 |
| **DIP OPERATING TOTAL** | | $        56,454.17 |

| DIP ESCROW CHECKS OUTSTANDING | Ck. # | Amount |
|---|---|---|
| New York City Department of Finance | 1007 | $        42,638.00 |
| | | |
| **DIP ESCROW TOTAL** | | $        42,638.00 |

**OTHER**

| In re | 1141 Realty Owner, LLC, et al., | Case No. | 18-12341 (SMB) |
|---|---|---|---|
| | **Debtors** | Reporting Period: | December 1, 2018 - December 31, 2018 |

**STATEMENT OF OPERATIONS** (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | 1141 REALTY OWNER LLC | FLATIRONHOTEL OPERATIONS LLC | CUMULATIVE -FILING AS OF THE PETITION DATE |
|---|---|---|---|
| Rooms Revenue | $ - | $ 388,052.47 | $ 1,247,758.82 |
| Miscellaneous Income | $ - | $ 29,172.22 | $ 103,430.69 |
| Total Operating Revenue | $ - | $ 417,224.69 | $ 1,351,189.51 |
| **OPERATING EXPENSES** | | | |
| Salaries & Wages | $ - | $ 48,093.64 | $ 208,883.61 |
| Payroll Taxes & Benefits | $ - | $ 22,378.63 | $ 93,366.83 |
| Cable Television Expense | $ - | $ 2,573.99 | $ 12,460.83 |
| Cleaning Supplies | $ - | $ 2,905.67 | $ 7,341.24 |
| Misc. Expense | $ - | $ 806.80 | $ 1,785.89 |
| Promotional Costs | $ - | $ 1,403.06 | $ 14,696.06 |
| Reservation Expense | $ - | $ - | $ 5,951.91 |
| Revenue Mgmt Expense | $ - | $ 6,551.89 | $ 38,208.03 |
| Room Supplies | $ - | $ 9,372.67 | $ 20,624.51 |
| Travel Commissions | $ - | $ 1,431.15 | $ 1,431.15 |
| Long Distance Costs | $ - | $ 667.46 | $ 3,273.00 |
| Contract Services-IT/Phone | $ - | $ 206.43 | $ 1,737.15 |
| Accounting Expense | $ - | $ 35.38 | $ 318.42 |
| Bank Charges | $ - | $ 299.90 | $ 1,795.55 |
| Credit Card Charge-Backs [Note 1] | $ - | $ - | $ - |
| Credit Card Commissions | $ - | $ 18,820.81 | $ 47,621.65 |
| Office Supplies | $ - | $ 1,359.00 | $ 13,649.78 |
| Security - Contract | | $ 6,976.77 | $ 6,976.77 |
| Building Repairs | $ - | $ 9,963.15 | $ 17,367.44 |
| Contracted Services [Note 2] | $ - | $ 13,484.69 | $ 72,859.53 |
| Elevator Repairs | $ - | $ - | $ 762.13 |
| Kitchen Equipment | $ - | $ - | $ 860.00 |
| Life Safety | $ - | $ 9,278.09 | $ 11,374.30 |
| Maintenance Contracts | $ - | $ 8,069.52 | $ 8,069.52 |
| Trash Removal | $ - | $ 1,360.94 | $ 4,082.82 |
| Gas Service | $ - | $ - | $ - |
| Electric Service | $ - | $ 10,995.06 | $ 65,868.30 |
| Water Costs | $ - | $ - | $ 3,141.30 |
| Equipment Leases/Rentals | $ - | $ - | $ - |
| Taxes - Real Estate | $ - | $ 58,481.61 | $ 292,408.04 |
| Taxes - Other | $ - | $ 6,960.37 | $ 6,960.37 |
| Insurance - General | $ - | $ 10,267.94 | $ 51,339.72 |
| Other (attach schedule) | $ - | $ - | $ - |
| Total Operating Expenses Before Depreciation | $ - | $ 252,744.62 | $ 1,060,744.10 |
| Depreciation/Depletion/Amortization | $ - | $101,693.89 | $ 508,469.44 |
| Net Profit (Loss) Before Other Income & Expenses | $ - | $ 62,786.18 | $ (218,024.03) |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | $ - | $ - | $ 817.60 |
| Interest - Mortgage | $ - | $ 110,746.53 | $ 553,732.65 |
| Other Expense (attach schedule) | $ - | $ - | $ - |
| Net Profit (Loss) Before Reorganization Items | $ - | $ (47,960.35) | $ (770,939.08) |
| **REORGANIZATION ITEMS [Note 3]** | | | |
| Professional Fees | $ - | $ 117,462.57 | $ 499,850.64 |
| U. S. Trustee Quarterly Fees | $ - | $ - | $ 2,275.00 |
| Interest Earned on Accumulated Cash from Chapter 11 | $ - | $ - | $ - |
| Gain (Loss) from Sale of Equipment | $ - | $ - | $ - |
| Other Reorganization Expenses (attach schedule) | $ - | $ - | $ - |
| Total Reorganization Expenses | $ - | $ 117,462.57 | $ 502,125.64 |
| Net Profit (Loss) | $ - | $ (165,422.92) | $ (1,273,064.72) |

Note 1. Merchant service charge backs are currently in the dispute process. Amounts are estimated and subject to change.
Note 2. Housekeeping services agreement for outsourced labor.
Note 3. No provision for income taxes has been reflected.

