**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
                        :

In re:                      :    Chapter 11
                        :

1141 REALTY OWNER LLC, et al.,  :    Case No. 18-12341 (SMB)
                        :

        Debtors. [1]        :    Jointly Administered
                        :

--------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    }
                       } ss.:
COUNTY OF LOS ANGELES }

DARLEEN SAHAGUN, being duly sworn, deposes and says:

1.  I am employed by Omni Management Group located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 22, 2019, I caused to be served the:

    a.  Order: (I) Approving Disclosure Statement on a Provisional Basis; (II) Authorizing Debtors to Solicit Votes on The Plan; and (III) Scheduling a Hearing on Final Approval of Disclosure Statement and Confirmation of Plan [Docket No. 119], (the "Order"),

    b.  First Amended Plan of Reorganization for 1141 Realty Owner LLC and Flatironhotel Operations LLC Under Chapter 11 of The Bankruptcy Code [Docket No. 121], (the "Plan"),

    c.  Disclosure Statement for First Amended Plan of Reorganization for 1141 Realty Owner LLC and Flatironhotel Operations LLC Under Chapter 11 of The Bankruptcy Code [Docket No. 122], (the "Disclosure Statement"),

(2a through 2c collectively referred to as the "Solicitation Package")

    d.  Class 2: Ballot for Accepting or Rejecting Plan of Reorganization, ("Class 2 Ballot"),

    e.  Class 6: Ballot for Accepting or Rejecting Plan of Reorganization, ("Class 6 Ballot"),

    f.  Notice and Schedule of Debtors' Calculations of Cure Amounts Owed on Their Contracts and Leases to be Assumed as Part of Their Proposed Plan of Reorganization, (the "Cure Notice").

---

[1] The Debtors herein and the last four digits of their respective tax identification number are: 1141 Realty Owner LLC (1804) and Flatironhotel Operations LLC (4773). The Debtors' principal place of business is 9 West 26th Street a/k/a 1141 Broadway, New York, New York.

By causing true and correct copies to be served via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed as follows:

    I.   the Solicitation Package and Class 2 Ballot to those parties on the annexed **Exhibit A**,

    II.   the Solicitation Package and Class 6 Ballot to those parties on the annexed **Exhibit B**,

Also, by causing true and correct copies to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed as follows:

    III.   the Order and the Cure Notice to those parties on the annexed **Exhibit C**,

    IV.   the Order to those parties on the annexed **Exhibit D**.

Dated: February 26, 2019

_____

Darleen Sahagun
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                   } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this _26th_ day of _February_, 20 _19_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

# **EXHIBIT A**

1141 Realty Owner LLC - Overnight Mail                                    Served 2/22/2019

PREMIER FLATIRON LLC
C/O SILVERMANACAMPORA LLP
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753

Parties Served: 1

Page 1 of 1

# **EXHIBIT B**

1141 Realty Owner LLC - Overnight Mail                                                        Served 2/22/2019

1141 REALTY LLC
C/O JAGDISH VASWANI
2223 PUNTA DEL ESTE
HACIENDA HEIGHTS  CA 91745

Parties Served: 1

# **EXHIBIT C**

1141 Realty Owner LLC - U.S. Mail                                                          Served 2/22/2019

MAESTRO PMS                          REVENUE OPTIMIZATION CONSULTANTS, LLC        SABRE HOSPITALITY SOLUTIONS
65 ALLSTATE PARKWAY                  347 WEST 36 ST, SUITE 802                    DIVISION OF SABRE GLBL INC
SUITE 100                            NEW YORK, NY 10018                           7285 COLLECTION CENTER DR
MARHAM, ON L3R 9X1 CANADA                                                         CHICAGO, IL 60693


TELCO EXPERTS                        TIME WARNER CABLE
169 RAMAPO VALLEY RD                 60 COLUMBUS CIR
OAKLAND, NJ 07436-2509               NEW YORK, NY 10023


                                                          Parties Served: 5

# EXHIBIT D

123 BACKFLOW TESTING
30-10 35TH ST, 2ND FL
ASTORIA, NY 11103

150 WEST 28TH ST LLC
C/O DEZER PROPERTIES LLC
89 5TH AVE, 11TH FL
NEW YORK, NY 10003

150 WEST 28TH STREET LLC
C/O DEZER PROPERTIES
ATTN: HOWARD DUBS
89 5TH AVE, 11TH FL
NEW YORK, NY 10003

776 6TH AVE PARKING CORP
170 WEST 31TH ST
NEW YORK, NY 10011

A.C.T. LOGISTICS LLC
253-10 NORTHERN BLVD
LITTLE NECK, NY 11362

ABALON EXTERMINATING CO. INC
261 5TH AVE, STE 1504
NEW YORK, NY 10016

ABALON EXTERMINATING CO. INC.
ATTN: SAVI RUBIN
261 5TH AVE, STE 1504
NEW YORK, NY 10016

ABC FIRE LIFE SAFETY
P.O. BOX 50229
BROOKLYN, NY 11205

ABC STAR CLEANING ENTERPRISES CORP
2225 BENSON AVE, APT 2D
BROOKLYN, NY 11214

ABC STAR CLEANING ENTERPRISES CORP.
ATTN: TAMARA FRATEA
2225 BENSON AVE, APT 2-D
BROOKLYN, NY 11214

ABRAHAM SALEH
82-72 167TH ST
HILLCREST, NY 11432

ABU NAIM
ADDRESS REDACTED

ACCESS BOOKINGS LTD
53A TAMWORTH RD
LICHFIELD, WS14 9HG
UNITED KINGDOM

ACCURATE AIR TECHNOLOGY
30-47 70TH ST
NEW YORK, NY 11370

ADT SECURITY SERVICES
3190 S VAUGHN WAY
AURORA, CO 80014

ADT SECURITY SERVICES
P.O. BOX 371878
PITTSBURGH, PA 15250

ADT SECURITY SERVICES INC.
ATTN: EFFIE MCCULLOUGH
3190 SOUTH VAUGHN WAY
AURORA, CO 80014

ADVANCED FLAMEPROOFING
855 E 7TH ST
BROOKLYN, NY 11230

AETNA
151 FARMINGTON AVE
HARTFORD, CT 06156

AETNA
P.O. BOX 7247-0213
PHILADELPHIA, PA 19170-0213

AETNA, INC. AND CERTAIN AFFILIATED ENTITIES
ATTN: DAVID G. SCOTT
1425 UNION MEETING RD
BLUE BELL, PA 19422

AETNA, INC. AND CERTAIN AFFILIATED ENTITIES
C/O MCGUIREWOODS LLP
ATTN: AARON G. MCCOLLOUGH
77 WEST WACKER DR, STE 4100
CHICAGO, IL 60601

