KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Joseph C. Corneau
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------- X
                                                  :
In re:                                            :   Chapter 11
                                                  :
1141 REALTY OWNER LLC, et al.,                    :   Case No. 18-12341(SMB)
                                                  :
                            Debtors.              :   Jointly Administered
                                                  :
----------------------------------------------------------------- X
```

## SIXTH MONTHLY FEE STATEMENT OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FROM JANUARY 1, 2019 THROUGH JANUARY 31, 2019

| | |
|---|---|
| Name of Applicant: | Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") |
| Authorized to Provide Professional Services to: | 1141 Realty Owner LLC, et al. (the "Debtors") |
| Effective Date of Retention: | July 31, 2018 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2019 through January 31, 2019 ("Statement Period") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $39,070.00 |

Reimbursement of Expenses Sought
as Actual, Reasonable and Necessary
During Statement Period:                        $67.40

Objection Deadline:                             March 18, 2019

Amount Payable After Objection
Deadline (80% of fees, 100% of expenses):       $31,323.40

In accordance with the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of

Professionals, dated September 21, 2018 (the "Interim Compensation Order") [Docket No. 57],

Klestadt Winters Jureller Southard & Stevens LLP ("KWJS&S") hereby submits this Sixth

monthly fee statement (the "Sixth Monthly Fee Statement"), seeking compensation for services

rendered and reimbursement of expenses incurred as local bankruptcy and conflicts counsel to the

Debtors, for the period from January 1, 2019 through January 31, 2019. By this Sixth Monthly Fee

Statement, KWJS&S seeks payment in the amount of $31,323.40, which is comprised of (i) eighty

percent (80%) of the total amount of compensation sought for actual and necessary services

rendered during the Statement Period and (ii) reimbursement of one hundred percent (100%) of

actual and necessary expenses incurred in connection with such services.

Annexed hereto as **Exhibit A** are contemporaneously maintained time and expense records

for the services for the Statement Period.

## TIME SUMMARY BY BILLING CATEGORY
For the Period of January 1, 2019 through January 31, 2019

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Case Administration | 4.20 | $ 2,360.00 |
| Claims and Claims Objections | 26.60 | $16,180.00 |
| DIP Financing | 3.00 | $ 1,575.00 |
| Executory Contracts | 0.70 | $    367.50 |
| Operations and Real Estate Issues | 0.70 | $    367.50 |
| Plan and Disclosure Statement | 23.10 | $12,375.00 |
| Retentions and Fees | 11.60 | $ 5,845.00 |
| **TOTAL** | **69.90** | **$39,070.00** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of January 1, 2019 through January 31, 2019

| Name | Position/Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Tracy L. Klestadt | Managing Partner; admitted in 1986. | $750 | 13.50 | $10,125.00 |
| Joseph C. Corneau | Partner; admitted in 2003. | $525 | 54.50 | $28,612.50 |
| Stephanie Nocella | Paralegal. | $175 | 0.70 | $122.50 |
| Rayella Bergman | Paralegal. | $175 | 1.20 | $210.00 |
| **Total** | | **$558.94 (Blended Hourly Rate)** | **69.90** | **$39,070.00** |

### EXPENSE SUMMARY
For the Period of January 1, 2019 through January 31, 2019

| Disbursements | Amount |
|---|---|
| Photocopies | $61.90 |
| Subway | $5.50 |
| **Total Disbursements** | **$67.40** |

### NOTICE AND OBJECTION PROCEDURES

Notice of this Sixth Monthly Fee Statement shall be given by email or hand or overnight delivery upon: (i) the Debtors (c/o James Katchadurian, Chief Restructuring Officer, CR3 Partners, LLC, 450 Lexington Avenue, 4th Floor, New York, New York 10017); (ii) counsel to the Debtors, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036 (Attn: Tracy L. Klestadt) (iii) counsel to Premier Flatiron LLC, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 (Attn: Kenneth Silverman); (iv) counsel to Wilmington Trust, N.A., solely in its capacity as Trustee for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2015-C28, Commercial Mortgage Pass-Through Certificates, Series 2015-C28, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Michael G. Burke); and (v) Office of the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Susan Arbeit); (each a "Notice Party" and collectively, the "Notice Parties").

