SIDLEY AUSTIN LLP
Michael G. Burke
Dennis Kao
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile:  (212) 839-5599
mgburke@sidley.com
dkao@sidley.com

*Counsel for Wilmington Trust, N.A.,
solely in its capacity as Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| 1141 REALTY OWNER LLC, *et al.*, | Case No. 18-12341 (SMB) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF FILING OF STAMPED FILED PROOF OF CLAIM**

**PLEASE TAKE NOTICE,** that Wilmington Trust, N.A., solely in its capacity as Trustee for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2015-C28, Commercial Mortgage Pass-Through Certificates, Series 2015-C28, (the "**Trustee**") and RMezz Flatiron LLC ("**RMezz**" and together with the Trustee, the "**Secured Lender**") acting by and through the special servicer, Midland Loan Services, a division of PNC National Bank, N.A. (the "**Special Servicer**") as its authorized agent pursuant to that certain Pooling and Servicing Agreement dated May 1, 2015, and the agreements entered into in connection therewith, with respect to a secured loan agreement executed prepetition by 1141 Realty Owner LLC ("**Debtor-**

---

[1] The Debtors herein and the last four digits of their respective tax identification number are: 1141 Realty Owner LLC (1804) and Flatironhotel Operations LLC (4773). The Debtors' principal place of business is 9 West 26th Street a/k/a 1141 Broadway, New York, New York.

2

**Owner**"), hereby submits the stamped filed copy of their proof of claim originally filed with the Bankruptcy Court on November 2, 2018 pursuant to the Order Establishing Deadline for Filing of Proofs of Claim and Approving the Form and Manner of Notice Thereof (Docket No. 63) in the chapter 11 case of Debtor 1141 Realty Owner LLC (the "**Proof of Claim**").

   **PLEASE TAKE FURTHER NOTICE**, that annexed hereto as **Exhibit 1** is the Proof of Claim, together with each of its exhibits.

Dated:  March 8, 2019
    New York, New York

**SIDLEY AUSTIN LLP**
*/s/ Michael G. Burke*
Michael G. Burke
Dennis Kao
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Counsel for Wilmington Trust, N.A., solely in its capacity as Trustee*

2