# Exhibit E

**Assignment of Mortgage**

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2015070901709007001E09A3 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 8 |
|---|---|---|
| Document ID: 2015070901709007 | Document Date: 05-27-2015 | Preparation Date: 07-09-2015 |
| Document Type: ASSIGNMENT, MORTGAGE | | |
| Document Page Count: 6 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| ANDERSON, MCCOY & ORTA<br>100 N. BROADWAY, SUITE 2600<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM | ANDERSON, MCCOY & ORTA, P.C.<br>100 NORTH BROADWAY, SUITE 2600<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 828 | 25 Entire Lot | | 1141 BROADWAY |

Property Type: COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

CRFN: 2007000234349
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| RIALTO MORTGAGE FINANCE, LLC<br>600 MADISON AVENUE, 12TH FLOOR<br>NEW YORK, NY 10022 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 |

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 76.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    07-14-2015 10:29
City Register File No.(CRFN):
2015000241846

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2015070901709007001C0B23 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**    PAGE 2 OF 8

Document ID: 2015070901709007    Document Date: 05-27-2015    Preparation Date: 07-09-2015
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
CRFN: 2007000605212
CRFN: 2014000034267
CRFN: 2015000206910
CRFN: 2015000206911

## ASSIGNMENT OF MORTGAGE

RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company
(Assignor)

to

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-C28, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-C28, and in its capacity as lead lender on behalf of any Serviced Companion Loan Holder(s) secured by the Flatiron Hotel property
(Assignee)

Effective as of May 21, 2015

Manhattan: Block 828, Lot 25
County of Manhattan/New York
State of New York

DOCUMENT PREPARED BY AND WHEN RECORDED, RETURN TO:
ANDERSON, McCOY & ORTA, P.C.
100 North Broadway, Suite 2600
Oklahoma City, Oklahoma 73102
Telephone: 888-236-0007

This assignment is not subject to the requirements of Section 275 of the Real Property Law of the State of New York because it is an assignment within the secondary mortgage market.

## ASSIGNMENT OF MORTGAGE

As of the 21st day of May, 2015, RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company, having an address at 600 Madison Avenue, 12th Floor, New York, NY 10022, ("Assignor"), as the holder of the instrument hereinafter described and for valuable consideration hereby endorses, assigns, sells, transfers and delivers to WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-C28, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-C28, and in its capacity as lead lender on behalf of any Serviced Companion Loan Holder(s) secured by the Flatiron Hotel property, having an address at 1100 North Market Street, Wilmington, DE 19890, ("Assignee"), its successors, participants and assigns, without recourse or warranty, all right, title and interest of Assignor in and to those certain:

> Mortgages listed on Schedule A, attached hereto and by this reference made a part hereof, securing payment of note(s) of even date therewith, in the original principal amount of $25,000,000.00, and creating a first lien on the property described in Exhibit A attached hereto and by this reference made a part hereof.

Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest provided for therein, and hereby irrevocably appoints Assignee hereunder its attorney to collect and receive such debt, and to foreclose, enforce and satisfy the foregoing the same as it might or could have done were these presents not executed, but at the cost and expense of Assignee.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURE(S) ON THE FOLLOWING PAGE]

Reference No.: 4417.008
Matter Name: Flatiron Hotel
Pool: WFCM 2015-C28

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed this 27th day of May, 2015.

RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company

By: /s/ Jasmin Drinkwater
Name:   Jasmin Drinkwater
Title:  Authorized Signatory

STATE OF FLORIDA           §
                           §
COUNTY OF MIAMI-DADE       §

On the 27th day of May, 2015, before me, the undersigned, a Notary Public in and for said state, personally appeared Jasmin Drinkwater, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity as Authorized Signatory of Rialto Mortgage Finance, LLC, a Delaware limited liability company, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

/s/
Name of Notary Public
My Commission Expires:

```
TANIA LUMBRERAS
MY COMMISSION # FF 053944
EXPIRES: September 15, 2017
Bonded Thru Notary Public Underwriters
```

