# Exhibit G

**Financing Statement Amendment**

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. |  2015070901709009001EC8CA |

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 3

**Document ID:** 2015070901709009  **Document Date:** 05-27-2015  **Preparation Date:** 07-09-2015
**Document Type:** UCC3 ASSIGNMENT  FIXTURE FILING
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| ANDERSON, MCCOY & ORTA<br>100 N. BROADWAY, SUITE 2600<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM | ANDERSON, MCCOY & ORTA, P.C.<br>100 NORTH BROADWAY, SUITE 2600<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 828 | 25 | Entire Lot | 1141 BROADWAY |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA
**CRFN:** 2015000206913

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| 1141 REALTY OWNER LLC<br>C/O MOSES & SINGER LLP, 405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 | RIALTO MORTGAGE FINANCE, LLC<br>600 MADISON AVENUE, 12TH FLOOR<br>NEW YORK, NY 10022 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 20.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed  07-14-2015 10:29
City Register File No.(CRFN): 2015000241848

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2015070901709009001CCA4A |
|---|---|

| **RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** | | **PAGE 2 OF 3** |
|---|---|---|
| Document ID: 2015070901709009 | Document Date: 05-27-2015 | Preparation Date: 07-09-2015 |
| Document Type: UCC3 ASSIGNMENT | | |

**PARTIES**
**NEW SECURED PARTY:**
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Vanessa A. Orta    (405) 236-0003

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Anderson, McCoy & Orta PC
100 North Broadway
Suite 2600
Oklahoma City, OK 73102

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2015000206913 filed 6/17/15

1b. [✓] This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement continued for the additional period provided by applicable law.

4. [✓] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This amendment affects [ ] Debtor or [ ] Secured Party of Record. Check only one of those boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
[ ] CHANGE name and/or address    [ ] DELETE name    [ ] ADD name

6. CURRENT RECORD INFORMATION: (DEBTOR)
6a. ORGANIZATION'S NAME: **1141 REALTY OWNER LLC**

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME: **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-C28, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-C28\***

7c. MAILING ADDRESS: 1100 North Market Street    CITY: Wilmington    STATE: DE    POSTAL CODE: 19890    COUNTRY: USA

8. AMENDMENT (COLLATERAL CHANGE): check only one box
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned

\*AND IN ITS CAPACITY AS LEAD LENDER ON BEHALF OF ANY SERVICED COMPANION LOAN HOLDER(S) SECURED BY THE FLATIRON HOTEL PROPERTY
Property Address: 9 West 26th Street a/k/a 1141 Broadway, New York, NY 10010

Manhattan: Block 828, Lot 25

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT
9a. ORGANIZATION'S NAME: **RIALTO MORTGAGE FINANCE, LLC**

10. OPTIONAL FILER REFERENCE DATA
Flatiron Hotel Reference No.: 4417.008 FILE WITH MANHATTAN/NEW YORK COUNTY, NY

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)



## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Vanessa A. Orta    (405) 236-0003

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)
Anderson, McCoy & Orta PC
100 North Broadway
Suite 2600
Oklahoma City, OK 73102

THIS DOCUMENT HAS BEEN ELECTRONICALLY RECORDED

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #:** 2015000206913 filed 6/17/15

**1b.** ☑ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION

**3.** ☐ CONTINUATION

**4.** ☑ ASSIGNMENT (full or partial)

**5.** AMENDMENT (PARTY INFORMATION): This amendment affects ☐ Debtor or ☐ Secured Party of Record.

**6. CURRENT RECORD INFORMATION: (DEBTOR)**

6a. ORGANIZATION'S NAME: **1141 REALTY OWNER LLC**

**7. CHANGED (NEW) OR ADDED INFORMATION:**

7a. ORGANIZATION'S NAME: WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-C28, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-C28*

7c. MAILING ADDRESS: 1100 North Market Street    CITY: Wilmington    STATE: DE    POSTAL CODE: 19890    COUNTRY: USA

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box

*AND IN ITS CAPACITY AS LEAD LENDER ON BEHALF OF ANY SERVICED COMPANION LOAN HOLDER(S) SECURED BY THE FLATIRON HOTEL PROPERTY
Property Address: 9 West 26th Street a/k/a 1141 Broadway, New York, NY 10010

Manhattan: Block 828, Lot 25

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**

9a. ORGANIZATION'S NAME: **RIALTO MORTGAGE FINANCE, LLC**

**10. OPTIONAL FILER REFERENCE DATA**
Flatiron Hotel Reference No.: 4417.008 FILE WITH MANHATTAN/NEW YORK COUNTY, NY

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)