# Exhibit I

## Property Protection Advances

## Property Protection Advances

Legal Fees: $1,928,073.39[1]

Inspection Report: $2,137.19

---

[1] There is current litigation pending in the United States District Court for the Southern District of New York. *Wilmington Trust, N.A., v. 1141 Realty Owner, LLC, et al.*, Case No. 17-cv-07081. Redacted summaries of invoices will be provided by the Secured Lender upon request of the Debtors.