

**In re 1141 Realty Owner LLC, et al., Chapter 11 Case No. 18-12341(SMB) Requested Confirmation of Consensual Extension to Object to the First Amended Plan and Disclosure Statement**
Kao, Dennis to: bernstein.chambers@nysb.uscourts.gov 03/20/2019 06:31 PM
Cc: "Burke, Michael G.", Joseph Corneau, Tracy Klestadt

From: "Kao, Dennis" <dkao@sidley.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: "Burke, Michael G." <mgburke@sidley.com>, Joseph Corneau <JCorneau@Klestadt.com>, Tracy Klestadt <TKlestadt@Klestadt.com>

Dear Judge Bernstein:

Counsel to Wilmington Trust, acting by and through the special servicer, respectfully requests an extension of its deadline to object to (i) *the Disclosure Statement for First Amended Plan of Reorganization for 1141 Realty Owner LLC and Flatironhotel Operations LLC under Chapter 11 of the Bankruptcy Code* [Docket No. 122] and (ii) *First Amended Plan of Reorganization for 1141 Realty Owner LLC and Flatironhotel Operations LLC under Chapter 11 of the Bankruptcy Code* [Docket No. 121] to Monday, March 25, 2019 at 4:00 p.m. prevailing Eastern Time.

Counsel to the Debtors, copied on this email, have consented to the requested extension.

Respectfully submitted,
Dennis Kao

**DENNIS KAO**
Associate

**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
+1 212 839 5678
dkao@sidley.com
www.sidley.com

**SIDLEY**

*Granted*
*SMB*
*3/21/19*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*