**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 1141 REALTY OWNER LLC, ET AL., | Case No. 18-12341 (SMB) |
| Debtors. | |

**DECLARATION OF PAUL H. DEUTCH REGARDING ANALYSIS OF BALLOTS FOR
ACCEPTING OR REJECTING THE FIRST AMENDED PLAN OF
REORGANIZATION FOR 1141 REALTY OWNER LLC AND FLATIRONHOTEL
OPERATIONS LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Paul H. Deutch, hereby declare as follows:

1.      I am a Senior Vice President of Omni Management Group ("Omni"), which has offices located at 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367. I am duly authorized to submit this declaration (the "Declaration") on behalf of Omni.

2.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  As to statements of facts of which I do not have direct personal knowledge, I understand and believe them to be true based upon information gathered from other employees of Omni and my review of relevant documents and Court pleadings, and as to statements that represent opinions, I believe that I am qualified to offer such opinions. If called upon as a witness, I could and would competently testify as to all of the matters stated herein.

3.      I submit this Declaration in connection with the tabulation of votes to accept or reject the *First Amended Plan of Reorganization for 1141 Realty Owner LLC and Flatironhotel Operations LLC Under Chapter 11 of the Bankruptcy Code* [D.I. 121] (the "Plan").

1

4.      On July 31, 2018, Debtor's counsel filed the *Application for an Order Appointing Omni Management Group, Inc. as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. 156(c) and Local Rule 5075-1* [D.I. 4] (the "Retention Motion"), designating Omni as the Administrative Agent for the Debtor.  On August 8, 2018, the Court entered an Order granting the Retention Motion [D.I. 22].

5.      On February 22, 2019, the Court entered the *Order: (I) Approving Disclosure Statement on a Provisional Basis; (II) Authorizing Debtors to Solicit Votes on the Plan; and (III) Scheduling a Hearing on Final Approval of Disclosure Statement and Confirmation of Plan* [D.I. 119] (the "Interim Approval and Procedures Order").[1]  Pursuant to the Interim Approval and Procedures Order, the Court established Solicitation Procedures to solicit votes to accept or reject the Plan and tabulate Ballots.

6.      In accordance with the Solicitation Procedures, Omni worked closely with counsel to the Debtors to identify the holders of claims entitled to vote on the Plan. Omni subsequently transmitted the Solicitation Package to the holders of Claims in Classes 2 and 6; the only Classes entitled to vote on the Plan.

7.      In order for a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the Interim Approval and Procedures Order. Specifically, the Ballot must have been marked to either accept or reject the plan and must have been executed by the party, or such party's representative, that holds a Claim or Interest in a Class that is entitled to vote on the Plan.

8.      All completed Ballots were required to be sent by mail, transmitted by courier or overnight delivery service to the following address: Omni Management Group, 5955 De Soto

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Interim Approval and Procedures Order.

Ave., Suite 100, Woodland Hills, CA 91367, which address was listed on the Ballots, respectively, so as to be actually received by Omni no later than March 21, 2019 (the "Voting Deadline").

9.      I was primarily responsible for supervising any employees of Omni that assisted with the tabulation of the Ballots received for the acceptance or rejection of the Plan.

10.      I hereby certify that attached hereto as **Exhibit A** and **Exhibit B** are detailed ballot tabulation reports (the "Ballot Reports") of all Ballots received by the Voting Deadline from the holders of Claims in Classes 2 and 6 (the "Counted Ballots"), which were the only Classes entitled to vote on the Plan. Copies of all the Counted Ballots are available for inspection upon request.  The chart below is the final tabulation of votes cast by timely and properly completed Ballots.

| Class 2 – Premier Claim | | Result |
|---|---|---|
| **Ballots Received** | **2** votes accepting the Plan[2] <br> **0** vote rejecting the Plan | **Accept** |
| **Acceptance** | **100.00%** in number of votes accepting the Plan <br> **100.00%** in dollar amount accepting the Plan ($4,132,354.00) | |
| **Rejection** | **0.00%** in number of votes rejecting the Plan <br> **0.00%** in dollar amount rejecting Plan ($0.00) | |
| Class 6 – Interests | | Result |
| **Ballots Received** | **2** votes accepting the Plan[3] <br> **0** vote rejecting the Plan | **Accept** |
| **Acceptance** | **100.00%** in number of votes accepting the Plan | |
| **Rejection** | **0.00%** in number of votes rejecting the Plan | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

---

[2] 1141 Realty Owner LLC and Flatironhotel Operations LLC are each liable on the Premier Claim. As a result, Premier cast two (2) separate ballots on the Plan.

[3] 1141 Realty LLC, the parent of debtor 1141 Realty Owner LLC cast a ballot on account of its interests in 1141 Realty Owner LLC. Jagdish Vaswani, the sole member of Flatironhotel Operations LLC, cast a ballot on account of his interests in Flatironhotel Operations LLC.

3

the 20th day of March, 2019 in New York, New York.

March 20, 2019

_/s/ Paul H. Deutch_____
Paul H. Deutch
Senior Vice President

# EXHIBIT A

**Flatironhotel Operations LLC**
**Case No. 18-12341**
**Ballot Report**

March 4, 2019          11:27:36 AM

**Class 2**

| Name of Holder | Date Received | Ballot ID | Clm\Sch No. | Tax ID | Amount of Claim | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|---|
| Premier Flatiron LLC | 03/01/19 | 1 | | | | Accept | $ 2,066,177.00 | |
| Premier Flatiron LLC | 03/01/19 | 2 | | | | Accept | $ 2,066,177.00 | |

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 2 | 2 | 0 | 0 |
| Vote %: | 100% | 100.00% | 0.00% | 0% |
| Tabulated Claim Amount | $4,132,354.00 | $4,132,354.00 | $0.00 | |
| Amount %: | 100% | 100.00% | 0.00% | |

EXHIBIT B

**Flatironhotel Operations LLC**
**Case No. 18-12341**
**Ballot Report**

March 4, 2019                    1:51:21 PM

**Class 6 - Equity Interests**

| Name of Holder | Date Received | Ballot ID | Clm\Sch No. | Tax ID | Amount of Claim | Vote | Tabulated Amount | Comment |
|---|---|---|---|---|---|---|---|---|
| 1141 Realty LLC | 02/28/19 | 1 | n/a | Not provided | n/a | Accept | 100% | 1141 Realty LLC owns 100% of the membership interests of debtor 1141 Realty Owner LLC |
| Jagdish Vaswani | 02/28/19 | 2 | n/a | Not provided | n/a | Accept | 100% | Jagdish Vaswani owns 100% of the membership interests of debtor Flatironhotel Operations LLC |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|
| # Votes: | 2 | 2 | 0 | 0 |
| Vote %: | 100% | 100.00% | 0.00% | 0% |
| Tabulated Claim Amount | $0.00 | $0.00 | $0.00 | |
| Amount %: | #DIV/0! | #DIV/0! | #DIV/0! | |