**CR3 PARTNERS, LLC**
James Katchadurian
450 Lexington Avenue, 4th Floor
New York, NY 10017
Office: +1 (800) 728-7176
Direct: +1 (914) 646-9451

*Chief Restructuring Officer and Related Services*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X
:
In re:                                                     :    Chapter 11
                                                           :
1141 REALTY OWNER LLC, et al.,                             :    Case No. 18-12341 (SMB)
                                                           :
                    Debtors.                               :    (Jointly Administered)
                                                           :
----------------------------------------------------------X

**SEVENTH MONTHLY STAFFING REPORT OF
CR3 PARTNERS, LLC AND JAMES KATCHADURIAN,
AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS,
FOR THE PERIOD FROM FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

| | |
|---|---|
| Name of Applicant: | CR3 Partners, LLC and James Katchadurian, Chief Restructuring Officer |
| Authorized to Provide Professional Services to: | 1141 Realty Owner LLC ("Owner") and Flatironhotel Operations LLC ("Operator", and together with Owner, the "Debtors") |
| Effective Date of Retention: | July 31, 2018 |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2019 through February 28, 2019 ("Reporting Period") |
| Objection Deadline: | April 12, 2019 |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: Compensation Payable by Owner | $70,620.00 |

| | |
|---|---|
| And Operator after Objection Deadline: | $70,620.00 |
| Reimbursement of Expenses Sought as Actual, Reasonable and Necessary during Statement Period for all Debtors: | $185.67 |
| Reimbursement of Expenses Payable by all Debtors After Objection Deadline: | $185.67 |

## TIME SUMMARY BY BILLING CATEGORY
For the Period of February 1, 2019 through February 28, 2019

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| CRO_BUSINESS OPERATIONS | 71.2 | $29,720.00 |
| CRO_CASH MANAGEMENT | 13.9 | 4,945.00 |
| CRO_DEBTOR ISSUES | 34.5 | 18,850.00 |
| CRO_CLAIMS MANAGEMENT | 50.7 | 20,180.00 |
| **Subtotal** | **170.3** | **$73,695.00** |
| VOLUNTARY DISCOUNT | | (3,075.00) |
| **Grand Total** | **170.3** | **$70,620.00** |

1. Voluntary discount provided for reporting period.

## TIME SUMMARY BY PROFESSIONAL
For the Period of February 1, 2019 through February 28, 2019

| Name | LABOR RATE | TOTAL HOURS | TOTAL COST | Position; Experience |
|---|---|---|---|---|
| CHAN, CYNTHIA | $275 | 2.4 | $660.00 | ASSOCIATE |
| CLARK, EDWIN | 350 | 14.3 | 5,005.00 | ASSOCIATE |
| CREGER, CHRIS | 500 | 17.9 | 8,950.00 | DIRECTOR |
| HWANG, JOESPH | 400 | 61.5 | 24,600.00 | MANAGER |
| JOBE, MOLLY | 400 | 42.2 | 16,880.00 | DIRECTOR |
| KATCHADURIAN, JAMES | 550 | 32 | 17,600.00 | PARTNER |
| VOLUNTARY DISCOUNT | | | (3,075.00) | |
| | **Grand Total** | **170.3** | **$70,620.00** | |
| *(Blended Hourly Rate)* | *$414.68* | | | |

1. Voluntary discount provided for reporting period.

**EXPENSE REIMBURSEMENT**
For the Period of February 1, 2019 through February 28, 2019

| DISBURSEMENTS CATEGORY | AMOUNT |
|---|---|
| 1 - MEALS (NON-ENTERTAINMENT) | 105.30 |
| 1 - FEDEX, POSTAGE MESSENGER SVCS | 80.37 |
| **Total Disbursements** | **$185.67** |

Attached hereto as **Exhibit A** are contemporaneously maintained time entries for each individual providing services for the Statement Period for the Debtors.

In accordance with the *Final Order Authorizing the Debtors to (a) Retain CR3 Partners, LLC to provide James Katchadurian as Chief Restructuring Officer and related services, and (b) to appoint the Chief Restructuring Officer Nunc Pro Tunc to the Petition Date*, dated September 20, 2018 (the "CRO Retention Order") [Docket No. 54], CR3 Partners, LLC ("CR3") hereby submits this seventh monthly staffing report (the "Seventh Monthly Staffing Report"), and seeks compensation for services rendered and reimbursement of expenses incurred as Chief Restructuring Officer and related services for the Debtors, for the period from February 1, 2019 through February 28, 2019. By this Seventh Monthly Staffing Report, CR3 seeks payment in the amount of **$70,620.00**, for compensation sought for actual and necessary services rendered during the Reporting Period and (ii) reimbursement **$185.67**, for actual and necessary expenses incurred in connection with such services during the Reporting Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Seventh Monthly Staffing Report shall be given by email or hand or overnight delivery upon: by email or hand or overnight delivery, on the following parties: (i) the Debtors c/o Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036 (Attn: Tracy L. Klestadt); (ii) the Chief Restructuring Officer c/o CR3 Partners, LLC, 450 Lexington Avenue, 4th Fl., New York, NY 10017 (Attn: James Katchadurian); (iii) Office of the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Susan Arbeit, Esq.); (iv) counsel to the DIP Lender, Silverman Acampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 (Attn: Kenneth P. Silverman, Esq.); (v) counsel to Creditors' Committee, if appointed; and (vi) counsel to the Secured Lender, Sidley Austin, LLP 787 7th Ave., New York, NY 10019 (Attn: Michael G. Burke) (each a "Notice Party" and collectively, the "Notice Parties").

Objections to this Seventh Monthly Staffing Report, if any, must be served upon the Notice Parties, and by hand or overnight delivery upon CR3 Partners, LLC, 450 Lexington Avenue, 4th Fl., New York, NY 10017 (Attn: James Katchadurian), no later than **April 12, 2019 at 4:00 p.m.** (Prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this Seventh Monthly Staffing Report are received by the Objection Deadline, the Debtors shall promptly pay the compensation and expenses sought hereby.

To the extent that an objection to this Seventh Monthly Staffing Report is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventh Monthly Staffing Report to which the objection is directed and promptly pay the remainder of the

fees and expenses. To the extent such an objection is not resolved, it shall be preserved and scheduled for hearing.

