KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Joseph C. Corneau
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
                                                        :
In re:                                                  :    Chapter 11
                                                        :
1141 REALTY OWNER LLC, *et al.*,                        :    Case No. 18-12341(SMB)
                                                        :
                            Debtors.                    :    Jointly Administered
                                                        :
----------------------------------------------------------------- X

**SEVENTH MONTHLY FEE STATEMENT OF KLESTADT WINTERS
JURELLER SOUTHARD & STEVENS, LLP,
ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FROM FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

| | |
|---|---|
| Name of Applicant: | Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") |
| Authorized to Provide Professional Services to: | 1141 Realty Owner LLC, *et al.* (the "Debtors") |
| Effective Date of Retention: | July 31, 2018 |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2019 through February 28, 2019 ("Statement Period") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $36,770.00 |

Reimbursement of Expenses Sought
as Actual, Reasonable and Necessary
During Statement Period:                          $292.82

Objection Deadline:                               April 12, 2019

Amount Payable After Objection
Deadline (80% of fees, 100% of expenses):         $29,708.82

In accordance with the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of

Professionals, dated September 21, 2018 (the "Interim Compensation Order") [Docket No. 57],

Klestadt Winters Jureller Southard & Stevens LLP ("KWJS&S") hereby submits this seventh

monthly fee statement (the "Seventh Monthly Fee Statement"), seeking compensation for services

rendered and reimbursement of expenses incurred as local bankruptcy and conflicts counsel to the

Debtors, for the period from February 1, 2019 through February 28, 2019. By this Seventh Monthly

Fee Statement, KWJS&S seeks payment in the amount of $29,708.82, which is comprised of (i)

eighty percent (80%) of the total amount of compensation sought for actual and necessary services

rendered during the Statement Period and (ii) reimbursement of one hundred percent (100%) of

actual and necessary expenses incurred in connection with such services.

Annexed hereto as **Exhibit A** are contemporaneously maintained time and expense records

for the services for the Statement Period.

## TIME SUMMARY BY BILLING CATEGORY
For the Period of February 1, 2019 through February 28, 2019

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Case Administration | 4.00 | $ 2,035.00 |
| Claims and Claims Objections | 26.00 | $15,900.00 |
| Operations and Real Estate Issues | 1.30 | $ 682.50 |
| Plan and Disclosure Statement | 22.50 | $12,465.00 |
| Retentions and Fees | 11.50 | $ 5,687.50 |
| **TOTAL** | **65.30** | **$36,770.00** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of February 1, 2019 through February 28, 2019

| Name | Position/Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Tracy L. Klestadt | Managing Partner; admitted in 1986. | $750 | 13.70 | $10,275.00 |
| Joseph C. Corneau | Partner; admitted in 2003. | $525 | 49.90 | $26,197.50 |
| Stephanie Nocella | Paralegal. | $175 | 0.70 | $122.50 |
| Kristen Strine | Paralegal. | $175 | 0.30 | $52.50 |
| Rayella Bergman | Paralegal. | $175 | 0.70 | $122.50 |
| **Total** | | **$563.09 (Blended Hourly Rate)** | **65.30** | **$36,770.00** |

## EXPENSE SUMMARY
For the Period of February 1, 2019 through February 28, 2019

| Disbursements | Amount |
|---|---|
| FedEx | $ 68.55 |
| Photocopies | $ 77.90 |
| Subway | $ 11.00 |
| Westlaw Online Legal Research | $135.37 |
| **Total Disbursements** | **$292.82** |

## NOTICE AND OBJECTION PROCEDURES

Notice of this Seventh Monthly Fee Statement shall be given by email or hand or overnight delivery upon: (i) the Debtors (c/o James Katchadurian, Chief Restructuring Officer,  CR3 Partners, LLC, 450 Lexington Avenue, 4th Floor, New York, New York 10017); (ii) counsel to the Debtors, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036 (Attn: Tracy L. Klestadt) (iii) counsel to Premier Flatiron LLC, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 (Attn: Kenneth Silverman); (iv) counsel to Wilmington Trust, N.A., solely in its capacity as Trustee for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2015-C28, Commercial Mortgage Pass-Through Certificates, Series 2015-C28, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Michael G. Burke); and (v) Office of the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Susan Arbeit); (each a "Notice Party" and collectively, the "Notice Parties").

