

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

May 1, 2019

**VIA ECF**
Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 729
New York, New York 10004

Re:    1141 Realty Owner LLC, *et al.*; Ch. 11 Case No. 18-12341 (SMB)

Honorable Sir:

This firm is counsel to 1141 Realty LLC ("Realty"), the sole member of 1141 Realty Owner LLC (the "Owner"), and Jagdish Vaswani ("Vaswani"), the sole member of Flatironhotel Operations LLC ("Operations" and, together with Owner, the "Debtors").

When Premier Nomad LLC and Premier Flatiron LLC (collectively, "Premier") initially agreed to fund the Debtors' chapter 11 plan of reorganization (the "Plan"), all parties believed that the total claims against the Debtors were substantially less than what it now appears that Premier will be required to fund under the Plan. Accordingly, Realty and Vaswani have agreed with Premier with respect to an amendment to the Plan.

This letter is to confirm to the Court that Realty and Vaswani understand that the Debtors will be submitting to the Court an amended proposed order (the "Amended Confirmation Order") confirming the Plan. Realty and Vaswani further understand that the Amended Confirmation Order will amend Section 3.09 of the Plan to provide that, upon the effective date of the Plan, One Hundred (100%) of the membership interests in each of the Debtors will be owned by Premier. Realty and Vaswani consent to this amendment.

If Your Honor has any questions regarding the foregoing, please do not hesitate to have a member of your staff contact me.

Respectfully submitted,

*Jeffrey Davis*
Jeffrey Davis