KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Joseph C. Corneau
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                          Chapter 11

  1141 REALTY OWNER LLC., *et al.*,                              Case No.: 18-12341 (SMB)

                                     Debtors.                            (Jointly Administered)
------------------------------------------------------------x

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING FIRST
AMENDED PLAN OF REORGANIZATION OF 1141 REALTY OWNER
LLC AND FLATIRONHOTEL OPERATIONS LLC UNDER CHAPTER 11
OF THE BANKRUPTCY CODE; (II) OCCURRENCE OF EFFECTIVE DATE;
(III) ADMINISTRATIVE EXPENSES BAR DATE;
AND (IV) REJECTION DAMAGES BAR DATE**

TO ALL CREDITORS, AND PARTIES IN INTEREST OF THE ABOVE DEBTOR, PLEASE TAKE NOTICE OF THE FOLLOWING:

Confirmation of the Plan. On May 9, 2019 (the "Confirmation Date"), the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis Pursuant to 11 U.S.C. § 1125; and (II) Confirming the First Amended Plan of Reorganization of 1141 Realty Owner LLC and Flatironhotel Operations Under to Chapter 11 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1129 and Fed. R. Bankr. P. 3020* [Docket No. 159] (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable. The Plan, the Disclosure Statement and the Confirmation Order may be viewed on the internet free of charge at https://www.omnimgt.com/sblite/flatironhoteloperations or for a fee at the Bankruptcy Court's website located at http://www.nysb.uscourts.gov by following the directions for accessing the ECF system on such website. In addition, copies of all documents are available for inspection at the Clerk's office of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004.

Effective Date. Pursuant to the Confirmation Order, the Debtors hereby certify and give notice that the Plan became effective in accordance with its terms, and the Effective Date occurred

on May 14, 2019 (the "Effective Date").

<u>Bar Date for Administrative Expenses</u>. Any person asserting an Administrative Expenses must file and serve an Administrative Expenses claim on or before June 17, 2019. Persons asserting Administrative Expenses that fail to file an Administrative Expenses claim on or before June 17, 2019 shall be forever barred for asserting any such right to payment as against the Debtors or the Estates.

<u>Bar Date for Rejection Damages</u>. Pursuant to section 6.02 of the Plan, except as expressly provided in the Plan, all executory contracts and unexpired leases not previously assumed are rejected as of the Effective Date. All claims arising from the rejection of an executory contract must be filed no later than June 17, 2019. Persons asserting a claim for rejection damages that fail to file a claim for rejection damages on or before June 17, 2019 shall be forever barred for asserting any such right to payment as against the Debtors or the Estates.

Dated:  New York, New York
        May 17, 2019

                                        KLESTADT WINTERS JURELLER
                                        SOUTHARD & STEVENS, LLP


                                    By: /s/ Tracy L. Klestadt
                                        Tracy L. Klestadt
                                        Joseph C. Corneau
                                        200 West 41st Street, 17th Floor
                                        New York, New York 10036
                                        Tel: (212) 972-3000
                                        Fax: (212) 972-2245
                                        Email: tklestadt@klestadt.com
                                               jcorneau@klestadt.com

                                        *Attorneys for the Debtors and
                                        Debtors-in-Possession*