# EXHIBIT 2

**WELLS FARGO**

## DISBURSEMENT REQUEST AND CERTIFICATION

To: Wells Fargo Bank, N.A.

Re: Loan No. ("Loan"): 300971503    Borrower Name ("Borrower"): 1141 Realty Owner LLC

Project Name or Property Address ("Property"): Flatiron Hotel

| Reserve Account | Requested Amount |
|---|---|
| (Please include a separate Reserve Disbursement Request Schedule for each category requested below) | |
| ☒ Capital Expenditures | $ 32,400 |
| ☒ FF&E | $ 5,740 |
| ☐ Replacement Reserve | $ |
| ☐ Required Repairs/Deferred Maintenance | $ |
| ☐ Other/Holdback: | $ |
| ☐ Tenant Improvement/Leasing Commission | $ |
| Total | $ 38,140 |

Borrower hereby requests a disbursement in the total amount of $ 38,140 from the designated reserve account(s) pursuant to the terms of the Loan. If applicable, enclosed with this request is a cost summary and supporting documentation (invoices, checks, lien waivers etc.) covering all costs for which disbursement is requested. In order to induce Wells Fargo Bank, N.A., as master servicer of the Loan for the lender ("Lender"), to make this disbursement, Borrower hereby certifies to Lender as follows:

- All labor, services and materials for which disbursement is requested have been provided to or for the benefit of the Property.
- All work for which disbursement is requested has been performed in a workmanlike manner, in accordance with all applicable laws, ordinances, and regulations and the requirements of the loan documents and, if the loan documents so require, has been paid for and completed lien-free.
- No portion of the amount requested for disbursement has been previously disbursed to Borrower or is the subject of any other pending disbursement request from Borrower.
- Borrower has and will retain, until the Loan is fully repaid, copies of paid invoices, billing statements, contracts or estimates, proofs of payment and lien waivers covering all costs for which disbursement is requested and will provide copies of same to Lender promptly upon request.
- Borrower has delivered to Lender copies of the most recent operating statement and rent roll for the Property, the most recent financial statements of Borrower and all other financial statements, reports and information required to be delivered to Lender under the loan documents.
- Neither Borrower nor its management firm has any ownership interest or profit sharing agreement with any of the suppliers or vendors listed in this Reserve Disbursement Request Borrower Certification ("Certification") that has not been disclosed under separate cover attached hereto and previously or subsequently approved by Wells Fargo.
- No Default or Event of Default (as defined in the loan documents) currently exists.
- The entity(ies) and individual(s) executing this Certification have all requisite power and authority to execute it on behalf of Borrower.

By signing below, Borrower authorizes Lender to deduct from the disbursement proceeds or pay directly from the designated reserve account any costs incurred by Lender in connection with this disbursement which are due and payable by Borrower under the loan documents, including, without limitation, any inspection costs and processing fees.

Payment Instructions: Please provide payment instructions on cover letter and Reserve Disbursement Request Schedule.

**THIS REQUEST MUST BE SIGNED. FAILURE TO SIGN WILL DELAY PROCESSING.**

By: _[signature]_    Date: 02/05/2016
Authorized Signer for Borrower

Print Name: Jagdish Vaswani

Title: Owner    Email address or fax number for confirmation of receipt: raweewan@flatironhotel.com

CONFIDENTIAL    P0000617