# EXHIBIT 19

| | |
|---|---|
| From: | Teague, Timothy <tim.teague@wellsfargo.com> |
| Sent: | Thursday, October 15, 2015 7:45 PM |
| To: | marta.howell@midlandls.com |
| Cc: | Daly, Janet <Janet.Daly@wellsfargo.com> |
| Subject: | RE: Tim Teague's Contact Info |
| Attach: | Flatiron Hotel.msg |

Marta – Concurrent with contacting you, we also contacted Rialto, the originator and B Note Holder. Rialto reached out to the Borrower, I am not sure what they said, but the Borrower is now very compliant. The Borrower told me they are committed to doing whatever is necessary to keep the loan out of Special Servicing. Attached is an email I sent to the Borrower. Please let me know if there is any additional documentation you would want me to collect over and above what I have requested. Rialto is also going to send one of their people out to visit the property to make sure everything looks good since their office is located a few blocks away.

Tim Teague
Asset Manager
Wells Fargo Commercial Mortgage Servicing | 550 South Tryon Street 14th Floor| Charlotte, NC 28202 |MAC D1086-120 | Tel (704)410-7241| fax (704)715-0056 | E-mail tim.teague@wellsfargo.com

If you are interested in registering for online access to CMSView, please click on the registration link below. CMSView offers a range of servicing information and tools which allow the user to make payments, print off billing statement(s), view escrow balances, transaction information, etc.

https://www.wellsfargo.com/com/financing/real-estate/commercial-mortgage-servicing/access

**From:** marta.howell@midlandls.com [mailto:marta.howell@midlandls.com]
**Sent:** Thursday, October 15, 2015 2:54 PM
**To:** Teague, Timothy
**Cc:** Daly, Janet
**Subject:** Re: Tim Teague's Contact Info

Thank you Tim. I spoke with my senior manager and we are not inclined to transfer the loan into Special Servicing nor advancing any funds to the Borrower. This loan just closed 6 months ago. Per underwriting information, there should be plenty of excess cash to cover payroll. When did you correct the cash management issue with the Borrower? How much excess cash has WF remitted to the Borrower the last 3 months?

Marta Howell
Asset Manager
Real Estate Solutions

Midland Loan Services, a PNC Real Estate business
10851 Mastin, Suite 300
Overland Park, KS 66210
(p) 913.253.9621 (f) 913.253.9723
marta.howell@midlandls.com
www.pnc.com/midland

Any information contained in or attached to this e-mail is intended solely for the use of the intended recipient(s) and may contain information that is confidential or legally privileged. Do not forward or copy without permission of the sender.

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com