# EXHIBIT 34

| | |
|---|---|
| **From:** | Maria Tsoukalas <maria@kokkorisins.com> |
| **Sent:** | Thursday, January 19, 2017 6:52 PM |
| **To:** | Bennett, Andre <Andre.Bennett@wellsfargo.com> |
| **Cc:** | Liz Zotalis <liz@kokkorisins.com> |
| **Subject:** | Re: Insurance Certificates |
| **Attach:** | 2017-01-19 01-50-20 pm.pdf; 2017-01-19 01-49-26 pm.pdf |

Good Afternoon,

Please see attached.

On Thu, Jan 19, 2017 at 1:13 PM, Liz Zotalis <liz@kokkorisins.com> wrote:
Check off yes to both requests

---------- Forwarded message ----------
From: <Andre.Bennett@wellsfargo.com>
Date: Thu, Jan 19, 2017 at 9:48 AM
Subject: Insurance Certificates
To: Liz@kokkorisins.com, jordan@kokkorisins.com


Loan 30-0571303 1141 REALTY OWNER LLC

Hello

Please assist with the following missing items:

Terrorism without exclusions

Windstorm Coverage

Mortgagee, lender's loss payable, and additional insured should read as:

Wells Fargo Bank, NA, as Master Servicer

D1118-02W 1525 West W.T. Harris Blvd.

Charlotte, NC 28262

Thanks

Andre Bennett

Loan Servicing Specialist

Insurance Department

Wells Fargo Commercial Mortgage Servicing | 401 S. Tryon St. 8ᵗʰ Floor | Charlotte, NC 28202-4200

Phone: 704.715.6256

Andre.Bennett@Wellsfargo.com

*CMSInsur@wellsfargo.com - This is our Insurance Box. Rush Requests, Status updates and other insurance questions can be submitted to this address where they will be reviewed and forwarded for processing.*

*CMSInsuranceGeneral@wellsfargo.com - This is our Imaging Box. Certificates, Invoices and Reimbursement Requests can be submitted to this address where they will be imaged and tracked.*

*If you are interested in registering for online access to CMSView, please click on the registration link below. CMSView offers a range of servicing information and tools which allow the user to make payments, print off billing statement(s), and view escrow balances, transaction information, etc. The CMSView link is: https://www.wellsfargo.com/com /financing/real-estate /commercial-mortgage-servicing-access*

NOTICE: This message is confidential. If you are not the intended recipient, please contact us immediately, delete this message and destroy all copies. If this message contains any information provided by other parties or based on information provided by other parties, please be aware that we have not independently verified the accuracy or completeness of this information. Nothing in this message constitutes an electronic signature.

P0004441