**BREAKDOWN OF "OTHER" CATEGOco**

OTHER COSTS

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

OTHER OPERATIONAL EXPENSES

|  |  |  |  |
|---|---|---|---|
|  | $ - | $ - | $ - |
|  | $ - | $ - | $ - |
| **TOTAL** | $ - | $ - | $ - |

OTHER INCOME

|  |  |  |  |
|---|---|---|---|
| Deposit of an uncashed Check (Pre-petition) | $ - |  | $ - |
|  | $ - | $ - | $ - |
| **TOTAL** | $ - | $ - | $ - |

**In re** <u>1141 Realty Owner, LLC, et al.,</u>                    **Case No.** <u>18-12341 (SMB)</u>
<u>Debtor</u>                                                 **Reporting Period:** <u>December 1, 2018 - December 31, 2018</u>

### CONSOLIDATED BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Cash | $ 876,375.81 | $ 532,985.52 | $ 7,060.63 |
| (-) OUTSTANDING CHECKS | $ - | $ - | $ (7,060.63) |
| Petty Cash | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Restricted Cash - Wells Fargo Lockbox | $ - | $ - | $ 293,215.62 |
| Restricted Cash - Signature Bank Acct # 8885 | $ - | $ - | $ 125,618.12 |
| Accounts Receivable [Note 1] | $ 417,494.79 | $ 266,354.20 | $ 5,500.12 |
| Inventories | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Prepaid Expenses | $ 0.00 | $ 10,267.95 | $ 51,339.72 |
| Other Current Assets | $ 11,080.00 | $ 11,080.00 | $ - |
| *TOTAL CURRENT ASSETS* | $ 1,321,450.61 | $ 837,187.67 | $ 492,173.58 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements [Note 2] | $ 45,000,000.00 | $ 45,000,000.00 | $ 45,000,000.00 |
| Machinery and Equipment | $ 14,101.68 | $ 14,101.68 | $ - |
| Furniture, Fixtures and Office Equipment | $ 300,000.00 | $ 300,000.00 | $ 300,000.00 |
| Leasehold Improvements | $ - | $ - | $ - |
| Less: Accumulated Depreciation | $ (508,469.44) | $ (406,775.55) | $ - |
| *TOTAL PROPERTY & EQUIPMENT* | $ 44,805,632.24 | $ 44,907,326.13 | $ 45,300,000.00 |
| *TOTAL ASSETS* | $ 46,127,082.85 | $ 45,744,513.80 | $ 45,792,173.58 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | $ 15,271.92 | $ 7,970.46 | $ - |
| Taxes Payable *(refer to FORM MOR-4)* | $ 356,195.39 | $ 345,016.02 | $ - |
| Wages Payable | $ - | $ - | $ - |
| Note Payable | $ - | $ - | $ - |
| Rent / Leases - Building/Equipment | $ - | $ - | $ - |
| DIP Loan (New Money) | $ 1,166,177.00 | $ 666,177.00 | $ - |
| Professional Fees | $ 33,434.10 | $ 114,669.49 | $ - |
| Other Post-petition Liabilities *(Mortgage Interest)* | $ 553,732.65 | $ 442,986.12 | $ - |
| *TOTAL POST-PETITION LIABILITIES* | $ 2,124,811.06 | $ 1,576,819.09 | $ - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | $ 24,139,494.97 | $ 24,139,494.97 | $ 24,139,494.97 |
| Priority Debt | $ 1,375,166.34 | $ 1,375,166.34 | $ 1,375,166.34 |
| Unsecured Debt [Note 3] | $ 2,647,147.16 | $ 2,647,147.16 | $ 2,962,301.76 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 28,161,808.47 | $ 28,161,808.47 | $ 28,476,963.07 |
| *TOTAL LIABILITIES* | $ 30,286,619.53 | $ 29,738,627.56 | $ 28,476,963.07 |
| *OWNERS' EQUITY* | | | |
| Members' Capital Account | | | |
| Retained Earnings - Pre-Petition | $ - | $ - | $ - |
| Retained Earnings - Post-petition | $ (1,474,747.19) | $ (1,309,324.27) | $ - |
| Adjustments to Owner Equity *(attach schedule)* | $ 17,315,210.51 | $ 17,315,210.51 | $ 17,315,210.51 |
| Post-petition Contributions *(attach schedule)* | $ - | $ - | $ - |
| *NET OWNERS' EQUITYr* | $ 15,840,463.32 | $ 16,005,886.24 | $ 17,315,210.51 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 46,127,082.85 | $ 45,744,513.80 | $ 45,792,173.58 |

Note 1: This amount includes the sales and occupancy tax charged to the customers.
Note 2: Value as attributed in Fee Simple Estate as is value calculation.
Note 3: This amount includes disputed, contingent and unliquidated amounts.

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equiti | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

In re 1141 Realty Owner, LLC, et al.,      Case No.  18-12341 (SMB)

**Debtor**      Reporting Period:  December 1, 2018 - December 31, 2018

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee [Note 1] | $ - | $ - | $ - | | | $ - |
| FICA-Employer [Note 1] | $ - | $ - | $ - | | | $ - |
| Unemployment [Note 1] | $ - | $ - | $ - | | | $ - |
| Other: Medicare  [Note 1] | $ - | $ - | $ - | | | $ - |
|   Total Federal Taxes | $ - | $ - | $ - | | | $ - |
| **State and Local** | | | | | | |
| Withholding | | | | | | $ - |
| Sales & Occupancy | $ 111,089.59 | 67,953.23 | $ 115,255.47 | 12/3/2018, 12/14/201 | 1001 ~ 1007 | $ 63,787.35 |
| Unemployment [Note 1] | $ - | $ - | $ - | | | $ - |
| Real Property | $ 233,926.43 | 58,481.61 | $ - | | | $ 292,408.04 |
| Personal Property | $ - | $ - | $ - | | | $ - |
| Other: | $ - | $ - | $ - | | | $ - |
|   Total State and Local | $ 345,016.02 | 126,434.84 | $ 115,255.47 | | | $ 356,195.39 |
| | | | | | | |
| **Total Taxes** | **$ 345,016.02** | **$ 126,434.84** | **$ 115,255.47** | | | **$ 356,195.39** |

Note 1. The payroll is being processed through ADP and the detail reports are available upon request.