AGGRESSIVE ENERGY
78 RAPELYE ST
BROOKLYN, NY 11231

AGGRESSIVE ENERGY
P.O. BOX 9402
NEW YORK, NY 10087

AGGRESSIVE ENERGY, LLC
ATTN: DAN MESSINA
78 RAPELYE ST
BROOKLYN, NY 11231

AIR DEPOT COMMERCIAL REFRIGERATION
138A DWIGHT ST
BROOKLYN, NY 11231

ALABAMA FORMS & SYSTEMS INC
511 LORNA SQUARE
BIRMINGHAM, AL 35216

ALL DIRECT TRAVEL SERVICES INC
19000 MACARTHUR BLVD, STE 625
IRVINE, CA 92612

ALLIANCE RESERVATIONS NETWORK
428 E THUNDERBIRD RD, 247
PHEONIX, AZ 85022

ALMA DELAROSA
ADDRESS REDACTED

ALTOUR INTERNATIONAL
1270 AVE OF THE AMERICAS, #1520
NEW YORK, NY 10020

AMALIA SEGARRA
ADDRESS REDACTED

AMERICAN EXPRESS CHARGE CARD
ATTN: EXPRESS MAIL REMITTANCE PROCESSING
20500 BELSHAW AVE
CARSON, CA 90746

AMERICAN EXPRESS CHARGE CARD
P.O. BOX 1270
NEWARK, NJ 07101

AMERICAN EXPRESS GBT
P.O. BOX 419193
BOSTON, MA 02241-9193

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O ZWICKER & ASSOCIATES, P.C
ATTN: DANIEL MOKEN
1105 LAUREL OAK RD, STE 136
VOORHEES, NJ 08043

AMERICAN EXPRESS TRAVEL RELATED SVS. CO., INC.
C/O BECKET AND LEE LLP
ATTN: CHRISTOPHER CRAMER
P.O. BOX 3001
MALVERN, PA 19355

AMERICAN TRAVEL SOLUTIONS
26707 WEST AGOURA RD, 204
CALABASAS, NY 91302

ANDERSON, MCCOY & ORTA
100 N BROADWAY, SUITE 2600
26TH FLOOR
OKLAHOMA CITY, OK 73102

ANDY CABALLERO
ADDRESS REDACTED

ANGEL RIVERA
ADDRESS REDACTED

ANGELETTE FLORENCE
ADDRESS REDACTED

ANTHONY VALENTINE
11325 SEAVIEW AVE
BROOKLYN, NY 11239

ANTONIO CASTILLO
ADDRESS REDACTED

AQUATIC INSPIRATION INC
312 INGRAHAM LN
NEW HYDE PARK, NY 11040

ARISTIDES HERNANDEZ, JR.
ADDRESS REDACTED

ARTHUR GALLAGHER RISK MANAGEMENT SERVICES I
377 OAK ST
GARDEN CITY, NY 11530

ASPEN TRAVEL
3395 N PINES WAY, 1
WILSON, WY 83014

ASPEN TRAVEL
P.O. BOX 423
JACKSON, WY 83001

ASTRONUMATIC
264 41ST ST
BROOKLYN, NY 11232

AUTO-CHLOR SYSTEM
685 GOTHAM PKWY
CARLSTADT, NJ 07072

AUTOMATIC DATA PROCESSING
99 JEFFERSON RD, MS 220
PARSIPPANY, NJ 07054

AVELINO T. TORRES
ADDRESS REDACTED

BANK OF AMERICA P.O. BOX SERVICES
1950 N STEMMONS FWY, STE 5010
P.O. BOX 844120
DALLAS, TX 75207

BEATRIS HERNANDEZ
ADDRESS REDACTED

BEKZHAN ISAEV
ADDRESS REDACTED

BENJAMIN KALLER
ADDRESS REDACTED

BERTHA BARRIONUEVO
ADDRESS REDACTED

BIA ACCOUNT ADMINISTRATION
950 TRADE CENTRE WAY, STE 240
PORTAGE, MI 49002

BIDESH PERSAUD
ADDRESS REDACTED

BIG APPLE FIRE SPRINKLER CO, INC
64-20 LAUREL HILL BLVD
WOODSIDE, NY 11377

BIG APPLE FIRE SPRINKLER CO. INC.
ALAN MARK LEVITT
64-20 LAUREL HILL BLVD
WOODSIDE, NY 11377

BOOKING.COM B.V
HERENGRACHT 597
1017 CE AMSTERDAM
NETHERLANDS

BOOKING.COM B.V
P.O. BOX 414462
BOSTON, MA 02241-4462

BOOKING.COM B.V
POSTBUS 1639
1000 BP AMSTERDAM
NETHERLANDS

BRAND AROMA USA INC
6522 MCLEOD DR, STE 15
LAS VEGAS, NV 89120

BRICK 1141 CAPITAL, LLC
381 PARK AVE, SO, SUITE 1001
NEW YORK, NY 10016

BUSINESS INTELLIGENCE ASSOCIATES, INC.
39 BROADWAY AVE, 26TH FL
NEW YORK, NY 10006

BUSINESS INTELLIGENCE ASSOCIATES, INC.
ATTN: DAVID DECKER
950 TRADE CENTRE WAY, STE 240
PORTAGE, MI 49002

C T CORPORATION SYSTEM
111 8TH AVE, 13TH FL
NEW YORK, NY 10011

C T CORPORATION SYSTEM
P.O. BOX 4349
CAROL STREAM, IL 60197-4349

C T STAFFING
ATTN: STEVEN C. ISAACSON
NORTH AMERICAN LAW DEPT WOLTERS KLUWER
6815 SAUKVIEW DR
ST. CLOUD, MN 56303

CAMPBELL RESOURCES, LTD
14800 LANDMARK BLVD, STE 155
DALLAS, TX 75254

CANDICE LOPEZ
ADDRESS REDACTED

CANDYCE JENKINS
ADDRESS REDACTED

CAPITAL SUPPLY COMPANY
115 CASTLE RD
SECAUCUS, NJ 07094

CAPITOL SPECIALTY INSURANCE CORPORATION
1600 ASPEN CMNS, 400
MIDDLETON, WI 53562

CAPITOL SPECIALTY INSURANCE CORPORATION
P.O. BOX 5900
MADISON, WI 53705

CARLOS J. TERROBA, INC.
1000 S FRONTAGE RD WEST, SUITE 200
VAIL, CO 81657

CASSIN & CASSIN LLP
711 3RD AVE, 20TH FL
NEW YORK, NY 10017

CASSIN & CASSIN, LLP
ATTN: DENNIS MENSI, ESQ.
711 3RD AVE 20TH FL.
NEW YORK, NY 10017

CASSIN & CASSIN, LLP
ATTN: RECORDING DEPARTMENT
711 3RD AVE 20TH FL.
NEW YORK, NY 10017

CEDRINA BAUGH
ADDRESS REDACTED

CHATHAM ABSTRACT, INC.
136-20 38TH AVE. SUITE 3B
FLUSHING, NY 11354

CHRISTIAN ZUNIGA
ADDRESS REDACTED

CINTAS
7700 BENT BRANCH DR, STE 130
IRING, TX 75063

CINTAS
P.O. BOX 631025
CINANNITI, OH 45263-1025

CITY UNDERWRITING
2001 MARCUS AVE
NEW HYDE PARK, NY 11042

CITY/SUBURBAN PLUMBING CORP
448 5TH AVE
PELHAM, NY 10803

CLASS ABSTRACT SERVICES, INC.
72 JERICHO TURNPIKE
MINEOLA, NY 11501

CLEVELAND CIRCLE TRAVEL
1034 GREAT PLAIN AVE
NEEDHAM, MA 02492

COMMISSIONERS OF THE STATE INSURANCE FUND
ATTN: WILLIAM O'BRIEN
199 CHURCH ST, 14TH FL
NEW YORK, NY 10007

COMMTRAK
C/O WILLIAM O'BRIEN, ESQ.
199 CHURCH ST, 14TH FLOOR
NEW YORK, NY 10007

CONSOLIDATED EDISON COMPANY OF N.Y. INC
C/O WILLIAM O'BRIEN, ESQ.
199 CHURCH ST, 14TH FLOOR
NEW YORK, NY 10007

CONSOLIDATED EDISON COMPANY OF NEW YORK, IN
C/O BANKRUPTCY GROUP
ATTN: THAMAR ROSADO-ARDER
4 IRVING PLACE, 14TH FL.
NEW YORK, NY 10003