Objections to this Sixth Monthly Fee Statement, if any, must be served upon the Notice Parties, and by hand or overnight delivery upon Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Tracy L. Klestadt, no later than March 18, 2019 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this Sixth Monthly Fee Statement are received by the Objection

Deadline, the Debtors shall promptly pay KWJS&S 80% of the fees and 100% of the expenses identified in this Sixth Monthly Fee Statement.

To the extent that an objection to this Sixth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Sixth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

## **RESERVATION OF RIGHTS**

KWJS&S reserves the right to amend the fees and expense reimbursement sought herein in the event that a subsequent review of KWJS&S's records reveals that additional professional services were rendered or expenses incurred which were not processed in advance of this Sixth Monthly Fee Statement.  In the event such amendments are required, KWJS&S reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly fee statements.

[remainder of page intentionally blank]

Dated:   New York, New York
         March 4, 2019

                              KLESTADT WINTERS JURELLER
                              SOUTHARD & STEVENS, LLP


                   By:   */s/Tracy L. Klestadt*
                         Tracy L. Klestadt
                         Joseph C. Corneau
                         200 West 41st Street, 17th Floor
                         New York, New York 10036-7203
                         Tel: (212) 972-3000
                         Fax: (212) 972-2245
                         Email: tklestadt@klestadt.com
                                jcorneau@klestadt.com


                         *Attorneys for the Debtors and Debtors-in-Possession*

## EXHIBIT A

**TIME AND EXPENSE DETAIL**

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| **Matter Description (First Line): Case Administration** | | | | | | | |
| 01/02/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC Case Administration Conferring with Mr. Klestadt regarding status [0.2]. Telephone call with Mr. Burke regarding status [0.2]. Telephone call with Mr. Katchadurian regarding status [0.4]. Telephone call with Mr. Powers regarding status [0.4]. | Fees | 1.20 | 0.00 | 525.00 | 630.00 |
| 01/03/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC Case Administration Emailing with Mr. Klestadt regarding status [0.1]. Conferring with Mr. Klestadt regarding status [0.2]. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| 01/08/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC Case Administration Subway to/from Court for hearing. | SUBWAY | 0.00 | 2.00 | 2.75 | 5.50 |
| 01/09/2019 | Klestadt, Tracy | 11030.002/ 1141 Realty Owner LLC Case Administration Meeting with Mr. Vaswani (joined in progress by Mr. Katchadurian) regarding status of case, plan process, claims reconciliation issues, etc. | Fees | 1.00 | 0.00 | 750.00 | 750.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/22/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC Case Administration Emailing with Mr. Creger regarding operating report [0.1]. Reviewing December operating report [0.3]. Filing December operating report [0.2]. Telephone call with Mr. Serotta regarding tax certiorari matter [0.2]. | Fees | 0.80 | 0.00 | 525.00 | 420.00 |
| 01/24/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC Case Administration Sending Chambers copies of plan of reorganization, disclosure statement, and reply regarding Wilmington Trust claim per Mr. Corneau's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 01/24/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC Case Administration Emailing with CR3 regarding U.S. Trustee fee invoices. | Fees | 0.10 | 0.00 | 525.00 | 52.50 |
| 01/28/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC Case Administration Reviewing emails regarding appraiser invoices [0.2]. Emailing (2x) with Ms. Arbeit regarding status [0.2]. Reviewing forms regarding tax certiorari and emailing with CR3 regarding same [0.2]. | Fees | 0.60 | 0.00 | 525.00 | 315.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/31/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Preparing and transmitting monthly operating report to Chambers per Mr. Reilly's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 01/31/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Photocopies for January 2019. | PHOTOCOPY | 0.00 | 619.00 | 0.10 | 61.90 |
| | | **Matter Description (First Line): Case Administration** | | **4.20** | **621.00** | | **2,427.40** |