Reference No.: 4417.008
Matter Name: Flatiron Hotel
Pool: WFCM 2015-C28

# EXHIBIT A

## LEGAL DESCRIPTION

ALL that certain lot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of West 26th Street where premises Nos. 1141 and 1143 are divided from premises No. 11-1/2 West 26th Street, adjoining on the West thereof, which point is about ninety-six feet, eleven and one-half inches westerly (deed) (96 feet 11-3/8 inches, actual) from the corner formed by the intersection of the northerly side of West 26th Street and the westerly side of Broadway;

RUNNING THENCE northerly along said division line at an angle of 90 degrees 34 minutes and 24 seconds (deed) (90 degrees 32 minutes 00 seconds, actual), twenty feet and four and one-half inches (deed) (19 feet 11 3/8 inches, actual) to the division line between premises Nos. 1143 and 1145 Broadway;

THENCE easterly along said division line, eighty-three feet six and one-half inches (deed) (83 feet 8-3/4 inches, actual) and part of the distance through a party wall to the westerly side of Broadway, at a point fifty feet two and one-half inches (deed) (50 feet 3 inches, actual) northerly from the corner formed by the intersection of the northerly side of West 26th Street with the westerly side of Broadway;

THENCE southerly along the westerly side of Broadway, fifty feet two and one-half inches (deed) (50 feet 3 inches, actual) to the northerly side of West 26th Street;

THENCE westerly along the northerly side of West 26th Street, ninety-six feet eleven and one-half inches (deed) (96 feet 11-3/8 inches, actual) to said division line between No. 11-1/2 West 26th Street and premises herein, at the point or place of BEGINNING.

Reference No.: 4417.008
Matter Name: Flatiron Hotel
Pool: WFCM 2015-C28

## SCHEDULE A

### MORTGAGE "A"

Mortgage made by 1141 Realty LLC to First Central Savings Bank in the amount of $5,000,000.00 dated April 13, 2007 and recorded with the City Register of the City of New York, New York (the "City Register") on May 4, 2007 in CRFN 2007000234349.

The above Mortgage A was amended pursuant to a First Amendment to Mortgage, Note and Other Loan Documents by and between 1141 Realty LLC, Ming Chu Wu Li, Ibrahim Saleh a/k/a Abraham Saleh and First Central Savings Bank dated August 27, 2009 and recorded with the City Register on September 3, 2009 in CRFN 2009000285536.

The above Mortgage A, as amended was assigned pursuant to an Assignment of Mortgage from First Central Savings Bank to Brick 1141 Capital LLC dated August 16, 2011 and recorded with the City Register on August 31, 2011 in CRFN 2011000309655.

The above Mortgage A, as amended and assigned was further assigned pursuant to an Assignment of Mortgage from Brick 1141 Capital LLC to Flatiron Notebuyer LLC dated May 24, 2013 and recorded with the City Register on June 6, 2013 in CRFN 2013000224379.

The above Mortgage A, as amended and assigned was further assigned pursuant an Assignment of Mortgage from Flatiron Notebuyer LLC to HRC Fund V REIT LLC dated December 30, 2013 and recorded with the City Register on January 28, 2014 in CRFN 2014000034265.

### MORTGAGE "B"

Second Mortgage made by 1141 Realty LLC to First Central Savings Bank in the amount of $3,000,000.00 dated November 29, 2007 and recorded with the City Register on December 10, 2007 in CRFN 2007000605212.

The above Mortgage B was modified pursuant to a Modification and Extension Agreement by and between 1141 Realty LLC and First Central Savings Bank dated August 27, 2009 and recorded with the City Register on September 3, 2009 in CRFN 2009000285537.

The above Mortgage B, as modified and extended was assigned pursuant to an Assignment of Mortgage from First Central Savings Bank to Brick 1141 Capital LLC dated August 16, 2011 and recorded with the City Register on August 31, 2011 in CRFN 2011000309654.