## RESERVATION OF RIGHTS

CR3 reserves the right to amend the fees and expense reimbursement sought herein in the event that a subsequent review of CR3's records reveals that additional professional services were rendered, or expenses incurred which were not processed in advance of this Seventh Monthly Staffing Report. In the event such amendments are required, CR3 reserves the right to seek such additional fees or expenses in any subsequent monthly staffing report.

Dated:   New York, New York
         March 29, 2019

**CR3 PARTNERS, LLC**

By:   */s/ James Katchadurian*
      James Katchadurian
      450 Lexington Avenue, 4th Floor
      New York, NY 10017
      Office: +1 (800) 728-7176
      Direct: +1 (914) 646-9451
      Email: James.Katchadurian@cr3partners.com

      *Chief Restructuring Officer to the Debtors and Debtors in Possession*

# **EXHIBIT A**

**TIME AND EXPENSE DETAIL**

**COMPANY NAME:** CR3 PARTNERS, LLC
**CUSTOMER NAME:** FLATIRON HOTEL - 1141 REALTY OWNER LLC AND FLATIRON HOTEL OPERATIONS LLC
**REPORT NAME:** PROJECT TIME SUMMARY WITH BILL RATES
**CREATED ON:** 2/28/2019

| DATE | LAST NAME, FIRST NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | TIME DESCRIPTION |
|---|---|---|---|---|---|
| 1/28/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 2.5 | $ 1,375.00 | EMAILS AND CALLS RE PAYMENT TO MIDLAND (0.5); DATA REVIEW OF MIDLAND CLAIM RECON (2.0) |
| 1/29/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 4.0 | 2,200.00 | VARIOUS CALLS AND EMAILS RE AMEX NOT CONFORMING WITH THE DIP AND CASH COLLATERAL ORDERS (1.0); VARIOUS EMAILS RE OPEN ISSUES W VENDORS AND TAXING AUTHORITIES (1.0); DATA \ RECON REVIEW OF MIDLAND CLAIM (2.0) |
| 1/30/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 1.0 | 550.00 | EMAILS RE OPEN ISSUE W COUNSEL AND DIP LENDER (1.0); |
| 1/31/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 3.5 | 1,925.00 | VARIOUS EMAILS W COUNSEL RE OPEN ISSUES (1.0); REVIEW DISBURSEMENTS FOR CURRENT WEEK (0.5); REVIEW VARIANCE REPORTING (0.5); CALL W UZI AND KEN SILVERMAN RE GOING FORWARD PLAN INCLUDES PRE-CALL AND PREPARATION (1.0); RESEARCH RE SIGNATURE EMAILS RE CK VERIFICATION (0.5) |
| 2/1/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.6 | 300.00 | REVIEW AND RESPOND TO JK AND JH RE: WEEKLY DISBURSEMENT END WEEK ENDING 2/1/2019. |
| 2/1/2019 | CLARK, EDWIN | CRO_CLAIMS MANAGEMENT | 0.5 | 175.00 | TELECON WITH J HWANG (CR3) RE WILMINGTON TRUST CLAIM RECONCILIATION |
| 2/1/2019 | HWANG, JOSEPH | CRO_CLAIMS MANAGEMENT | 0.5 | 200.00 | CONFERENCED WITH E CLARK (CR3) RE WILMINGTON TRUST CLAIM RECONCILIATION. |
| 2/1/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.3 | 120.00 | CONFERENCED WITH S WONG (FLATIRON) RE M3 CHECK REGISTER SUMMARY REPORT. |
| 2/1/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.3 | 120.00 | FINALIZED WEEKLY DISBURSEMENTS REQUEST LIST BASED ON THE FINAL REVIEW. |
| 2/1/2019 | HWANG, JOSEPH | CRO_CLAIMS MANAGEMENT | 0.4 | 160.00 | UPDATE OF THE CLAIMS RECONCILIATION SCHEDULE BASED ON THE ADDITIONAL SUPPORTS PROVIDED BY A CREDITOR. |
| 2/1/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.2 | 80.00 | REVIEW OF THE T-MOBILE REVENUE AND THE BANK ACCOUNTS TO |
| 2/1/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 1.0 | 550.00 | DISBURSEMENT REVIEW |
| 2/2/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 4.0 | 2,200.00 | REVIEW OF MIDLAND \ WILMINGTON TRUST DATA AND ANALYSIS; REVIEW OF LOAN AGREEMENTS AND OTHER PRODUCTION DATA \ DOCUMENTS \ STATEMENTS; REVIEW OF CASH APPLICATION WATERFALL |
| 2/4/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.9 | 450.00 | REVIEW AND RESPOND TO RE: REQUEST 12-31-18 BANK BALANCES AND BANK STATEMENTS FOR TK, JK, AND RELATED UST COMMENTS/ QUESTIONS. |
| 2/4/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.5 | 250.00 | REVIEW AND RESPOND TO RE: CHECK VERIFICATIONS-FLATIRON HOTEL OPERATIONS LLC DIP -ACCT ENDING IN 9229 |
| 2/4/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 2.0 | 1,100.00 | VARIOUS EMAILS RE OPERATIONS (1.0); EMAILS RE AMEX MERCHANT PROCESSING AND DATA FOR RECONCILIATION (1.0) |
| 2/4/2019 | HWANG, JOSEPH | CRO_CLAIMS MANAGEMENT | 0.4 | 160.00 | REVIEW OF THE MERCHANT SERVICE STATEMENTS FOR THE CLAIM RECONCILIATION. |
| 2/5/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.8 | 400.00 | REVIEW AND PROVIDE COMMENTS RE: DIP BUDGET VARIANCE REPORT WE 2-1-2019 TO JH. |