Objections to this Seventh Monthly Fee Statement, if any, must be served upon the Notice Parties, and by hand or overnight delivery upon Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Tracy L. Klestadt, no later than April 12, 2019 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

If no objections to this Seventh Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay KWJS&S 80% of the fees and 100% of the expenses identified in this Seventh Monthly Fee Statement.

To the extent that an objection to this Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventh

Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

### **RESERVATION OF RIGHTS**

KWJS&S reserves the right to amend the fees and expense reimbursement sought herein in the event that a subsequent review of KWJS&S's records reveals that additional professional services were rendered or expenses incurred which were not processed in advance of this Seventh Monthly Fee Statement.  In the event such amendments are required, KWJS&S reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly fee statements.

Dated:   New York, New York
March 29, 2019

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP


By:   */s/Tracy L. Klestadt*
Tracy L. Klestadt
Joseph C. Corneau
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com
            jcorneau@klestadt.com


*Attorneys for the Debtors and Debtors-in-Possession*

## **EXHIBIT A**

### TIME AND EXPENSE DETAIL

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Case Administration** | | | | | | | |
| 02/05/2019 | Klestadt, Tracy | 11030.002/ 1141 Realty Owner LLC Case Administration Status call with Messrs. Katchadurian, Creger and Corneau. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 02/05/2019 | Strine, Kristen | 11030.002/ 1141 Realty Owner LLC Case Administration FedEx invoice no. 6-463-17334 for shipment to Hon. Stuart M. Bernstein, USBC, SDNY. | FEDEX | 0.00 | 1.00 | 13.71 | 13.71 |
| 02/05/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC Case Administration Telephone call with Messrs. Katchadurian, Creger and Klestadt regarding case status. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |
| 02/07/2019 | Klestadt, Tracy | 11030.002/ 1141 Realty Owner LLC Case Administration Call with Ihsan Amatullah re status of case and her client's interest in potential acquisition transaction. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 02/07/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC Case Administration Telephone calls (2x) with Chambers regarding adjournment of status conference [0.2]. Emailing (2x) with Mr. Klestadt regarding adjournment of status conference [0.2]. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/11/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Telephone call with Mr. Powers regarding status of plan and claim objection. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 02/13/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Preparing hearing binder per Mr. Corneau's request. | Fees | 0.40 | 0.00 | 175.00 | 70.00 |
| 02/14/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Subway to/from Court for Mr. Corneau. | SUBWAY | 0.00 | 2.00 | 2.75 | 5.50 |
| 02/19/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Conferring with Mr. Klestadt regarding case status. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 02/20/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>FedEx invoice no. 6-463-17334 for shipment to Chris Creger on 1/24/19. | FEDEX | 0.00 | 1.00 | 13.71 | 13.71 |
| 02/20/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>FedEx invoice no. 6-463-17334 for shipment to Hon. Stuart M. Bernstein, USBC, SDNY on 1/24/19. | FEDEX | 0.00 | 1.00 | 13.71 | 13.71 |
| 02/20/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>FedEx invoice no. 6-463-17334 for shipment to Chris Creger on 1/28/19. | FEDEX | 0.00 | 1.00 | 13.71 | 13.71 |

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/20/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>FedEx invoice no. 6-463-17334 for<br>shipment to Hon. Stuart M. Bernstein,<br>USBC, SDNY. | FEDEX | 0.00 | 1.00 | 13.71 | 13.71 |
| 02/21/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Preparing hearing binder per Mr.<br>Corneau's request. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 02/25/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Telephone call with Mr. Powers regarding<br>fee hearing, confirmation hearing and<br>status. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |
| 02/26/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Subway to/from Court for Mr. Corneau. | SUBWAY | 0.00 | 2.00 | 2.75 | 5.50 |
| 02/26/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Emailing with Omni regarding correction<br>to docket website. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 02/27/2019 | Corneau, Joseph | 11030.002/ 1141 Realty Owner LLC<br>Case Administration<br>Conferring with Mr. Klestadt regarding<br>status [0.2]. Reviewing DIP lender<br>invoice [0.2]. Reviewing correspondence<br>from Aggressive Energy [0.2]. | Fees | 0.60 | 0.00 | 525.00 | 315.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for