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Accounts Payable [Note 1] | $ 15,271.92 | | | | | $ 15,271.92 |
| Wages Payable | $ - | | | | | $ - |
| Taxes Payable | $ 356,195.39 | | | | | $ 356,195.39 |
| Rent/Leases-Equipment | $ - | | | | | $ - |
| DIP Loan (New Money) | $ 1,166,177.00 | | | | | $ 1,166,177.00 |
| Professional Fees | $ 33,434.10 | | | | | $ 33,434.10 |
| Other: Payments | $ - | | | | | $ - |
| Other: | $ - | | | | | $ - |
| **Total Post-petition Debts** | **$ 1,571,078.41** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 1,571,078.41** |

Note 1. House keeping expenses, credit card commissions, aquarium maintenance costs, security services.

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

There are no past due post-petition debts.  Flatironhotel expects to timely pay all post-petition invoices.

**In re** 1141 Realty Owner, LLC, et al.,             **Case No.** 18-12341 (SMB)

       **Debtor**                                **Reporting Period:** December 1, 2018 - December 31, 2018

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 266,354.20 |
| Plus:  Amounts billed during the period | 478,217.55 |
| Less:  Amounts collected during the period | (327,076.96) |
| Total Accounts Receivable at the end of the reporting period | 417,494.79 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | 417,494.79 | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | 0 | | | | |
| Net Accounts Receivable [Note 1] | 417,494.79 | | | | |

Note 1. Most of the AR balanes are withheld from American Express since the petition date.

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

**In re** 1141 Realty Owner, LLC, et al.,  
**Debtors**

**Case No.** 18-12341 (SMB)  
**Reporting Period:** December 1, 2018 - December 31, 2018

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | 0.00 | 0.00 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Klestadt Winters Jureller Southard & Stevens, LLP | 10/18/2018 | $ 57,643.90 | $ 57,643.90 | $ 57,643.90 | $ 14,295.10 |
| Klestadt Winters Jureller Southard & Stevens, LLP | 10/29/2018 | $ 34,280.94 | $ 34,280.94 | $ 34,280.94 | $ 8,351.70 |
| Klestadt Winters Jureller Southard & Stevens, LLP | 11/30/2018 | $ 16,782.54 | $ 16,782.54 | $ 16,782.54 | $ 4,167.50 |
| Klestadt Winters Jureller Southard & Stevens, LLP | 12/24/2018 | $ 17,415.83 | $ 17,415.83 | $ 17,415.83 | $ 4,307.80 |
| | | | | | |
| CR3 Partners, LLC | 10/18/2018 | $ 213,595.00 | $ 213,595.00 | $ 213,595.00 | $ - |
| CR3 Partners, LLC | 10/29/2018 | $ 132,753.71 | $ 132,753.71 | $ 132,753.71 | $ - |
| CR3 Partners, LLC | 11/30/2018 | $ 63,564.67 | $ 63,564.67 | $ 63,564.67 | $ - |
| CR3 Partners, LLC | 12/24/2018 | $ 41,429.65 | $ 41,429.65 | $ 41,429.65 | $ - |
| | | | | | |
| Omni Management Group, Inc. | N/A | $ 3,642.26 | $ 3,642.26 | $ 3,642.26 | $ - |
| Omni Management Group, Inc. | 10/18/2018 | $ 14,435.90 | $ 14,435.90 | $ 14,435.90 | $ 539.90 |
| Omni Management Group, Inc. | 10/29/2018 | $ 8,789.02 | $ 8,789.02 | $ 8,789.02 | $ 414.60 |
| Omni Management Group, Inc. | 11/30/2018 | $ 2,459.72 | $ 2,459.72 | $ 2,459.72 | $ - |
| Omni Management Group, Inc. | 12/24/2018 | $ 1,930.59 | $ 1,930.59 | $ 1,930.59 | $ - |
| | | | | | |
| Verdolino & Lowey, P.C | 10/29/2018 | $ 1,806.00 | $ 1,806.00 | $ 1,806.00 | $ 451.50 |
| Verdolino & Lowey, P.C | 12/24/2018 | $ 3,624.00 | $ 3,624.00 | $ 3,624.00 | $ 906.00 |
| | | | | | |
| Silverman Acampora | N/A | $ 6,096.58 | $ 6,096.58 | $ 6,096.58 | $ - |
| Silverman Acampora | N/A | $ 33,009.79 | $ 33,009.79 | $ 33,009.79 | $ - |
| Silverman Acampora | N/A | $ 16,769.50 | $ 16,769.50 | $ 16,769.50 | $ - |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ 670,029.60 | $ 670,029.60 | $ 670,029.60 | $ 33,434.10 |

\* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**In re** 1141 Realty Owner, LLC, et al.,                                   **Case No.** 18-12341 (SMB)
         **Debtors**                                              **Reporting Period:** December 1, 2018 - December 31, 2018

### DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary⬜ | Yes | No | Explanation |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting | | x | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x | x |
| 8 | Are any post petition payroll taxes past due? | | x | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x | x |
| 10 | Are any post petition real estate taxes past due? | | x | x |
| 11 | Are any other post petition taxes past due? | | x | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x | x |
| 14 | Are any wage payments past due? | | x | x |
| 15 | Have any post petition loans been received by the Debtor from any party? | | x | x |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x | x |

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                   From December  01, 2018
                                   To    December  31, 2018
                                   Page      1 of      7

                                   PRIVATE CLIENT GROUP 311
                                   950 THIRD AVENUE
                                   NEW YORK, NY 10022
                                   JOHN D. GONZALEZ
                                   (646) 822-1501
```

```
        FLATIRONHOTEL OPERATIONS LLC DIP      9-311
        CASE NUMBER 18-12341-SMB
        OPERATING ACCOUNT
        9 W 26TH STREET
        NEW YORK NY  10010              999        See Back for Important Information
```

                                        Primary Account: XXXXXX9229      37

        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
        SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
        "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| XXXXXX9229 | BANKRUPTCY CHECKING | 399,493.83 | 843,099.20 |
| | RELATIONSHIP      TOTAL | | 843,099.20 |

 SIGNATURE BANK

```
                                              Statement Period
                                         From December  01, 2018
                                         To   December  31, 2018
                                         Page     2 of      7

                                         PRIVATE CLIENT GROUP 311
                                         950 THIRD AVENUE
                                         NEW YORK, NY 10022
                                         JOHN D. GONZALEZ
                                         (646) 822-1501


         FLATIRONHOTEL OPERATIONS LLC DIP        9-311
         CASE NUMBER 18-12341-SMB
         OPERATING ACCOUNT
         9 W 26TH STREET
         NEW YORK NY  10010              999         See Back for Important Information


                                              Primary Account: XXXXXX9229        37


BANKRUPTCY CHECKING            XXXXXX9229
```

Summary

```
   Previous Balance as of December  01, 2018                        399,493.83
        29 Credits                                                  827,076.96
        62 Debits                                                   383,471.59
   Ending Balance as of    December  31, 2018                       843,099.20
```

Deposits and Other Credits

| Date | Description | | ck/ref no. | | Amount |
|------|-------------|---|-----------|---|-------:|
| Dec 03 | ACH DEPOSIT | | ck/ref no. | 9331820 | 7,072.22 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 03 | ACH DEPOSIT | | ck/ref no. | 9361177 | 15,619.84 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 03 | DEPOSIT | ref# | | | 700.00 |
| Dec 03 | DEPOSIT | | | | 6,241.44 |
| Dec 04 | ACH DEPOSIT | | ck/ref no. | 9490401 | 16,578.11 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 05 | ACH DEPOSIT | | ck/ref no. | 9621935 | 16,383.49 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 06 | ACH DEPOSIT | | ck/ref no. | 9709489 | 6,261.34 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 07 | ACH DEPOSIT | | ck/ref no. | 9889944 | 3,559.19 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 10 | ACH DEPOSIT | | ck/ref no. | 9948285 | 17,881.00 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 10 | ACH DEPOSIT | | ck/ref no. | 9994961 | 28,347.23 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 11 | ACH DEPOSIT | | ck/ref no. | 91517 | 10,489.72 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 12 | ACH DEPOSIT | | ck/ref no. | 243202 | 23,744.10 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |
| Dec 12 | DEPOSIT | | | | 5,000.00 |
| Dec 13 | ACH DEPOSIT | | ck/ref no. | 367506 | 18,858.64 |
| | BANKCARD | MTOT DEP | 518993320142714 | | |


SIGNATURE BANK

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

```
            FLATIRONHOTEL OPERATIONS LLC DIP        9-311
            CASE NUMBER 18-12341-SMB
            OPERATING ACCOUNT
            9 W 26TH STREET
            NEW YORK NY  10010              999              See Back for Important Information
```

Primary Account: XXXXXX9229        37

| Date | Description | | | Amount |
|---|---|---|---|---|
| Dec 14 | ACH DEPOSIT | ck/ref no.    517493 | | 7,900.94 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 17 | ACH DEPOSIT | ck/ref no.    714105 | | 12,860.30 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 17 | ACH DEPOSIT | ck/ref no.    662289 | | 18,028.38 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 18 | ACH DEPOSIT | ck/ref no.    786547 | | 13,998.05 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 19 | ACH DEPOSIT | ck/ref no.    906619 | | 10,795.81 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 20 | ACH DEPOSIT | ck/ref no.   1035867 | | 5,307.01 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 21 | ACH DEPOSIT | ck/ref no.   1170123 | | 5,596.01 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 24 | ACH DEPOSIT | ck/ref no.   1235703 | | 6,695.83 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 24 | ACH DEPOSIT | ck/ref no.   1272289 | | 19,030.76 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 26 | ACH DEPOSIT | ck/ref no.   1402182 | | 10,048.84 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 27 | ACH DEPOSIT | ck/ref no.   1519156 | | 5,818.31 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 28 | ACH DEPOSIT | ck/ref no.   1674627 | | 9,921.17 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 28 | INCOMING WIRE | | | 500,000.00 |
| | REF#  20181228B6B7261F00164712281400FT01 | | | |
| | FROM: MERMEL ASSOCIATES PLLC ATTORNEY TR  ABA:  056073502 | | | |
| | BANK: | | | |
| Dec 31 | ACH DEPOSIT | ck/ref no.   1780456 | | 7,935.54 |
| | BANKCARD | MTOT DEP | 518993320142714 | |
| Dec 31 | ACH DEPOSIT | ck/ref no.   1834832 | | 16,403.69 |
| | BANKCARD | MTOT DEP | 518993320142714 | |

Withdrawals and Other Debits

| Date | Description | | | Amount |
|---|---|---|---|---|
| Dec 03 | AUTOMATED PAYMENT | ck/ref no.   9350973 | | 8,437.61 |
| | BANKCARD | MTOT DISC | 518993320142714 | |
| Dec 04 | OUTGOING WIRE XFER | | | 2,459.72 |
| | REF#  20181204B6B7261F001457 | | | |
| | TO:   OMNI MANAGEMENT GROUP | ABA:  322070381 | | |
| | BANK: EW BK SMRINO | ACCT# 5400007421 | | |



SIGNATURE BANK