CONSOLIDATED EDISON COMPANY OF NY
122 EAST 124TH ST
NEW YORK, NY 10116-1702

CONSOLIDATED EDISON COMPANY OF NY
JAF STATION
P.O. BOX 1702
NEW YORK, NY 11016-1702

COOPER ELECTRIC SUPPLY CO
#290684
42 CINDY LANE
OCEAN, NJ 07712

COOPER ELECTRIC SUPPLY CO
#290684
P.O. BOX 415925
BOSTON, MA 02241-5925

COURTESY PRODUCTS
10840 LINPAGE PL
ST. LOUIS, MO 63132

COURTESY PRODUCTS
P.O. BOX 8400020
KANSAS CITY, MO 64184-0020

CRIMINAL COURT OF THE CITY OF NEW YORK
100 CENTRE
NEW YORK, NY 10013

CROSS-FIRE & SECURITY CO, INC
1756 86TH ST
BROOKLYN, NY 11214

CSI GROUP INTERNATIONAL INC
575 NJ-73,
WEST BERLIN, NJ 08091

CSI GROUP INTERNATIONAL INC
P.O. BOX 311
WEST BERLIN, NJ 08091

D&W CENTRAL STATION
4818 VAN DAM ST, UNIT 2A
LONG ISLAND CITY, NY 11101-3108

D&W CENTRAL STATION FIRE ALARM CO., INC.
C/O KIRSCHENBAUM & KIRSCHENBAUM PC
ATTN: STEVEN B. SHEINWALD
200 GARDEN CITY PLAZA, STE 315
GARDEN CITY, NY 11530

DANIEL OGUNTOYE
ADDRESS REDACTED

DANIEL RODRIGUEZ
ADDRESS REDACTED

DAVID G. SCOTT, AETNA, INC.
1425 UNION MEETING RD
BLUE BELL, PA 19422

DAVID SANTIAGO
ADDRESS REDACTED

DAYSTAY LLC
44 WEST FLAGER ST, STE 2300
MIAMI, FL 33130

DECORATIVE DESIGN CONSTRUCTION CORP.
465 OECAN PKWY, APT 2C
BROOKLYN, NY 11218

DELVIN URENA
ADDRESS REDACTED

DEPARTMENT OF THE TREASURY
C/O INTERNAL REVENUE SERVICE
ATTN: SANDRA FELIU
290 BROADWAY
NEW YORK, NY 10007

DEPARTMENT OF THE TREASURY
C/O INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

DEVON LLOYD
ADDRESS REDACTED

DILANGER MARTINEZ VIELMA
ADDRESS REDACTED

DIVERSE RECYCLING SOLUTIONS, LLC
195 MONTAGUE ST, 14TH FLOOR
BROOKLYN, NY 11201

DIVERSE RECYCLING SOLUTIONS, LLC
P.O. BOX 1649
LONG ISLAND CITY, NY 11101

DIVERSE RECYCLING SOLUTIONS, LLC
P.O. BOX 1649 LONG ISLAND CITY
QUEENS, NY 11101

DONALD GARDNER
ADDRESS REDACTED

DORF & NELSON LLP
ATTN: JONATHAN B. NELSON, ESQ.
C/O ROBERT CHAN TOSHI
THE INTERNATIONAL CORPORATE CENTER
555 THEODORE FREMD AVE
RYE, NY 10580

DOW JONES & COMPANY, INC
4300 US-1
MONMOUTH JUNCTION
PRINCETON, NJ 08852

DOW JONES & COMPANY, INC
P.O. BOX 300
PRINCETON, NJ 08543-0300

DYNASIA SMITH
ADDRESS REDACTED

EAST COAST MECHANICAL CONTRACTING CORP
340 JACKSON AVE
BRONX, NY 10454

EDDY MARTINEZ
ADDRESS REDACTED

EDGAR FERRER
ADDRESS REDACTED

EDGE LINEN SERVICES(HOLD)
2040 EDWIN AVE
FORT LEE, NJ 07024

EDGE LINEN SERVICESHOLD
2040 EDWIN AVE
FORT LEE, NJ 07024

EDWARDO HERNANDEZ
ADDRESS REDACTED

ELDIN ELEZOVIC
ADDRESS REDACTED

ELISHA YOUNG
180 HULL ST, APT 2R
BROOKLYN, NY 11233

ELITE IN-FLITE SERVICES
DIVISION OF ELITE AIRLINE LINEN OF NEW YORK II
11-07 REDFERN AVE
FAR ROCKAWAY, NY 11691

ELITE IN-FLITE SERVICES, DIVISION OF ELITE AIRLINE
11-07 REDFERN AVE
FAR ROCKAWAY, NY 11691

ELITE IN-FLITE SERVICES, DIVISION OF ELITE AIRLINE
C/O FORCHELLI DEEGAN TERRANA LLP
ATTN: GERARD LUCKMAN
333 EARLE OVINGTON BLVD, STE 1010
UNIONDALE, NY 11553