**Matter Description (First Line): Claims and Claims Objections**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/02/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Conferring with Mr. Corneau regarding status of response to claim objection, discovery and hearing logistics, etc. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 01/07/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Reviewing objection to Wilmington claim, Wilmington response, underlying documents, in preparation for hearing tomorrow [2.0]; call with Messrs. Silverman, Powers, Mermel and Corneau thereon [.50]; reviewing decision in Nw. Mut. Life Ins. Co. v. Uniondale Realty Assocs. forwarded by Mr. Powers [.30]; call with Messrs. Burke and Corneau re issues and logistics for hearing tomorrow [.20]. | Fees | 3.00 | 0.00 | 750.00 | 2,250.00 |

client sort begins with '1141' and date is january 2019

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/07/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Conferring with Mr. Klestadt regarding hearing on claim objection [0.3]. Reviewing default and acceleration notices [0.4]. Conferring with Mr. Klestadt regarding default and acceleration notices [0.2]. Conference call with Messrs. Klestadt, Silverman, Powers and Mermel regarding hearing on claim objection [0.5]. Reviewing cases on yield maintenance and acceleration [1.2]. Telephone call with Messrs. Klestadt and Burke regarding claim objection [0.2]. Preparing outline for hearing [1.9]. Telephone call with Mr. Katchadurian regarding hearing [0.5]. Reviewing multiple emails regarding documents required [0.4]. Emailing with Mr. Burke regarding budget [0.1]. | Fees | 5.70 | 0.00 | 525.00 | 2,992.50 |
| 01/08/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Attending hearing on objection to Wilmington Trust claim and conferring with Messrs. Katchadurian, Powers, Mermel, Burke and Corneau after hearing. | Fees | 2.80 | 0.00 | 750.00 | 2,100.00 |

client sort begins with '1141' and date is january 2019

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/08/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Attending hearing on claim objection [3.9]. Drafting scheduling order and subsequent conference with counsel [0.9]. Emailing with Mr. Burke regarding scheduling order [0.1]. | Fees | 4.90 | 0.00 | 525.00 | 2,572.50 |
| 01/10/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Preparing email to Chambers with scheduling order. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| 01/11/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Reviewing scheduling order as entered. | Fees | 0.10 | 0.00 | 525.00 | 52.50 |
| 01/15/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Call with Messrs. Powers, Acampora, Corneau re strategy for reply to Wilmington Trust summary judgment motion. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 01/15/2019 | Bergman, Rayella | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Preparing cited cases per Mr. Klestadt's request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 01/15/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Conference call with Messrs. Klestadt, Acampora and Powers regarding reply. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |

client sort begins with '1141' and date is january 2019

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/17/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Studying yield premium case decisions and Wilmington Trust motion, then reviewing and responding to draft of Debtor's reply and e-mails to Messrs. Powers et al thereon. | Fees | 5.00 | 0.00 | 750.00 | 3,750.00 |
| 01/17/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Emailing (2x) with Mr. Powers regarding Robinson Brog claim. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 01/21/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Reviewing and revising reply. | Fees | 2.30 | 0.00 | 525.00 | 1,207.50 |
| 01/22/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Emailing with Mr. Powers regarding reply [0.1]. Filing reply [0.2]. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| | | **Matter Description (First Line): Claims and Claims Objections** | | 26.60 | 0.00 | | 16,180.00 |

**Matter Description (First Line): DIP Financing**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/08/2019 | Corneau, Joseph | 11030.004/ 1141 Realty Owner LLC<br>DIP Financing<br>Reviewing DIP lender invoice [0.2]. Reviewing variance report for week ending December 21 [0.2]. Reviewing variance report for week ending December 28 [0.2]. Reviewing variance report for week ending January 14 [0.2]. | Fees | 0.80 | 0.00 | 525.00 | 420.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------|-----------|-------|-------|-------|-------|
| 01/22/2019 | Corneau, Joseph | 11030.004/ 1141 Realty Owner LLC DIP Financing Telephone call with Mr. Katchadurian regarding adequate protection [0.2]. Reviewing financing orders regarding adequate protection [0.3]. Emailing with Mr. Katchadurian regarding adequate protection [0.2]. Telephone call with Mr. Powers regarding adequate protection [0.2]. Telephone call with Mr. Burke regarding adequate protection [0.2]. | Fees | 1.10 | 0.00 | 525.00 | 577.50 |