The above Mortgage B, as modified, extended and assigned was further assigned pursuant to an Assignment of Mortgage from Brick 1141 Capital LLC to Flatiron Notebuyer LLC dated May 24, 2013 and recorded with the City Register on June 6, 2013 in CRFN 2013000224380.

Reference No.: 4417.008
Matter Name: Flatiron Hotel
Pool: WFCM 2015-C28

The above Mortgage B, as modified, extended and assigned was further assigned pursuant an Assignment of Mortgage from Flatiron Notebuyer LLC to HRC Fund V REIT LLC dated December 30, 2013 and recorded with the City Register on January 28, 2014 in CRFN 2014000034266.

## MORTGAGE "C"

GAP Mortgage made by 1141 Realty LLC for the benefit of HRC Fund V REIT LLC in the amount of $11,001,021.72 dated December 30, 2013 and recorded with the City Register on January 28, 2014 in CRFN 2014000034267.

The above Mortgages A, B and C were consolidated, extended and modified pursuant to a Mortgage Consolidation, Extension and Modification by 1141 Realty LLC to HRC Fund V REIT LLC, dated December 30, 2013 and recorded with the City Register of the City of New York in CRFN 2014000034268, to form a single lien of $19,000,000.00.

The above Mortgages A, B and C, as consolidated, extended and modified were assigned pursuant to an Assignment of Mortgage from HRC Fund V REIT LLC to Rialto Mortgage Finance, LLC, dated as of April 16, 2015 and recorded on June 17, 2015 with the City Register of the City of New York in CRFN 2015000206909.

## MORTGAGE "D"

Gap Mortgage made by 1141 Realty Owner LLC to Rialto Mortgage Finance, LLC, given to secure a sum of $6,500,000.00, dated as of April 16, 2015 and recorded on June 17, 2015 with the City Register of the City of New York in CRFN 2015000206910. *(Mortgage Tax Paid $182,000.00)*.

The above Mortgages were further consolidated, amended and restated by that certain Consolidated, Amended and Restated Mortgage, Assignment of Leases and Rents, Fixture Filing and Security Agreement, dated as of April 16, 2015, made by 1141 Realty Owner LLC to Rialto Mortgage Finance, LLC and recorded on June 17, 2015 with the City Register of the City of New York in CRFN 2015000206911.

The above Mortgages were assigned to RMF SUB 1, LLC, a Delaware limited liability company, by assignment instrument(s) recorded in the Recorder's Office simultaneously herewith.

The above Mortgages were further assigned to Assignor, by assignment instrument(s) recorded in the Recorder's Office simultaneously herewith.

THIS DOCUMENT HAS BEEN ELECTRONICALLY RECORDED

## ASSIGNMENT OF MORTGAGE

RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company
(Assignor)

to

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-C28, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-C28, and in its capacity as lead lender on behalf of any Serviced Companion Loan Holder(s) secured by the Flatiron Hotel property
(Assignee)

Effective as of May 21, 2015

Manhattan: Block 828, Lot 25
County of Manhattan/New York
State of New York

DOCUMENT PREPARED BY AND WHEN RECORDED, RETURN TO:
ANDERSON, McCOY & ORTA, P.C.
100 North Broadway, Suite 2600
Oklahoma City, Oklahoma 73102
Telephone: 888-236-0007

This assignment is not subject to the requirements of Section 275 of the Real Property Law of the State of New York because it is an assignment within the secondary mortgage market.

## ASSIGNMENT OF MORTGAGE

As of the 21st day of May, 2015, RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company, having an address at 600 Madison Avenue, 12th Floor, New York, NY 10022, ("Assignor"), as the holder of the instrument hereinafter described and for valuable consideration hereby endorses, assigns, sells, transfers and delivers to WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-C28, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-C28, and in its capacity as lead lender on behalf of any Serviced Companion Loan Holder(s) secured by the Flatiron Hotel property, having an address at 1100 North Market Street, Wilmington, DE 19890, ("Assignee"), its successors, participants and assigns, without recourse or warranty, all right, title and interest of Assignor in and to those certain:

Mortgages listed on Schedule A, attached hereto and by this reference made a part hereof, securing payment of note(s) of even date therewith, in the original principal amount of $25,000,000.00, and creating a first lien on the property described in Exhibit A attached hereto and by this reference made a part hereof.

Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest provided for therein, and hereby irrevocably appoints Assignee hereunder its attorney to collect and receive such debt, and to foreclose, enforce and satisfy the foregoing the same as it might or could have done were these presents not executed, but at the cost and expense of Assignee.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURE(S) ON THE FOLLOWING PAGE]

Reference No.: 4417.008
Matter Name: Flatiron Hotel
Pool: WFCM 2015-C28

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed this 27th day of May, 2015.

RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company

By: _____
Name:   Jasmin Drinkwater
Title:    Authorized Signatory

STATE OF FLORIDA              §
                                              §
COUNTY OF MIAMI-DADE   §

On the 27th day of May, 2015, before me, the undersigned, a Notary Public in and for said state, personally appeared Jasmin Drinkwater, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity as Authorized Signatory of Rialto Mortgage Finance, LLC, a Delaware limited liability company, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Name of Notary Public
My Commission Expires:



TANIA LUMBRERAS
MY COMMISSION # FF 053944
EXPIRES: September 15, 2017
Bonded Thru Notary Public Underwriters

Reference No.: 4417.008
Matter Name: Flatiron Hotel
Pool: WFCM 2015-C28

# EXHIBIT A

## LEGAL DESCRIPTION

ALL that certain lot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of West 26th Street where premises Nos. 1141 and 1143 are divided from premises No. 11-1/2 West 26th Street, adjoining on the West thereof, which point is about ninety-six feet, eleven and one-half inches westerly (deed) (96 feet 11-3/8 inches, actual) from the corner formed by the intersection of the northerly side of West 26th Street and the westerly side of Broadway;

RUNNING THENCE northerly along said division line at an angle of 90 degrees 34 minutes and 24 seconds (deed) (90 degrees 32 minutes 00 seconds, actual), twenty feet and four and one-half inches (deed) (19 feet 11 3/8 inches, actual) to the division line between premises Nos. 1143 and 1145 Broadway;

THENCE easterly along said division line, eighty-three feet six and one-half inches (deed) (83 feet 8-3/4 inches, actual) and part of the distance through a party wall to the westerly side of Broadway, at a point fifty feet two and one-half inches (deed) (50 feet 3 inches, actual) northerly from the corner formed by the intersection of the northerly side of West 26th Street with the westerly side of Broadway;

THENCE southerly along the westerly side of Broadway, fifty feet two and one-half inches (deed) (50 feet 3 inches, actual) to the northerly side of West 26th Street;

THENCE westerly along the northerly side of West 26th Street, ninety-six feet eleven and one-half inches (deed) (96 feet 11-3/8 inches, actual) to said division line between No. 11-1/2 West 26th Street and premises herein, at the point or place of BEGINNING.

Reference No.: 4417.008
Matter Name: Flatiron Hotel
Pool: WFCM 2015-C28

## SCHEDULE A

### MORTGAGE "A"

Mortgage made by 1141 Realty LLC to First Central Savings Bank in the amount of $5,000,000.00 dated April 13, 2007 and recorded with the City Register of the City of New York, New York (the "City Register") on May 4, 2007 in CRFN 2007000234349.

The above Mortgage A was amended pursuant to a First Amendment to Mortgage, Note and Other Loan Documents by and between 1141 Realty LLC, Ming Chu Wu Li, Ibrahim Saleh a/k/a Abraham Saleh and First Central Savings Bank dated August 27, 2009 and recorded with the City Register on September 3, 2009 in CRFN 2009000285536.

The above Mortgage A, as amended was assigned pursuant to an Assignment of Mortgage from First Central Savings Bank to Brick 1141 Capital LLC dated August 16, 2011 and recorded with the City Register on August 31, 2011 in CRFN 2011000309655.