| 2/5/2019 | CREGER, CHRIS | CRO_DEBTOR ISSUES | 1.7 | 850.00 | RESOLVE AND RESPOND TO COUNSEL RE MULTIPLE HOTEL OPERATIONS ISSUES WITH PREMIER RE FLATIRON HOTEL CONSTRUCTION AND RELATED STAFF DISCUSSIONS WITH ST. (1.2). REVIEW AND RESPOND TO SIGNATURE WIRE FUNDS TRANSFER REQUEST - KOKKORIS CORP 2019 02 01 (125K) (EXECUTED)V1 (.5). |
| 2/5/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.9 | 450.00 | CALL AND RELATED FOLLOW UP WITH COUNSEL RE: 1141 REALTY: CALL RE STATUS AND PREMIER ISSUES/ POTENTIAL RESOLUTIONS. |
| 2/5/2019 | CLARK, EDWIN | CRO_CLAIMS MANAGEMENT | 0.2 | 70.00 | TELECON W/ J HWANG RE: CMA CASH RECONCILIATION FOR WATERFALL ANALYSIS |
| 2/5/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 3.0 | 1,650.00 | CALL W KLESTADT AND CR3 TEAMS RE STATUS (0.5); VARIOUS EMAILS RE OPERATIONS AND VENDOR ISSUES INCLUDING VERIZON (1.0); REVIEW OF VARIANCE REPORTING AND OTHER (1.0); EMAILS RE INSURANCE PREMIUM AND ADDITIONAL REQUESTS (0.5) |
| 2/5/2019 | HWANG, JOSEPH | CRO_CLAIMS MANAGEMENT | 1.2 | 480.00 | CONVERTED WELLS FARGO PDF STATEMENTS INTO THE EXCEL DATA. |
| 2/5/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.2 | 480.00 | CASH/BANK RECONCILIATION AND UPDATE OF THE CHECK REGISTER. |
| 2/5/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.0 | 400.00 | REVIEW OF THE CLOSING BALANCE REPORT TO UPDATE THE ACTUAL REVENUES. |
| 2/5/2019 | HWANG, JOSEPH | CRO_CLAIMS MANAGEMENT | 0.2 | 80.00 | CONFERENCED WITH E CLARK (CR3) RE THE MIDLAND CLAIM RECONCILIATION. |
| 2/5/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.1 | 40.00 | CONFERENCED WITH S TADROS (FLATIRON) RE THE PAYROLL. |
| 2/5/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.4 | 560.00 | UPDATE OF THE CHECK REGISTER AND DIP BUDGET VARIANCE REPORT. |
| 2/6/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.6 | 300.00 | REVIEW AND PROVIDE RESPONSES RE: FLATIRON HOTEL RE VERIZON ISSUES AND RELATED BK ISSUES. |
| 2/6/2019 | CHAN, CYNTHIA | CRO_BUSINESS OPERATIONS | 2.4 | 660.00 | POPULATE CASH RECON |
| 2/6/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 4.0 | 2,200.00 | VARIOUS EMAILS RE OPERATIONS AND PAYROLL FOR THE WEEK (1.0); VARIOUS EMAILS AND DISCUSSIONS RE NEXT STEPS - REVIEW OF MIDLAND REPLY (3.0); |
| 2/7/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.5 | 250.00 | REVIEW AND RESPOND TO FLATIRON- JANUARY TIME AND EXPENSES TO S. STURGEON AND JK. |
| 2/7/2019 | CLARK, EDWIN | CRO_CLAIMS MANAGEMENT | 0.4 | 140.00 | REVISING CASH RECONCILIATION ANALYSIS AND INCORPORATING FIDELITY STATEMENTS |
| 2/7/2019 | CLARK, EDWIN | CRO_CLAIMS MANAGEMENT | 0.6 | 210.00 | TELECON W/ J KATCHADURIAN & J HWANG (CR3) RE: CLAIMS RECONCILIATION STATUS AND CHANGES |
| 2/7/2019 | CLARK, EDWIN | CRO_CLAIMS MANAGEMENT | 0.3 | 105.00 | CALL W/ M JOBE (CR3) RE: CREATING AMORTIZATION TABLE FOR CLAIMS RECONCILIATION |
| 2/7/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 3.0 | 1,650.00 | VARIOUS EMAILS RE OPS ISSUES (1.0); EMAILS AND CALLS RE WILMINGTON TRUST CLAIM RECON AND RELATED STATUS; DATA REVIEW AND ANALYSIS RE SAME (2.0); |
| 2/7/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.3 | 120.00 | T/C WITH EDWIN CLARK REGARDING POC RECONCILIATION PROJECT. |
| 2/7/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.3 | 120.00 | RECEIVE, DOWNLOAD AND BEGIN REVIEWING POC FILING FOR WILMINGTON TRUST. |
| 2/7/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.7 | 280.00 | VARIOUS CALLS WITH S WONG (FLATIRON) RE THE DISBURSEMENTS REQUESTS AND THE INVOICES. |
| 2/7/2019 | HWANG, JOSEPH | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | CONFERENCED WITH J KATCHADURIAN AND E CLARK (BOTH CR3) RE THE MIDLAND CLAIM RECONCILIATION. |
| 2/7/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.0 | 400.00 | REVIEW OF THE OUTSTANDING INVOICES AND THE WEEKLY DISBURSEMENTS REQUEST LIST. |
| 2/8/2019 | CREGER, CHRIS | CRO_DEBTOR ISSUES | 0.8 | 400.00 | MULTIPLE CALLS/ EMAILS WITH S. TADROS AND JK/ TK FLATIRON HOTEL 1-9 WEST 26 STREET A/K/A 1141-43 BROADWAY, NYC CONSTRUCTION AND RELATED INSURANCE ISSUES. |
| 2/8/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.5 | 250.00 | MULTIPLE EMAILS AND RESPONSES TO RE: 1141 REALTY OWNER, LLC - SILVERMANACAMPORA LLC [IWOV-SA.FID458625] TO JH AND JK RE PAYMENTS. |
| 2/8/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.8 | 400.00 | REVIEW AND RESPOND TO JH RE: WEEKLY DISBURSEMENT ENDING 1.31.2019 UPDATE AS OF 2.08.2019 |
| 2/8/2019 | KATCHADURIAN, JAMES | CRO_DEBTOR ISSUES | 4.0 | 2,200.00 | VARIOUS CALLS AND EMAILS WITH TEAM RE MIDLAND CLAIMS RECON ISSUES - DATA REVIEW AND COMMENT (2.0); EMAILS RE CHARGEBACKS (0.5); EMAILS \CALLS W AMEX RE MERCHANT SERVICES STATUS (1.0); EMAIL FROM CC RE OPERATIONAL ISSUES AT HOTEL (0.5); |