## 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/28/2019 | Bergman, Rayella | 11030.002/ 1141 Realty Owner LLC Case Administration Photocopies for February 2019. | PHOTOCOPY | 0.00 | 779.00 | 0.10 | 77.90 |
| | | **Matter Description (First Line): Case Administration** | | 4.00 | 788.00 | | 2,192.45 |
| **Matter Description (First Line): Claims and Claims Objections** | | | | | | | |
| 02/01/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Reviewing operating agreements and related documents relative to claims asserted by Robert Chan [1.2]. Emailing with Mr. Vaswani regarding Chan claims [0.1]. | Fees | 1.30 | 0.00 | 525.00 | 682.50 |
| 02/05/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Initial review of Wilmington Sur-reply to claim objection. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 02/05/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Conferring with Mr. Klestadt regarding claims filed by Robert Chan [0.1]. Reviewing proof of claim filed by Robert Chan in advance of call with counsel [0.9]. Telephone call with counsel for Mr. Chan regarding claims [0.5]. Reviewing operating agreements regarding claims filed by Mr. Chan [1.1]. Reviewing Wilmington Trust sur-reply [0.9]. | Fees | 3.50 | 0.00 | 525.00 | 1,837.50 |

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for

### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Reviewing e-mails re Chan claim and conferring with Mr. Corneau re strategy for addressing same. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 02/06/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Continued review of documents related to claim filed by Robert Chan [1.6]. Emailing with Mr. Davis regarding Chan claims [0.2]. | Fees | 1.80 | 0.00 | 525.00 | 945.00 |
| 02/07/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Reviewing Wilmington Sur-Reply to yield maintenance premium objection and begin preparing for argument at hearing next week. | Fees | 1.50 | 0.00 | 750.00 | 1,125.00 |
| 02/07/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Emails (2x) with Mr. Katchadurian regarding claims reconciliation. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 02/12/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Conferring with Mr. Corneau re apparent new information on Wilmington claim calculation (charging default interest retroactively) and re strategy for hearing on Thursday. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/12/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Continue preparing for hearing on yield maintenance premium objection on Thursday, including reviewing outline for hearing. | Fees | 1.00 | 0.00 | 750.00 | 750.00 |
| 02/12/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Reviewing CR3 analysis of Wilmington Trust claim [0.3]. Telephone call with Mr. Katchadurian regarding analysis of claim [0.5]. Reviewing statement filed by Note B holder [0.2]. Conferring with Mr. Klestadt regarding hearing on claim objection [0.3]. | Fees | 1.30 | 0.00 | 525.00 | 682.50 |
| 02/13/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Preparing for hearing tomorrow. | Fees | 3.00 | 0.00 | 750.00 | 2,250.00 |
| 02/13/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Telephone call with Mr. Burke regarding disputed charges [0.4]. Emailing with CR3 regarding Wilmington Trust claim [0.3]. Emailing with Messrs. Powers and Silverman regarding Wilmington Trust claim [0.3]. | Fees | 1.00 | 0.00 | 525.00 | 525.00 |