```
                                              Statement Period
                                              From December  01, 2018
                                              To    December  31, 2018
                                              Page     4 of      7

                                              PRIVATE CLIENT GROUP 311
                                              950 THIRD AVENUE
                                              NEW YORK, NY 10022
                                              JOHN D. GONZALEZ
                                              (646) 822-1501


          FLATIRONHOTEL OPERATIONS LLC DIP        9-311
          CASE NUMBER 18-12341-SMB
          OPERATING ACCOUNT
          9 W 26TH STREET
          NEW YORK NY  10010              999           See Back for Important Information



                                         Primary Account: XXXXXX9229        37

Date              Description
Dec 04   OUTGOING WIRE XFER                                                 16,782.54
         REF#  20181204B6B7261F001463
         TO:   KLESTADT WINTERS JURELLER SOUTHARD  ABA:  026013576
         BANK: SIGNATURE BANK              ACCT# 1500879854
Dec 04   OUTGOING WIRE XFER                                                 63,564.67
         REF#  20181204B6B7261F001747
         TO:   CR3 PARTNERS LLC            ABA:  062005690
         BANK: REGIONS BK                  ACCT# 0233259046
Dec 04   WIRE TRANSFER FEE                                                      25.00
         REF#  20181204B6B7261F001457
         TO:   OMNI MANAGEMENT GROUP       ABA:  322070381
         BANK: EW BK SMRINO                ACCT# 5400007421
Dec 04   WIRE TRANSFER FEE                                                      25.00
         REF#  20181204B6B7261F001463
         TO:   KLESTADT WINTERS JURELLER SOUTHARD  ABA:  026013576
         BANK: SIGNATURE BANK              ACCT# 1500879854
Dec 04   WIRE TRANSFER FEE                                                      25.00
         REF#  20181204B6B7261F001747
         TO:   CR3 PARTNERS LLC            ABA:  062005690
         BANK: REGIONS BK                  ACCT# 0233259046
Dec 10   OUTGOING WIRE XFER                                                  3,642.26
         REF#  20181210B6B7261F001152
         TO:   OMNI MANAGEMENT GROUP       ABA:  322070381
         BANK: EW BK SMRINO                ACCT# 5400007421
         Dec 10  ONLINE TRANSFER DR                                         25,000.00
         ONLINE XFR TO: XXXXXX9253
Dec 10   WIRE TRANSFER FEE                                                      25.00
         REF#  20181210B6B7261F001152
         TO:   OMNI MANAGEMENT GROUP       ABA:  322070381
         BANK: EW BK SMRINO                ACCT# 5400007421
Dec 18   ONLINE TRANSFER DR                                                 20,000.00
         ONLINE XFR TO: XXXXXX9253
Dec 20   OUTGOING WIRE XFER                                                 33,009.79
         REF#  20181220B6B7261F000370
         TO:   SILVERMAN ACAMPORA LLP      ABA:  026009593
         BANK: BK AMER NYC                 ACCT# 483006956157
Dec 20   WIRE TRANSFER FEE                                                      25.00
         REF#  20181220B6B7261F000370
         TO:   SILVERMAN ACAMPORA LLP      ABA:  026009593
```

 SIGNATURE BANK

```
                                                    Statement Period
                                                    From December 01, 2018
                                                    To   December 31, 2018
                                                    Page    5 of    7

                                                    PRIVATE CLIENT GROUP 311
                                                    950 THIRD AVENUE
                                                    NEW YORK, NY 10022
                                                    JOHN D. GONZALEZ
                                                    (646) 822-1501


            FLATIRONHOTEL OPERATIONS LLC DIP       9-311
            CASE NUMBER 18-12341-SMB
            OPERATING ACCOUNT
            9 W 26TH STREET
            NEW YORK NY  10010              999          See Back for Important Information