ELIZABETH S. LAPADULA, ESQ.
1002 EDGEWOOD AVE
PELHAM MANOR, NY 10803

EMERSON MIRANDA
C/O BLYER & KURLAND PC
ATTN: STEVEN R. BLYER
390 N BROADWAY, STE 200
JERICHO, NY 11753

ENTERPRISE LEVEL
C/O BLYER & KURLAND PC
ATTN: STEVEN R. BLYER
390 N BROADWAY, STE 200
JERICHO, NY 11753

ENVIRONMENTAL CONTROL BOARD
66 JOHN ST
NEW YORK, NY 10038

ERICK JUAREZ
ADDRESS REDACTED

ERIKA COLON
ADDRESS REDACTED

ESTHEFANNY A. NUNEZ
ADDRESS REDACTED

EXPEDIA TRAVEL
275 MADISON AVE, 1202
NEW YORK, NY 10016

EXPEDIA TRAVEL
P.O. BOX 844120
DALLAS, TX 75284-4120

FABIOLA HERNANDEZ
ADDRESS REDACTED

FAHAM SIDDIQUE
ADDRESS REDACTED

FAIR HARBOR CAPITAL LLC
AS ASSIGNEE OF EDGE LINEN SERVICES
ATTN: VICTOR KNOX
P.O. BOX 237037
NEW YORK, NY 10023

FAIR HARBOR CAPITAL LLC
AS ASSIGNEE OF NIVO BACKFLOW
ATTN: VICTOR KNOX
P.O. BOX 237037
NEW YORK, NY 10023

FARJANA Y. PRITE
ADDRESS REDACTED

FIDELITY NATIONAL TITLE
INSURANCE COMPANY
485 LEXINGTON AVE. 18TH FL
NEW YORK, NY 10017

FILCO CARTING CORP.
197 SNEDIKER AVE
BROOKLYN, NY 11207

FIRE ZONE VENTILATION & SUPPRESSION INC
50-20 70TH ST
WOODSIDE, NY 11377

FIRST CENTRAL SAVINGS BANK
1141 BROADWAY
NEW YORK, NY 10002

FIRST CENTRAL SAVINGS BANK
70 GLEN ST
GLEN COVE, NY 11542

FIRST IN SERVICE TRAVEL
130 WEST 42ND ST, STE 401
NEW YORK, NY 10036

FLATIRON NOTEBUYER, LLC
C/O DELSHAH CAPITAL
ATTN: JUSTIN AMIRIAN
114 EAST 13TH ST FRONT 1
NEW YORK, NY 10003

FLYNN & FLYNN, P.L.L.C.
198 BEACH 102ND ST
ROCKWAY BEACH, NY 11694

FREDDY ESCORBORES
ADDRESS REDACTED

FRIDA REYES
ADDRESS REDACTED

FROSCH
ONE GREENWAY PLAZA, STE 800
HOUSTON, TX 77046-0103

GABRIELLE WILLIAMS
ADDRESS REDACTED

GABRIELLE-LEE WILLIAMS
ADDRESS REDACTED

GANT TRAVEL MANAGEMENT
400 W 7TH ST, STE 233
BLOOMINGTON, IN 47404

GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GLOBAL SECURITY GROUP INC
421 7TH AVE-4 FL
NEW YORK, NY 10001-2002

GLORIA VALDEZ
ADDRESS REDACTED

GOTHAM ELEVATOR INSPECTION
650 HALSTEAD AVE, STE 106
MAMARONECK, NY 10543

GREAT AMERICAN INSURANCE GROUP
301 E 4TH ST
CINCINNATI, OH 45202

GREAT POINT INSURANCE
500 WEST PUTNAM AVE, STE 400
GREENWICH, CT 06831

GUEST SUPPLY, LLC
300 DAVISON AVE
SOMERSET, NJ 08873

GUEST SUPPLY, LLC
P.O. BOX 910
MONMOUTH, NJ 08852-0910

HARDYAL S. DEBIDAYAL
ADDRESS REDACTED

HASSAN BROADHEAD
ADDRESS REDACTED

HD SUPPLY FACILITIES MAINTENANCE, LTD HOD
3 ENTERPRISE AVE N
SECAUCUS, NJ 07094

HD SUPPLY FACILITIES MAINTENANCE, LTD HOD
P.O. BOX 509058
SAN DIEGO, CA 92150-9058

HENRY DALEY - CITY MARSHAL
1 CROSS ISLAND PLAZA
ROSEDALE, NY 11422

HERIBERTO ESCALONA MARTINEZ
ADDRESS REDACTED

HITECH CENTRAL AIR INC
954 LEXINGTON AVE, 218
NEW YORK, NY 10021

HOLIDAY INN NYC HOLD
125 WEST 26TH ST
NEW YORK, NY 10001

HOSPITALITY SOFTNET
SIXTY STATE ST, STE 700
BOSTON, MA 02109

HOTEL RESERVATION SERVICE ROBERT RAGGE G
BLAUBACH 32
COLOGNE/KOLN, 50676
GERMANY

HOTELS BY DAY
545 5TH AVE, STE 640
NEW YORK, NY 10010

HRC FUND V. REIT, LLC
C/O HUDSON REALTY CAPITAL, LLC
250 PARK AVE SO. 3RD. FL.
NEW YORK, NY 10003

HURLEY TRAVEL EXPERT INC
15 BAXTER BLVD
PORTLAND, ME 04101

IBRAHIM SALEH
82-72 167TH ST
HILLCREST, NY 11432

IMANI MUHAMMAD
ADDRESS REDACTED

IMMANUEL ACOSTA
ADDRESS REDACTED

INGRID JIMENEZ
ADDRESS REDACTED

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

ISAEV BEKZHAN
ADDRESS REDACTED

IZAIAH THOMAS
ADDRESS REDACTED

JAIME SEGARRA
ADDRESS REDACTED

JAMES BARRETT
ADDRESS REDACTED

JASMINE MCDONALD
ADDRESS REDACTED

JASON DRESDNER
ADDRESS REDACTED

JASPAN SCHLESINGER
ATTN: STEPHEN P. EPSTEIN, ESQ.
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

JAY VASWANI
2223 PUNTA DEL ESTE DR
HACIENDA HEIGHTS, CA 91745

JAY VASWANI
9 WEST 26TH ST
NEW YORK, NY 10010

JEREMY RIOS
ADDRESS REDACTED

JEROME COLLINS
ADDRESS REDACTED

JESSENIA LOPEZ
ADDRESS REDACTED

JESSICA M. SIERRA
ADDRESS REDACTED

JOEL LAUREANO
ADDRESS REDACTED

JOHNNY E. TIRADO
ADDRESS REDACTED

JONATHAN LADINO
ADDRESS REDACTED

JPMORGAN CHASE BANK, N.A.
1700 PACIFIC AVE, STE 125
DALLAS, TX 75201

JPMORGAN CHASE BANK, N.A.
P.O. BOX 659754
SAN ANTONIO, TX 78265-9754

JUAN DELATORRE
ADDRESS REDACTED

JUSTINE YARNGO
ADDRESS REDACTED

KENNDRA MOORE
ADDRESS REDACTED

KENSINGTON VANGUARD NATIONAL LAND
39 W 37TH ST 7TH FLOOR
NEW YORK, NY 10018

KILLIAN OWES
ADDRESS REDACTED

KLESTADT WINTERS JURELLER SOUTHARD & STEVEN
ATTN: RENEA GARGIULO
200 WEST 41ST, 17
NEW YORK, NY 10036

LANDESS-SIMON INC
45 LAWLINS PARK
WYCKOFF, NJ 07481

LANDMARKS PRESERVATION COMMISSION
OF THE CITY OF NEW YORK
1 CENTRE ST
NEW YORK, NY 10007

LATCHMIN TIWARI
ADDRESS REDACTED

LAUREL HARRIS
ADDRESS REDACTED

LAW OFFICES OF JOSEPH H. GREEN
303 SOUTH BROADWAY, STE 234
TARRYTOWN, NY 10591

LEECHELL MENDEZ
ADDRESS REDACTED

LEIDA SUS
ADDRESS REDACTED

LEONARDO WORLDWIDE CORPORATION
111 PETER ST
TORONTO, ON M5V 2H1
CANADA

LEONARDO WORLDWIDE CORPORATION
P.O. BOX 311116
DETROIT, MI 48231-1116