| 01/23/2019 | Corneau, Joseph | 11030.004/ 1141 Realty Owner LLC DIP Financing Reviewing and responding to multiple emails regarding adequate protection payment. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| 01/24/2019 | Corneau, Joseph | 11030.004/ 1141 Realty Owner LLC DIP Financing Reviewing and responding to emails regarding adequate protection payment. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 01/25/2019 | Corneau, Joseph | 11030.004/ 1141 Realty Owner LLC DIP Financing Emailing with Mr. Powers regarding DIP draw. | Fees | 0.10 | 0.00 | 525.00 | 52.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/28/2019 | Corneau, Joseph | 11030.004/ 1141 Realty Owner LLC DIP Financing Reviewing multiple emails regarding adequate protection payment [0.2]. Telephone call with Mr. Creger regarding adequate protection payment [0.2]. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |
| 01/29/2019 | Corneau, Joseph | 11030.004/ 1141 Realty Owner LLC DIP Financing Telephone call with Mr. Vaswani regarding adequate protection payment. | Fees | 0.10 | 0.00 | 525.00 | 52.50 |
| | | **Matter Description (First Line): DIP Financing** | | 3.00 | 0.00 | | 1,575.00 |
| **Matter Description (First Line): Executory Contracts** | | | | | | | |
| 01/31/2019 | Corneau, Joseph | 11030.006/ 1141 Realty Owner LLC Executory Contracts Conferring with Mr. Klestadt regarding status [0.3]. Reviewing email and attachments regarding SESAC license [0.4]. | Fees | 0.70 | 0.00 | 525.00 | 367.50 |
| | | **Matter Description (First Line): Executory Contracts** | | 0.70 | 0.00 | | 367.50 |
| **Matter Description (First Line): Operations and Real Estate Issues** | | | | | | | |
| 01/09/2019 | Corneau, Joseph | 11030.007/ 1141 Realty Owner LLC Operations and Real Estate Issues Emailing with Mr. Katchadurian regarding contracts and management issues. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |

client sort begins with '1141' and date is january 2019

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/14/2019 | Corneau, Joseph | 11030.007/ 1141 Realty Owner LLC Operations and Real Estate Issues Emailing with Ms. McGhee regarding American Express problems. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 01/16/2019 | Corneau, Joseph | 11030.007/ 1141 Realty Owner LLC Operations and Real Estate Issues Emailing with Ms. Jones regarding American Express problems. | Fees | 0.10 | 0.00 | 525.00 | 52.50 |
| 01/31/2019 | Corneau, Joseph | 11030.007/ 1141 Realty Owner LLC Operations and Real Estate Issues Reviewing multiple emails regarding operations and renovations [0.2]. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| | **Matter Description (First Line): Operations and Real Estate Issues** | | | 0.70 | 0.00 | | 367.50 |

**Matter Description (First Line): Plan and Disclosure Statement**

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/02/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Reviewing plan and disclosure statement in advance of meeting with Mr. Vaswani [1.4]. Meeting with Messrs. Klestadt and Vaswani, then with Messrs. Vaswani and Katchadurian, and then with Mr. Katchadurian [2.8]. Telephone call with Mr. Powers regarding plan [0.4]. Emailing with Mr. Davis regarding plan [0.2]. Drafting disclosure statement [4.2]. | Fees | 9.00 | 0.00 | 525.00 | 4,725.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/03/2019 | Klestadt, Tracy | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Conferring with Mr. Corneau re status of plan process; call with Mr. Silverman and Mr. Powers thereon. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 01/07/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Reviewing revised plan [0.6]. Telephone call with Mr. Powers regarding plan [0.3]. Telephone call with Mr. Powers regarding plan [0.2]. Conferring with Mr. Klestadt regarding plan [0.1]. | Fees | 1.20 | 0.00 | 525.00 | 630.00 |
| 01/10/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Reviewing and revising plan and disclosure statement. | Fees | 0.60 | 0.00 | 525.00 | 315.00 |