The above Mortgage A, as amended and assigned was further assigned pursuant to an Assignment of Mortgage from Brick 1141 Capital LLC to Flatiron Notebuyer LLC dated May 24, 2013 and recorded with the City Register on June 6, 2013 in CRFN 2013000224379.

The above Mortgage A, as amended and assigned was further assigned pursuant an Assignment of Mortgage from Flatiron Notebuyer LLC to HRC Fund V REIT LLC dated December 30, 2013 and recorded with the City Register on January 28, 2014 in CRFN 2014000034265.

### MORTGAGE "B"

Second Mortgage made by 1141 Realty LLC to First Central Savings Bank in the amount of $3,000,000.00 dated November 29, 2007 and recorded with the City Register on December 10, 2007 in CRFN 2007000605212.

The above Mortgage B was modified pursuant to a Modification and Extension Agreement by and between 1141 Realty LLC and First Central Savings Bank dated August 27, 2009 and recorded with the City Register on September 3, 2009 in CRFN 2009000285537.

The above Mortgage B, as modified and extended was assigned pursuant to an Assignment of Mortgage from First Central Savings Bank to Brick 1141 Capital LLC dated August 16, 2011 and recorded with the City Register on August 31, 2011 in CRFN 2011000309654.

The above Mortgage B, as modified, extended and assigned was further assigned pursuant to an Assignment of Mortgage from Brick 1141 Capital LLC to Flatiron Notebuyer LLC dated May 24, 2013 and recorded with the City Register on June 6, 2013 in CRFN 2013000224380.

Reference No.: 4417.008
Matter Name: Flatiron Hotel
Pool: WFCM 2015-C28

The above Mortgage B, as modified, extended and assigned was further assigned pursuant an Assignment of Mortgage from Flatiron Notebuyer LLC to HRC Fund V REIT LLC dated December 30, 2013 and recorded with the City Register on January 28, 2014 in CRFN 2014000034266.

### MORTGAGE "C"

GAP Mortgage made by 1141 Realty LLC for the benefit of HRC Fund V REIT LLC in the amount of $11,001,021.72 dated December 30, 2013 and recorded with the City Register on January 28, 2014 in CRFN 2014000034267.

The above Mortgages A, B and C were consolidated, extended and modified pursuant to a Mortgage Consolidation, Extension and Modification by 1141 Realty LLC to HRC Fund V REIT LLC, dated December 30, 2013 and recorded with the City Register of the City of New York in CRFN 2014000034268, to form a single lien of $19,000,000.00.

The above Mortgages A, B and C, as consolidated, extended and modified were assigned pursuant to an Assignment of Mortgage from HRC Fund V REIT LLC to Rialto Mortgage Finance, LLC, dated as of April 16, 2015 and recorded on June 17, 2015 with the City Register of the City of New York in CRFN 2015000206909.

### MORTGAGE "D"

Gap Mortgage made by 1141 Realty Owner LLC to Rialto Mortgage Finance, LLC, given to secure a sum of $6,500,000.00, dated as of April 16, 2015 and recorded on June 17, 2015 with the City Register of the City of New York in CRFN 2015000206910. *(Mortgage Tax Paid $182,000.00)*.

The above Mortgages were further consolidated, amended and restated by that certain Consolidated, Amended and Restated Mortgage, Assignment of Leases and Rents, Fixture Filing and Security Agreement, dated as of April 16, 2015, made by 1141 Realty Owner LLC to Rialto Mortgage Finance, LLC and recorded on June 17, 2015 with the City Register of the City of New York in CRFN 2015000206911.

The above Mortgages were assigned to RMF SUB 1, LLC, a Delaware limited liability company, by assignment instrument(s) recorded in the Recorder's Office simultaneously herewith.

The above Mortgages were further assigned to Assignor, by assignment instrument(s) recorded in the Recorder's Office simultaneously herewith.

Reference No.: 4417.008
Matter Name: Flatiron Hotel
Pool: WFCM 2015-C28