**COMPANY NAME:** CR3 PARTNERS, LLC
**CUSTOMER NAME** FLATIRON HOTEL - 1141 REALTY OWNER LLC AND FLATIRONHOTEL OPERATIONS LLC
**REPORT NAME:** PROJECT TIME SUMMARY WITH BILL RATES
**CREATED ON:** 2/28/2019

| DATE | LAST NAME, FIRST NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | TIME DESCRIPTION |
|---|---|---|---|---|---|
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | RESEARCH LOAN DOCUMENTS REGARDING EVENT OF DEFAULT AND HOW/WHEN DEFAULT INTEREST IS CALCULATED. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | BEGIN REVIEWING PAYMENT AND AMORTIZATION SCHEDULE FOR NOTE B. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | BEGIN POPULATING AMORTIZATION CHART FOR NOTE A WITH PLAN PAYMENTS |
| 2/8/2019 | JOBE, MOLLY | CRO_CASH MANAGEMENT | 0.6 | 240.00 | INITIAL REVIEW OF NOTE A LOAN SUMMARY FROM WELLS FARGO. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.5 | 200.00 | REVIEW NOTE A WELLS FARGO AMORTIZATION TABLE TO DETERMINE HOW INTEREST RATE IS CALCULATED. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | BEGIN SETTING UP AMORTIZATION CHART FOR NOTE A TO TRACK PLAN VS ACTUAL PAYMENTS. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | BEGIN POPULATING AMORTIZATION CHART FOR NOTE B WITH PLAN PAYMENTS |
| 2/8/2019 | JOBE, MOLLY | CRO_CASH MANAGEMENT | 0.6 | 240.00 | REVIEW WATERFALL SPREAD IN REGARD TO INTEREST AND PRINCIPAL PAYMENTS. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | BEGIN SETTING UP AMORTIZATION CHART FOR NOTE B TO TRACK PLAN VS ACTUAL PAYMENTS. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.3 | 120.00 | REVIEW SOURCES AND USES OF CASH DOCUMENTS |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.4 | 160.00 | T/C WITH JAMES KATCHADURIAN REGARDING POC RECONCILIATION PROJECT AND CASE BACKGROUND INFORMATION. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.3 | 120.00 | REVIEW CASH SWEEP DEFINITION DOCUMENT. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | COMPARE PAYMENT SCHEDULE FROM CLOSING BINDER AND POC EXHIBITS FOR NOTE B TO LOAN SUMMARY DOCUMENT. |
| 2/8/2019 | JOBE, MOLLY | CRO_CASH MANAGEMENT | 0.4 | 160.00 | INITIAL REVIEW OF NOTE B LOAN SUMMARY FROM WELLS FARGO. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | REVIEW CLOSING BINDER FOR LOAN DETAILS. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 1.0 | 400.00 | REQUEST, RECEIVE AND REVIEW LENGTHY EXHIBITS TO POC FILING. PRINT SCHEDULES. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.5 | 200.00 | REVIEW NOTE B WELLS FARGO AMORTIZATION TABLE TO DETERMINE HOW INTEREST RATE IS CALCULATED. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | COMPARE PAYMENT SCHEDULE FROM CLOSING BINDER AND POC EXHIBITS FOR NOTE A TO LOAN SUMMARY DOCUMENT. |
| 2/8/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | BEGIN REVIEWING PAYMENT AND AMORTIZATION SCHEDULE FOR NOTE A. |
| 2/8/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.4 | 160.00 | CONFERENCED WITH S WONG (FLATIRON) RE CLOSING BALANCE REPORT DATA |
| 2/8/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.1 | 40.00 | CONFERENCED WITH S TADROS (FLATIRON) RE HOTEL EMAIL ACCOUNTS. |
| 2/8/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.3 | 120.00 | WORKED TO RESOLVE THE EMAIL ISSUE WITH SHERWEB |
| 2/8/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 2.4 | 960.00 | DATA PREPARATION OF THE CLOSING BALANCE REPORTS FOR THE MID LAND CLAIM RECONCILIATION |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | REVIEW PREPAYMENT PRELIMINARY ESTIMATE DATED 08/24/18 FOR NOTE A AND COMPARE TO AMORTIZATION CHART. |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.1 | 40.00 | REVIEW CASH SWEEP DEFINITION. |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | CONTINUE POPULATING AMORTIZATION CHART FOR NOTE A WITH PLAN PAYMENTS AND ACTUALS. |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.1 | 40.00 | REVIEW LOAN CLOSING STATEMENT |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.3 | 120.00 | REVIEW DEFAULT INTEREST RATE CALCULATION WORKSHEET. |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | CONTINUE POPULATING AMORTIZATION CHART FOR NOTE B WITH PLAN PAYMENTS AND ACTUALS. |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | CONTINUE COMPARING LOAN SUMMARY DOC FOR NOTE A TO AMORTIZATION CHART. |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | FINISH SETTING UP AND POPULATING AMORTIZATION CHART FOR NOTE A WITH PLAN PAYMENTS AND ACTUALS. |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.7 | 280.00 | FINISH SETTING UP AND POPULATING AMORTIZATION CHART FOR NOTE B WITH PLAN PAYMENTS AND ACTUALS. |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | RE-REVIEW DOCUMENTS RECEIVED REGARDING 2015 PAYMENTS TO DETERMINE WHAT TRIGGERED DEFAULT INTEREST RATE AS OF 01/06/2016 |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | CONTINUE COMPARING LOAN SUMMARY DOC FOR NOTE B TO AMORTIZATION CHART. |
| 2/9/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | REVIEW PREPAYMENT PRELIMINARY ESTIMATE DATED 08/24/18 FOR NOTE B AND COMPARE TO AMORTIZATION CHART. |
| 2/9/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.7 | 680.00 | DATA PREPARATION OF THE MERCHANT SERVICE STATEMENTS IN EXCEL. |
| 2/10/2019 | CLARK, EDWIN | CRO_CASH MANAGEMENT | 2.5 | 875.00 | TRACING FLOW OF FUNDS FOR UNALLOCATED COSTS IN WATERFALL |
| 2/10/2019 | CLARK, EDWIN | CRO_CASH MANAGEMENT | 2.3 | 805.00 | REVISING CMA CASH WATERFALL ANALYSIS |
| 2/10/2019 | CLARK, EDWIN | CRO_CASH MANAGEMENT | 2.4 | 840.00 | RECONCILING PROOF OF CLAIM WITH CMA CASH RECONCILIATION |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 1.1 | 440.00 | BEGIN RETYPING LOAN SUMMARY FOR NOTE A PROVIDED BY LENDER IN SMALL TYPE PDF IN ORDER TO USE IN POC REC. |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 1.1 | 440.00 | BEGIN RETYPING LOAN SUMMARY FOR NOTE B PROVIDED BY LENDER IN SMALL TYPE PDF IN ORDER TO USE IN POC REC. |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 1.2 | 480.00 | FINISH RETYPING LOAN SUMMARY FOR NOTE A PROVIDED BY LENDER IN SMALL TYPE PDF IN ORDER TO USE IN POC REC. |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | FINISH RETYPING LOAN SUMMARY FOR NOTE B PROVIDED BY LENDER IN SMALL TYPE PDF IN ORDER TO USE IN POC REC. |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.3 | 120.00 | DRAFT UPDATE TO JKATCHADURIAN REGARDING FINDINGS AND STATUS ON POC REC AND QUESTIONS REGARDING DEFAULT INTEREST. |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | RESEARCH DEFAULT INTEREST RATE CALCULATION DATE COMPARED TO NOTICES AND LOAN DOCUMENTS AND WATERFALL PAYMENTS. |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.3 | 120.00 | LINE UP IN EXCEL LOAN SUMMARY PAYMENTS FOR NOTE A AND NOTE B TO WATERFALL PAYMENTS |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | COMPARE WATERFALL PAYMENTS AND CASH MOVEMENT TO PAYMENTS MADE AND DOCUMENTED IN LOAN SUMMARY FOR NOTE B. |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | CONTINUE RETYPING AND FORMATTING LOAN SUMMARY FROM WF FOR NOTE A ORIGINALLY PROVIDED IN PDF. |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | COMPARE WATERFALL PAYMENTS AND CASH MOVEMENT TO DATES AND PAYMENTS IN LOAN SUMMARY FOR NOTE A. |
| 2/10/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | REVIEW LOAN DOCUMENT FOR CASH MANAGEMENT WATERFALL PROCESS AND PRIORITY. |
| 2/11/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.8 | 400.00 | MULTIPLE EMAILS |
| 2/11/2019 | CLARK, EDWIN | CRO_CASH MANAGEMENT | 2.2 | 770.00 | REVISING PROOF OF CLAIM ANALYSIS AND COMMENTS TO SAME |
| 2/11/2019 | CLARK, EDWIN | CRO_CASH MANAGEMENT | 2.3 | 805.00 | REVISING CMA CASH WATERFALL ANALYSIS FOR DEBT SERVICE CALCULATION |
| 2/11/2019 | CLARK, EDWIN | CRO_CASH MANAGEMENT | 0.4 | 140.00 | CALL W/ M JOBE & J KATCHADURIAN (CR3) RE: STATUS OF CLAIMS RECONCILIATION AND COMMENTS FROM ANALYSIS |
| 2/11/2019 | CLARK, EDWIN | CRO_CASH MANAGEMENT | 0.2 | 70.00 | CALL W/ M JOBE (CR3) RE: AMORTIZATION TABLE FOR CLAIMS RECONCILIATION |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | UPDATE AMORTIZATION TABLE FOR NOTE B WITH DEFAULT INTEREST CALCULATION FROM DATE OF LENDERS 01/06/16 CALCULATION AND COMPARE NUMBERS TO POC. |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | UPDATE AMORTIZATION TABLE FOR NOTE A TO INCLUDE CALCULATION FOR DEFAULT INTEREST BASED ON THE NOTICE DATE IN SEPTEMBER 2015. |