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|------------|-------|-----------|-------|-------|-------|-------|
| 02/14/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Attending hearing on objection to yield maintenance premium claim and conferring with Mr. Katchadurian and Mr. Corneau re results thereof and strategy going forward. | Fees | 3.00 | 0.00 | 750.00 | 2,250.00 |
| 02/14/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Preparing for hearing on claims objection [1.5]. Attending hearing on claim objection [3.3].  Emailing with Mr. Davis regarding extrinsic evidence [0.3]. | Fees | 5.10 | 0.00 | 525.00 | 2,677.50 |
| 02/15/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Telephone call with Mr. Kao, then Mr. Kao and Chambers, regarding extrinsic evidence [0.2]. Follow up call with Chambers regarding extrinsic evidence [0.1]. Preparing email to Chambers regarding extrinsic evidence [0.4]. | Fees | 0.70 | 0.00 | 525.00 | 367.50 |
| 02/15/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC Claims and Claims Objections Emailing with Mr. Davis regarding follow-up inquiry on extrinsic evidence. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/19/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Conferring with Mr. Corneau re strategy for addressing secured claim calculation issues. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 02/20/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Emailing with Mr. Burke regarding extrinsic evidence [0.1]. Telephone call with Mr. Burke, then Mr. Burke and Chambers, regarding extrinsic evidence [0.2]. Preparing email to Court regarding extrinsic evidence [0.4]. | Fees | 0.70 | 0.00 | 525.00 | 367.50 |
| 02/26/2019 | Corneau, Joseph | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Telephone call with Mr. Burke regarding status. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 02/27/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>West information charges for legal research for January 2019, invoice no. 839712835. | WESTLAW | 0.00 | 1.00 | 135.37 | 135.37 |
| 02/27/2019 | Klestadt, Tracy | 11030.003/ 1141 Realty Owner LLC<br>Claims and Claims Objections<br>Conferring with Mr. Corneau re results of call with Mr. Burke and strategy for furthering resolution of Wilmington claim amount. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| | | **Matter Description (First Line): Claims and Claims Objections** | | 26.00 | 1.00 | | 16,035.37 |
| **Matter Description (First Line): Operations and Real Estate Issues** | | | | | | | |
| 02/01/2019 | Corneau, Joseph | 11030.007/ 1141 Realty Owner LLC<br>Operations and Real Estate Issues<br>Reviewing multiple emails regarding<br>operations and planned renovations. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 02/05/2019 | Corneau, Joseph | 11030.007/ 1141 Realty Owner LLC<br>Operations and Real Estate Issues<br>Reviewing multiple emails regarding<br>contractor work at hotel [0.3]. Telephone<br>call with Mr. Katchadurian regarding<br>contractor work [0.2]. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |
| 02/06/2019 | Corneau, Joseph | 11030.007/ 1141 Realty Owner LLC<br>Operations and Real Estate Issues<br>Reviewing emails regarding Verizon<br>shutoff [0.1]. Emailing with CR3<br>regarding tax certiorari matter [0.1]. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 02/19/2019 | Corneau, Joseph | 11030.007/ 1141 Realty Owner LLC<br>Operations and Real Estate Issues<br>Reviewing correspondence regarding<br>property tax reduction. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 02/20/2019 | Corneau, Joseph | 11030.007/ 1141 Realty Owner LLC<br>Operations and Real Estate Issues<br>Reviewing correspondence regarding<br>property tax reduction. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| | | **Matter Description (First Line): Operations and Real Estate Issues** | | 1.30 | 0.00 | | 682.50 |