                                             Primary Account: XXXXXX9229      37

   Date           Description
             BANK: BK AMER NYC                ACCT# 483006956157
   Dec 26   ONLINE TRANSFER DR ONLINE                                           15,000.00
            XFR TO: XXXXXX9253
   Dec 26   ONLINE TRANSFER DR ONLINE                                           50,000.00
            XFR TO: XXXXXX9245
   Dec 26   AUTOMATED PAYMENT       ck/ref no.   1292930                            74.90
            SHIFT4-DEBITS       122618IMP     C17952
            0000920568
   Dec 26   AUTOMATED PAYMENT       ck/ref no.   1370666                           226.18
            BANKCARD         MTOT DEP      518993320142714
   Dec 27   OUTGOING WIRE XFER                                                    3,624.00
            REF#  20181227B6B7261F000889
            TO:   VERDOLINO & LOWEY P.C.        ABA:   211373018
            BANK: CHARLES RIVER BK            ACCT# 389162935
   Dec 27   OUTGOING WIRE XFER                                                   16,769.50
            REF#  20181227B6B7261F000873
            TO:   SILVERMAN ACAMPORA LLP       ABA:   026009593
            BANK: BK AMER NYC                ACCT# 483006956157
   Dec 27   OUTGOING WIRE XFER                                                   17,415.83
            REF#  20181227B6B7261F000890
            TO:   KLESTADT WINTERS JURELLER SOUTHARD ABA:  026013576
            BANK: SIGNATURE BANK             ACCT# 1500879854
   Dec 27   OUTGOING WIRE XFER                                                   41,429.65
            REF#  20181227B6B7261F000879
            TO:   CR3 PARTNERS LLC            ABA:   062005690
            BANK: REGIONS BK                 ACCT# 0233259046
   Dec 27   WIRE TRANSFER FEE                                                        25.00
            REF#  20181227B6B7261F000873
            TO:   SILVERMAN ACAMPORA LLP       ABA:   026009593
            BANK: BK AMER NYC                ACCT# 483006956157
   Dec 27   WIRE TRANSFER FEE                                                        25.00
            REF#  20181227B6B7261F000879
            TO:   CR3 PARTNERS LLC            ABA:   062005690
            BANK: REGIONS BK                 ACCT# 0233259046
   Dec 27   WIRE TRANSFER FEE                                                        25.00
            REF#  20181227B6B7261F000889
            TO:   VERDOLINO & LOWEY P.C.        ABA:   211373018
            BANK: CHARLES RIVER BK            ACCT# 389162935
   Dec 27   WIRE TRANSFER FEE                                                        25.00
```

SIGNATURE BANK

Statement Period
From December  01, 2018
To   December  31, 2018
Page      6 of      7

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP          9-311
CASE NUMBER 18-12341-SMB
OPERATING ACCOUNT
9 W 26TH STREET
NEW YORK NY  10010                999               See Back for Important Information

Primary Account: XXXXXX9229        37

| Date | REF# | Description | | | | |
|------|------|-------------|---|---|---|---|
|  | REF#  20181227B6B7261F000890 | | | | | |
|  | TO:   KLESTADT WINTERS JURELLER SOUTHARD  ABA:   026013576 | | | | | |
|  | BANK: SIGNATURE BANK | | ACCT# 1500879854 | | | |

Checks by Serial Number

| Date | Serial | | Amount | Date | Serial | | Amount |
|------|--------|---|--------|------|--------|---|--------|
| Dec 03 | 2090 | | 372.60 | Dec 19 | 2115 | | 922.61 |
| Dec 03 | 2095 | * | 2,395.25 | Dec 18 | 2116 | | 1,190.35 |
| Dec 07 | 2097 | * | 329.47 | Dec 17 | 2117 | | 800.07 |
| Dec 05 | 2098 | | 1,110.53 | Dec 26 | 2118 | | 1,546.30 |
| Dec 05 | 2099 | | 181.47 | Dec 24 | 2119 | | 2,400.18 |
| Dec 05 | 2100 | | 378.09 | Dec 27 | 2122 | * | 90.00 |
| Dec 10 | 2101 | | 4,699.73 | Dec 20 | 2123 | | 741.27 |
| Dec 06 | 2102 | | 9,026.16 | Dec 26 | 2124 | | 2,325.00 |
| Dec 03 | 2103 | | 700.00 | Dec 26 | 2125 | | 5,925.00 |
| Dec 04 | 2105 | * | 1,158.22 | Dec 27 | 2126 | | 233.32 |
| Dec 11 | 2106 | | 650.00 | Dec 27 | 2127 | | 1,386.66 |
| Dec 12 | 2107 | | 596.40 | Dec 26 | 2128 | | 2,182.31 |
| Dec 11 | 2108 | | 680.47 | Dec 27 | 2130 | * | 598.45 |
| Dec 13 | 2109 | | 1,322.61 | Dec 26 | 2131 | | 9,963.15 |
| Dec 12 | 2110 | | 35.38 | Dec 28 | 2132 | | 444.21 |
| Dec 10 | 2111 | | 7,970.46 | Dec 24 | 2133 | | 635.86 |
| Dec 17 | 2112 | | 124.69 | Dec 21 | 2136 | * | 716.80 |
| Dec 11 | 2113 | | 173.81 | Dec 21 | 2137 | | 400.00 |
| Dec 10 | 2114 | | 1,403.06 | | | | |

* Indicates break in check sequence

 SIGNATURE BANK

```
                                          Statement Period
                                          From December  01, 2018
                                          To   December  31, 2018
                                          Page     7 of     7

                                          PRIVATE CLIENT GROUP 311
                                          950 THIRD AVENUE
                                          NEW YORK, NY 10022
                                          JOHN D. GONZALEZ
                                          (646) 822-1501


        FLATIRONHOTEL OPERATIONS LLC DIP        9-311
        CASE NUMBER 18-12341-SMB
        OPERATING ACCOUNT
        9 W 26TH STREET
        NEW YORK NY  10010           999              See Back for Important Information