LEONEL RUIZ
ADDRESS REDACTED

LEXYL TRAVEL TECHNOLOGIES
777 S FLAGER DR, STE 800, W TOWER
WEST PALM BEACH, FL 33401

LIANE PIPPIN
ADDRESS REDACTED

LILIANA POMBOZA
ADDRESS REDACTED

LISA GROSSBERG
ADDRESS REDACTED

LLOYD CURITS
ADDRESS REDACTED

LOIS LANE TRAVEL
230 5TH AVE
NEW YORK, NY 10001

LOIS LANE TRAVEL INC
ATTN: ISAAC EIDA
230 5TH AVE, SUITE 1301
NEW YORK, NY 10001

LOTUS GROUP LTD.
37-39 QUEEN ELIZABETH ST
LONDON, SE1 2BT
UNITED KINGDOM

LUANN LASSO
ADDRESS REDACTED

LUIS A. ESPADA
ADDRESS REDACTED

LYSTONIA FOUGH
ADDRESS REDACTED

M3 ACCOUNTING & ANALYTICS
1715 N BROWN RD, BLDG A, STE 200
LAWRENCEVILLE, GA 30043

MAC CABLE
2402 63RD ST, STE E9
BROOKLYN, NY 11204

MAESTRO PMS
65 ALLSTATE PARKWAY
SUITE 100
MARHAM, ON L3R 9X1
CANADA

MAFER, INC.
1000 S FRONTAGE RD WEST, SUITE 200
VAIL, CO 81657

MANHATTAN APPLIANCE LLC
244 5TH AVE, STE M236
NEW YORK, NY 10001

MANUEL ELLIS
ADDRESS REDACTED

MARA KATRINA LEYNES-PANGANIBAN
ADDRESS REDACTED

MARIA GARCIA
ADDRESS REDACTED

MARTIN GOMEZ-CONSTENLA
ADDRESS REDACTED

MAUREEN ALLEN
125-10 18TH AVE
COLLEGE POINT, NY 11356

MAXONS RESTORATIONS, INC
280 MADISON AVE, 4TH FLY
NEW YORK, NY 10016-0401

MAXWELL D. RAPPAPORT
ADDRESS REDACTED

MAXWELL RAPPAPORT
ADDRESS REDACTED

MAYRA CANELA
ADDRESS REDACTED

MAYRA VALERA JIMENEZ
ADDRESS REDACTED

MCPHERSON B. JOEL
ADDRESS REDACTED

METLIFE
200 PARK AVE
NEW YORK, NY 10166

METLIFE
METLIFE-GROUP BENEFITS
P.O. BOX 804466
KANSAS CITY, MO 64180-4466

MFP PUBLICATIONS
101 HILARY ST
WEST SAYVILLE, NY 11796-1010

MICHAEL D. LEOPOLD
885 2ND AVE 30TH FL.
NEW YORK, NY 10022

MICHAEL GRANT
ADDRESS REDACTED

MICHELLE RAMKISSOON
ADDRESS REDACTED

MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK,
10851 MASTIN ST, STE 300
OVERLAND PARK, KS 66210

MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK,
ATTN: BRIAN DAVIS
10851 MASTIN ST, SUITE 300
OVERLAND PARK, KS 66210

MIDLAND LOAN SERVICES, A DIVISION OF PNC BAN
C/O SIDLEY AUSTIN LLP
ATTN: ANDREW D. HART
787 7TH AVE
NEW YORK, NY 10019

MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK,
C/O SIDLEY AUSTIN LLP
ATTN: ANDREW HART/KATHLEEN ZINK
ATTN: MICHAEL BURKE
787 7TH AVE
NEW YORK, NY 10019

MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK,
C/O SIDLEY AUSTIN LLP
ATTN: ELIZABETH W WALKER
555 W 5TH ST
LOS ANGELES, CA 90013

MIDLAND LOAN SERVICES, A DIVISION OF PNC BAN
C/O SIDLEY AUSTIN LLP
ATTN: KATHLEEN A ZINK
787 7TH AVE
NEW YORK, NY 10019

1141 Realty Owner LLC - U.S. Mail                                                                                    Served 2/22/2019

MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK,
C/O SIDLEY AUSTIN LLP
ATTN: MARK POOLE
787 7TH AVE
NEW YORK, NY 10019

MINERVA VILLALBA
ADDRESS REDACTED

MING CHU COMPANY, LTD.
1141 BROADWAY
MANHATTAN, NY 10001

MING CHU WU LI
23 DANIEL COURT
WOODCLIFF LAKE, NJ 07677

MINIBAR NORTH AMERICA
7340 WESTMORE RD
ROCKVILLE, MD 20850

MINIBAR NORTH AMERICA
P.O. BOX 418525
BOSTON, MA 02241-8525

MINIBAR NORTH AMERICA, INC.
ATTN: GARY S POSNER
7 SAINT PAUL ST
BALTIMORE, MD 21202-1626

MINIBAR SYSTEMS
7340 WESTMORE RD
ROCKVILLE, MD 20850

MONA BHASIN
ADDRESS REDACTED

MOSES & SINGER, LLP
405 LEXINGTON AVE
NEW YORK, NY 10174

MS. ENOBONG ENYENIHI
LAW DEPARTMENT: LEGAL SERVICES SUPERVISOR
4 IRVING PL, RM 1875-S
NEW YORK, NY 10003

NATIONWIDE COURT SERVICES
761 KOEHLER AVE. SUITE A
RONKONKOMA, NY 11779

NEISHA DUNCAN
ADDRESS REDACTED

NEW YORK CITY CRIMINAL COURT
1 CENTRE ST, 16TH FL, RM 1604
NEW YORK, NY 10007

NEW YORK COOLING TOWERS INC
70-45 83RD ST
GLENDALE, NY 11385

NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE
ATTN: BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12005

NEW YORK STATE ATTORNEY GENERAL
97-22 57TH AVE
CORONA, NY 11368

NEW YORK STATE COMMISSIONER OF LABOR
NEW YORK STATE DEPT OF LABOR
175 CENTRAL AVE, 1
ALBANY, NY 12206

NEW YORK STATE COMMISSIONER OF LABOR
NEW YORK STATE DEPT OF LABOR
P.O. BOX 15130
ALBANY, NY 12212-5130

NEW YORK STATE DEPT.
OF TAXATION AND FINANCE
W A HARRIMAN CAMPUS
ALBANY, NY 12227

NEW YORK STATE DEPT. OF TAXATION AND FINAN
ATTN: BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205

NEW YORK STATE INSURANCE FUND
ATTN: WILLIAM O'BRIEN
199 CHURCH ST, 14TH FL
NEW YORK, NY 10007

NEW YORK STATE LIQUOR AUTHORITY
80 S SWAN ST, 9TH FL
ALBANY, NY 12210-8002

NEW YORK STATE UNEMPLOYMENT INSURANCE
P.O. BOX 4305
BINGHAMTON, NY 13902-4305

NICCI J. VASWANI
ADDRESS REDACTED

NICCI VASWANI
ADDRESS REDACTED

NIVO BACKFLOW
217 CENTRE ST, 400
NEW YORK, NY 10013

NY CITY OCCUPANCY TAX
C/O NYC DEPT OF FINANCE
66 JOHN ST, RM 104
NEW YORK, NY 10038

NY CITY SALES TAX
C/O NYC DEPT OF FINANCE
66 JOHN ST, RM 104
NEW YORK, NY 10038

NY STATE OCCUPANCY TAX
C/O NYS DEPT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL, BLDG 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