| 01/11/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Telephone call with Mr. Powers regarding status of financing [0.4]. Reviewing list of contracts for rejection under plan [0.2]. Multiple emails with Messrs. Katchadurian and Creger regarding information for disclosure statement [0.3]. Emailing regarding appraisal [0.1]. | Fees | 1.00 | 0.00 | 525.00 | 525.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/15/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Conference call (for part) with Messrs. Katchadurian, Creger and Powers regarding contracts for rejection under plan [0.4]. Emailing with Mr. Powers regarding financing [0.1]. Emailing (2x) with Mr. Vaswani regarding releases [0.2]. Reviewing and revising plan and disclosure statement [1.1]. Emailing with Mr. Vaswani regarding plan and disclosure statement [0.2]. | Fees | 2.00 | 0.00 | 525.00 | 1,050.00 |
| 01/16/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Conferring with Mr. Klestadt regarding plan [0.2]. Revising plan and disclosure statement [3.4]. Drafting email to Mr. Vaswani regarding plan and disclosure statement [0.3]. Multiple follow-up emails with Mr. Vaswani regarding plan and disclosure statement [0.2]. Telephone call with Mr. Creger regarding disclosure statement [0.1]. | Fees | 4.20 | 0.00 | 525.00 | 2,205.00 |
| 01/17/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Multiple emails with Mr. Vaswani regarding plan filing [0.3]. Telephone call with Mr. Powers regarding plan [0.2]. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/18/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Emailing with Mr. Katchadurian regarding plan and disclosure statement [0.1]. Preparing plan and disclosure statement for filing [1.2]. Emailing (2x) with Mr. Powers regarding cure amounts for contracts being assumed under plan [0.2]. Telephone call with Mr. Powers regarding status [0.2]. Filing plan [0.2]. Filing disclosure statement [0.2]. | Fees | 2.10 | 0.00 | 525.00 | 1,102.50 |
| 01/24/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Letter to Court with copies of plan and disclosure statement. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 01/28/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Emailing (2x) with Mr. Burke regarding plan and disclosure statement. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 01/29/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Telephone call with Mr. Burke regarding plan [0.3]. Telephone call with Mr. Powers regarding plan [0.4]. Reviewing revised plan and emailing with Mr. Powers regarding same [0.3]. | Fees | 1.00 | 0.00 | 525.00 | 525.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/31/2019 | Klestadt, Tracy | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Reviewing accumulated e-mails upon return from vacation [.30]; conferring with Mr. Corneau re status, his call with Mr. Burke re confirmation issues, strategy for February 14 hearing, etc. [.30]. | Fees | 0.60 | 0.00 | 750.00 | 450.00 |
| | **Matter Description (First Line): Plan and Disclosure Statement** | | | 23.10 | 0.00 | | 12,375.00 |
| **Matter Description (First Line): Retentions and Fees** | | | | | | | |
| 01/09/2019 | Nocella, Stephanie | 11030.005/ 1141 Realty Owner LLC Retentions and Fees Preparing the monthly fee statement. | Fees | 0.70 | 0.00 | 175.00 | 122.50 |
| 01/24/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC Retentions and Fees Drafting fee application. | Fees | 2.60 | 0.00 | 525.00 | 1,365.00 |
| 01/25/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC Retentions and Fees Drafting fee application [2.8]. Filing CR3 monthly fee statement [0.2]. Filing KWJS&S fee statement [0.2]. | Fees | 3.20 | 0.00 | 525.00 | 1,680.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - January 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/28/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC<br>Retentions and Fees<br>Drafting fee application. [2.4]. Emailing with Mr. Deutch regarding interim fee application [0.2]. Emailing with Mr. Jalbert regarding interim fee application [0.2]. Emailing with Ms. Nocella regarding interim fee application [0.2]. Reviewing Omni fee application [0.3]. Telephone call with Mr. Deutch regarding Omni fee application [0.2]. | Fees | 3.50 | 0.00 | 525.00 | 1,837.50 |
| 01/29/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC<br>Retentions and Fees<br>Reviewing revised Omni fee application. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 01/31/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC<br>Retentions and Fees<br>Reviewing and revising Verdolino fee application. | Fees | 1.40 | 0.00 | 525.00 | 735.00 |
| | | **Matter Description (First Line): Retentions and Fees** | | 11.60 | 0.00 | | 5,845.00 |
| | | **Grand Total:** | | 69.90 | 621.00 | | $39,137.40 |