**COMPANY NAME:** CR3 PARTNERS, LLC
**CUSTOMER NAME** FLATIRON HOTEL - 1141 REALTY OWNER LLC AND FLATIRONHOTEL OPERATIONS LLC
**REPORT NAME:** PROJECT TIME SUMMARY WITH BILL RATES
**CREATED ON:** 2/28/2019

| DATE | LAST NAME, FIRST NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | TIME DESCRIPTION |
|---|---|---|---|---|---|
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | BEGIN UPDATING AMORTIZATION TABLE FOR NOTE A WITH DEFAULT INTEREST FROM 01/06/16 BASED ON LENDERS CALCULATION DATE AND CONFIRM CALCULATION . |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | FINISH UPDATING AMORTIZATION TABLE WITH DEFAULT INTEREST CALCULATION FOR NOTE A AND COMPARE TO POC FORM. |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | UPDATE AMORTIZATION TABLE FOR NOTE B WITH DEFAULT INTEREST CALCULATION FROM DATE OF NOTICES IN SEPTEMBER 2017 FOR COMPARISON. |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.5 | 200.00 | REVIEW UPDATED WATERFALL ANALYSIS FROM EDWIN CLARK AND COMPARE AGAINST PAYMENTS IN LOAN SUMMARY TO NOTE A AND NOTE B |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.2 | 80.00 | T/C WITH JKATCHADURIAN REGARDING STATUS UPDATE ON POC REC AND DEFAULT INTEREST ISSUES. |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | SEND UPDATE TO THE TEAM WITH AMORTIZATION TABLES, RETYPED LOAN SUMMARY DOCUMENTS AND CASH MANAGEMENT SECTION OF LOAN AGREEMENT THAT PROVIDES AUTHORITY TO LENDER TO CHANGE PAYMENT PRIORITIES AND TAKE PRINCIPAL PAYMENTS PRIOR TO INTEREST. |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.4 | 160.00 | UPDATE TABLE FROM EDWIN CLARK COMPARING POC CALCULATIONS TO OUR ANALYSIS. |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | ATTEND CONFERENCE CALL WITH JAMES KATCHADURIAN AND EDWIN CLARK RE POC RECONCILIATION |
| 2/11/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.2 | 80.00 | T/C WITH EDWIN RE AMORTIZATION TABLE FOR POC REC AND ISSUES RELATED TO DEFAULT INTEREST CHARGE DATE. |
| 2/11/2019 | JOBE, MOLLY | CRO CLAIMS MANAGEMENT | 0.2 | 80.00 | T/C WITH EDWIN CLARK REGARDING MAKE WHOLE CALCULATION. |
| 2/11/2019 | HWANG, JOSEPH | CRO_CLAIMS MANAGEMENT | 2.4 | 960.00 | REVIEW OF THE MERCHANT SERVICE PAYMENTS AMOUNTS TO RECONCILE TO THE WELLS FARGO LOCK BOX ACCOUNT. |
| 2/11/2019 | HWANG, JOSEPH | CRO_CLAIMS MANAGEMENT | 2.1 | 840.00 | REVIEW OF THE MONTHLY CLOSING BALANCE REPORTS CREDIT CARD SETTLEMENT AMOUNTS AND RECONCILED TO THE MERCHANT SERVICE STATEMENTS. |
| 2/12/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 1.2 | 600.00 | CALL WITH JK RE REAL ESTATE TAXES. (.8). REVIEW AND RESPOND TO JH RE: UST INVOICES (.4) |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | UPDATE LEGAL BILL REC CHART WITH FEES AND EXPENSES BILLED AND COMPARE TO AMOUNT IN POC. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | PER JAMES KATCHADURIAN'S REQUEST, REVIEW LATE FEES ASSESSED AND NOT WAIVED AGAINST FUNDS IN CMA OR ESCROW ACCOUNTS. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | COMPILE COMPLETE LIST OF LATE FEE HISTORY FOR NOTE A OF WHEN FEE WAS ASSESSED, PAYMENTS MADE AND ANY FUNDS IN CMA AND ESCROW ACCOUNTS. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.5 | 200.00 | REVIEW TAX BILL PROVIDED BY COUNSEL AGAINST WATERFALL AND LOAN DOCUMENT. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.9 | 360.00 | ACCESS COMPLETE TAX BILL AND PAYMENT HISTORY THROUGH NYS DEPARTMENT OF FINANCE AND BEGIN DOWNLOADING ALL BILLS AND TAX STATEMENTS. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 1.1 | 440.00 | UPDATE AND EXTEND AMORTIZATION TABLE THROUGH END OF LOAN FOR NOTE A TO CONFIRM MAKE WHOLE CALCULATION. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | REVIEW PREPAYMENT DOCUMENTATION FROM LENDER IN ORDER TO CONFIRM MAKE WHOLE CALCULATION. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.6 | 240.00 | DRAFT UPDATE ON PROPERTY TAX FINDINGS COMPARED TO POC DEFICIT AND PROVIDE ALL BACKUP DOCUMENTATION. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.9 | 360.00 | IN TAX COMPARISON CHART, PULL IN PAYMENT AND ESCROW INFORMATION FROM LOAN SUMMARIES AND WATERFALL. |