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Plan and Disclosure Statement** | | | | | | | |
| 02/01/2019 | Klestadt, Tracy | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Preparing for call [.30] then call with Messrs. Burke, Frankel and Corneau re secured creditor potential objections to plan and disclosure statement [.60], then call with Messrs. Silverman, Powers and Corneau thereon [.80]. | Fees | 1.70 | 0.00 | 750.00 | 1,275.00 |
| 02/01/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Reviewing plan and markup of same [0.6]. Conference call with Messrs. Burke, Frankel and Klestadt and then conferring with Mr. Klestadt regarding prepetition lenders' complaints regarding plan [0.6]. Conference call with Messrs. Powers, Silverman and Klestadt regarding plan [0.8]. Conferring with Mr. Klestadt regarding plan [0.1]. | Fees | 2.10 | 0.00 | 525.00 | 1,102.50 |
| 02/05/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Reviewing communication from Mr. Burke regarding plan objections [0.3]. Research on plan classification objection [1.8]. | Fees | 2.10 | 0.00 | 525.00 | 1,102.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for
## 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------|-----------|-------|-------|-------|-------|
| 02/06/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Conferring with Mr. Klestadt regarding financing status [0.2]. Telephone call with Mr. Powers regarding plan and funding requirements [0.5]. Emailing with Ms. Arbeit regarding plan [0.2]. Follow up email with Ms. Arbeit regarding plan [0.1]. Conferring with Mr. Klestadt regarding Premier funding status [0.2]. | Fees | 1.20 | 0.00 | 525.00 | 630.00 |
| 02/15/2019 | Klestadt, Tracy | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Reviewing latest drafts of plan and disclosure statement. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 02/15/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Telephone call with Mr. Powers regarding first amended plan [0.5]. Follow up telephone call with Mr. Powers regarding first amended plan [0.1]. Drafting scheduling order [1.6]. Reviewing draft of first amended plan [0.6]. Telephone call with Ms. Arbeit regarding plan status [0.1]. Emailing with Mr. Powers regarding first amended plan [0.1]. Run comparisons of plan versus first amended plan and emailing with Messrs. Burke, Kao and Frankel regarding same [0.4]. | Fees | 3.40 | 0.00 | 525.00 | 1,785.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for
## 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/19/2019 | Klestadt, Tracy | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Conferring with Mr. Corneau re status of plan process, logistics for scheduling etc. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 02/19/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Emailing with Mr. Vaswani regarding first amended plan [0.3]. Telephone call with Mr. Vaswani regarding first amended plan [0.2]. Emailing with CRO regarding first amended plan [0.2]. Emailing (2x) with Mr. Powers regarding first amended plan [0.2]. Emailing with Messrs. Burke and Frankel regarding first amended plan [0.1]. | Fees | 1.00 | 0.00 | 525.00 | 525.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for
## 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/20/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Reviewing and revising scheduling order [0.3]. Conferring with Mr. Klestadt regarding confirmation hearing [0.2]. Preparing ballots for solicitation [1.1]. Reviewing Wilmington Trust comments to scheduling order [0.2]. Emailing regarding Wilmington Trust comments to scheduling order [0.2]. Telephone call with CRO regarding first amended plan [0.2]. Emailing with Mr. Powers, Mr. Silverman and Mr. Mermel regarding financing status [0.2]. Preparing first amended plan and first amended disclosure statement for filing [0.8]. Telephone call with Chambers regarding confirmation hearing date [0.1]. Preparing email to Chambers regarding confirmation hearing and first amended plan and first amended disclosure statement [0.6]. Updating scheduling order [0.2]. Filing first amended plan [0.2]. Filing first amended disclosure statement [0.2]. Letter to Chambers regarding first amended plan, first amended disclosure statement and proposed scheduling order [0.3]. Emailing with Mr. Sasloff regarding first amended plan [0.2]. | Fees | 5.00 | 0.00 | 525.00 | 2,625.00 |

3/7/2019 3:51:52 PM

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for
## 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 02/21/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Emailing Messrs. Powers and Silverman regarding financing status [0.2]. Emailing with CR3 regarding plan funding requirements [0.2]. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |
| 02/22/2019 | Klestadt, Tracy | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Reviewing disclosure statement approval order as entered and conferring with Mr. Corneau re solicitation logistics and Wilmington claim resolution issues and e-mail to Mr. Burke thereon. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 02/22/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC Plan and Disclosure Statement Reviewing scheduling order as entered [0.2]. Conferring with Mr. Klestadt regarding solicitation [0.2]. Emailing with Mr. Vaswani regarding voting [0.1]. Emailing with Mr. Powers regarding solicitation [0.1]. Emailing (2x) with Mr. Katchadurian regarding solicitation [0.2]. Preparing for solicitation [1.4]. Filing solicitation copy of plan [0.2]. Filing solicitation copy of disclosure statement [0.2]. Preparing email to Omni regarding instruction on solicitation [0.8]. | Fees | 3.40 | 0.00 | 525.00 | 1,785.00 |