                                          Primary Account: XXXXXX9229        37
```

Daily Balances

| | | | |
|---|---|---|---|
| Nov 30 | 399,493.83 | Dec 17 | 460,924.50 |
| Dec 03 | 417,221.87 | Dec 18 | 453,732.20 |
| Dec 04 | 349,759.83 | Dec 19 | 463,605.40 |
| Dec 05 | 364,473.23 | Dec 20 | 435,136.35 |
| Dec 06 | 361,708.41 | Dec 21 | 439,615.56 |
| Dec 07 | 364,938.13 | Dec 24 | 462,306.11 |
| Dec 10 | 368,425.85 | Dec 26 | 385,112.11 |
| Dec 11 | 377,411.29 | Dec 27 | 309,283.01 |
| Dec 12 | 405,523.61 | Dec 28 | 818,759.97 |
| Dec 13 | 423,059.64 | Dec 31 | 843,099.20 |
| Dec 14 | 430,960.58 | | |

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                                    Statement Period
                                                    From December  01, 2018
                                                    To   December  31, 2018
                                                    Page     1 of     4

                                                    PRIVATE CLIENT GROUP 311
                                                    950 THIRD AVENUE
                                                    NEW YORK, NY 10022
                                                    JOHN D. GONZALEZ
                                                    (646) 822-1501
```

```
            FLATIRONHOTEL OPERATIONS LLC DIP       8-311
            CASE NUMBER 18-12341-SMB
            PAYROLL ACCOUNT
            9 W 26TH ST
            NEW YORK NY  10010              999            See Back for Important Information
```

Primary Account: XXXXXX9245        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| XXXXXX9245    BANKRUPTCY CHECKING | | 65,458.52 | 44,986.25 |
| RELATIONSHIP | TOTAL | | 44,986.25 |

 SIGNATURE BANK

Statement Period
From December  01, 2018
To    December  31, 2018
Page      2 of     4

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP        8-311
CASE NUMBER 18-12341-SMB
PAYROLL ACCOUNT
9 W 26TH ST
NEW YORK NY  10010                 999              See Back for Important Information

Primary Account: XXXXXX9245        0

BANKRUPTCY CHECKING            XXXXXX9245

Summary

Previous Balance as of December  01, 2018                                   65,458.52
         1 Credits                                                          50,000.00
        17 Debits                                                           70,472.27
Ending Balance as of    December  31, 2018                                  44,986.25

Deposits and Other Credits
Dec 26   ONLINE TRANSFER CR                                                 50,000.00
         ONLINE XFR FROM: XXXXXX9229

Withdrawals and Other Debits
Dec 05   OUTGOING WIRE XFER                                                  8,251.70
         REF#  20181205B6B7261F001610
         TO:    ADP CLIENT TRUST             ABA:   021000021
         BANK: JPMORGAN CHASE            ACCT# 192835673
Dec 06   OUTGOING WIRE XFER                                                    600.64
         REF#  20181206B6B7261F000560
         TO:    ADP CLIENT TRUST             ABA:   021000021
         BANK: JPMORGAN CHASE            ACCT# 192836812
Dec 06   OUTGOING WIRE XFER                                                  3,336.59
         REF#  20181206B6B7261F000331
         TO:    ADP CLIENT TRUST             ABA:   021000021
         BANK: JPMORGAN CHASE            ACCT# 192835681
Dec 07   AUTOMATED PAYMENT      ck/ref no.   9744458                            15.00
         ADP PAYROLL FEES     ADP - FEES    2R2VR  8197889
Dec 13   OUTGOING WIRE XFER                                                  1,151.25
         REF#  20181213B6B7261F000389
         TO:    ADP CLIENT TRUST             ABA:   021000021
         BANK: JPMORGAN CHASE            ACCT# 192836812
Dec 13   OUTGOING WIRE XFER                                                  7,862.36
         REF#  20181213B6B7261F000295
         TO:    ADP CLIENT TRUST             ABA:   021000021