NY STATE SALES TAX
C/O NYS DEPT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL, BLDG 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

NYC CONSUMER AFFAIRS
42 BROADWAY
NEW YORK, NY 10004

NYC DEPT OF FINANCE
P.O. BOX 60640
STATEN ISLAND, NY 10306-0640

**1141 Realty Owner LLC - U.S. Mail**    Served 2/22/2019

| | | |
|---|---|---|
| NYC DEPT OF FINANCE - HOTEL TAX<br>P.O. BOX 5564<br>BINGHAMTON, NY 13902-5564 | NYC DEPT. OF FINANCE<br>59 MAIDEN LANE, 28TH FL<br>NEW YORK, NY 10038-4502 | NYC DEPT. OF FINANCE<br>66 JOHN ST<br>NEW YORK, NY 10038 |
| NYC DEPT. OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST, 3RD FL<br>BROOKLYN, NY 11201 | NYC FINANCE<br>CORRESPONDENCE UNIT<br>ONE CENTRE ST, 22ND FLOOR<br>NEW YORK, NY 10007 | NYC FINANCE<br>P.O. BOX 680<br>NEWARK, NJ 07101-0680 |
| NYC FIRE DEPARTMENT<br>9 METRO TECH CTR, DOWNTOWN<br>BROOKLYN, NY 11201 | NYC FIRE DEPARTMENT<br>CHURCH ST STATION<br>P.O. BOX 840<br>NEW YORK, NY 10008-0840 | NYC PROPERTY TAX ACH<br>66 JOHN ST, 2ND FL<br>NEW YORK, NY 10038 |
| NYC WATER BOARD<br>59-17 JUNCTION BLVD<br>FLUSHING, NY 11373 | NYC WATER BOARD<br>P.O. BOX 11863<br>NEWARK, NJ 07101-8163 | NYS DEPT OF TAXATION & FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 |
| NYS DEPT. OF LABOR<br>INSOLVENCY UNIT<br>STATE OFFICE CAMPUS, BLDG 12, RM 256<br>ALBANY, NY 12240 | NYS DEPT. OF TAXATION AND FINANCE<br>OPTS-SALES TAX LIABILTIY RESOLUTION<br>WA HARRIMAN CAMPUS<br>ALBANY, NY 12227 | NYS UNEMPLOYMENT INSURANCE<br>P.O. BOX 551<br>ALBANY, NY 12201 |
| OFFICE OF THE NEW YORK STATE ATTORNY GENERA<br>ATTN: ENID NAGLER STUART<br>28 LIBERTY STREET, 17TH FLOOR<br>NEW YORK, NY 10005 | OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>ATTN: SUSAN ARBEIT, ESQ<br>201 VARICK ST, RM 1006<br>NEW YORK, NY 10014 | OLAR PICKENS<br>ADDRESS REDACTED |
| ONYX CENTER SOURCE AS<br>229 E 105TH ST, APT B3<br>NEW YORK, NY 10029 | ONYX CENTER SOURCE AS<br>544 PARK AVE, STE 130<br>BROOKLYN, NY 11205 | OSVALDO DOMINGUEZ<br>ADDRESS REDACTED |
| OTA INSIGHT<br>1460 BROADWAY<br>NEW YORK, NY 10036 | OVATION TRAVEL GROUP<br>71 5TH AVERNUE, 10TH FL<br>NEW YORK, NY 10003 | P & W ELEVATORS, INC.<br>ATTN: ARON POLAK<br>1086 MYRTLE AVE, STE 202<br>BROOKLYN, NY 11206 |
| P&W ELEVATORS<br>544 PARK AVE, SUITE 130<br>BROOKLYN, NY 11205 | PABLO DE MIGUEL<br>ADDRESS REDACTED | PABLO LOPEZ<br>ADDRESS REDACTED |
| PARAMOUNT REAL ESTATE GROUP, INC<br>4 RESEARCH DR, SUITE 402, 121<br>SHELTON, CT 06484 | PARITZ & COMPANY, P.A.<br>15 WARREN ST<br>HACKENSACK, NJ 07601 | PARITZ & COMPANY, P.A.<br>ATTN: ROBERT E NOWAKOSKI<br>15 WARREN ST, STE 25<br>HACKENSACK, NJ 07601 |
| PEACHTREE SPECIAL RISK BROKERS, LLC<br>11405 N COMMUNITY HOURSE RD, SUITE 100<br>CHARLOTTE, NC 28277-0738 | PEACHTREE SPECIAL RISK BROKERS, LLC<br>621 NW 53RD ST, STE 385<br>BOCA RATON, FL 33487 | PERSONNEL CONCEPTS<br>3200 E GUASTI RD, STE 300<br>ONTARIO, CA 91761-8642 |