| 2/12/2019 | JOBE, MOLLY | CRO CLAIMS MANAGEMENT | 0.7 | 280.00 | CREATE TABLE OF ALL PROPERTY TAX BILLS AND INVOICES FROM NYS. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | REVIEW PRESENT VALUE CALCULATION FROM LENDER AND PULL INFORMATION INTO AMORTIZATION TABLE FOR COMPARISON. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.1 | 40.00 | DRAFT COMMUNICATION TO TEAM REGARDING FINDINGS ON LATE FEES AND LEGAL FEES. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | REVIEW LEGAL BILLS FROM SIDLEY AUSTIN AND CREATE TABLE FOR RECONCILIATION AGAINST POC. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.8 | 320.00 | CALCULATE PRESENT VALUE ON MONTHLY BASIS ON NOTE A TO CONFIRM MAKE WHOLE CALL CALCULATION |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.2 | 80.00 | DRAFT COMMUNICATION TO EDWIN CLARK RE MAKE WHOLE CALL CALC FOR HIM TO DOUBLE-CHECK SINCE IT DIDN'T TIE TO LENDER. |
| 2/12/2019 | JOBE, MOLLY | CRO_CLAIMS MANAGEMENT | 0.2 | 80.00 | RECEIVE AND REVIEW COMMUNICATIONS FROM JAMES KATCHADURIAN REGARDING LEGAL BILL REVIEW, TAX BILL REVIEW AND WATERFALL PAYMENTS FOR TAXES. |
| 2/12/2019 | HWANG, JOSEPH | CRO CLAIMS MANAGEMENT | 0.2 | 80.00 | CONFERENCED WITH S WONG (FLATIRON) RE UST FEES |
| 2/12/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.9 | 360.00 | REVIEW OF THE CLOSING BALANCE REPORT TO UPDATE THE ACTUAL REVENUES. |
| 2/12/2019 | HWANG, JOSEPH | CRO_CLAIMS MANAGEMENT | 0.1 | 40.00 | CONFERENCED WITH JAMES KATCHADURIAN RE THE MIDLAND CLAIM RECONCILIATION. |
| 2/12/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.5 | 600.00 | REVIEW OF THE PROFESSIONAL FEE INVOICES AND PREPARATION OF THE WIRE TRANSFER FOR THE PROFESSIONAL FEES. |
| 2/12/2019 | HWANG, JOSEPH | CRO BUSINESS OPERATIONS | 1.4 | 560.00 | UPDATE OF THE CHECK REGISTER AND DIP BUDGET VARIANCE REPORT. |
| 2/12/2019 | HWANG, JOSEPH | CRO BUSINESS OPERATIONS | 1.2 | 480.00 | CASH/BANK RECONCILIATION AND UPDATE OF THE CHECK REGISTER. |
| 2/13/2019 | JOBE, MOLLY | CRO CLAIMS MANAGEMENT | 0.1 | 40.00 | RECEIVE AND REVIEW UPDATE FROM JAMES KATCHADURIAN. |
| 2/13/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.1 | 40.00 | CONFERENCED WITH S WONG (FLATIRON) RE A STOP PAYMENT FOR AN OUTSTANDING CHECK. |
| 2/13/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.4 | 160.00 | REVIEW OF THE PAYROLL ESCROW ACCOUNT RELATED TO THE ADP PAYMENTS. |
| 2/13/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.6 | 240.00 | REVIEW OF THE PROFESSIONAL FEE PAYMENT STATUS AND UPDATE OF THE SUMMARY. |
| 2/13/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.4 | 160.00 | REVIEW OF THE SALES TAX RETURN AND THE RELIEF SUMMARY FOR THE PENALTY |
| 2/13/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.7 | 350.00 | FINALIZE, REVIEW, AND PROVIDE RE: SIGNATURE- FLATIRON HOTEL- WIRE TRANSFERS FOR L. DEMARTINO. |
| 2/14/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.0 | 400.00 | REVIEW OF THE WEEKLY DISBURSEMENTS REQUEST LIST AND THE OUTSTANDING INVOICES. |
| 2/14/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.3 | 120.00 | PREPARATION OF THE UPDATED WIRE TRANSFER REQUEST FORMS FOR MULTIPLE PROFESSIONAL SERVICES. |
| 2/14/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.7 | 280.00 | UPDATE OF THE PROFESSIONAL FEE SUMMARY RELATED TO THE 20% HOLD BACKS. |
| 2/14/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.3 | 120.00 | CONFERENCED WITH S WONG (FLATIRON) RE OUTSTANDING CHECKS AND INVOICES. |
| 2/14/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 2.3 | 1,150.00 | REVIEW IN DEPTH FLATIRON PROFESSIONAL FEE SCHEDULE (UPDATED) FROM JH FOR JK. CREATE, REVIEW, AND SUMMARIZE ADJUSTMENTS FOR JK RE SAME. |
| 2/15/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.3 | 120.00 | CONFERENCED WITH S WONG (FLATIRON) RE WEEKLY DISBURSEMENTS AND INVOICES. |
| 2/15/2019 | HWANG, JOSEPH | CRO BUSINESS OPERATIONS | 0.1 | 40.00 | CONFERENCED WITH S TAROS (FLATIRON) RE SHERWEB ACCOUNT. |