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for
## 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/26/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Reviewing draft of solicitation affidavit of service [0.2]. Emailing with Mr. Vaswani regarding solicitation package [0.2]. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |
| 02/27/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Reviewing solicitation affidavit of service as filed [0.2]. Telephone call with Mr. Vaswani regarding ballots [0.2]. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |
| 02/28/2019 | Corneau, Joseph | 11030.008/ 1141 Realty Owner LLC<br>Plan and Disclosure Statement<br>Emails (2x) with Omni regarding ballot tabulation. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| | **Matter Description (First Line): Plan and Disclosure Statement** | | | 22.50 | 0.00 | | 12,465.00 |

**Matter Description (First Line): Retentions and Fees**

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for
## 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/01/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC Retentions and Fees<br>Preparing notice of hearing on fee applications [0.3]. Reviewing and revising KWJSS fee application [0.7]. Multiple emails with Mr. Jalbert regarding Verdolino fee application [0.3]. Telephone call with Mr. Jalbert regarding fee application [0.1]. Revising Verdolino fee application to comply with local bankruptcy rules and S.D.N.Y. standards [0.6]. Emailing with CRO regarding fee applications [0.1]. | Fees | 2.10 | 0.00 | 525.00 | 1,102.50 |
| 02/04/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC Retentions and Fees<br>Telephone call with Chambers regarding hearing on fee applications [0.1]. Filing KWJSS fee application [0.2]. Filing Verdolino fee application [0.2]. Filing Omni fee application [0.2]. Updating notice of hearing [0.2]. Filing notice of hearing [0.2]. Reviewing interim compensation order to confirm required service parties [0.2]. Instructing Omni on service of fee applications and notice of hearing [0.1]. | Fees | 1.40 | 0.00 | 525.00 | 735.00 |
| 02/05/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC Retentions and Fees<br>Letter to Court enclosing fee applications. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC<br>Retentions and Fees<br>Emailing with Mr. Jalbert regarding hearing on fee applications [0.1]. Reviewing fee application [0.2]. Telephone call with Mr. Powers regarding hearing on fee applications [0.1]. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |
| 02/12/2019 | Nocella, Stephanie | 11030.005/ 1141 Realty Owner LLC<br>Retentions and Fees<br>Preparation of the monthly fee statement. | Fees | 0.70 | 0.00 | 175.00 | 122.50 |
| 02/12/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC<br>Retentions and Fees<br>Reviewing Omni 156(c) invoice [0.2]. Reviewing KWJSS fee statement [0.3]. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |
| 02/13/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC<br>Retentions and Fees<br>Multiple emails with Ms. Nocella and Mr. Creger regarding fee reconciliation. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| 02/20/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC<br>Retentions and Fees<br>Emailing and then telephone call with Mr. Deutch regarding hearing on fee application [0.2]. Drafting fee order [0.5]. | Fees | 0.70 | 0.00 | 525.00 | 367.50 |
| 02/22/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC<br>Retentions and Fees<br>Preparing email to Chambers regarding telephonic participation in fee application hearing [0.4]. Emailing with Mr. Katchadurian regarding fee hearing [0.1]. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |

date is february 2019 and client sort begins with '1141'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

### for
### 1141 Realty Owner LLC - February 2019

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/25/2019 | Strine, Kristen | 11030.005/ 1141 Realty Owner LLC Retentions and Fees Scheduling a CourtCall per Mr. Corneau's request. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 02/25/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC Retentions and Fees Emailing with case professionals regarding fee hearing [0.1]. Reviewing fee applications and preparing for hearing [1.6]. | Fees | 1.70 | 0.00 | 525.00 | 892.50 |
| 02/26/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC Retentions and Fees Attending hearing on fee applications [1.8]. Emailing with Mr. Creger regarding fee hearing and future statements [0.2]. Emailing with Chambers regarding fee order [0.3]. | Fees | 2.30 | 0.00 | 525.00 | 1,207.50 |
| 02/27/2019 | Corneau, Joseph | 11030.005/ 1141 Realty Owner LLC Retentions and Fees Revising fee order per Chambers direction [0.2]. Emailing with Chambers regarding revised fee order [0.2]. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |
| | | **Matter Description (First Line): Retentions and Fees** | | 11.50 | 0.00 | | 5,687.50 |
| | | **Grand Total:** | | 65.30 | 789.00 | | $37,062.82 |