SIGNATURE BANK

```
                                              Statement Period
                                              From December  01, 2018
                                              To   December  31, 2018
                                              Page    3 of    4

                                              PRIVATE CLIENT GROUP 311
                                              950 THIRD AVENUE
                                              NEW YORK, NY 10022
                                              JOHN D. GONZALEZ
                                              (646) 822-1501


        FLATIRONHOTEL OPERATIONS LLC DIP       8-311
        CASE NUMBER 18-12341-SMB
        PAYROLL ACCOUNT
        9 W 26TH ST
        NEW YORK NY  10010            999      See Back for Important Information



                                              Primary Account: XXXXXX9245      0

Date            Description
        BANK: JPMORGAN CHASE                  ACCT# 192835681
Dec 13  OUTGOING WIRE XFER                                              14,413.21
        REF#  20181213B6B7261F000359
        TO:   ADP CLIENT TRUST                ABA:   021000021
        BANK: JPMORGAN CHASE                  ACCT# 192835673
Dec 14  AUTOMATED PAYMENT      ck/ref no.   376568                          15.00
        ADP PAYROLL FEES    ADP - FEES   2R2VR   9955836
Dec 19  OUTGOING WIRE XFER                                              17,326.29
        REF#  20181219B6B7261F001600
        TO:   ADP CLIENT TRUST                ABA:   021000021
        BANK: JPMORGAN CHASE                  ACCT# 192835673
Dec 20  OUTGOING WIRE XFER                                                 307.36
        REF#  20181220B6B7261F000275
        TO:   ADP CLIENT TRUST                ABA:   021000021
        BANK: JPMORGAN CHASE                  ACCT# 192835673
Dec 20  OUTGOING WIRE XFER                                               1,125.60
        REF#  20181220B6B7261F000447
        TO:   ADP CLIENT TRUST                ABA:   021000021
        BANK: JPMORGAN CHASE                  ACCT# 192836812
Dec 20  OUTGOING WIRE XFER                                               4,369.22
        REF#  20181220B6B7261F000233
        TO:   ADP CLIENT TRUST                ABA:   021000021
        BANK: JPMORGAN CHASE                  ACCT# 192835681
Dec 21  AUTOMATED PAYMENT      ck/ref no.   1047467                         15.00
        ADP PAYROLL FEES    ADP - FEES   2R2VR   1180821
Dec 26  OUTGOING WIRE XFER                                               7,595.08
        REF#  20181226B6B7261F001115
        TO:   ADP CLIENT TRUST                ABA:   021000021
        BANK: JPMORGAN CHASE                  ACCT# 192835673
Dec 27  OUTGOING WIRE XFER                                                 604.64
        REF#  20181227B6B7261F000196
        TO:   ADP CLIENT TRUST                ABA:   021000021
        BANK: JPMORGAN CHASE                  ACCT# 192836812
Dec 27  OUTGOING WIRE XFER                                               3,328.33
        REF#  20181227B6B7261F000161
        TO:   ADP CLIENT TRUST                ABA:   021000021
        BANK: JPMORGAN CHASE                  ACCT# 192835681
Dec 28  AUTOMATED PAYMENT      ck/ref no.   1538018                        155.00
        ADP PAYROLL FEES    ADP - FEES   2R2VR   2946637
```

 SIGNATURE BANK

```
                                                    Statement Period
                                                    From December  01, 2018
                                                    To   December  31, 2018
                                                    Page    4 of    4

                                                    PRIVATE CLIENT GROUP 311
                                                    950 THIRD AVENUE
                                                    NEW YORK, NY 10022
                                                    JOHN D. GONZALEZ
                                                    (646) 822-1501

         FLATIRONHOTEL OPERATIONS LLC DIP        8-311
         CASE NUMBER 18-12341-SMB
         PAYROLL ACCOUNT
         9 W 26TH ST
         NEW YORK NY  10010              999           See Back for Important Information


                                                    Primary Account: XXXXXX9245         0
```

Daily Balances

| | | | | |
|---|---|---|---|---|
| Nov 30 | 65,458.52 | | Dec 19 | 12,486.48 |
| Dec 05 | 57,206.82 | | Dec 20 | 6,684.30 |
| Dec 06 | 53,269.59 | | Dec 21 | 6,669.30 |
| Dec 07 | 53,254.59 | | Dec 26 | 49,074.22 |
| Dec 13 | 29,827.77 | | Dec 27 | 45,141.25 |
| Dec 14 | 29,812.77 | | Dec 28 | 44,986.25 |

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From December 01, 2018
To   December 31, 2018
Page   1 of   2

PRIVATE CLIENT GROUP 311
950 THIRD AVENUE
NEW YORK, NY 10022
JOHN D. GONZALEZ
(646) 822-1501

FLATIRONHOTEL OPERATIONS LLC DIP      9-311
CASE NUMBER 18-12341-SMB
ESCROW ACCOUNT
9 W 26TH ST
NEW YORK NY  10010              999              See Back for Important Information

Primary Account: XXXXXX9253        6

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| XXXXXX9253 | BANKRUPTCY CHECKING | 100,000.00 | 87,382.53 |
| | RELATIONSHIP    TOTAL | | 87,382.53 |



SIGNATURE BANK

```
                                            Statement Period
                                         From December  01, 2018
                                         To    December  31, 2018
                                         Page     2 of     2

                                         PRIVATE CLIENT GROUP 311
                                         950 THIRD AVENUE
                                         NEW YORK, NY 10022
                                         JOHN D. GONZALEZ
                                         (646) 822-1501

        FLATIRONHOTEL OPERATIONS LLC DIP        9-311
        CASE NUMBER 18-12341-SMB
        ESCROW ACCOUNT
        9 W 26TH ST
        NEW YORK NY  10010            999          See Back for Important Information


                                         Primary Account: XXXXXX9253        6


BANKRUPTCY CHECKING          XXXXXX9253



Summary

  Previous Balance as of December  01, 2018                        100,000.00
        3 Credits                                                   60,000.00
        6 Debits                                                    72,617.47
  Ending Balance as of    December  31, 2018                        87,382.53


Deposits and Other Credits
  Dec 10   ONLINE TRANSFER CR                                       25,000.00
           ONLINE XFR FROM: XXXXXX9229
  Dec 18   ONLINE TRANSFER CR                                       20,000.00
           ONLINE XFR FROM: XXXXXX9229
  Dec 26   ONLINE TRANSFER CR                                       15,000.00
           ONLINE XFR FROM: XXXXXX9229

Checks by Serial Number
  Dec 11      1001            92.32    Dec 11     1004      21,723.59
  Dec 07      1002         7,053.13    Dec 13     1005       5,068.00
  Dec 11      1003        14,859.44    Dec 24     1006      23,820.99

Daily Balances
  Nov 30      100,000.00               Dec 13      76,203.52
  Dec 07       92,946.87               Dec 18      96,203.52
  Dec 10      117,946.87               Dec 24      72,382.53
  Dec 11       81,271.52               Dec 26      87,382.53
```