PERSONNEL CONCEPTS
P.O. BOX 5570
CAROL STREAM, IL 60197-5750

PHARAOH MOORE
ADDRESS REDACTED

PODELL,SCHWARTZ,SCHECHTER & BANFIELD, LLF
605 3RD AVE
NEW YORK, NY 10158

PREMIER EQUITIES
1151 BROADWAY, 2ND FL
NEW YORK, NY 10001

PREMIER NOMAD, LLC
C/O MERMEL ASSOCIATES PLLC
ONE HOLLOW LANE, STE 303
LAKE SUCCESS, NY 11042

PRESTIGE LANE HOSPITALITY BRANDS
ONE PRESTIGE LANE
BRISTOL, CT 06010

PRESTIGE VALET & CONCIERGE
75 W FOREST AVE
ENGLEWOOD, NJ 07631

PRIMARY AIR MECHANICAL CORP
204-18 42ND AVE, 1A
BAYSIDE, NY 11361

QUILL CORPORATION
100 SCHELTER RD
LINCOLNSHIRE, IL 60069

QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA, PA 19101-0600

RAFAEL GARRASTEGUI
ADDRESS REDACTED

RAMIRO MUNOZ
ADDRESS REDACTED

RAWEEWAN EIAMSIRITHANKRON
ADDRESS REDACTED

REAL HOSPITALITY GROUP LLC
12800 HOSPITALITY WAY
OCEAN CITY, MD 21842

REGAL TITLE AGENCY
AS AGENTS FOR FIRST AMERICAN TITLE INS.
90 BROAD ST. 18TH FL.
NEW YORK, NY 10004

REINALDO PAULINO
450 WEST 145TH ST
NEW YORK, NY 10031

REINALDO PAULINO
ADDRESS REDACTED

RELIANT SECURITY SERVICES, INC.
87-02 23RD AVE
EAST ELMHURST, NY 11369

RELIANT SECURITY SERVICES, INC.
ATTN: SCOTT LOCKWOOD
375 COMMACK RD, STE 200
DEER PARK, NY 11729

RESHMA R. BISSESAR
ADDRESS REDACTED

REVINATE, INC
1 LETTERMAN DR, BLDG C, STE CM100
SAN FRANCISCO, CA 94129

REVINATE, INC
P.O. BOX 732056
DALLAS, TX 75373-2056

RIALTO MORTGAGE FINANCE, LLC
600 MADISON AVE 12TH FLOOR
NEW YORK, NY 10022

RICHMOND MONROE GROUP
82 JIM LINEGAR LN
BRANSON WEST, MO 65737

RICHMOND MONROE GROUP
P.O. BOX 458
KIMBERLING CITY, MO 65686

RICK BOGART
ADDRESS REDACTED

RMF SUB 1, LLC
100 N BROADWAY, 26TH FLOOR
SUITE 2600
OKLAHOMA CITY, OK 73102

RMF SUB 1, LLC
600 MADISON AVE 12TH FLOOR
NEW YORK, NY 10022

ROBERT CHAN
188 SOUTH 8TH ST
BROOKLYN, NY 11211

ROBERT K.Y. CHAN
188 S 8TH ST, PENTHOUSE
BROOKLYN, NY 11211

ROBERT K.Y. CHAN
C/O DORF & NELSON LLP
ATTN: JONATHAN B. NELSON
555 THEODORE FREMD AVE
RYE, NY 10580

ROBERTO PRASHAD
ADDRESS REDACTED

ROBINSON BROG LEINWAND GREENE GENOVESE
ATTN: JOHN D'ERCOLE
875 3RD AVE, 9TH FL
NEW YORK, NY 10022-0123

1141 Realty Owner LLC - U.S. Mail                                                                    Served 2/22/2019

ROBINSON BROG LEINWAND GREENE GENOVESE & G
RONALD B. GOODMAN
875 3RD AVE, 9TH FL
NEW YORK, NY 10022

RONALD O. DEGUZMAN
ADDRESS REDACTED

ROSANNA RAMOS
ADDRESS REDACTED

ROYAL ABSTRACT
500 5TH AVE, SUITE 1540
NEW YORK, NY 10110

ROYAL REGISTERED PROPERTY
500 5TH AVE, SUITE 1540
NEW YORK, NY 10110

SABRE HOSPITALITY SOLUTIONS
ATTN: LILY LUI
3150 SABRE DR, A5-134
SOUTHLAKE, TX 76092

SABRE HOSPITALITY SOLUTIONS
DIVISION OF SABRE GLBL INC,
7285 COLLECTION CENTER DR
CHICAGO, IL 60693

SALIH ABDUL-AZAZ
ADDRESS REDACTED

SAMUEL FRIMPONG
ADDRESS REDACTED

SAMUEL GAMBARO
ADDRESS REDACTED

SANDITZ TRAVEL MANAGEMENT
98 WASHINGTON ST
MIDDLETOWN, CT 06457

SECRETARY OF STATE
DIVISION OF CORPORATIONS
ONE COMMERCE PLAZA
99 WASHINGTON AVE
ALBANY, NY 12231

SECURITY EXCHANGE COMMISSION
NORTHEAST REGIONAL
THE WOOLWORTH BUILDING
233 BROADWAY-JOHN MURRAY
NEW YORK, NY 10279

SHAEENA HENRIQUEZ
ADDRESS REDACTED

SHA'LIK HARFORD
ADDRESS REDACTED

SHERWEB
95 BLVD JACQUES CARTIER SUD, STE 400
SHERBROOKE, QC J1J 2Z3
CANADA

SHIVKARAN LOKNAUTH
ADDRESS REDACTED

SHYWANN SPENCER
ADDRESS REDACTED

SIDLEY AUSTIN LLP
ATTN: MARK POOLE
787 7TH AVE
NEW YORK, NY 10019

SILVER MINE INC
37 WEST 30TH ST
NEW YORK, NY 10001

SILVERMANACAMPORA LLP
ATTN: KENNETH P. SILVERMAN
ATTN: BRIAN POWERS
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753

SMITH TRAVEL RESEARCH
735 E MAIN ST
HENDERSONVILLE, TN 37075

SPARKLING WATER DISTRIBUTORS
12C FILMORE PL
FREEPORT, NY 11520-4607

SPARKLING WATER DISTRIBUTORS
P.O. BOX 695
MERRICK, NY 11566

STATE OF DELAWARE
CORPORATE SERVICE COMPANY CSC
2711 CENTERVILLE RD, STE 400
WILMINGTON, DE 19808

STATE OF DELAWARE
DIVISION OF CORPORATION
P.O. BOX 5509
BINGHAMTON, NY 13902-5509

STATE OF NEW YORK, DEPT. OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
ATTN: BRIAN VANDERWALKER
GOV W AVERELL HARRIMAN CAMPUS
BLDG 12, RM 256
ALBANY, NY 12240

STEVEN J. PAPPAS
ADDRESS REDACTED

STORE FRONT PLUS CORP
1015 SAW MILL RD
YONKERS, NY 10710

STR, INC
735 E MAIN ST
HENDERSONVILLE, TN 37075

SUPERIOR DATA SERVICES, INC.
1471 ROUTE 9, SUITE 203
CLIFTON PARK, NY 12065

SUPERIOR DATA SERVICES, INC.
188 MONTAGUE ST. 10TH FL.
BROOKLYN, NY 11201

SUPERIOR DATA SERVICES, INC.
3 WEST MAIN ST. SUITE 202
ELMSFORD, NY 10523

SUPERIOR DATA SERVICES, INC.
950 NEW LOUDON RD. SUITE 250
LATHAM, NY 12110

SUPPORT ENFORCEMENT UNIT
CANAL ST STATION
P.O. BOX 818
NEW YORK, NY 10013

SUSHIL K. OBEROI
ADDRESS REDACTED

SWITA UDOMLAMUN
ADDRESS REDACTED

TAIRA STEWART
ADDRESS REDACTED

TANGERINE TRAVEL, LTD.
10808 NE 145TH ST
BOTHELL, WA 98011

TANISHA JONES
ADDRESS REDACTED

TEKCONN SERVICES INC
237 WEST 35TH ST, SUITE 805
NEW YORK, NY 10001

TELCO EXPERTS
169 RAMAPO VALLEY RD
OAKLAND, NJ 07436-2509

TELCO EXPERTS
P.O. BOX 945
OAKLAND, NJ 07436-0945

THE BANK OF NEW YORK
ATTN: CORPORATE TRUST DEPT.
101 BARCLAY ST
NEW YORK, NY 10286

THE CITY OF NEW YORK
DEPT. OF ENVIRONMENTAL PROTECTION
BUREAU OF CUSTOMER SERVICES
89-17 JUNCTION BLVD
FLUSHING, NY 11373-5108