**COMPANY NAME:** CR3 PARTNERS, LLC
**CUSTOMER NAME** FLATIRON HOTEL - 1141 REALTY OWNER LLC AND FLATIRONHOTEL OPERATIONS LLC
**REPORT NAME:** PROJECT TIME SUMMARY WITH BILL RATES
**CREATED ON:** 2/28/2019

| DATE | LAST NAME, FIRST NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | TIME DESCRIPTION |
|---|---|---|---|---|---|
| 2/17/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.6 | 240.00 | REVIEW OF THE PAYMENTS HISTORY AND THE BILLING WEBSITE OF SHERWEB. |
| 2/18/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.5 | 250.00 | REVIEW AND RESPOND TO JK AND JK RE RE: WEEKLY DISBURSEMENT REQUEST LIST FOR THE WEEK ENDING 2/15/2019. |
| 2/18/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.2 | 80.00 | CONFERENCED WITH S WONG (FLATIRON) REGARDING THE SHERWEB ACCOUNT AND THE OUTSTANDING INVOICES. |
| 2/18/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.1 | 40.00 | CONFERENCED WITH J KATCHADURIAN (CR3) RE SALES TAX RETURN AN THE WEEKLY DISBURSEMENTS. |
| 2/18/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.2 | 80.00 | CONFERENCED WITH S WONG (FLATIRON) RE THE DIP ESCROW ACCOUNT AND THE SALES TAX RETURNS. |
| 2/18/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.7 | 680.00 | PREPARATION OF THE SALES TAX RETURN FORM, ESCROW CHECKS AND OVERNIGHTED THE DOCUMENTS. |
| 2/18/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.2 | 80.00 | REVIEW OF THE SALES TAX RETURN FORM AND THE EMAILS. |
| 2/19/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.8 | 320.00 | REVIEW OF THE WEEKLY PAYROLL SUMMARY AND PAYROLL LIABILITIES. |
| 2/19/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.2 | 480.00 | CASH/BANK RECONCILIATION AND UPDATE OF THE CHECK REGISTER. |
| 2/19/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.4 | 560.00 | UPDATE OF THE CHECK REGISTER AND DIP BUDGET VARIANCE REPORT. |
| 2/19/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.9 | 360.00 | REVIEW OF THE CLOSING BALANCE REPORT TO UPDATE THE ACTUAL REVENUES. |
| 2/20/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.6 | 240.00 | WORKING SESSION WITH S WONG (FLATIRON) RE VARIOUS INVOICES AND THE PAYMENTS. |
| 2/20/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.2 | 80.00 | PREPARATION OF THE WIRE FORMS FOR THE PROFESSIONAL FEES. |
| 2/20/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.1 | 40.00 | CONFERENCED WITH J KATCHADURIAN (CR3) RE SALES TAX RETURN AND THE WEEKLY DISBURSEMENTS. |
| 2/20/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.1 | 440.00 | REVIEW OF THE OUTSTANDING INVOICES AND PREPARED THE WEEKLY DISBURSEMENTS REQUESTS LIST. |
| 2/20/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.4 | 160.00 | REVIEW OF THE PENALTY AND INTEREST RELATED TO THE SALES TAX RETURNS. |
| 2/20/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.6 | 240.00 | DRAFT OF THE ACTIVE VENDOR LIST AND UPDATE. |
| 2/21/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.8 | 320.00 | MEETING WITH S WONG (FLATIRON) RE WEEKLY DISBURSEMENTS. |
| 2/21/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.5 | 200.00 | MEETING WITH J KATCHADURIAN (CR3) RE THE DISBURSEMENTS AND PROJECT STATUS. |
| 2/22/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.4 | 160.00 | CONFERENCED WITH S WONG (FLATIRON) RE REVENUES AND ADR IN M3. |
| 2/22/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 2.8 | 1,120.00 | DRAFT OF THE 2019 JANUARY MONTHLY OPERATING REPORT BASED ON THE JOURNAL ENTRIES AND THE CHECK REGISTER. |
| 2/22/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.3 | 120.00 | REVIEW OF THE CHECKS RELATED TO THE US TRUSTEE FEES. |
| 2/22/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.8 | 720.00 | UPDATE OF THE BANK REGISTER, FIXED ASSET AMORTIZATION REGISTER AND PREPAIDS REGISTER. |
| 2/25/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.8 | 320.00 | DRAFT OF THE MONTHLY BUDGET FOR RECURRING VENDORS. |
| 2/25/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.9 | 360.00 | REVIEW OF THE CLOSING BALANCE REPORT TO UPDATE THE ACTUAL REVENUES. |
| 2/25/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.2 | 480.00 | CASH/BANK RECONCILIATION AND UPDATE OF THE CHECK REGISTER. |
| 2/25/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.1 | 40.00 | REVIEW OF THE CASH RECEIPTS FROM AMEX AND THE AMEX STATEMENTS. |
| 2/25/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.2 | 80.00 | DRAFT OF THE WIRE TRANSFER FORM FOR THE CBRE, INC BASED ON THE CHECK REGISTER REVIEW. |
| 2/26/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 1.9 | 950.00 | COMPLETE RECONCILIATION RE: WIRE FOR JC, CREATE WIRE TEMPLATES FOR FLATIRON WIRE PAYMENTS FOR L. DEMARTINO, CONFIRM PAYMENTS PROCESSED FOR FLATIRON- PROF PAYMENT, CALL RE FLATIRON HOTELS PROPERTY POLICY, AND RELATED FOLLOW UP WITH JK RE SAME. |
| 2/26/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.3 | 520.00 | UPDATE OF THE DIP BUDGET CASH FLOW VARIANCE REPORT. |
| 2/26/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.5 | 200.00 | REVIEW OF THE PAYROLL LIABILITIES AND THE SUMMARY FOR THE WEEK. |
| 2/26/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.4 | 160.00 | UPDATE OF THE MONTHLY BUDGET FOR THE VENDORS. |
| 2/26/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 2.1 | 840.00 | DRAFT OF THE HOUSEKEEPING COST ANALYSIS BETWEEN THE OUTSIDE SERVICE VS. INHOUSE COSTS. |
| 2/26/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.9 | 360.00 | CALL WITH S WONG (FLATIRON) RE THE HOUSEKEEPING INVOICES AND ANALYSIS. |
| 2/26/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.4 | 160.00 | CALL WITH S WONG (FLATIRON) RE THE REVENUE JOURNAL ENTRIES IN M3. |
| 2/26/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.4 | 560.00 | REVIEW OF THE DAILY PICK UP REPORTS AND DRAFT OF THE HISTORICAL ADR SUMMARY. |
| 2/27/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 1.1 | 550.00 | REVIEW AND RESPOND TO JH RE FLATIRON STAFFING REPORT, REVIEW AND PROVIDE FLATIRON- JANUARY TIME AND EXPENSES, AND RELATED RESPONSES TO RE: FLATIRON STAFFING REPORT RE JH/ SAME. |
| 2/27/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 2.4 | 960.00 | DRAFT OF THE CASH PLAN BASED ON THE UPDATED PROJECTIONS. |
| 2/27/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.1 | 440.00 | UPDATE OF THE FLATIRON HOTEL STAFFING REPORT FOR FEBRUARY 2019. |
| 2/27/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.1 | 40.00 | REVIEW OF THE CHECK REGISTER TO CONFIRM THE DISBURSEMENTS. |
| 2/28/2019 | CREGER, CHRIS | CRO_BUSINESS OPERATIONS | 0.8 | 400.00 | REVIEW AND PROVIDE FLATIRON HOTEL- FOURTH MONTHLY STAFFING REPORT OF CR3 PARTNERS, LLC- 111-1130-2018 TO JK/ JC FOR FILING. |
| 2/28/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.7 | 280.00 | UPDATE OF THE CASH PLAN BASED ON THE REVIEW COMMENTS PROVIDED BY J KATCHADURIAN (CR3). |
| 2/28/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.2 | 80.00 | CALL WITH S WONG (FLATIRON) RELATED TO THE WEEKLY DISBURSEMENTS REQUEST LIST. |
| 2/28/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 1.3 | 520.00 | REVIEW OF THE CREDIT CARDS SETTLEMENTS HISTORY. |
| 2/28/2019 | HWANG, JOSEPH | CRO_BUSINESS OPERATIONS | 0.2 | 80.00 | CALL WITH AMEX RELATED TO THE RECENT SETTLEMENTS. |
| | | | **170.30** | **$73,695.00** | **SUBTOTAL** |
| | | | | (3,075.00) | VOLUNTARY DISCOUNT |
| | | | **170.30** | **$70,620.00** | **GRAND TOTAL** |