THE CITY OF NEW YORK
DEPT. OF FINANCE
1 CENTRE ST
NEW YORK, NY 10007

THE CITY OF NEW YORK DEPT. OF FINANCE
ATTN: CATHERINE LEUNG
345 ADAMS ST, 10TH FL
BROOKLYN, NY 11201

THE ERIC RYAN CORPORATION
1 EARLY ST, STE A
ELLWOOD CITY, PA 16117

THE NEW YORK TIMES
242 W 41ST
NEW YORK, NY 10036

THE NEW YORK TIMES
P.O. BOX 371456
PITTSBURGH, PA 15250-7456

THERESA HENDRIX
ADDRESS REDACTED

TIME WARNER CABLE
60 COLUMBUS CIR
NEW YORK, NY 10023

TIME WARNER CABLE
P.O. BOX 223085
PITTSBURGH, PA 15251-2085

TITLES OF NEW YORK, INC.
555 MADISON AVE.
NEW YORK, NY 10022

T-MOBILE
12920 SE 38TH ST
BELLEVUE, WA 98006

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
ATTN: IVAN SERCHUK, ESQ.
425 PARK AVE
NEW YORK, NY 10022

TOM CAT BAKERY INC
43-05 10TH ST
LONG ISLAND CITY, NY 11101

TOM CAT BAKERY INC
P.O. BOX 844040
BOSTON, MA 02284-4040

TORN RANCH
2198 S MCDOWE; BLVD
PETALUMA, CA 94954

TOTAL FIRE PROTECTION
5322 AVE N
BROOKLYN, NY 11234

TOWER SEVENTH ASSOCIATES, L.P.
C/O PF FINANCIAL
159 W 53RD ST, 32GH
NEW YORK, NY 10019

TRASON JOHNSON
ADDRESS REDACTED

TRAVEL AND TRANSPORT
2120 S 72ND ST
OMAHA, NE 68124

TRAVEL DEPOT INC
1176 43RD ST
BROOKLYN, NY 11219

TRAVEL INCORPORATED
4355 RIVER GREEN PKWY
DULUTH, GA 30096-9404

TRAVEL ONE, INC.
8009 34TH AVE SOUTH, STE 1500
MINNEAPOLIS, MN 55425

TRAVELCLICK INC
7 TIMES SQUARE
NEW YORK, NY 10036

TRAVELCLICK INC
P.O. BOX 71199
CHICAGO, IL 60694-1199

TRAVELFOCUS, LLC DBA TSI USA
8111 LBJ FREEWAY, STE 900
DALLAS, TX 75251

TRAVELFOCUS, LLC DBA TSI USA
ATTN: GREG CORBIN
8111 LBF FREEWAY, STE 900
DALLAS, TX 75251

TRG FIRE-LIFE SAFETY
2390 EAST VILLA ST
PASADENA, CA 91107-2528

TRG FIRE-LIFE SAFETY
P.O. BOX 421
NEW YORK, NY 10101

TRIANGLE CAPITAL GROUP
ATTN: MORRIS S DOUECK
452 5TH AVE, 30TH FLOOR
NEW YORK, NY 10018

TRIPADVISOR LLC
400 1ST AVE
NEEDHAM, MA 02494

TRIPADVISOR LLC
P.O. BOX 841928
DALLAS, TX 75284-7325

TRUST SECURITY & COMMUNICATIONS
321 SPOOKS ROCK RD, UNIT A109
SUFFERN, NY 10901

TYSHAWN MITCHELL
ADDRESS REDACTED

U.S. ATTORNEY
ATTN: CLAIMS, UNIT - RM 417
ONE ST ANDREW'S PLAZA
NEW YORK, NY 10007

U.S. ATTORNEY
UNITED STATES DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW, RM 2242
WASHINGTON, DC 20530-0001

ULTRAMAR
14 EAST 47TH ST
NEW YORK, NY 10017

UNIGLOBEONE
1444 ALBERNI ST, STE 30
VANCOUVER, BC V6G 2Z4
CANADA

USA TODAY
535 MADISON AVE
NEW YORK, NY 10022

USA TODAY
P.O. BOX 677446
DALLAS, NY 75267-7446

VALERIE WILSON TRAVEL INC
39 LOCUST AVE, STE 202
NEW CANAAN, CT 06840

VERIZON
1095 AVE OF THE AMERICAS
NEW YORK, NY 10013

VERIZON
P.O. BOX 15124
ALBANY, NY 12212

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DR, STE 550
WELDON SPRING, MO 63304

VIDA KING
ADDRESS REDACTED

VILLALBA MINERVA
ADDRESS REDACTED

W&M SPRINKLER
50 BROADWAY
HAWTHORME, NY 10532

W.B MASON CO, INC
P.O. BOX 981101
BOSTON, MA 02298-1101

W.B MASON CO., INC
59 CENTRE ST
BROCKTON, MA 02301-4014

WELLS FARGO COMMERCIAL MORTGAGE SERVICI
LOAN NUMBER: 300571303 / 300571304
D1050-084, 8TH FLOOR
401 SOUTH TRYON ST
CHARLOTTE, NC 28202

WERNER MONTEAGUDO
ADDRESS REDACTED

WESTERN PEST SERVICES
483 10TH AVE, STE 100 N
NEW YORK, NY 10018-0000

WHITEY'S HARDWARE PAINT CORPORTATION
244 5TH AVE
NEW YORK, NY 10010

WILLIAM ROAM
3131 NORTH FRAKLIN RD, STE C
INDIANAPOLIS, IN 46226

WILLIAM ROAM,LLC
ATTN: ALISON ELIZABETH MURPHY
3131 N FRANKLIN RD, STE C
INDIANAPOLIS, IN 46226

WILLIAMBURG TRAVEL
2060 FRANKLIN WAY, 100
MARIETTA, GA 30067

Served 2/22/2019

WILMINGTON TRUST NA SOLELY IN ITS CAPACITY AS
MIDLAND LOAN SVCS, A DIVISION OF PNC
ATTN: BRIAN D. DAVIS
10851 MASTIN ST, STE 300
OVERLAND PARK, KS 66210

WILMINGTON TRUST NATIONAL ASSOC. AS TRUSTEE
FOR MIDLAND LOAN SVCS, A DIVISION OF PNC BANK N
1100 NORTH MARKET ST
WILMINGTON, DE 19890

WILMINGTON TRUST, N.A. SOLELY  IN ITS CAPACIT
C/O PNC BANK, NA MIDLAND LOAN SVCS
ATTN: BRIAN D. DAVIS
10851 MASTIN ST, STE 300
OVERLAND PARK, KS 66210

WORLD TRAVEL INC
1724 WEST SCHUYKILL RD
DOUGLASVILLE, PA 19518

WORLD TRAVEL INC.
ATTN: CAROL S LABE
1724 W SCHUYLKILL RD
DOUGLASSVILLE, PA 19518

XEO MARKETING
7111, SYNTAX DR, 3RD FL
MISSISSAUGA, ON L5N 8C3
CANADA

YAAKOUB Y. SALEH
38-11 220TH ST
BAYSIDE, NY 11361

YOCASTA ALVAREZ
ADDRESS REDACTED

ZARIC NAHAS & RICH
303 5TH AVE
NEW YORK, NY 10016

Parties Served: 471