**COMPANY NAME**: CR3 PARTNERS, LLC
**CUSTOMER NAME**: FLATIRON HOTEL - 1141 REALTY OWNER LLC AND FLATIRONHOTEL OPERATIONS LLC
**REPORT NAME:** PROJECT EXPENSE SUMMARY
**CREATED ON:** 2/28/2019

| DATE | LAST NAME, FIRST NAME | EXPENSE CATEGORY | TOTAL COST | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| 2/1/2019 | CREGER, CHRIS | 1 - MEALS (NON-ENTERTAINMENT) | $ 9.20 | DESCRIPTION: LBX-1140 BROADWAY |
| 2/1/2019 | CREGER, CHRIS | 1 - MEALS (NON-ENTERTAINMENT) | 5.39 | VENDOR: DR SMOOD DESCRIPTION: SQ *DR SMOOD BROADWAY- |
| 2/12/2019 | CREGER, CHRIS | 1 - MEALS (NON-ENTERTAINMENT) | 22.54 | DESCRIPTION: SQ *VLC NOLITA LLC |
| 2/13/2019 | CREGER, CHRIS | 1 - MEALS (NON-ENTERTAINMENT) | 37.53 | VENDOR: THE SMITH RESTAURANT DESCRIPTION: THE SMITH |
| 2/18/2019 | HWANG, JOSEPH | 1 - MEALS (NON-ENTERTAINMENT) | 11.89 | PROJECT MEAL EXPENSE |
| 2/19/2019 | HWANG, JOSEPH | 1 - MEALS (NON-ENTERTAINMENT) | 18.75 | PROJECT MEAL EXPENSE |
| 2/20/2019 | HWANG, JOSEPH | 1 - FEDEX, POSTAGE MESSENGER SVCS | 44.36 | SALES TAX RETURN - FEDEX OVERNIGHT TO JAMES KATCHADURIAN (HOUSTON, TX) |
| 2/22/2019 | HWANG, JOSEPH | 1 - FEDEX, POSTAGE MESSENGER SVCS | 27.36 | SALES TAX RETURN - FEDEX OVERNIGHT TO IRS |
| 2/22/2019 | HWANG, JOSEPH | 1 - FEDEX, POSTAGE MESSENGER SVCS | 8.65 | SALES TAX RETURN - FEDEX TO VERDOLINO |

**$185.67  GRAND TOTAL**